UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:16-CV-24687-KMW

EDGARDO LEBRON

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian corporation,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

COMES NOW, Plaintiff, EDGARDO LEBRON, by and through the undersigned counsel, hereby files his Certificate of Interested Parties providing the complete list of persons and/or entities that have a financial interest in the outcome of this case, and associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, and states as follows:

1. Edgardo Lebron
   Plaintiff

2. Spencer Marc Aronfeld
   Aronfeld Trial Lawyers
   Attorney for Plaintiff

3. Royal Caribbean Cruises, LTD
   Defendant

4. Darren W. Friedman
   Attorney for Defendant

5. Blue Cross Blue Shield of Puerto Rico

6. Triple S. Insurance

**DATED: January 11, 2017.**

                                                Respectfully Submitted,

                                                Lovecia A. Holmes, Esq.
                                                Aronfeld Trial Lawyers
                                                3132 Ponce de Leon Blvd.
                                                Coral Gables, Florida 33134
                                                P:     305-441-0440
                                                F:     305-441-0198

                                              By: s/ Lovecia A. Holmes
                                                    Lovecia A. Holmes, Esq.
                                                    Fla. Bar No: 124132

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served upon all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                /s/ Lovecia A. Holmes
                                                Lovecia A. Holmes, Esq.