1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 1:16-cv-24687-williams/Simonton

EDGARDO LEBRON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian Corporation,

    Defendant.
_____/


                FOREMAN FRIEDMAN, P.A.
                One Biscayne Tower
                2 South Biscayne Boulevard
                Suite 2300
                Miami, Florida 33131
                Thursday, 11:52 a.m.
                April 6, 2017


        DEPOSITION OF EDGARDO LEBRON

        Taken before Paula Pace, RPR, Notary Public
in and for the State of Florida at Large, pursuant
to Notice of Taking Deposition filed in the above
case.

---

2

APPEARANCES:

ON BEHALF OF THE PLAINTIFF:
ARONFELD TRIAL LAWYERS
3132 Ponce de Leon Boulevard
Coral Gables, Florida 33134
BY:  Spencer Marc Aronfeld, Esquire

ON BEHALF OF THE DEFENDANT:
FOREMAN FRIEDMAN, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
BY:  Karen F. Grossman, Esquire

ALSO PRESENT:  Maria Correal
        Quills Language Services Inc.

        - - - - - -

        INDEX

        - - - - - -

Edgardo Lebron
    By Ms. Grossman                     PAGE
                                          3

EXHIBITS                                 PAGE

A - Release                              065
B - Guest Injury Statement               136
C - Answers to interrogatories           165
D - Sears letter                         166
E - 2013 records                         168
F - 2014 records                         168
G - 2015 records                         168

---

3

1   (Thereupon, Maria Correal, was first duly
2       sworn to act as interpreter.)
3   Thereupon,
4           EDGARDO LEBRON,
5   was called as a witness and, having been first duly
6   sworn, was examined and testified as follows:
7           DIRECT EXAMINATION
8   BY MS. GROSSMAN:
9       Q.   Good morning.
10      A.   Good morning.
11      Q.   My name is Karen Grossman and I am the
12  attorney for Royal Caribbean Cruises in this
13  matter.
14      A.   My name is Edgardo Lebron and I come
15  from Puerto Rico for this deposition.
16      Q.   Okay.  Have you ever been deposed
17  before?
18      A.   No.
19      Q.   All right.  So let me give you a
20  little bit of the ground rules as to how it goes.
21  Okay?
22      A.   Okay.
23      Q.   I'm going to be asking you a series of
24  questions that will be translated by the
25  interpreter.  Because of the translation, it's very

---

4

1   important that you wait until the translator is
2   completely done translating my question before you
3   answer the question.  Do you understand?
4       A.   Yes, I understand.
5       Q.   Okay.  It's very tempting when you
6   know some English to jump in and answer a question
7   when we're going back and forth, so I might caution
8   you, wait until she's finished translating just so
9   we're all clear that you understood exactly what I
10  was asking.  And if for any reason you do not
11  understand one of my questions, then I would ask
12  you to tell me and I'll try to rephrase it.
13      A.   Yes.
14      Q.   Okay.  The other rule is that you have
15  to answer verbally out loud because everything is
16  being taken down by the court reporter and she
17  cannot record uh-huh or uh-uh or anything that's
18  not verbal.  It's natural to do that, but if you
19  do, then sometimes I'll be saying, is that a yes,
20  is that a no, just so it's correctly transcribed.
21      A.   Okay, I understand.
22      Q.   Okay.  First, do you understand that
23  although we're sitting here in an office in an
24  informal setting, that you are sworn to tell the
25  truth just as if you were in a court of law?

**5**

1    A.    Yes, I understand.

2    Q.    Okay.  At any time during the

3  deposition if you feel like you need a break, a 5

4  or 10-minute break, just tell me, and if we're at a

5  part that we can stop, we'll take a break.

6    A.    I understand.

7    Q.    And we're here today because of an

8  accident you had on the ADVENTURE OF THE SEA while

9  ice skating June 20, 2016; is that correct?

10    A.    Correct.

11    Q.    So during the course of this

12  deposition, if I refer to the subject incident,

13  understand that I'm referring to the June 20, 2016

14  ADVENTURE OF THE SEAS ice skating fall.

15        Do you understand?

16    A.    That's fine.

17    Q.    Okay.  Could you please state your

18  full name and spell it.

19    A.    Edgardo Lebron, E-D-G-A-R-D-O, Lebron.

20  My last name L-E-B-R-O-N.

21    Q.    Have you ever gone by any other names?

22    A.    Yes, Eguy.

23    Q.    Eguy?

24    A.    E-G-U-Y.

25    Q.    Tell us your age and your date of

**6**

1  birth.

2    A.    Forty-two years old, and my date of

3  birth is ▮▮▮▮▮▮▮▮.

4    Q.    Are you a citizen of the United

5  States?

6    A.    Yes.

7    Q.    Are you a citizen of any other country

8  in addition?

9    A.    No.

10    Q.    Where do you presently reside, what's

11  the address?

12    A.    I live in Barceloneta, Puerto Rico,

13  and is the question my physical address or my

14  mailing address?

15    Q.    Physical address.

16    A.    My address is Carreta, C-A-R-R-E-T-A,

17  682, Kilometer 2.4, Interior Barrio, B-A-R-R-I-O,

18  Garrochelos, G-A-R-R-O-C-H-E-L-O-S, Barceloneta,

19  Puerto Rico, 00617.

20    Q.    Who lives with you presently at that

21  address?

22    A.    My wife and my two daughters.

23    Q.    What is your wife's name?

24    A.    Mari, M-A-R-I, Terry Maldonado.

25    Q.    And what are the names and ages of

**7**

1  your two children?

2    A.    Claudia I. Lebron, she's 15, and Lara

3  C. Lebron, she's 11.

4    Q.    How long have you lived at the

5  physical address you gave me?

6    A.    Approximately 11 years.

7    Q.    Where did you live before that?

8    A.    In Rio Grande, Puerto Rico.

9    Q.    Did you travel to Miami with anyone

10  else for your deposition today?

11    A.    No.

12    Q.    How long are you planning to stay in

13  Miami?

14    A.    Up until tomorrow.

15    Q.    Do you have any doctor's appointments

16  scheduled while you're here in Miami?

17    A.    Is the question for today or tomorrow?

18    Q.    Either, all the appointments you would

19  have while you're in Miami.

20    A.    Yes, I had two doctor's appointments.

21    Q.    Who were the doctors that you saw?

22    A.    Well, one of them is named

23  Dr. Herrera, and the other is Dr. Luis.

24    Q.    Have you taken any drugs or alcohol in

25  the last 24 hours that would impair your ability to

**8**

1  testify today?

2        MR. ARONFELD:  Objection, form.

3        I didn't have a chance to tell him,

4  but even if I object, unless I instruct him

5  not to answer, which I'm not, he should

6  answer the question, assuming he

7  understands what Ms. Grossman is asking

8  him.  However, I may, if she were to ask a

9  question I felt he shouldn't answer,

10  instruct him not to answer, but this is not

11  the case.  I'm just objecting to the form

12  of the question for the judge to rule on

13  down the road.

14        THE WITNESS:  Okay.

15  BY MS. GROSSMAN:

16    Q.    Do you remember the question?

17    A.    If I've taken any drugs or any

18  medication or alcohol or anything that could impair

19  my abilities to give my deposition today.

20    Q.    And have you?

21    A.    No.

22    Q.    What medications, if any, over the

23  counter or prescription, have you taken in the last

24  24 hours?

25    A.    Over-the-counter Melatonin, and Zantac

9

1 for acid reflux.
2 **Q.** What do you take the Melatonin for?
3 **A. In order to be able to sleep.**
4 **Q.** And who is the doctor that prescribed
5 the Zantac?
6 **A. Maribel Lebron.**
7 **Q.** Is Maribel a relative of yours?
8 **A. Yes, she's my aunt.**
9 **Q.** What is her specialty?
10 **A. Family doctor.**
11 **Q.** Do you know of any reason why you
12 shouldn't testify today?
13 **A. No.**
14 **Q.** Have you ever been convicted of a
15 crime?
16 **A. No.**
17 **Q.** Have you ever been arrested?
18 **A. No.**
19 **Q.** Have you looked at any documents or
20 photos or anything to refresh your memory to
21 prepare for your deposition today?
22 **A. Yes.**
23 **Q.** What did you review?
24 **A. Photographs of what I saw of my**
25 **accident, of my foot, x-rays.**

10

1 **Q.** Are you saying you reviewed
2 photographs and x-rays, or just x-rays?
3 **A. Only x-rays. The x-rays that I saw at**
4 **the doctor's office, the ones that were taken.**
5 **Q.** Which doctor are you referring to?
6 **A. At Dr. Herrera's I saw the x-rays.**
7 **Q.** Did you meet with anyone other than
8 Mr. Aronfeld to prepare for your deposition today?
9 **A. Yes.**
10 **Q.** Who?
11 **A. With Mr. Jonathan Carvajal.**
12 **Q.** And who was present during that
13 meeting?
14 **A. No one, just him and me.**
15 **Q.** Have you ever testified in a trial or
16 an arbitration before?
17 **A. Testimony, you mean me being a**
18 **witness?**
19 **Q.** Yes, or a party.
20 **A. Yes, once.**
21 **Q.** What was the circumstances of that?
22 **A. I was in a case of an employee for the**
23 **company that I worked for, that person was suing**
24 **the company.**
25 **Q.** Were you the representative of the

11

1 company?
2 **A. Yes.**
3 **Q.** How was that case resolved?
4 **A. I don't have information about the**
5 **results from that case.**
6 **Q.** Were you acting as a corporate
7 representative for Sears Home Improvement?
8 **A. Yes.**
9 **Q.** And do you remember the name of the
10 employee who brought that action?
11 **A. Ernesto Oliver.**
12 **Q.** And about what year was that that you
13 gave that testimony?
14 **A. That was in, I can't remember very**
15 **well, but approximately a year and a half, two**
16 **years ago.**
17 **Q.** Was that in Puerto Rico?
18 **A. Yes.**
19 **Q.** Have you ever been a party to a
20 lawsuit, meaning you sued someone or someone sued
21 you?
22 **A. Yes.**
23 **Q.** You were saying you have been a party
24 to a lawsuit in the past, correct?
25 **A. Yes.**

12

1 **Q.** And what was the nature of that case?
2 **A. The same one that I mentioned, unjust**
3 **firing or termination.**
4 **Q.** Were you sued in that case?
5 **A. No.**
6 **Q.** Okay. Have you ever sued anyone?
7 **A. No.**
8 **Q.** And has anyone ever sued you
9 personally?
10 **A. No.**
11 **Q.** How tall are you?
12 **A. 5 feet 10 inches.**
13 **Q.** And how much do you weigh
14 approximately?
15 **A. 214 pounds.**
16 **Q.** Has there been any significant change
17 in your weight since the time of the subject
18 incident?
19 **A. Yes.**
20 **Q.** Approximately what did you weigh at
21 the time of the incident?
22 **A. Approximately 240 pounds.**
23 **Q.** And what do you attribute your weight
24 loss to?
25 **A. I eat healthier, I diet.**

13

1    **Q.**   So your weight loss doesn't have
2    anything to do with the subject incident, correct?
3       **A.**   Well, you could say that it does
4    because one of the recommendations from the doctor
5    is that I should not be overweight, I shouldn't be
6    obese.
7       **Q.**   Have you ever had a doctor recommend
8    that to you before the subject incident?
9       **A.**   No.
10      **Q.**   How old is your wife?
11      **A.**   Forty years old.
12      **Q.**   And does she work?
13      **A.**   No.
14      **Q.**   Has she ever worked since you've been
15   married?
16      **A.**   Yes.
17      **Q.**   And what was her line of work?
18      **A.**   In the sales field.
19      **Q.**   When was the last time she worked?
20      **A.**   Approximately three years.
21      **Q.**   Where did she work three years ago?
22      **A.**   As an independent salesperson for
23   health insurance.
24      **Q.**   Have you ever been married before your
25   marriage to your present spouse?

14

1       **A.**   No.
2       **Q.**   Is there anyone who provides you with
3    financial support?
4          MR. ARONFELD:  Hold on one second.
5    I'm going to object to the form of the
6    question and move for protective order
7    unless, Karen, you can tell me what
8    relevance this has.
9          MS. GROSSMAN:  I want to know his
10   financial situation.  He has a lost wage
11   claim.  If he's receiving payments from
12   relatives or friends, that often comes up
13   in testimony or at trial that, oh, he
14   hasn't been working, he had to get money
15   from relatives, et cetera, et cetera, so
16   I'm asking him if anybody provides him with
17   financial support.  It's clearly within the
18   scope of discovery.
19         MR. ARONFELD:  Okay.
20         THE WITNESS:  No.
21         MR. ARONFELD:  And thank you for that
22   explanation.
23   BY MS. GROSSMAN:
24      **Q.**   Did you complete high school?
25      **A.**   Yes.

15

1    school?
2       **Q.**   Where did you graduate from high
3       **A.**   Escuela Patria Latorre in San
4    Sebastian, Puerto Rico.
5       **Q.**   And did you go to college after that?
6       **A.**   Yes.
7       **Q.**   Where did you go to college?
8       **A.**   University of Puerto Rico, Arecibo
9    Branch.
10      **Q.**   And did you receive a degree from that
11   institution?
12      **A.**   Yes.
13      **Q.**   What type of degree did you receive?
14      **A.**   Bachelor's in industrial chemical
15   processes.
16      **Q.**   Is that a four-year degree?
17      **A.**   Yes.
18      **Q.**   Do you have any postgraduate
19   education?
20      **A.**   No.
21      **Q.**   And what was the date that you
22   graduated from college?
23      **A.**   1992 -- no, I'm sorry, in 2000.
24      **Q.**   Have you ever served in the military?
25      **A.**   No.

16

1       **Q.**   Where are you presently employed?
2       **A.**   Sears Home Improvement.
3       **Q.**   How long have you worked there?
4       **A.**   Is the question how long I've been
5    working with Sears or how long I've been
6    working with Sears Home Improvement?
7       **Q.**   Let's start with Sears Home
8    Improvement, how long have you been working there?
9       **A.**   Three years.
10      **Q.**   What is your position with Sears Home
11   Improvement?
12      **A.**   Area general manager.
13      **Q.**   Have you held any other positions with
14   Sears Home Improvement?
15      **A.**   No.
16      **Q.**   Prior to Sears Home Improvement where
17   were you employed?
18      **A.**   With Sears Puerto Rico.
19      **Q.**   And what was your job position at
20   Sears?
21      **A.**   Store manager.
22      **Q.**   How long did you work for Sears in
23   Puerto Rico?
24      **A.**   Seventeen years.
25      **Q.**   Did you have any positions there other

**17**

1  than store manager?
2      A.   Yes, several positions.
3      Q.   What are the other positions that
4  you've had?
5      A.   District manager, buyer, inventory
6  analyst, assistant manager, human resource manager,
7  in Puerto Rico we use the same term.
8      Q.   I should have asked him what jobs he
9  didn't have at Sears.
10     A.   And loss prevention associate.
11     Q.   When you worked in loss prevention,
12  did you receive any training on accident
13  investigation?
14     A.   Yes, investigation, yes.
15     Q.   What type of training did you receive?
16     A.   The forms that the company had to
17  document accidents, and the steps to be followed to
18  photograph the area of the accident and like that.
19     Q.   And how long were you in the position
20  of loss prevention at Sears?
21     A.   A year approximately.
22     Q.   What is your present rate of pay at
23  Sears Home Improvement?
24     A.   $140,000 a year.
25     Q.   And who would be your immediate

**18**

1  supervisor?
2      A.   His name is Joseph, but they call him
3  Sph, S-P-H.
4      Q.   What is his title?
5      A.   He's regional RVP, regional vice
6  president.
7      Q.   Prior to the subject incident what
8  type of interests outside of work did you have?
9      A.   I don't understand the question.
10     Q.   Prior to the subject incident did you
11  have any hobbies or sports or anything that you
12  used to occupy your time, apart from your job?
13     A.   Yes, as a hobby I used to run, I used
14  to jog.
15     Q.   How frequently would you engage in
16  running prior to the subject incident?
17     A.   Five days a week.
18     Q.   And about how far would you run on
19  those five days each day?
20     A.   It wasn't really by distance, it was
21  more by time.  So half an hour, 40 minutes,
22  45 minutes.
23     Q.   Any other hobbies or interests that
24  you engaged in regularly prior to the subject
25  incident?

**19**

1      A.   No.  Eat.
2      Q.   In your present position, how many
3  hours do you work a week?
4      A.   Between seven and nine hours.
5      Q.   Is that seven and nine hours a day?
6      A.   A day.
7      Q.   Would that be for five days a week?
8      A.   Yes.
9      Q.   The next set of questions I'm going to
10  ask you all pertain to time before the subject
11  incident.  Do you understand?
12     A.   I understand.
13     Q.   Prior to the subject incident have you
14  ever had an accident in which you were injured?
15     A.   No.
16     Q.   Have you had any accidents prior to
17  the subject incident in which you were not injured?
18     A.   No.
19     Q.   Have you ever been in a car accident?
20     A.   Not serious, not in an accident, no.
21     Q.   Do you recall being in an auto
22  accident --
23     A.   No.
24     Q.   -- regardless of whether it was
25  serious?

**20**

1      A.   I don't consider having been in a big
2  accident things such as going in reverse and you
3  hit the car behind you, but nothing big.
4      Q.   Is there any auto accident that you
5  recall having?
6      A.   No, no.
7      Q.   Prior to the subject incident, did you
8  suffer from any health conditions?
9      A.   Since childhood I have a heart
10  condition.
11     Q.   What's the nature of the heart
12  condition?
13     A.   My aortic valve is calcified.
14     Q.   Do you take any medication for that
15  condition?
16     A.   No.
17     Q.   Do you treat with a particular doctor
18  for that problem?
19     A.   I visit him once a year to review the
20  calcification process of that valve.
21     Q.   And what is the name of that doctor
22  that you see?
23     A.   Dr. Rafael Delgado.
24     Q.   Where is Dr. Delgado located?
25     A.   In Arecibo, Puerto Rico.

21

1    **Q.**   When was the last time you saw
2    Dr. Delgado?
3    **A.   Approximately the summer of 2016.**
4    **Q.**   Do you have any symptoms that you
5    experience that are associated with your heart
6    condition?
7    **A.   No.**
8    **Q.**   Do you have any physical limitations
9    on activity as a result of the heart condition?
10    **A.   No.**
11    **Q.**   Have you ever had a heart attack?
12    **A.   No.**
13    **Q.**   Apart from the heart condition you
14    described, do you have any other -- prior to the
15    subject incident did you have any other health
16    conditions?
17    **A.   Yes, I have or I had high blood**
18    **pressure issues.**
19    **Q.**   Do you take any medication to control
20    the blood pressure?
21    **A.   Not at this time.**
22    **Q.**   Prior to the subject incident were you
23    on any medicine to treat the high blood pressure?
24    **A.   Yes.**
25    **Q.**   What was the name of that medicine?

22

1    **A.   Lisinopril.**
2    **Q.**   Who had prescribed the Lisinopril?
3    **A.   Dr. Maribel Lebron.**
4    **Q.**   When did you stop taking medicine for
5    high blood pressure?
6    **A.   I don't remember exactly, but**
7    **approximately three months.**
8    **Q.**   Why did you stop taking medicine?
9    **A.   Because it was lowering my blood**
10    **pressure too much.**
11    **Q.**   Other than high blood pressure and the
12    heart condition, prior to the subject incident did
13    you suffer from any other health conditions?
14    **A.   Yes.**
15    **Q.**   What?
16    **A.   I had depression in 2008.**
17    **Q.**   And did you see a doctor for that?
18    **A.   Yes.**
19    **Q.**   What is the name of that doctor?
20    **A.   Dr. Cesar Pedilla.**
21    **Q.**   Where is Dr. Pedilla located?
22    **A.   Camuy, Puerto Rico.**
23    **Q.**   What is Dr. Pedilla's specialty?
24    **A.   He's a psychiatrist.**
25    **Q.**   For how long did you suffer from

23

1    depression in 2008?
2    **A.   Approximately a year, a year and a**
3    **half.**
4    **Q.**   What do you attribute the onset of
5    depression to?
6    **A.   Work-related stress, work conditions.**
7    **Q.**   Were you prescribed medication for the
8    depression?
9    **A.   Yes.**
10    **Q.**   What were you prescribed?
11    **A.   Medicine that's called Pristiq.**
12    **Q.**   Was the Pristiq prescribed by
13    Dr. Pedilla?
14    **A.   Yes.**
15    **Q.**   How long were you taking that drug?
16    **A.   Approximately a year, as far as I can**
17    **recall.**
18    **Q.**   Did Dr. Pedilla prescribe any other
19    medicine for you?
20    **A.   Yes.**
21    **Q.**   What else?
22    **A.   Buspar.**
23    **Q.**   How long did you take Buspar?
24    **A.   That, I take currently.**
25    **Q.**   And why is that prescribed for you,

24

1    what is that for?
2    **A.   For anxiety, but I don't take it**
3    **frequently.**
4    **Q.**   Did you see any doctor besides
5    Dr. Pedilla for treatment of the depression?
6    **A.   No.**
7    **Q.**   Did you see any other type of
8    specialist for the depression that you suffered
9    from?
10    **A.   No.**
11    **Q.**   Did Dr. Pedilla give you any diagnosis
12    apart from depression?
13    **A.   No.**
14    **Q.**   Apart from your heart condition, high
15    blood pressure and depression, prior to the subject
16    incident did you have any health conditions?
17    **A.   No, not that I can recall.**
18    **Q.**   When you suffered from depression, did
19    you miss any work as a result of that?
20    **A.   No.**
21    **Q.**   When was the last time you saw
22    Dr. Pedilla?
23    **A.   I can't remember exactly, but it must**
24    **be over three or four years ago.**
25    **Q.**   And why would you have seen him at

**25**

1 that time?

2     A. Because part of -- no, after I had

3 ended treatment with him, I, after some time,

4 approximately, I don't know, sometimes afterwards I

5 went to see him again because I was having anxiety.

6 So I saw him for just a few months, I can't

7 remember how long.

8     Q. Was that about three or four years ago

9 then?

10     A. Yes.

11     Q. And did he give you any medicine at

12 that time?

13     A. No, what he had given me before, which

14 I'm still taking was the Buspar.

15     Q. And presently, how frequently do you

16 take the Buspar?

17     A. It all depends, but about once or

18 twice a month, but not more than once or twice a

19 month.

20     Q. What is the dosage that you take?

21     A. Five milligrams.

22     Q. Is there a pharmacy that you regularly

23 fill your prescriptions at?

24     A. Yes.

25     Q. What is the name of the pharmacy?

**26**

1     A. Pharmacy San Francisco in Barceloneta,

2 Puerto Rico.

3     Q. Did you have any other chronic health

4 conditions prior to the subject incident that you

5 have not told me about?

6     A. No -- well, I used to smoke and I

7 think that is a chronic vice.

8     Q. When did you quit smoking?

9     A. I remember very well that this was in

10 November 2015.

11     Q. And up until that point how many years

12 had you smoked?

13     A. Between 14 and 20 years.

14     Q. Are you saying that was how old you

15 were? I'm asking for how many years you were a

16 smoker, going up to the time that you quit.

17     A. Between 14 and 15 years, between 15

18 and 20 years, that's how long I was a smoker for.

19     Q. And about how much would you regularly

20 smoke per day?

21     A. Approximately a pack of cigarettes a

22 day.

23     Q. Did you receive any assistance from a

24 physician to help you quit smoking?

25     A. No.

**27**

1     Q. What was the method you used to quit?

2     A. Abstinence.

3     Q. Prior to the subject incident did you

4 have any physical disabilities?

5     A. No.

6     Q. Prior to the subject incident did you

7 have any problems with your balance?

8     A. No.

9     Q. Prior to the subject incident did you

10 have any vision problems?

11     A. No.

12     Q. And have you ever suffered from any

13 problems with your ears?

14     A. No.

15     Q. What are the names of any hospitals

16 that you have visited in the last ten years?

17     A. Wow. Buen Samaritano or Good

18 Samaritan Hospital, and there is a hospital in

19 Barceloneta, but I can't remember the name.

20     Q. Other than those two hospitals, have

21 you visited any other hospitals in the last ten

22 years?

23     A. Not that I can recall.

24     Q. And when you did visit the hospital in

25 Barceloneta, why did you go to the hospital?

**28**

1     A. I got some type of allergy all over my

2 body because of a medication that I took for a

3 headache.

4     Q. What year was that?

5     A. I can't remember exactly, but that

6 must have been about four or five years ago.

7     Q. In the last ten years have you visited

8 that same hospital for any other reasons?

9     A. Another time I think, because I was

10 out of breath.

11     Q. What year was that?

12     A. I don't remember exactly, that must

13 have been about five or six years ago.

14     Q. Were you admitted at that time?

15     A. No, I was just treated in the

16 emergency room.

17     Q. Was there any other time that you

18 haven't told me about that you visited the hospital

19 in Barceloneta?

20     A. No, not that I can recall.

21     Q. When is the last time you visited Good

22 Samaritan Hospital?

23     A. When I got out of the operation from

24 my accident.

25     Q. Prior to the subject incident have you

29

1 ever been a patient at Good Samaritan Hospital?
2    **A.** No.
3    **Q.** Apart from your treatment in
4 connection with the subject incident, have you ever
5 been admitted to the hospital?
6    **A.** When I was very young, I would say
7 about 14 or 15, I was admitted to the Hospital de
8 la Concepcion in San German, Puerto Rico.
9    **Q.** And why were you admitted at that
10 time?
11    **A.** I acquired an illness that's called
12 rheumatoid or --
13    **Q.** Rheumatic fever?
14    **A.** Yes, thank you.
15    **Q.** Have you ever had any surgery prior to
16 the subject incident?
17    **A.** No.
18    **Q.** Presently, who is your primary care
19 doctor?
20    **A.** Maribel Lebron.
21    **Q.** How long has she been your primary
22 physician?
23    **A.** For about four years.
24    **Q.** Prior to the subject incident did you
25 have a primary doctor?

30

1    **A.** No.
2    **Q.** Apart from Dr. Lebron and any other
3 doctors that you've already mentioned, what other
4 doctors have you seen in the last ten years?
5    **A.** None that I can recall, none.
6    **Q.** Have you ever seen a chiropractor?
7    **A.** Not that I can recall.
8    **Q.** Prior to the subject incident had you
9 ever had physical therapy for any reason?
10    **A.** No.
11    **Q.** Do you know the address of
12 Dr. Pedilla?
13    **A.** Not exactly.
14    **Q.** How could you describe the location?
15    **A.** It's an office, it's a house that is
16 turned into an office. So I don't understand the
17 question, because it's just a regular office, it's
18 a house that was made into an office.
19    **Q.** Is it in a particular neighborhood?
20    **A.** Now I understand. It's near the town
21 of Camuy.
22    **Q.** Do you know Dr. Pedilla's telephone
23 number?
24    **A.** No, I think I could look for it on my
25 phone, but I don't know it, so I would have to

31

1 verify.
2    **Q.** Can you look for it?
3    MR. ARONFELD: Ms. Grossman, off the
4 record.
5    (Thereupon, a discussion was held off
6 the record.)
7 BY MS. GROSSMAN:
8    **Q.** Okay, so it turns out you didn't have
9 it on your telephone, correct?
10    **A.** No, I don't have it.
11    **Q.** Do you remember when was the last
12 physical exam that you had prior to the subject
13 incident?
14    **A.** No, I don't recall.
15    **Q.** Prior to the subject incident have you
16 ever had any part of your body x-rayed?
17    **A.** I could say yes, because of maybe a
18 chest x-ray because of a cold or something like
19 that, but nothing because of an injury.
20    **Q.** Prior to the subject incident have you
21 ever broken any bone in your body?
22    **A.** No.
23    **Q.** Prior to the subject incident have you
24 ever undergone an MRI?
25    **A.** I think so, but I'm not certain, but I

32

1 think so.
2    **Q.** And what part of your body would you
3 have been having examined during that MRI?
4    **A.** My head.
5    **Q.** What was the reason you were given a
6 head MRI?
7    **A.** Because of headaches I was having.
8    **Q.** And during what timeframe were you
9 suffering from headaches?
10    **A.** It could be between '99 and 2002, or
11 between 2000 and 2005.
12    **Q.** What doctor did you see in connection
13 with your headaches?
14    **A.** I can't recall.
15    **Q.** What facility did you undergo an MRI
16 at?
17    **A.** I don't remember that either.
18    **Q.** Was it in Puerto Rico?
19    **A.** Yes, it was in Puerto Rico.
20    **Q.** Do you know the results of that MRI?
21    **A.** Yes.
22    **Q.** What were the results?
23    **A.** That everything was fine.
24    **Q.** Did you ever receive a diagnosis to
25 explain why you were having headaches?

33

1     A.   It was explained to me this was some

2   type of migraine or something like that.

3     Q.   Prior to the subject incident how

4   frequently did you suffer from migraines?

5     A.   No, not frequently.

6     Q.   Prior to the subject incident have you

7   ever undergone a CT scan?

8     A.   That's why I said before about the

9   MRI, that I wasn't sure if it was an MRI that I had

10  at that time or if it was a CT scan.

11    Q.   Okay.  Apart from that time when you

12  underwent some sort of scan for the headaches, have

13  you ever undergone a CT scan prior to the incident?

14    A.   No.

15    Q.   Do you wear eyeglasses or contact

16  lenses?

17    A.   Yes.

18    Q.   I assume it's contact lenses, correct?

19    A.   No, it's glasses, but I only use them

20  for reading.

21    Q.   Other than the glasses that you use

22  for reading, have you ever worn any other type of

23  corrective lenses?

24    A.   I would like to clarify the previous

25  question because I want to know if this was -- if I

34

1   used glasses before the incident or after the

2   incident.

3     Q.   I'm still before the incident.

4     A.   Then I need to correct that question

5   or that answer, because before the incident I

6   didn't use glasses.

7     Q.   Okay.  And since the incident you use

8   glasses, but just for reading, correct?

9     A.   Correct.

10    Q.   And what is the name of the physician

11  who prescribed those glasses?

12    A.   The name is Joel and I don't know the

13  last name.

14    Q.   You're not claiming that the

15  difficulty you have reading without glasses is

16  attributable to the subject incident, are you?

17    A.   No, no.

18    Q.   Prior to the subject incident have you

19  ever undergone any type of bone scan?

20    A.   No.

21    Q.   Have you ever been, ever been admitted

22  or committed to a mental health facility?

23    A.   No.

24    Q.   Prior to the subject incident did you

25  ever suffer from dizziness?

35

1     A.   No.

2     Q.   When you suffered from migraines did

3   you have any symptoms other than pain in your head?

4     A.   Yes.

5     Q.   What other symptoms?

6     A.   Before I had the pain, my vision would

7   become blurry as if I was looking through a window

8   that water was dripping on it.  The doctor

9   explained that this was the aura from the migraine.

10    Q.   Since the subject accident have you

11  had any migraines?

12    A.   Not that I can recall.

13    Q.   Have you ever been treated for

14  alcoholism?

15    A.   No.

16    Q.   Have you ever been treated for drug

17  use or addiction?

18    A.   No.

19    Q.   Have you ever been treated for any

20  addiction?

21    A.   No.

22    Q.   Prior to the subject cruise had you

23  ever been on a cruise before?

24    A.   No.

25    Q.   Prior to the subject cruise had you

36

1   ever gone ice skating?

2     A.   No.

3     Q.   Prior to the subject incident had you

4   ever gone roller skating?

5     A.   Yes.

6     Q.   When had you roller skated prior to

7   the subject incident?

8     A.   About a year before, that I can

9   recall.  I don't know the exact date, but I could

10  say the summer before.

11    Q.   Where was it that you roller skated

12  the year before the subject incident?

13    A.   At a skating rink in Aguadilla, Puerto

14  Rico.

15    Q.   What's the name of the skating rink?

16    A.   I think its Aguadilla Roller Blade or

17  Aguadilla Bowling, something like that.  It's

18  called the Bolera, B-O-L-E-R-A, Aquadilla,

19  something like that.

20    Q.   Prior to the subject incident did you

21  regularly roller skate?

22         MR. ARONFELD:  Objection to form.

23         THE WITNESS:  What was that?

24  BY MS. GROSSMAN:

25    Q.   Prior to the subject incident did you

**37**

1  roller skate on a regular basis?

2          MR. ARONFELD:  Object to form.

3          THE WITNESS:  But what I don't

4  understand is you're objecting to the

5  question.

6          MR. ARONFELD:  But I did not instruct

7  you not to answer, so if you understand

8  what Ms. Grossman means by "regularly."

9          THE WITNESS:  Yes, the answer is no.

10 BY MS. GROSSMAN:

11     Q.   How frequently, prior to the subject

12 incident, did you roller skate?

13     A.   Not very frequently.

14     Q.   Other than the time you told me about

15 a year before the subject incident, what other

16 occasions can you recall that you roller skated?

17     A.   When I was young, I was a master at

18 roller blading.

19     Q.   And about how old were you when you

20 considered yourself a master roller blader?

21     A.   Between 15 to 20.  I could say that I

22 would go skating often and I even had my own

23 skates.

24     Q.   What type of skates did you have when

25 you considered yourself a master roller blader?

**38**

1     A.   In-line, the ones that have wheels,

2  they are in-line.

3     Q.   And how did those in-line skates, how

4  were they secured around your ankle?

5     A.   I can't remember, but I think with

6  strings.

7     Q.   So are you saying that the roller

8  blades that you used to use when you considered

9  yourself a master roller blader were laced up with

10 shoe strings?

11     A.   Yes.  And I also used some that had

12 clips, they were fastened with clips.

13     Q.   But the skates you said were your own

14 skates, those were the kind that laced up, correct?

15     A.   Yes.

16     Q.   When you roller skated a year before

17 the subject incident, what type of skates did you

18 use?

19     A.   I can't remember exactly what those

20 were like.

21     Q.   Was there some occasion that you went

22 roller skating a year ago prior to the subject

23 incident?

24     A.   Yes, I was on vacation with my

25 daughters in that area, and I took them to the

**39**

1  bowling alley.

2     Q.   How did you learn to roller skate?

3     A.   Playing as a child.

4     Q.   Did you ever take roller skating

5  lessons?

6     A.   No.

7     Q.   About how old were you when you

8  learned how to roller skate?

9     A.   I don't remember, it must have been

10 about 10.

11     Q.   In the process of learning how to

12 roller skate, did you ever fall?

13     A.   I suppose so.

14     Q.   Prior to the subject cruise had you

15 ever watched ice skating on T.V.?

16     A.   Maybe, I don't remember specifically,

17 but probably an Olympics or something like that.

18     Q.   And for the times that you can

19 remember watching ice skating on T.V., have you

20 ever seen a professional ice skater fall?

21     A.   No.

22     Q.   Would you agree that even experienced

23 ice skaters sometimes fall while ice skating?

24          MR. ARONFELD:  Objection to form.

25          THE WITNESS:  Yes, it could be.

**40**

1  BY MS. GROSSMAN:

2     Q.   Has anyone in your immediate family

3  ice skated prior to the subject cruise?

4     A.   Not that I know of.

5     Q.   Do you know whether either of your

6  daughters had ever ice skated prior to the subject

7  cruise?

8     A.   No.

9     Q.   You were a passenger on the ADVENTURE

10 OF THE SEAS on June 20, 2016, correct?

11     A.   Yes.

12     Q.   And when did you decide -- or why did

13 you decide to go on that cruise?

14     A.   Because some acquaintances of mine had

15 taken a cruise, so my wife got that idea of going

16 on a cruise.

17     Q.   And was there any particular occasion

18 for this cruise?

19     A.   No.

20     Q.   Who booked the trip?

21     A.   My wife.

22     Q.   Did you have any role in selecting the

23 ship that you were going to go on?

24     A.   I participated in the selection, but I

25 wasn't really the one who determined which one.  It

41

1 was basically my wife that did everything.
2      Q.   Did you have any particular reason
3 that you wanted to go on a cruise on this
4 particular ship?
5      A.   Well, I could say that I wanted to go
6 on a cruise because I had never been on a cruise
7 and I had received comments and references about
8 cruises, so I wanted to see what it was like.
9      Q.   But there was no reason you had for
10 selecting this particular ship, the ADVENTURE OF
11 THE SEAS, correct?
12      A.   It was my wife who chose it, not me.
13      Q.   What day of the week did your cruise
14 depart?
15      A.   Saturday.
16      Q.   And what port did it leave from?
17      A.   The port in San Juan.
18      Q.   How many days was the cruise scheduled
19 to be?
20      A.   Seven days.
21      Q.   Who traveled with you?
22      A.   My wife and my two daughters.
23      Q.   And who did you share your cabin with?
24      A.   With my wife and my two daughters.
25      Q.   What were the ports of call that the

42

1 cruise was scheduled to visit?
2      A.   I can't remember them all, but I think
3 they were St. Maarten, St. Kitts, I think, I'm not
4 sure, and Antigua.
5      Q.   Did you go ashore in St. Maarten?
6      A.   Yes.
7      Q.   What day of the cruise did you visit
8 St. Maarten?
9      A.   I think Sunday.
10      Q.   What activities did you do, if any, in
11 St. Maarten?
12      A.   We went to visit the island.
13      Q.   Did you go on any shore excursions in
14 St. Maarten?
15      A.   What do you mean excursion?  I don't
16 understand the question.
17      Q.   Did you do any activity in St. Maarten
18 that you purchased from the cruise line to go
19 snorkeling or go on a tour or any other sort of
20 organized activity?
21      A.   Not on -- not from the cruise.  When
22 in the port of St. Maarten we hired a driver that
23 took us around the island.
24      Q.   On the day that you boarded the ship,
25 the Saturday, what activities did you engage in on

43

1 the ship?
2      A.   Saturday, the first day?
3      Q.   Yes.
4      A.   None.  Eat, that's what I can recall.
5      Q.   You didn't go ice skating on the first
6 day of the cruise, correct?
7      A.   No.
8      Q.   That's correct?
9      A.   Yes, that's correct, I didn't go
10 skating that day.
11      Q.   How much time did you spend in
12 St. Maarten that Sunday of the cruise?
13      A.   The entire day, basically the entire
14 day.
15      Q.   And when did you return to the ship on
16 that Sunday?
17      A.   In the afternoon, I suppose.  I don't
18 remember the exact time.
19      Q.   What activities did you engage in that
20 night, that Sunday night after you returned to the
21 ship?
22      A.   I went to dinner.
23      Q.   Anything else?
24      A.   Not that I can recall.
25      Q.   Did you take any type of medicine, be

44

1 it over the counter or prescription, with you on
2 the cruise?
3      A.   My wife took, I didn't, my wife took
4 medication for the girls and for me.
5      Q.   What type of medication did your wife
6 bring onboard?
7      A.   I don't know specifically what
8 medication she took, but I suppose it was
9 medication for allergies and for headaches.  And I
10 think she took some medication to prevent being sea
11 sick because they say you can get dizzy or feel out
12 of balance when you're on a ship.
13      Q.   When you were on the subject cruise,
14 did you ever feel dizzy or out of balance?
15      A.   Obviously I felt the movement of the
16 ship, but I never felt unbalanced so that I would
17 be falling or something like that.
18      Q.   Did you ever take any medication
19 during the cruise for sea sickness?
20      A.   No.
21      Q.   On the third day of the cruise, on
22 Monday, where did the ship go?
23      A.   That is the island I can't remember
24 very well, I think it was St. Kitts.
25      Q.   Did you get off the ship in St. Kitts?

45

1    A.   Yes.
2    Q.   And what activities did you do off the
3  ship in St. Kitts that day?
4    A.   We took another driver to take us
5  around the island to the places of interest.
6    Q.   Other than sightseeing, did you do any
7  other activities in St. Kitts?
8    A.   Not that I can recall.
9    Q.   On that Monday when did you return to
10  the ship?
11    A.   Also in the afternoon.
12    Q.   And what activities did you engage in
13  on the ship that Monday for the rest of the day?
14    A.   Obviously, when we were waiting to go
15  to dinner, we were waiting for dinnertime, so then
16  we decided to go to the skating rink during that
17  time between -- before our time for dinner.
18    Q.   And that was the third day of the
19  cruise, Monday; is that correct?
20    A.   Yes.
21    Q.   About what time did you go to the
22  skating rink that day?
23    A.   About 5 or 10 minutes before seven,
24  approximately.
25    Q.   Prior to that time had you ever been

46

1  to the ship's skating rink before?
2    A.   No, not in the skating rink.  I had
3  passed through the front of the rink.
4    Q.   Outside?
5    A.   Outside.
6    Q.   When had you visited the skating arena
7  prior to the subject incident?
8        MR. ARONFELD:  Objection, form.
9        THE WITNESS:  I think it was the night
10  before, yes, the night before.
11  BY MS. GROSSMAN:
12    Q.   And what did you do there the night
13  before?
14    A.   Because we had heard or we had read
15  that there was a skating show and we were looking
16  to see what times they were at.
17    Q.   Did you ever see a skating show on the
18  ship?
19    A.   No.
20    Q.   So you went into that venue just to
21  find out what time the skating show would be?
22    A.   Yes.
23    Q.   During that visit did you speak to any
24  of Royal Caribbean's staff assigned to that area?
25    A.   No, not that I can recall.

47

1    Q.   How much time did you spend in that
2  venue the night before the day of the incident?
3    A.   I don't remember exactly, but it
4  couldn't have been more than five minutes.
5    Q.   Did you see anybody skating at that
6  time?
7    A.   No.
8    Q.   Was the skating rink closed at that
9  time?
10    A.   Yes.
11    Q.   Did you find out what time the skating
12  shows were?
13    A.   I think my wife wrote it down or she
14  looked at it, but I didn't know exactly when.
15    Q.   Were there any signs or other postings
16  in the area that told you what time the skating
17  would be?
18    A.   I don't recall very well, but I think
19  there was some type of information about that.
20    Q.   And on the ADVENTURE OF THE SEAS ship,
21  did that venue have a name?
22    A.   Not that I can recall, I don't know.
23    Q.   Did you bring a camera with you on the
24  cruise?
25    A.   Yes.

48

1    Q.   What type of camera?
2    A.   A digital camera.
3    Q.   Did you take photos using the digital
4  camera during the cruise?
5    A.   I suppose so.
6    Q.   Did you take photographs using your
7  phone or any other device?
8    A.   I suppose so, I don't remember
9  exactly.
10    Q.   What happened to the pictures that you
11  took on the cruise?
12    A.   I downloaded them from the camera and
13  I stored them on the computer.
14    Q.   Do you still have those photos on your
15  computer?
16    A.   Yes, on the cloud that I have.
17    Q.   Approximately how many pictures do you
18  have from the cruise?
19    A.   Not many.
20    Q.   Approximately how many?
21    A.   I don't know exactly how many, but
22  there aren't many.  It's not more than 40, about 40
23  pictures.
24    Q.   Did your wife also take pictures
25  during the cruise?

49

1      **A.**   I can't recall.  She doesn't like
2  taking pictures, that's why I can't remember.
3      **Q.**   Are you aware of any photographs from
4  your cruise other than the ones that you took?
5      **A.**   Yes, a package that I paid for during
6  the cruise.
7      **Q.**   And what type of package did you buy?
8      **A.**   It's a package of pictures that they
9  take of you while you're on the cruise and when you
10 get off in the different ports and they give it to
11 you at the end.
12     **Q.**   And do you have those photos?
13     **A.**   Yes.
14     **Q.**   Where are they stored?
15     **A.**   In my house.
16     **Q.**   And those photos are printed out, hard
17 copy?
18     **A.**   Yes, they're printed pictures.  They
19 didn't give me digital pictures.
20     **Q.**   And about how many of those pictures
21 do you have?
22     **A.**   Not even 10.
23     **Q.**   Do any of the photographs that you
24 have from the cruise, be it the ones you took or
25 the ones you got in the package, do any of those

50

1  photos show the ice rink?
2      **A.**   Are you referring to pictures that the
3  cruise ship gave me or the ones that I took?
4      **Q.**   All of them, both.
5      **A.**   No, not that I can recall, because I
6  don't remember having seen a picture of the skating
7  rink.
8      **Q.**   Okay.  If there are photos that he has
9  in his control that depict the skating rink, I
10 would ask that you preserve those, that he doesn't
11 delete them from the cloud or anything and don't
12 give away the hard ones.
13         MR. ARONFELD:  Don't delete them.
14         THE WITNESS:  I understand, yes.
15 BY MS. GROSSMAN:
16     **Q.**   Was the day of the subject incident on
17 that Monday on the cruise?
18     **A.**   Yes.
19     **Q.**   On the day of the subject incident had
20 you consumed any alcoholic beverages?
21     **A.**   No.
22     **Q.**   On the day of the subject incident did
23 you take any medicine?
24     **A.**   Not that I can recall.
25     **Q.**   On the day of the subject incident,

51

1  prior to the incident did you use any type of
2  drugs?
3      **A.**   No, not that I can recall.  I don't
4  use drugs.
5      **Q.**   Do you use alcohol?
6      **A.**   Socially, I could take a beer or a
7  drink.
8      **Q.**   Did you drink any alcohol on the
9  subject cruise?
10     **A.**   Yes.
11     **Q.**   But none on the day of the incident?
12     **A.**   No.
13     **Q.**   What did you do during the morning of
14 that day?
15     **A.**   We had breakfast and then we went off
16 of the ship -- well, initially in the morning I
17 went to do exercise in the gym.
18     **Q.**   About what time did you go to the gym?
19     **A.**   Between 6:30 and seven.
20     **Q.**   What type of workout did you do at the
21 gym that morning?
22     **A.**   Treadmill.
23     **Q.**   Do you belong to a gym in Puerto Rico?
24     **A.**   No.
25     **Q.**   Prior to the subject incident did you

52

1  belong to a gym in Puerto Rico?
2      **A.**   No.
3      **Q.**   Do you have any fitness equipment such
4  as a treadmill in your own home?
5      **A.**   Yes.
6      **Q.**   How long have you had that treadmill?
7      **A.**   About three years.
8      **Q.**   Did you have a treadmill in your house
9  before the subject incident?
10     **A.**   Yes.
11     **Q.**   And the one you have now is a newer
12 treadmill, correct?
13     **A.**   Yes.
14     **Q.**   What other fitness equipment, if any,
15 do you have in your home?
16     **A.**   None.
17     **Q.**   Prior to the subject incident did you
18 have any other type of fitness equipment in your
19 home?
20     **A.**   No.
21     **Q.**   How much time did you spend in the gym
22 on the treadmill on the morning of the incident?
23     **A.**   I don't remember exactly, but it must
24 have been between 30 and 45 minutes or maybe an
25 hour.

53

1  Q.  Was anyone with you at that time?

2  A.  I didn't go with anybody, but I think

3 one of the girls, one of the girls that we met at

4 the dinners, the ones that shared the dinner table

5 with us, I think she went to the gym at the same

6 time I did and I saw her there.

7  Q.  Prior to the subject incident did

8 anyone in your family use the ice skating rink?

9  MR. ARONFELD:  Objection, form.

10  THE WITNESS:  No.

11 BY MS. GROSSMAN:

12  Q.  What did you do after you finished at

13 the gym that morning?

14  A.  I went to the room to get my family.

15  Q.  And where did you go?

16  A.  I think to have breakfast.

17  Q.  Where did you have breakfast?

18  A.  In the ship restaurant, in the area

19 where the buffet is located.

20  Q.  How much time did you spend having

21 breakfast that morning?

22  A.  I don't remember exactly.  It must

23 have been about 45 minutes or an hour.

24  Q.  What did you do after breakfast on

25 that morning?

54

1  A.  We got ready to leave the ship to go

2 visit the island, that's what I can recall.

3  Q.  And other than getting a driver to

4 tour the island, did you do any other activities

5 that day while the ship was in port?

6  A.  No, nothing that I can recall.

7  Q.  Did you do any type of skating during

8 the course of the cruise prior to the subject

9 incident?

10  MR. ARONFELD:  Objection, form.

11  THE WITNESS:  No.

12 BY MS. GROSSMAN:

13  Q.  You didn't go roller skating in any of

14 the ports, correct?

15  A.  No, there weren't any of those places.

16  Q.  Do you presently own roller blades?

17  A.  Not currently.

18  Q.  Do your children use roller blades?

19  A.  No.

20  Q.  Do they use roller skates?

21  A.  No.

22  Q.  After you returned to the ship that

23 afternoon, what did you do?

24  A.  I think we went to the room to change

25 our clothes to go to dinner.

55

1  Q.  And after that did you go to dinner?

2  A.  Yes, we went to dinner, but we signed

3 in for our turn to dinner, but we didn't make it to

4 dinner.

5  Q.  What seating did you have or what time

6 were you going to have dinner?

7  A.  I think it was 7:30 or eight.  It was

8 7:30 or eight, but I think it was eight.

9  Q.  And after you signed in for dinner,

10 what did you do?

11  A.  Then we went to the skating rink.

12  Q.  Whose idea was it to go to the skating

13 rink?

14  A.  My wife's.

15  Q.  Prior to that time had you talked to

16 any other passengers who had skated on the

17 shipboard skating rink?

18  A.  No.

19  Q.  Prior to that time did you talk to

20 anyone from Royal Caribbean regarding skating on

21 the ship?

22  A.  Not that I can recall.

23  Q.  Do you recall what deck the ice

24 skating rink was on?

25  A.  What floor on the ship?

56

1  Q.  Yes.

2  A.  No, I don't remember what floor that

3 was on.

4  Q.  What did you do when you arrived at

5 the skating rink?

6  A.  We went to a person that was

7 registering the person, the people that were going

8 to go to the rink.

9  Q.  Where was that registration area?

10  A.  There was no registration area.  The

11 person was taking down names, they were sitting on

12 the bleachers in the area where the people sit down

13 to watch the shows.

14  Q.  And describe the person who you

15 registered with.

16  A.  I can't recall the person exactly, I

17 can't describe them to you.  I could tell you that

18 it was someone who was young, the person was about

19 18, they were younger than 25.

20  Q.  Was it a male or female?

21  A.  Male, if I recall correctly.

22  Q.  Was he wearing a uniform?

23  A.  No, I don't think so.

24  Q.  How did you know that he worked for

25 Royal Caribbean?

57

1    **A.**   Because there were other people that
2    were registering with him or giving information
3    with him.
4        **Q.**   Was there a time that the skating rink
5    opened that night?
6        **A.**   I think so.
7        **Q.**   What time was that?
8        **A.**   I don't remember, but I do remember
9    that my wife said that we had to be there at a
10   certain time because if not, then it would close.
11       **Q.**   Do you remember what that time was?
12       **A.**   Not exactly.
13       **Q.**   Did you have to wait in a line to
14   register?
15       **A.**   Not to register.
16       **Q.**   Was there more than one person
17   registering passengers to skate?
18       **A.**   I saw just one person.
19       **Q.**   When you arrived you did not have to
20   wait in line to register, correct?
21       **A.**   I didn't have to wait to register.  I
22   had to wait to be able to get my skates.
23       **Q.**   Did everyone in your family register
24   to skate that evening?
25       **A.**   Yes.

58

1        **Q.**   And did everyone in your family,
2    meaning your wife and your two children, skate that
3    evening?
4        **A.**   My wife didn't skate.
5        **Q.**   Did she register to skate?
6        **A.**   Yes.
7        **Q.**   What did you have to do to sign up --
8    strike that.  Describe the registration process.
9        **A.**   I don't recall because there was a
10   person, and my wife did this process, but the
11   person gave out a piece of paper to be filled out
12   and signed.  And then with that paper they would
13   give you a dot, a colored tape, and with that you
14   went to get your skates.
15       **Q.**   Where did you go to get skates?
16       **A.**   Next to the skating rink.
17       **Q.**   Was it a room, a table or -- describe
18   the area for us.
19       **A.**   It was like a table and then they had
20   the skates in the back of them.
21       **Q.**   During the registration process did
22   they tell you about any rules for the ice skating?
23            MR. ARONFELD:  Objection to form.
24            THE WITNESS:  No.
25   BY MS. GROSSMAN:

59

1        **Q.**   Are you aware of any rules that were
2    in effect at the time that you were ice skating?
3        **A.**   No.
4        **Q.**   For example, do you know whether you
5    were allowed to wear shorts and go ice skating?
6        **A.**   No, I didn't know any of that, I don't
7    know.
8        **Q.**   What were you wearing when you went
9    down to the ice skating area?
10       **A.**   I had a long -- a pair of long brown
11   pants and a polo shirt.
12       **Q.**   Were you wearing -- what type of
13   footwear were you wearing?
14       **A.**   I can't recall very well, but I think
15   they were my running shoes.
16       **Q.**   Were you wearing socks?
17       **A.**   Yes, I think so.
18       **Q.**   At the time you went to go skating,
19   where was the ship?
20       **A.**   Sorry, could you repeat the question?
21       **Q.**   Sure.  Where was the ship at the time
22   that you went to go skating?
23       **A.**   I suppose it was still at the port.
24       **Q.**   Do you know whether it had left the
25   port at the time that you went to go skating?

60

1        **A.**   It's my understanding that it wasn't.
2        **Q.**   That it wasn't what?
3        **A.**   It's my understanding that it was
4    still at the port.
5        **Q.**   What was the weather like that day?
6        **A.**   I don't recall.  There was nothing
7    abnormal to me, it was normal.
8        **Q.**   Do you recall whether it was a rainy
9    day?
10       **A.**   It wasn't a rainy day.  Going back to
11   the question of it was at the port or if it was at
12   sea, I remember that I went -- when I went to the
13   area of the skating rink, not in the skating rink
14   itself, but in that area, I don't remember feeling
15   any movement.  I don't know if we left the port
16   while I was in the skating rink.
17       **Q.**   So you're not sure if the ship was
18   still at port when you went down to go skating,
19   correct?
20       **A.**   I'm not sure, I don't know.
21       **Q.**   It's a very large ship, correct?
22       **A.**   Yes.
23       **Q.**   You can't always feel movement even if
24   the ship is moving, correct?
25       **A.**   Yes, but when the ship actually left,

61

1   I could feel it because it was a harsher movement.
2   I could feel that.
3       Q.    When it left any port, or this
4   particular port that you were at the day of the
5   incident?
6       A.    At least when it left the ports, the
7   two that I had been at because I was only at two.
8       Q.    What was the process you went through
9   to get skates?
10      A.    I would hand over a dot, a colored
11  tape to the person who was giving out the skates,
12  and with that dot they gave me the skates.
13      Q.    Did you tell them your shoe size?
14      A.    Yes.
15      Q.    And what size did you ask for?
16      A.    Ten and a half.
17      Q.    Describe the person who gave you the
18  skates.
19      A.    I can't remember the person, but it
20  was a woman and she was approximately between 20
21  and 25, she was young.
22      Q.    Was there more than one person handing
23  out skates?
24      A.    In giving out skates, it was just one
25  person, but the area where you put your skates on

62

1   before going on to the rink, there was a person,
2   male.
3       Q.    And was that male someone different
4   than the person who was registering passengers?
5       A.    Yes.
6       Q.    Describe the area where you put on
7   skates.
8       A.    It was a rectangular area with benches
9   to sit down and those were next to the wall.
10      Q.    And did your children also receive
11  skates in that area?
12      A.    Yes.
13      Q.    Did your wife receive skates?
14      A.    No.
15      Q.    So after registering, did your wife
16  decide not to go skating?
17      A.    Yes.
18      Q.    When you walked into the room that has
19  the ice skating rink, were any people already
20  skating?
21      A.    Yes, there was a group that was
22  skating.
23      Q.    And about how big was that group?
24      A.    About 10 to 20 people.
25      Q.    Did you ever speak to the person who

63

1   was registering you to skate?
2       A.    Not that I can recall.
3       Q.    Can you recall anything that that
4   person may have said to you?
5       A.    No, I don't remember that person
6   having said anything to me.
7       Q.    And just to be clear, prior to that
8   time you had never been ice skating ever in your
9   life, correct?
10      A.    No.
11      Q.    Is that correct?
12      A.    It's correct.
13      Q.    Was there someone that you believe to
14  be in charge of that area at that time?
15      A.    No, I believed that everybody there
16  was a regular normal employee.
17      Q.    And did the person who gave out the
18  skates have a uniform?
19      A.    Not that I can recall.
20      Q.    The person who was in the area where
21  the people were putting on their skates, did they
22  have a uniform?
23      A.    Not that I can recall.
24      Q.    Did you have any conversation with any
25  of the Royal Caribbean personnel who were working

64

1   in that area before you got on the ice rink?
2       A.    Not that I can recall.
3       Q.    Did you hear any employee of Royal
4   Caribbean say anything about ice skating prior to
5   the time that you got on to the rink?
6       A.    No.
7       Q.    Was there any video playing in that
8   area that you saw?
9       A.    No.
10      Q.    Did you hear any announcements before
11  you got on to the rink?
12      A.    No.
13      Q.    Do you speak any English?
14      A.    Some.
15      Q.    How would you describe your level of
16  proficiency in speaking English?
17      A.    I can understand it fairly well, but
18  when I speak it, I don't do that very well, it's
19  not fluent.
20      Q.    Were you required to sign a waiver
21  before you could skate?
22          MR. ARONFELD:  Objection to form.
23          THE WITNESS:  Yes, it was a
24          requirement.
25  BY MS. GROSSMAN:

65

1    Q.   And did you sign one?

2    A.   Yes.

3    Q.   Was it in English or was it in

4  Spanish?

5    A.   I think it was in both languages, but

6  I think I signed the one that was in English, I'm

7  not sure, because I didn't know that it was in

8  Spanish on the back side.  No one explained any of

9  that to me.

10    Q.   Did anyone else, for instance your

11  wife, sign any kind of waiver?

12    A.   It's my understanding that my wife

13  signed the same one.

14         (Thereupon, Defendant's Exhibit A was

15         marked for identification.)

16  BY MS. GROSSMAN:

17    Q.   Mr. Lebron, I'm going to show you a

18  document that's been marked Exhibit A for this

19  deposition and ask you to take a look at it.  Do

20  you recognize that document now that you had a

21  chance to look at it?

22    A.   Yes.

23    Q.   What is that document?

24    A.   This is the release or that document

25  that I signed so that I would be allowed to go on

66

1  to the rink.

2    Q.   And does your signature appear on the

3  second page of the document?

4    A.   On the second?

5    Q.   Yes.

6    A.   Yes, that's my signature.

7    Q.   Did you fill out your name at the top

8  of this form, Exhibit A?

9    A.   Yes.

10    Q.   And did you sign initials at the end

11  of paragraph 1 of Exhibit A?

12    A.   Yes.

13    Q.   And Exhibit A is completely in

14  Spanish, correct?

15    A.   Yes.

16    Q.   And of course you're able to read

17  Spanish, correct?

18    A.   Yes.

19    Q.   Okay.  And does your signature appear

20  in the box next to paragraph 2 of this Exhibit A?

21    A.   Yes.

22    Q.   And can you read for us what

23  paragraph 2 says?

24    A.   "The skater, the renter exempts, or

25  their minor children, where applicable, do not have

67

1  any medical conditions, disabilities, which would

2  not be in line or safe for the activity to be done,

3  which would be skating on ice.  Participants who

4  are under six years of age must be accompanied by

5  one of their parents or legal guardian at all times

6  while they are in the ice skating rink, but they do

7  not necessarily have to skate with the child."

8    Q.   What does paragraph 4 say?

9    A.   "The skater, renter exempts and

10  recognizes that they have the opportunity to ask

11  questions related to the safe participation on the

12  ice rink and that they received all relevant

13  information necessary and relevant before

14  beginning."

15    Q.   Did you sign your initials next to

16  paragraph 4?

17    A.   Correct.

18    Q.   Did you read paragraph 4?

19    A.   I don't remember having read it.

20    Q.   Did you ask any of the Royal Caribbean

21  crew that was in the area any questions about ice

22  skating before you went on the ice skating rink?

23         MR. ARONFELD:  Objection to form.

24         THE WITNESS:  I don't remember having

25         asked questions.

68

1  BY MS. GROSSMAN:

2    Q.   Are you saying you could have asked

3  some questions, but you just don't remember?

4    A.   I don't remember having asked

5  questions.  I don't remember having the opportunity

6  to ask questions either.

7    Q.   Where were you when you signed

8  Exhibit A?

9    A.   Near the area where you sit down, the

10  bleachers.

11    Q.   Was it not the same area where you put

12  on the skates?

13    A.   No.

14    Q.   How far from it was the area where you

15  signed?

16    A.   Well, you had to go down the bleachers

17  to get to the ice skating rink, because the area

18  where they handed out the skates was on the same

19  level as the rink.

20    Q.   Were you given any type of time slot

21  that you were allowed to start skating?

22    A.   No, I had to wait before starting to

23  skate while the group that was skating came off.

24    Q.   Okay.  How long did you have to wait?

25    A.   Before going in to get the skates,

69

1 about five minutes.

2     Q.   After you got the skates, was that

3 other group still skating?

4     A.   No, no, once I registered, I couldn't

5 go in to get my skates until the group that was

6 skating turned in their skates and left.

7     Q.   Okay. And how long was that?

8     A.   A few minutes, 3 to 5 minutes.

9     Q.   And once that group left, then it was

10 your turn, correct?

11     A.   Correct.

12     Q.   But you didn't have a particular time

13 that you were allowed to be on the ice, did you?

14     A.   I don't understand the question.

15     Q.   Okay. They didn't give you a

16 particular skating time that you were allowed to be

17 on, like, okay, you could skate from seven to 7:15

18 or something like that?

19     A.   Yes, that is specifically what it was,

20 it was seven to 7:15, there were 15 minutes slots.

21     Q.   And what was your slot?

22     A.   If I'm not mistaken, it was the

23 seven o'clock one.

24     Q.   And your understanding was that your

25 time slot was from seven to 7:15 p.m., correct?

70

1     A.   That's what I can recall, yes.

2     Q.   And I believe that you testified

3 earlier that you didn't remember having the

4 opportunity to ask questions: is that correct?

5     A.   I didn't know that you could ask --

6 well, let me explain this to you. I didn't know

7 that there was a group that you could ask questions

8 from because when you register with the person that

9 does the registration and then the person that

10 gives you the skates, there's a very short time

11 period between the two.

12     Q.   Did you ever try to ask someone a

13 question?

14     A.   I'm not certain, but I think that when

15 I saw one of the skates with the broken shoe

16 strings, I tried to look for someone, but the

17 person wasn't there.

18     Q.   Did you ever ask the person who was

19 registering people any questions?

20     A.   I don't remember having asked that

21 person any questions.

22     Q.   Well, having never ice skated before,

23 did you have any questions?

24     A.   I didn't see and I didn't think there

25 was any difference between skating on ice skates

71

1 and in-line skates.

2     Q.   Therefore, you didn't have any

3 questions to ask: is that correct?

4     A.   I didn't have any other questions,

5 other than if the skate was all right with that

6 string.

7     Q.   So is it your testimony that you

8 thought skating on ice would be the same as skating

9 on land?

10     A.   Correct.

11     Q.   Prior to the subject cruise, did you

12 ever live in any other state or country other than

13 Puerto Rico?

14     A.   Lived, no.

15     Q.   Have you ever seen snow prior to the

16 subject cruise?

17     A.   Yes.

18     Q.   And when did you experience snow?

19     A.   Once when I was in Washington in 2010.

20     Q.   Washington state, or Washington D.C.?

21     A.   Washington D.C.

22     Q.   And it snowed when you were there?

23     A.   Yes.

24     Q.   And did you have any experience of

25 trying to walk on ice while you were in Washington

72

1 D.C. when it snowed?

2     A.   Not on ice.

3     Q.   Would you agree that ice is slippery

4 if you try to walk on it?

5     A.   Yes, but I'd like to add that I think

6 if you put wheels on your shoes, that would also be

7 slippery.

8     Q.   Describe the skates you were given

9 when you went to retrieve your skates.

10     A.   It was a boot that had a blade on the

11 bottom of it and strings to tie them up.

12     Q.   When you say "strings," do you mean

13 like shoelaces?

14     A.   Yes, they looked like they were very

15 worn, they looked like they had been used often and

16 they were old skates.

17     Q.   Did you see other types of skates?

18     A.   On the ship?

19     Q.   Yes.

20     A.   No, no, I just saw the ones that were

21 given to me.

22     Q.   What type of skates did your children

23 get?

24     A.   I suppose it's the same kind, but the

25 person who helped my daughters put on their skates

73

1   was my wife, not me.

2       **Q.**   Did you see what types of skates your

3   children were given?

4       **A.**   No.

5       **Q.**   Did you see any type of skate on the

6   ship that had clips instead of shoelaces?

7       **A.**   No, I didn't see any other skates,

8   only the ones that were given to me.

9       **Q.**   What color were the skates you were

10  given?

11      **A.**   Gray.

12      **Q.**   What color were the shoelaces on it?

13      **A.**   I don't recall very well, I suppose

14  they were gray.

15      **Q.**   Did you put on your own skates?

16      **A.**   Yes.

17      **Q.**   Did you ask anyone for help putting on

18  your skates?

19      **A.**   When I saw that one of them was -- I

20  tried to get someone and I didn't see anyone, so I

21  did it on my own.

22      **Q.**   What did you do to try to get someone?

23      **A.**   I looked around me and I didn't see

24  the person.

25      **Q.**   Did you ask anybody to try to find the

74

1   person?

2       **A.**   I didn't see anyone. All the people

3   around me were participants. I was only able to

4   identify three people in the entire skating area,

5   people that worked for Royal Caribbean, for Royal

6   Caribbean, according to what I understood. One

7   that was registering me, and two in the area where

8   the skates are given.

9       **Q.**   And none of those three people were

10  wearing a uniform, correct?

11      **A.**   I don't remember seeing a uniform. I

12  wouldn't be able to tell you if they did or didn't,

13  I just don't remember.

14      **Q.**   So there could have been more than

15  three people who worked for Royal Caribbean there,

16  since they weren't wearing uniforms you wouldn't

17  know one way or the other, right?

18          MR. ARONFELD: Objection to form.

19          THE WITNESS: I would have perceived

20      that there was someone else there because I

21      would have seen them giving instructions to

22      someone or I would have seen them there

23      participating with the skaters.

24  BY MS. GROSSMAN:

25      **Q.**   Did you see any Royal Caribbean

75

1   employee giving instructions to any skater?

2       **A.**   I didn't see anyone giving

3   instructions. When I mentioned giving

4   instructions, I meant handing over skates to people

5   or telling them where the entrance to the skating

6   rink was, or having them stand in line to get

7   organized because it was a lot of -- it was very

8   disorganized in the area of the skating.

9       **Q.**   I don't understand. What type of line

10  are you talking about? Where is this line?

11      **A.**   I'm going to explain it to you. When

12  the people that was in that -- that were in that

13  group, that was skating when they were coming out,

14  basically the people that were going into that new

15  group, they were coming in, so this -- so there was

16  a crowd of people between the people that were

17  coming out and the ones that were going into the

18  attraction.

19          So this was something that happened

20  very quickly because you only had 15 minutes to

21  enjoy this attraction. So because of this, we went

22  to get our skates on very quickly so we could go

23  into the attraction. So when this crowd of people

24  that was going to turn in their skates, this other

25  person was right there in the middle of the crowd

76

1   of people, so they were signaling to the people

2   that were coming in and signaling to them where the

3   helmets were. There wasn't a specific line, it was

4   just the instructions that that person was giving.

5       **Q.**   So you did see an employee of Royal

6   Caribbean giving a group of people instructions?

7       **A.**   I didn't see them giving instructions.

8   I saw them directing them to the skating rink.

9       **Q.**   But you don't know what conversations

10  that person would have been having with any of the

11  other people in line, do you?

12      **A.**   I didn't hear conversations. I just

13  saw a person giving directions and signaling to

14  where the helmets were so they could put them on.

15      **Q.**   Did you have to pay for this

16  attraction?

17      **A.**   Not additional -- not in addition to

18  what I paid for the cruise. I paid for it

19  indirectly because I paid for the cruise.

20      **Q.**   But there was no additional fee for

21  using the ice skating rink while you were on the

22  cruise, correct?

23      **A.**   Correct.

24      **Q.**   So if you wanted to ask a Royal

25  Caribbean employee a question before you got on the

77

1  ice skating rink, you could have just waited for
2  that person to be available, correct?
3       A.   Well, I never saw them available.
4  When I had to ask that question, that person was
5  not available.  I saw that person that was there
6  when I was going to go into the rink, after I had
7  put on my skates by myself.
8       Q.   Did you ask that person before you got
9  into the rink about your skates?
10      A.   No.
11      Q.   Describe for me how you did put on
12  your skates.
13      A.   If I recall correctly, first I put on
14  my skate on my right leg.  The laces were -- and
15  I'm going to show you here.  They were, the laces
16  were on, up to the area that's in front of your
17  ankle.  And then the lace was long enough so that
18  you could cross the laces over up until it passes
19  the top of your ankle.
20      So when I put the one on for my left
21  leg, the lace was long enough that I could tie it
22  above my ankle.  And when I put on my skate on my
23  right foot, these were shorter, they were broken,
24  and I was only able to tie it on the front area of
25  my ankle, not above my ankle.

78

1       I tied them up to, as high up as the
2  lace reached, but I wasn't able to tie them at the
3  top.
4       Q.   And were the skates that you were
5  putting on while you were on the ship similar to
6  the roller blades that you used to own?
7       MR. ARONFELD:  Objection, form.
8       THE WITNESS:  I don't understand the
9       question.
10  BY MS. GROSSMAN:
11      Q.   Were the skates that you put on while
12  you were on the ship, were they similar in
13  appearance to the skates that you used to own when
14  you went roller blading?
15      MR. ARONFELD:  Objection to form.
16      THE WITNESS:  What do you mean by
17      similar?
18  BY MS. GROSSMAN:
19      Q.   How were they the same, if at all?
20      MR. ARONFELD:  Objection, form.
21      THE WITNESS:  That they were a boot,
22      that the bottom area where the wheels are
23      were similar to the area where the blade
24      is.
25  BY MS. GROSSMAN:

79

1       Q.   Was the way that the left skate laced
2  up similar to the way that your roller blades laced
3  up?
4       MR. ARONFELD:  Objection, form.
5       THE WITNESS:  I don't remember exactly
6       how they were, or if they were exact, but I
7       do remember that I was able -- I was always
8       able to tie them up until the top area
9       where the skate allows you.
10  BY MS. GROSSMAN:
11      Q.   When did you first notice that one of
12  the laces -- strike that.
13      When did you first notice that any of
14  the laces were short?
15      A.   When I tried to tie it, when I was
16  putting on the second boot.
17      Q.   And at that point you didn't take them
18  back to where you had gotten them, did you?
19      A.   No.
20      Q.   It's correct?
21      A.   That's correct.
22      Q.   And you didn't show them to any Royal
23  Caribbean employee prior to the incident, correct?
24      A.   I didn't see anyone.
25      Q.   My question was, you didn't show them

80

1  to any Royal Caribbean employee prior to the
2  incident, right?
3       A.   No, because there wasn't anyone.
4       Q.   What do you mean there wasn't anyone?
5       A.   There was no one near me for me to
6  show them to them or ask them.
7       Q.   You didn't show them to the crew
8  member who was directing people to the ice,
9  correct?
10      A.   No, because when I saw that person, I
11  was already going into the rink.
12      Q.   But you saw that person before you
13  stepped into the rink, correct?
14      A.   Is it before going into the rink, is
15  that the question?
16      Q.   Yes.
17      A.   Right at the entrance of the rink.
18      Q.   And when you got to the entrance of
19  the rink, you did not show that person the skate
20  with the shorter laces, correct?
21      A.   I didn't have a way to do that because
22  it was already on, I was already standing up ready
23  to go into the rink.
24      Q.   But there was nothing stopping you
25  from talking to the person who was at the entrance

81

1    of the rink who worked for Royal Caribbean,
2    correct?
3         A.    There was nothing stopping me, but
4    everyone was in a hurry to go into the skating
5    rink.  That was the only entrance.
6         Q.    Other than the skates, did you receive
7    any other equipment before you went to ice skate?
8         A.    I didn't receive any other equipment.
9    He signalled where the helmets were for me to put
10   it on.  They didn't give me any safety equipment,
11   they only gave me the skates and then they pointed
12   to a box where the helmets were located for me to
13   put it on.
14        Q.    In your last answer, when you said he
15   signalled where the helmets were, are you referring
16   to the gentleman who was working for Royal
17   Caribbean and stationed at the entrance of the
18   skating rink?
19        A.    Yes.
20        Q.    And did you use the helmet?
21        A.    Yes.
22        Q.    Did your daughters use helmets?
23        A.    Yes.
24        Q.    Did your daughters use any other
25   safety equipment?

82

1         A.    I don't remember them specifically
2    since my wife was the one who helped them put
3    everything on.  I remember having helped one of
4    them put on the helmet.
5              I would like to add that at that
6    moment when I was getting ready to go in, when I
7    was going in, this was so disorganized.  There was
8    so much of a rush.  Everyone was in a hurry to go
9    in and it was all rushed so they could have enough
10   time.  This was just very quick.
11        Q.    So you were rushing to get in; is that
12   correct?
13        A.    The people were rushing me in to get
14   in.
15        Q.    Who was rushing you in, you weren't
16   rushing yourself?
17        A.    I wasn't in a rush.  I didn't have a
18   rush, but it was this feeling of being rushed.
19   Everybody was in a rush to get in, so you felt
20   that.
21        Q.    So if I understand your testimony
22   correctly, you had a feeling of being rushed, but
23   you weren't actually rushing?
24        A.    You could say that.
25        Q.    Did you inspect the helmet that you

83

1    put on to wear while you were skating?
2         A.    No.
3         Q.    You just put it on?
4         A.    Yes.
5         Q.    Did you have any problems with the
6    helmet?
7         A.    I didn't.
8         Q.    Did anyone else that you know of have
9    any problems with the safety equipment during the
10   ice skating?
11        A.    My daughter, my youngest, if I can
12   recall, she had problems putting on her helmet, so
13   I helped her to adjust the strap.
14        Q.    Okay.  So that was just adjusting it
15   to fit her, correct?
16        A.    Yes, correct.
17        Q.    There was no problem with the helmet
18   itself, correct?
19        A.    No.
20        Q.    No problem?
21        A.    For me, this is a problem, but I don't
22   know if it is for someone else.
23        Q.    What do you mean "for me this is a
24   problem"?
25        A.    For me it's uncomfortable.  If my

84

1    daughter couldn't put it on, to me that's a
2    problem, it's a burden for it to be put on.
3         Q.    So the problem was that you had to
4    help your daughter put the helmet on instead of her
5    doing it herself?
6         A.    The problem is that my daughter was
7    not able to put it on on her own.
8         Q.    And which daughter are you referring
9    to?
10        A.    I think it was my youngest, the
11   10-year-old.
12        Q.    What's her name?
13        A.    Lara.
14        Q.    Describe for me what the shoelaces on
15   the right skate looked like.
16        A.    Short, used, worn, very used.
17        Q.    Were both the laces on the right skate
18   the same length?
19        A.    I can't remember exactly.
20        Q.    Can you recall if one was shorter than
21   the other?
22        A.    They were basically both the same
23   length.  I don't remember there being a very big
24   difference between one and the other.
25        Q.    And what was the difference in length

**85**

1  between the skates on your right skate and --
2  strike that.
3  　　　　What was the difference in length
4  between the laces on the right skate and the laces
5  on the left skate?
6  　　A.　The ones on the left were long enough
7  so that I could strap them on or tie them on above
8  my ankle.  The ones on the right were not long
9  enough for me to be able to do that.
10 　　Q.　How much shorter were the ones on the
11 right than the ones on the left?
12 　　A.　I wouldn't be able to tell you how
13 much shorter.  Simply I just couldn't tie them up
14 to the top, tie them correctly.
15 　　Q.　And in all your experiences roller
16 blading and tying up skates, did you always tie the
17 laces above your ankle?
18 　　A.　Correct.
19 　　Q.　So when you attempted to lace up your
20 right skate, you knew that it wasn't correct,
21 correct?
22 　　　　MR. ARONFELD:  Objection, form.
23 　　　　THE WITNESS:  I perceived that
24 　　　　something was strange, that I wasn't
25 　　　　putting it on correctly.  But at the same

**86**

1  　　　　time I assumed that if I had received them,
2  　　　　they must be fine, I never thought that
3  　　　　that would be a problem or that this would
4  　　　　cause me a problem.
5  BY MS. GROSSMAN:
6  　　Q.　So if you didn't think it would be a
7  problem -- strike that.
8  　　　　On the second page of Exhibit A, do
9  you see an area where the wording is in all capital
10 letters?
11 　　A.　Yes, I see it.
12 　　Q.　And do you see an area in the middle
13 of that section where there's bold print?
14 　　A.　I can't perceive it very well.  Can
15 you point it to me?
16 　　Q.　"Existing," do you see that?
17 　　A.　Okay, yes.
18 　　Q.　What does that bolded area say?
19 　　A.　"Certain inherent dangers exist to
20 activities that cannot be avoided or eliminated."
21 　　Q.　Did you understand when you signed
22 this document, Exhibit A, that you're taking a
23 risk, that you might fall on the ice?
24 　　A.　I didn't understand that there was a
25 risk.  I didn't understand there was a serious

**87**

1  risk.
2  　　Q.　What do you mean by "a serious risk"?
3  　　A.　Having a fall that would cause a
4  dangerous injury.
5  　　Q.　So you knew before you went ice
6  skating that there was a risk that you would fall
7  while ice skating, correct?
8  　　A.　I never thought that I could fall.
9  That didn't even cross my mind.
10 　　Q.　So you didn't think there was a risk
11 of you falling, even though you had never ice
12 skated in your life, correct?
13 　　A.　I didn't see or understand that there
14 was a difference between skating on ice and skating
15 on wheels.  That's why I never thought I would
16 fall.
17 　　Q.　Because you thought an ice skate and
18 roller blades were the same?
19 　　　　MR. ARONFELD:  Objection to form.
20 　　　　THE WITNESS:  I didn't think that they
21 　　　　were exactly the same thing, but that I
22 　　　　would be using the same skills.
23 BY MS. GROSSMAN:
24 　　Q.　Why did you put the helmet on?
25 　　A.　Because the person indicated for me to

**88**

1  put it on.
2  　　Q.　Did you ever wear a helmet when you
3  roller bladed?
4  　　A.　When I skated the year before, in the
5  skating rink, yes.
6  　　Q.　What about when you were roller
7  blading, when you considered yourself a master
8  roller blader did you wear a helmet?
9  　　A.　No.
10 　　Q.　On the top of page 2 on Exhibit A,
11 page 2, what does it say by the bullet points at
12 the top of the page?
13 　　A.　"Parents must be present in the rink
14 to supervise the minors at all times, but they are
15 not forced to skate."
16 　　Q.　Go on.
17 　　A.　"Parents must be on the ice skating
18 rink with all children under six years of age.  All
19 skaters must have at all times safety equipment
20 that is available to them.  Avoid other skaters,
21 don't skate in the opposite direction as others.
22 People who are in front of you have the right of
23 way.  Always continue in movement.  Don't skate
24 faster than conditions allow.  Jumps, zig-zags
25 or" --

**89**

1    MR. ARONFELD:  "Tricks," right?
2    THE WITNESS:  "Tricks," I don't know
3  if that's what you call them, "Tricks are
4  not allowed or forceful playing.  Children
5  cannot be carried or other articles,
6  including cameras or headphones while
7  skating.  Don't go out on the ice without
8  skates on.  Don't wear skates on the steps
9  or bleachers.  Inform monitors of any
10  danger.  Keep exits open, free."
11  BY MS. GROSSMAN:
12    Q.  And the last one?
13    A.  "Failure to respect the rules could
14  lead to the loss of your privileges of skating on
15  ice."
16    Q.  How long did it take you to fill out
17  and put your signature and initials on the document
18  marked as Defendant's Exhibit A?
19    MR. ARONFELD:  Objection to form.
20    THE WITNESS:  I don't recall exactly
21  how long.
22  BY MS. GROSSMAN:
23    Q.  In fact, at the beginning of the
24  deposition you did not recall even signing a form
25  in Spanish, correct?

**90**

1    MR. ARONFELD:  Objection, form.
2    THE WITNESS:  That's correct, and I
3  was completely surprised to have signed it
4  in Spanish.  I didn't remember what
5  language I had signed it in.
6  BY MS. GROSSMAN:
7    Q.  But you understand what's written on
8  these pages as you sit here today, correct?
9    MR. ARONFELD:  Objection, form.
10    THE WITNESS:  Today, I understand
11  them.
12  BY MS. GROSSMAN:
13    Q.  Who told you where to sign on the
14  form?
15    A.  No one told me where to sign on the
16  form.  I signed where I understood I had to sign.
17    Q.  Who did you give the form to when you
18  were done signing it?
19    A.  I cannot remember if I gave it to my
20  wife, who gave it to the person who was
21  registering, or if I gave it to him.
22    Q.  Where did the person who gave you
23  skates, where did he retrieve the skates from that
24  he gave you?
25    MR. ARONFELD:  Objection to form.

**91**

1    THE WITNESS:  I don't recall, I don't
2  remember having seen him.
3  BY MS. GROSSMAN:
4    Q.  Earlier you described the table.  Was
5  the person handing out skates behind the table?
6    A.  That person was behind the table.
7    Q.  And was there any type of shelving or
8  structure that held the skates that were not in
9  use?
10    A.  I don't recall.
11    Q.  Do you recall seeing skates in any
12  kind of slots, organized by size?
13    A.  I suppose so, but I don't remember
14  exactly.  I'm trying to remember, but I can't.
15    Q.  And you asked for size 10 and a half,
16  correct?
17    A.  Yes.
18    Q.  And were the skates that you received
19  size 10 and a half?
20    A.  I suppose so.  I didn't verify the
21  size.
22    Q.  Did your foot fit in the skates?
23    A.  Yes.
24    Q.  Do you have any reason to doubt that
25  they were size 10 and a half?

**92**

1    A.  No.
2    Q.  Other than the shoelaces, they
3  appeared to fit properly, correct?
4    A.  Yes.
5    Q.  And you were wearing socks?
6    A.  I think so.
7    Q.  How long did it take you to put on
8  your skates?
9    A.  I can't remember exactly, but I do
10  remember that it was fast.
11    Q.  Were you sitting down when you put on
12  the skates?
13    A.  Yes, I was sitting.
14    Q.  And what were you sitting on?
15    A.  Like I had said before, there was some
16  type of a bench that was stuck to the wall.
17    Q.  And how many people would be sitting
18  on a bench?
19    MR. ARONFELD:  Objection to form.
20    THE WITNESS:  I don't remember that.
21  BY MS. GROSSMAN:
22    Q.  How big was the bench?
23    A.  I don't remember that either.  There's
24  many details that I don't have -- that I can't
25  remember.

93

1    Q.   Did you have plenty of room to sit on
2  the bench?
3              MR. ARONFELD:  Objection to form.
4              THE WITNESS:  I don't remember having
5              had a problem sitting on the bench.
6  BY MS. GROSSMAN:
7    Q.   And what did you do with the shoes
8  that you were wearing after you took them off to
9  put the skates on?
10   A.   I think that my wife gave them to the
11 person that was handing out the skates or under the
12 bench.  We either left them under the bench or we
13 gave them to the person who was handing out the
14 skates.
15   Q.   Okay.  So you don't recall?
16   A.   I don't remember.
17   Q.   Before you got on the ice did you show
18 anyone the condition of the right skate?
19   A.   No.
20   Q.   Did you show your wife the skate?
21   A.   No.
22   Q.   About how many people were in the
23 group you were a part of at the time slot you had
24 to skate?
25             MR. ARONFELD:  Objection to form.

94

1              THE WITNESS:  You mean how many people
2              were in that group of people that were
3              going to go in with me to skate?
4  BY MS. GROSSMAN:
5    Q.   Correct.
6    A.   I don't remember exactly, but it must
7  have been between 10 and 15 or 20 people.  There
8  were children, there were adults.
9    Q.   Was there any group of people waiting
10 to skate after your time?
11   A.   I don't know because I was skating, so
12 if they got there, I don't know if there were some.
13   Q.   Prior to the time of your incident did
14 you see any other people fall on the ice?
15   A.   Yes, I saw one person fall on the ice.
16   Q.   Who was that?
17   A.   A man, he was between 40 and 45 years
18 old.
19   Q.   Was that before you got on the ice or
20 after you got on the ice?
21   A.   While I waited on the bleachers,
22 waited for them to send me to get my skates.
23   Q.   Okay.  So while you were sitting in
24 the bleachers, waiting to get your skates, you saw
25 one of the skaters on the ice fall?

95

1    A.   Yes, correct.
2    Q.   Did you see anyone else fall on the
3  ice before you got on it?
4    A.   Not that I can recall.
5    Q.   What happened to that person after
6  they fell?
7    A.   The person got up, it was like a joke
8  for everyone, he fell on his knees and everybody
9  was laughing.
10   Q.   Who was laughing?
11   A.   I heard the people that were waiting
12 there with me laughing, and my wife laughed,
13 everyone.
14   Q.   Did that passenger appear injured?
15   A.   No.
16   Q.   Whose idea was it to go ice skating?
17   A.   My wife's.  I think we had mentioned
18 that before.
19   Q.   Between you and your two daughters,
20 who was the first one to go on the ice?
21   A.   I don't remember.  I don't remember
22 exactly.  I think my daughters went on first.
23   Q.   And you mentioned a line to get on the
24 skating rink, correct?
25   A.   It wasn't exactly a line.  It was just

96

1  some type of order because it was a small entrance,
2  a small door to be able to get in, so everybody
3  couldn't go in all of a sudden, so it was just
4  while you were waiting to go in.
5    Q.   And did people go in one at a time?
6    A.   Yes.
7    Q.   And there was a crew member stationed
8  at the entrance?
9    A.   Right at the entrance, yes.
10   Q.   And when you passed that crew member
11 at the entrance, you didn't have any kind of
12 communication with him?
13   A.   I don't remember having had
14 communication with him.
15   Q.   And once you got on the ice, what
16 happened?
17   A.   I started trying to skate.  Then I
18 started to -- well, I started to feel at that
19 moment what it was like to skate on ice.  I felt
20 the skate that I wasn't able to tie on correctly, I
21 felt it loose.
22             Then I started skating on the side,
23 holding on to those railings on the sides while I
24 got used to balancing on the skates, until there
25 came a moment where I started skating.  So I

97

1 started skating without any help and obviously I
2 felt the one that was loose, but I was skating.
3    Q.   How soon after you got on the ice did
4 you feel that your right skate was loose?
5    A.   Immediately when I went in, when I
6 started moving my foot doing this so I could skate.
7    Q.   But you did not get off the ice at
8 that point, correct?
9    A.   I didn't think that was such a risk
10 that was so lethal or that it would be so serious.
11    Q.   My question was, you did not get off
12 the ice at that point, correct?
13    A.   Correct, because I didn't think that
14 was something that was so risky or that would cause
15 such a serious injury.
16    Q.   How many laps did you take around the
17 ice rink before the subject incident?
18    A.   I don't know how many.
19    Q.   More than once?
20    A.   I suppose so.
21    Q.   Have you ever watched the video of
22 your incident?
23         MR. ARONFELD:  Objection to form.
24         THE WITNESS:  Which video?
25 BY MS. GROSSMAN:

98

1    Q.   The CCTV video from the ship.
2    A.   I saw it yesterday.
3    Q.   And did you see yourself going around
4 the skating rink more than once before the time of
5 the incident?
6    A.   No.  In this video, if we're
7 referencing the same video, when I saw myself, when
8 I was able to see myself on that video I didn't see
9 myself going around more than once.
10    Q.   To your knowledge were there any Royal
11 Caribbean employees on the ice at the time you were
12 on the ice?
13    A.   That I know of, there was no one on
14 the ice.
15    Q.   And while you were skating was the
16 Royal Caribbean employee who was monitoring the
17 entrance, did he remain at the entrance while you
18 were skating?
19    A.   I don't know if he stayed at the
20 entrance.  I didn't see him skating, I didn't even
21 see him with skates on when I saw him at the
22 entrance.
23    Q.   Apart from the helmet, were you
24 wearing any other protective gear?
25    A.   No.

99

1    Q.   Apart from the three Royal Caribbean
2 staff you told me earlier, do you recall any other
3 Royal Caribbean staff inside of the ice skating
4 area the night of the incident?
5         MR. ARONFELD:  Objection, form.
6         THE WITNESS:  No.
7 BY MS. GROSSMAN:
8    Q.   Where were you skating in relation to
9 your two daughters?
10         MR. ARONFELD:  Form.
11         THE WITNESS:  Could you ask me that
12    question again?
13 BY MS. GROSSMAN:
14    Q.   Yes.  When you were on the skating
15 rink, skating, where were your daughters in
16 relation to you?
17         MR. ARONFELD:  Objection to form.
18         THE WITNESS:  One was next to me and
19    the other I don't know where she was.
20 BY MS. GROSSMAN:
21    Q.   And which daughter was next to you?
22    A.   The youngest.
23    Q.   Lara?
24    A.   Lara, sorry.
25    Q.   So you don't know whether Claudia was

100

1 ahead of you or behind you, correct?
2         MR. ARONFELD:  Form.
3         THE WITNESS:  She was behind me
4    because when I fell she yelled, and I felt
5    her behind me.
6 BY MS. GROSSMAN:
7    Q.   From the time you got on the ice, how
8 long were you skating, how long were you skating
9 and holding on to the wall at the same time, how
10 long did you skate that way?
11    A.   I don't recall, I don't know exactly.
12    Q.   But there came a point where you felt
13 like you could balance and skate without holding on
14 to the wall, correct?
15    A.   Correct.
16    Q.   Did either of your daughters ever fall
17 while they were skating?
18    A.   To fall, I don't remember having seen
19 one of them fall on the ground.
20    Q.   But did anyone ever tell you that they
21 fell?
22    A.   No, no one told me that they had
23 fallen.  They were holding on to the rails in the
24 skating rink almost the entire time.
25    Q.   What do you mean when you say "rails"?

101

1    A.    It was some type of -- something that
2    everybody would hold on to.  I don't know what
3    material this was.  It was either on the ends or it
4    divided the area where the steps were from the
5    rink.
6    Q.    So it was attached to the wall that
7    went around the rink?
8    A.    I didn't understand, do you mean the
9    wall?
10   Q.    Was there a wall around the rink?
11   A.    I don't remember if exactly there was
12   a wall, but it was surrounded by something where
13   you could grab on when you're going around the
14   rink.
15   Q.    And those railings went all the way
16   around the entire rink?
17   A.    I can't remember exactly if it went
18   all the way around or if there was a part of the
19   wall, where there was a wall towards the end, if it
20   didn't have a railing or if there was a wall and a
21   railing, that part on the side to the right.
22   Q.    While you were on the ice skating, did
23   you have sufficient light to see where you were
24   going?
25   A.    I don't remember any type of

102

1    difficulty in terms of the lighting.
2    Q.    So you were able to see where you were
3    going as you were skating, correct?
4    A.    Correct.
5    Q.    Once you were on the ice, but before
6    you fell, did you see anyone else on the ice fall?
7    A.    I don't remember.  It may have
8    happened, but I don't remember.
9    Q.    Did you ever stop skating from the
10   time that you got on the ice until the time of your
11   accident?
12   A.    We didn't stop, but what we did was
13   slow down our speed, slowed down because they were
14   already gathering people to end their turn.
15   Q.    How long were you on the ice before
16   the incident?
17   A.    I don't know exactly how long I was on
18   there, I suppose it was between 10 and 15 minutes.
19   Q.    But there came a time that you slowed
20   down, correct?
21   A.    Yes, right before the fall I slowed
22   down and started moving towards the area where I
23   was going to go outside of the skating rink, or go
24   out of the skating rink.
25   Q.    How were they gathering people to end

103

1    their turn?
2    MR. ARONFELD:  Objection to form.
3    THE WITNESS:  I don't know how they
4    were gathering the people.  I just
5    perceived the people were getting out.
6    BY MS. GROSSMAN:
7    Q.    Okay.  And did you see any Royal
8    Caribbean employee directing people to get off the
9    ice?
10   MR. ARONFELD:  Form.
11   THE WITNESS:  I don't remember having
12   seen anyone do that.
13   BY MS. GROSSMAN:
14   Q.    When I asked you earlier did you ever
15   stop skating from the time you got on the ice until
16   the time of your accident, and you answered we
17   didn't stop, but what we did was slow down our
18   speed, slow down because they were already
19   gathering people to end their turn, what did you
20   mean by "they were already gathering people"?
21   A.    Because from what I can recall, they
22   had a clock or some type of timer that told them
23   how much time had elapsed and there was a message
24   on the loud speaker saying that the next group was
25   getting ready to come on.

104

1    Q.    Could you see who was making the
2    announcements on the loud speaker?
3    A.    No.
4    Q.    Other than that announcement, what
5    other announcements had been made over the loud
6    speaker that evening?
7    A.    I don't remember any other
8    announcements.
9    Q.    And from the time you got on the ice
10   up until the time of the fall, your fall, you
11   didn't report any problems of any kind to any Royal
12   Caribbean employee, correct?
13   A.    No, because there was no employees on
14   the ice for me to be able to report any problems.
15   Q.    Did you report any problems to the
16   person who was monitoring the entrance to the
17   skating rink?
18   A.    No.  As I explained before, no.
19   Q.    Prior to the fall did you see any
20   problems with the ice?
21   A.    No, because I don't have any knowledge
22   of the ice.  After the fall, when I'm on the
23   ground, I was able to see that the floor, the ice,
24   it was dirty, it wasn't well kept.  My shirt, the
25   polo shirt that I had on, it ended up all black

105

1   because of all the dirtiness that was on the ice.
2   I had to drag myself off of the rink.
3       Q.   Prior to your fall did you see any
4   problems with the ice?
5       A.   Before the fall I didn't see any
6   problems with the ice.  I didn't feel any problems
7   with the ice.  When I fell I saw there was a
8   problem.  When I fell the skate was locked into the
9   ice.  That's why I wasn't able to keep my balance,
10  to regain my balance to avoid the fall, because the
11  skate got stuck in the ice.  I don't know in what,
12  I don't know what part that was in.
13      Q.   You didn't see any debris on the ice
14  before or after your fall, correct?
15      A.   Could you ask me that once again.  I
16  didn't understand.
17      Q.   You did not see any debris on the ice
18  before or after your fall, right?
19      A.   No, debris such as some type of
20  obstacle, no.  But after the fall I was able to
21  perceive that it was extremely dirty, as if that
22  surface hasn't been cleaned frequently.
23      Q.   Where were you looking at the time
24  that you fell?
25          MR. ARONFELD:  Objection to form.

106

1          THE WITNESS:  I don't remember exactly
2          what I was looking at.
3   BY MS. GROSSMAN:
4       Q.   As you sit here today, you can't
5   recall how many times you went around the skating
6   rink before the fall, correct?
7          MR. ARONFELD:  Objection to form.
8          THE WITNESS:  I didn't say I don't
9          remember how many times I went around.  I
10         said that I don't know how many times I
11         went around.
12  BY MS. GROSSMAN:
13      Q.   Just to clarify, you don't know how
14  many times you went around, but do you know that
15  you went around at least more than one time?
16      A.   You could say, yes.
17      Q.   Okay.  So at least once you had skated
18  past the area without falling where you ultimately
19  fell?
20      A.   You know, I wouldn't be able to say
21  that I did pass through the same area where I fell
22  at least once, because the area where I fell, I was
23  more towards the area of the door and not exactly
24  in the area where you would normally skate, so I
25  wouldn't be able to be certain and tell you that I

107

1   had passed exactly through the area where I fell
2   before I fell.
3       Q.   How close were you to the railing at
4   the time that you fell?
5       A.   I was near the railing, but I wasn't
6   close enough where I could grab on to the rail.
7       Q.   And immediately before your fall where
8   was your younger daughter located in relation to
9   you?
10      A.   She was right next to me.
11      Q.   On your right side?
12      A.   On my right side.
13      Q.   Were you holding hands?
14      A.   I don't remember exactly, but that is
15  possible.
16      Q.   And was your daughter holding on to
17  the wall immediately prior to your fall?
18      A.   I'm not completely sure, but it could
19  be.
20      Q.   Were you helping your younger daughter
21  skate?
22      A.   We were skating together.
23      Q.   And when she was skating, to your
24  knowledge was she always holding on to the wall?
25      A.   Yes.

108

1       Q.   Did your wife remain in the bleacher
2   area while you and your two daughters were skating?
3       A.   Correct.
4       Q.   Where was she while you guys were
5   skating?
6       A.   I don't know exactly where she was,
7   but it's my understanding that she was near the
8   person that was initially registering everyone.
9       Q.   Did she take any photographs of you
10  while you were skating?
11      A.   No, I don't remember her having taken
12  pictures.
13      Q.   Up until the time that you fell had
14  you had any instances where you felt like you were
15  losing your balance on the ice?
16      A.   Yes.  In the first moments when I was
17  trying to adapt and trying to gain my balance,
18  there were moments when I felt that I was not
19  balanced.
20      Q.   And during those times were you
21  holding on to the wall?
22      A.   Correct.
23      Q.   Explain how you fell.
24      A.   I was slowing down my speed like I had
25  explained before.  I felt as if I lost my balance

109

1 and the skate got stuck in the ice, I couldn't
2 recover from this loss of balance when the skate
3 got stuck, and I wasn't even able to get my foot
4 out of the place where it had gotten stuck, so all
5 of my body fell on my ankle. Something that's very
6 odd because, only because the skate was stuck in
7 the ice. It's very improbable or at least it had
8 never had happened to me where I would fall and my
9 entire body would fall on my ankle.
10     Q. What were you doing at the time that
11 you felt you were losing your balance?
12     A. I was going towards the exit of the
13 rink.
14     Q. And you can't recall if you were
15 holding your daughter's hand at the time?
16     A. I can't remember if I was holding her
17 hand, but it's possible that I did have -- that I
18 was holding her hand.
19     Q. Immediately before your fall did you
20 see your daughter losing her balance?
21     A. If after I fell she lost her balance,
22 is that the question?
23     Q. No, no. The question is: Immediately
24 before your fall did you see your daughter losing
25 her balance?

110

1     MR. ARONFELD: Objection to form.
2     THE WITNESS: No, I didn't perceive my
3     daughter losing her balance. As a matter
4     of fact, after the accident when I asked my
5     daughter about it, she said that she was
6     the one who tried to avoid my fall.
7 BY MS. GROSSMAN:
8     Q. And when you said "my daughter" just
9 now, are you talking about the younger daughter?
10     A. Lara, I'm sorry.
11     Q. And you never told anyone that you
12 were trying to stop your daughter from falling at
13 the time that you fell?
14     A. I don't recall.
15     Q. So it's possible you told someone
16 that?
17     MR. ARONFELD: Objection, form.
18     THE WITNESS: I don't think that's
19     possible, I don't remember that. I don't
20     think that my daughter -- that I was trying
21     to grab my daughter at that moment.
22 BY MS. GROSSMAN:
23     Q. Who saw you fall?
24     MR. ARONFELD: Objection to form.
25     THE WITNESS: My wife. I want to

111

1 clarify the question. Who saw me when I
2 fell or who was there present when I fell?
3 BY MS. GROSSMAN:
4     Q. Are you aware of anyone who witnessed
5 you falling?
6     A. Not specifically seeing how I fell,
7 but at the moment when I fell my wife and my
8 daughters were present.
9     Q. So you don't know if your wife and/or
10 daughters witnessed your actual fall?
11     A. My wife and my daughter, my oldest,
12 Claudia, I'm not sure if they saw how I fell. My
13 youngest, Lara, I understand that she saw it,
14 because she was next to me.
15     Q. And what direction did you fall, like
16 forward, backwards, sideways?
17     A. That's what I've been trying to
18 explain, see, I didn't fall specifically to one
19 side. I fell completely down because I wasn't able
20 to recover from this loss of balance because my
21 skate was stuck.
22     Q. When you fell down what part of your
23 body impacted the ice?
24     A. Could I stand up and explain this to
25 you?

112

1     Q. You have to explain verbally, so that
2 it can be on the record.
3     A. When I fell my right skate gets stuck,
4 your instinct is to recover your balance with the
5 other foot. When I tried to move my right foot, it
6 stuck, so that's when I fell with my body and my
7 buttocks on my right ankle. Since that skate was
8 stuck into the ice, all of my body falls on that
9 ankle. And that's when I heard the sound of the
10 bone breaking.
11     Q. What part of your body then actually
12 impacted the ice during the fall?
13     A. Initially?
14     Q. At all during the fall, what part of
15 your body impacted the ice?
16     A. My buttocks falls on my ankle, so
17 that's when I pull out my foot, so I have to
18 literally pull my foot out from the side so I could
19 place my foot towards the front to see what it was
20 that had happened. So when I look at my ankle, my
21 knee is at a 90-degree angle and my foot is at
22 180 degrees, completely twisted.
23     Q. So when you fell your arm did not hit
24 the ice, correct?
25     A. No, not that I recall, not my arms or

113

1  my shoulders.  It was my buttocks and I fell on my
2  foot.  And this is what I think, if my foot had not
3  been stuck in the ice, then I would have fallen on
4  my buttocks normal.
5      Q.   What did you see, if anything, that
6  your skate got stuck on?
7      A.   I didn't see anything that the skate
8  got stuck on because that's exactly when everything
9  happened, and immediately when I fell everything
10 was just out of control, people started surrounding
11 me.  I had no way of anyone coming to help me,
12 there was no one there to get me from inside of the
13 rink.  I literally had to drag myself with my
14 broken leg, drag myself like this with the back of
15 my hands until I was able to get off of the rink,
16 because if I would lie down I would freeze to
17 death.  I remember that it took awhile for them to
18 find someone to be able to take charge of the
19 situation.
20     Q.   So do you think that whatever caused
21 your skate to get stuck is what caused your fall?
22         MR. ARONFELD:  Objection, form.
23         THE WITNESS:  I wouldn't be able to be
24     certain if that's what made me fall, but
25     that is what caused me not to be able to

114

1      avoid the fall.
2  BY MS. GROSSMAN:
3      Q.   What do you think caused your fall?
4      A.   Once I slowed down and not having
5  enough support because of the lace, some
6  flexibility in my ankle caused me to lose my
7  balance.
8      Q.   Other than that, do you think that
9  anything else contributed to your fall?
10     A.   I don't think so.
11     Q.   Have you ever looked at the complaint,
12 have you seen the complaint that was filed in this
13 case?
14     A.   What do you mean the complaint?  These
15 documents, is this the document that Aronfeld sent?
16     Q.   That's the document that your lawyer
17 files on your behalf to start the lawsuit.  Have
18 you ever seen it before?
19     A.   No, I don't recall having seen it.  I
20 remember having seen a paper with questions, what
21 is it called?
22     Q.   Interrogatories.
23     A.   That's the document I remember.
24     Q.   Okay.  Paragraph 14 of the complaint
25 says, "The ice skating equipment provided for use

115

1  by defendant to plaintiff was not in a reasonably
2  safe or functionally good condition."
3          How do you think that the equipment
4  you were provided was not in a reasonably safe or
5  functionally good condition?
6      A.   Because of the deficiency that it had
7  with the lace and because of its appearance in
8  being worn and being overused.  It didn't look like
9  something that was well cared for and well kept.
10     Q.   How would its appearance have anything
11 to do with you losing your balance?
12         MR. ARONFELD:  Objection to form.
13         THE WITNESS:  I don't think its
14     appearance had any impact on me losing my
15     balance.  I think that what made me lose my
16     balance is that I wasn't able to tie my
17     skate on correctly because the lace was
18     broken, and there was no way for it to be
19     tied on correctly with that lace.
20 BY MS. GROSSMAN:
21     Q.   Okay.  When you say lace, I'm a little
22 confused.  On the right skate was there one lace
23 broken or two laces broken?
24     A.   Both laces broken.  Let me re-answer.
25 I can't be certain that both laces were broken

116

1  because I can't recall that.  I do know that one
2  side of the lace was broken and it didn't have
3  enough length.  It wasn't long enough for me to tie
4  it on all the way to the top.
5          Because, let me explain this to you,
6  if a lace is broken and someone takes it out and
7  then makes sure that both sides are even, because
8  you could do that, but that doesn't give you enough
9  lace for you to be able to tie it up all the way up
10 to the top.
11     Q.   The skates that you were wearing at
12 the time of the incident, did they have a different
13 way to lace up once you got above the ankle, than
14 it laced up on the bottom part of your foot?
15         MR. ARONFELD:  Objection to form.
16         THE WITNESS:  I don't remember the
17     bottom part, how it was tied, but the top
18     part that I was able to tie on this leg
19     because I had enough lace available, I tied
20     it by crossing it and I was able to adjust
21     it and tie it strongly on my leg, or firmly
22     on my leg.
23 BY MS. GROSSMAN:
24     Q.   The skates that you were wearing at
25 the time of the incident, they have shoelaces that

117

1 go through holes at some point, correct?
2      A.   Correct.
3      Q.   And as you move up the ankle part of
4 the boot, are there hooks instead of holes to
5 secure the laces on?
6      A.   Exactly, correct.  Once you get to the
7 front of your ankle, right there it has some hooks
8 for you to be able to lace them up, not the same as
9 it does at the bottom of the skate.
10      Q.   And so on your left skate, did you use
11 the hooks to complete lacing up the left skate?
12      A.   Correct.
13      Q.   And were the laces on the right skate
14 long enough for you to use any of the hooks on the
15 right skate?
16      A.   No, no, they weren't long enough for
17 me to be able to cross them over the hooks and tie
18 a knot on the boot.
19      Q.   And the location where you ended up
20 tying the right skate, where was that as far as
21 your foot is concerned?  What part of your foot was
22 that at?
23      A.   I was able to tie them on my right
24 foot to the area where your foot starts, where your
25 ankle is located.

118

1      Q.   Okay.  So are you saying it's the area
2 where your foot meets your ankle?
3      A.   If you're looking from top to bottom,
4 it would be where your foot starts.  And if you're
5 looking bottom to top, it would be where your ankle
6 starts.
7      Q.   Other than the shortened laces you
8 testified about, was there anything else about the
9 skates themselves that you think contributed to
10 your fall?
11           MR. ARONFELD:  Objection, form.
12           THE WITNESS:  I don't think so.
13 BY MS. GROSSMAN:
14      Q.   Paragraph 15 of your complaint says
15 that, "The ice skating rink was not in reasonably
16 good condition."
17           How was the rink not in good
18 condition?
19      A.   Are you referring to the ice, the rink
20 itself?
21      Q.   Yes.
22      A.   Well, when I fell, everything was all
23 dirty, and because of that dirt, then I perceived
24 that it didn't have the adequate maintenance.  And
25 where the skate got stuck, that was an area that

119

1 was deep enough that I wasn't able to get my skate
2 out so that I could regain my balance.  I suppose
3 that the rink must receive some type of treatment
4 or maintenance so that these grooves don't exist to
5 avoid this type of fall.
6      Q.   Describe any type of groove that you
7 saw on the ice.
8      A.   I didn't perceive any grooves in the
9 ice.  When I'm standing on the ice, since the rink
10 is all white, there's no way that you could
11 perceive while you're standing at eye level any
12 type of groove.  That's why I don't think that the
13 fact I didn't perceive them doesn't mean that they
14 didn't exist or that there weren't any more.
15      Q.   So if I understand you correctly, as
16 you were skating the ice on the rink looked white,
17 correct?
18      A.   Yes, it looked whitish, it looks like
19 ice, just like ice.  I didn't perceive a different
20 color than what you see as ice.
21      Q.   Okay.  So while you were skating you
22 didn't see any dirt in the ice or on the ice?
23      A.   From my point of view, from that level
24 there's no way for me to be able to perceive any
25 dirt on the ice.  I perceived the dirt on the ice

120

1 when I was thrown on the floor, that with the
2 slightest contact of my shirt with the ice my shirt
3 turned completely black.  And I'm saying completely
4 black, not as it being literally completely black,
5 that's just my way of speaking.  It was dirty.
6      Q.   Okay.  Well, if it wasn't completely
7 black, could you describe the color of any dirt you
8 saw after you fell on the ice?
9      A.   A dirty color with water.
10      Q.   What color?
11      A.   Like blackish, like dirty black, but
12 not black like your computer or black like very
13 black, just obviously soiled.
14      Q.   Okay.  But you're not saying that the
15 color of the ice or dirt on the ice had anything to
16 do with your fall, right?
17           MR. ARONFELD:  Objection, form.
18           THE WITNESS:  Could you ask me that
19      question again, because it's difficult to
20      understand it.
21 BY MS. GROSSMAN:
22      Q.   Sure.  You're not saying that the
23 color of the ice or the dirt on the ice played any
24 role in causing you to fall?
25      A.   No, I couldn't say that the dirtiness

121

1  on the ice caused my fall, but this dirt that I
2  perceived on the ice shows me that the ice didn't
3  receive the maintenance or it wasn't being
4  maintained the way it should.
5      Q.  You said after you fell you -- strike
6  that.
7          Did you see a groove in the ice after
8  you fell?
9      A.  No, I wouldn't be able to say that
10 because I didn't see this area where I fell because
11 when I fell, everyone came and surrounded me.  I
12 had to drag myself off the ice.
13     Q.  So did there ever come a point when
14 you saw a groove in the ice?
15     A.  There's no way for me to be able to
16 see a groove in the ice from my field of vision
17 when I'm standing.
18     Q.  Okay.  But at no point did you ever
19 see a groove in the ice, correct?
20     A.  No.  There's no possibility of my
21 seeing a groove in the ice, no.
22         MR. ARONFELD:  Ms. Grossman, it's been
23     another hour, hour and a half.
24         (Thereupon, a short recess was taken.)
25 BY MS. GROSSMAN:

122

1      Q.  Where we left off was, at no point you
2  saw -- you did not at any point see grooves in the
3  ice, right?
4      A.  There was no way of me being able to
5  see them, no.
6      Q.  And you didn't see any holes in the
7  ice?
8      A.  There was no way of me being able to
9  see them, no.
10     Q.  I'm talking about before or after the
11 fall, you never saw any holes in the ice, correct?
12         MR. ARONFELD:  Objection to form.
13         THE WITNESS:  Before the fall, there
14     was no way for me to be able to see holes
15     on the ice.  And after the fall I had to
16     drag myself off of the ice.
17 BY MS. GROSSMAN:
18     Q.  Okay.  But I'm asking you before or
19 after the fall, you never saw holes in the ice,
20 right?
21         MR. ARONFELD:  Objection to form.
22         THE WITNESS:  There's no way for me to
23     be able to see holes on the ice before the
24     fall.  And after the fall I dragged myself
25     off the ice.  I wasn't on there enough to

123

1      see.
2  BY MS. GROSSMAN:
3      Q.  So you're not saying that any defect
4  in the ice itself caused you to lose your balance,
5  correct?
6          MR. ARONFELD:  Objection to form.
7          THE WITNESS:  The defect in the ice
8      caused me to be unable to recover my
9      balance and then as such that caused the
10     fall.
11 BY MS. GROSSMAN:
12     Q.  Okay.  But my question was, you're not
13 saying that any defect in the ice itself caused you
14 to lose your balance, correct?
15         MR. ARONFELD:  Objection to form.
16         THE WITNESS:  I'm confused.
17 BY MS. GROSSMAN:
18     Q.  Okay.  You want me to ask it again?
19         You're not saying that any defect in
20 the ice itself caused you to lose your balance,
21 right?
22         MR. ARONFELD:  Objection, form.
23         THE WITNESS:  I wouldn't be able to be
24     certain that a defect in the ice was what
25     caused me to lose my balance, but I

124

1      wasn't -- but it did cause me to not be
2      able to regain my balance.  The defect in
3      the skate was what made me lose my balance.
4          If you ask me what caused my fall, I
5      would tell you it's a combination of both
6      things, a defect in the ice and the problem
7      in the ice.
8          THE INTERPRETER:  The problem in the
9      ice and the defect in the skate, I'm sorry,
10     correction from the interpreter.
11 BY MS. GROSSMAN:
12     Q.  Okay.  But what I'm asking you is what
13 caused you to lose your balance.  And I want to
14 clarify, you're not saying that any defect in the
15 ice itself caused you to lose your balance, right?
16         MR. ARONFELD:  Objection to form.
17         THE WITNESS:  I can't guarantee that
18     the defect in the ice caused me to lose my
19     balance, I wouldn't be able to tell you
20     that, I wouldn't be able to guarantee that
21     or be able to say to you it happened or
22     didn't happen.
23 BY MS. GROSSMAN:
24     Q.  Okay.  Did you ever see, before or
25 after the fall, a defect in the ice?

125

1      MR. ARONFELD:  Form.
2      THE WITNESS:  I'm sorry if I don't
3  answer this the way you like me to answer
4  this, but there's no way for me to be able
5  to see if there's a defect from the point
6  where I am standing, from when I'm
7  standing.
8  BY MS. GROSSMAN:
9      Q.  So then you didn't see a defect?
10     MR. ARONFELD:  Objection to form.
11  BY MS. GROSSMAN:
12     Q.  Right?
13     A.  What is that question again?
14     Q.  So you didn't see a defect in the ice,
15  did you?
16     MR. ARONFELD:  Objection to form.
17     THE WITNESS:  There's no way for me to
18  have seen it.  There's no way that I could
19  have seen it.  That doesn't mean it didn't
20  exist.  It means I couldn't have seen it.
21  BY MS. GROSSMAN:
22     Q.  But you yourself never saw a defect in
23  the ice, correct?
24     MR. ARONFELD:  At this point --
25     MS. GROSSMAN:  He hasn't answered the

126

1  question.
2      MR. ARONFELD:  I think he has multiple
3  times.  It's late in the day, I'm going to
4  let him answer it one more time.  And if
5  not, I'm going to move for protective order
6  on this.
7      THE INTERPRETER:  Let me repeat the
8  question.
9  BY MS. GROSSMAN:
10     Q.  I can repeat it if you want.
11     A.  There's no way for me to have seen a
12  defect before the fall because at the level of my
13  eyesight there's no way for me to be able to
14  perceive that.
15     Q.  And I'm going to clarify because he
16  said before the fall.  I'm asking at any point did
17  you see a defect in the ice?
18     MR. ARONFELD:  Objection to form,
19  asked and answered.
20     MS. GROSSMAN:  No, it hasn't.
21     THE WITNESS:  There's no way for me to
22  see a defect in the ice after I fell
23  because immediately when I fell, I dragged
24  myself off of the ice.
25  BY MS. GROSSMAN:

127

1      Q.  Paragraph 16 of the complaint says the
2  ship's movement was unsteady.  Did you perceive any
3  movement of the ship at the time that you fell?
4      A.  Is the question that at that same
5  moment when I fell, I perceived ship movement?
6      Q.  Let me strike my question.  I'll ask a
7  different question.
8      Do you think the movement of the ship
9  had anything to do with your fall?
10     A.  It could be possible that, yes.
11     Q.  So you're saying the ship's movement
12  had a role in your fall?
13     A.  I wouldn't be able to guarantee that,
14  but it could be possible.
15     Q.  Do you recall feeling any movement of
16  the ship immediately prior to losing your balance?
17     A.  Before losing my balance, I was in
18  movement, there's no way of me being able to
19  perceive motion because I am in motion.
20     Q.  Okay.  So you didn't perceive while
21  you were skating any movement of the ship, correct?
22     MR. ARONFELD:  Objection to form.
23     THE WITNESS:  There's no way of me
24  being able to perceive it because I am in
25  movement myself.

128

1  BY MS. GROSSMAN:
2      Q.  So are you claiming that any movement
3  of the ship had any role in causing you to lose
4  your balance?
5      A.  It could be possible that, yes.
6      Q.  But you don't remember any movement of
7  the ship, correct?
8      MR. ARONFELD:  Form.
9      THE WITNESS:  It's not that I don't
10  recall it, it's that I can't guarantee it
11  exactly because I'm in movement.
12  BY MS. GROSSMAN:
13     Q.  Okay.  So do you recall any movement
14  of the ship immediately prior to losing your
15  balance?
16     MR. ARONFELD:  Objection to form,
17  asked and answered.
18     THE WITNESS:  What is the question
19  again?
20  BY MS. GROSSMAN:
21     Q.  So do you recall any movement of the
22  ship immediately prior to losing your balance?
23     A.  There's no way of me being able to
24  perceive the movement because I am in motion.
25     Q.  Okay.

129

1     Who was the first person from Royal
2  Caribbean after your fall to come to your
3  assistance?
4     A.  I don't remember exactly, but it's my
5  understanding that it was one of the people that
6  were handing out skates.
7     Q.  And did someone bring a wheelchair to
8  the skating area to take you to the ship's medical
9  center?
10     A.  When I fell they were all there, they
11  didn't know what to do.  Like I said, I dragged
12  myself out of the skating rink.  And then it took,
13  and then it took a long time for them to find, I
14  think it was the nurse from the ship.
15     Q.  Did the nurse from the ship come to
16  the ice skating area?
17     A.  I'm not sure if it was her, but it was
18  somebody that wasn't exactly the same people that
19  were giving out the skates, the first three people
20  that I had seen, because that person took off the
21  skate.
22     Q.  Okay.  When you said two questions ago
23  that they were all there, who were you referring to
24  when you said "they"?
25     A.  I was referring to the people that

130

1  were handing out the skates, the two people.  So
2  throughout this confusion they were -- they didn't
3  know what to do, they weren't prepared, so they
4  went to look for another person to help them out.
5     Q.  So there were two people handing out
6  skates at the time you received your skates?
7     A.  There was one person handing out
8  skates.  The other person was at the entrance of
9  the skating rink, like I had told you before.
10     Q.  Who assisted you into the wheelchair?
11     A.  I don't remember exactly who helped
12  me.  The wheelchair took a long time to arrive, it
13  was a long time after I had the accident until they
14  could find the wheelchair and they could find who
15  was going to help me.  I basically had to get
16  myself on to the wheelchair on my own.
17     Q.  Where were you --
18     A.  As a matter of fact, there was a
19  person who was in the skating rink that identified
20  themselves as a doctor, when he came to me to try
21  and help me.  The people who were there assisting
22  me didn't allow it.
23     Q.  What people?
24     A.  The two people that were there in the
25  skating rink, one of them was at the entrance, at

131

1  the door of the skating rink, and the other that
2  was handing out skates.
3     Q.  The person who identified themselves
4  as a doctor, was that a passenger?
5     A.  I assumed so.
6     Q.  Do you know the name of that person?
7     A.  No, they didn't allow him to have any
8  contact with me.  I asked him, I said, please have
9  the skate taken off of me because I was afraid I
10  had an exposed bone.
11     Q.  And who did take the skate off of you?
12     A.  Someone from the ship, ship personnel,
13  but I don't know exactly who it was.
14     Q.  Male or female?
15     A.  I think it was a female, I think it
16  was the nurse, but I'm not sure because, remember,
17  when this is all happening and they are taking off
18  the skate, I'm yelling because of the pain that I
19  had.
20     Q.  Were you still on the ice when they
21  took the skate off?
22     A.  No, I dragged myself out and it was
23  out there that they took the skate off.
24     Q.  And was someone assisting the nurse in
25  taking your skate off?

132

1     A.  I don't remember having seen someone
2  help her.
3     Q.  How long do you estimate it was
4  between the time of your fall and the time that you
5  were taken to the ship's medical center?
6     A.  I don't remember exactly how long, how
7  much time passed, but it must have been 15 minutes.
8  They were looking for help, they were looking for
9  wheelchairs and they were looking for people to go
10  to this area.
11     Q.  Did anyone accompany you to the ship's
12  medical center?
13     A.  My wife.
14     Q.  And what about your children?
15     A.  No, they stayed with the people that
16  were with us at the dinner table, the one that
17  shared the dinner table with us, so they went to
18  the emergency area later.
19     Q.  Okay.  And what are the names of the
20  people that you shared the dinner table with?
21     A.  I don't know their names.  I know
22  their nicknames.  The woman's name is Elsie and the
23  man's name is Chello.
24     Q.  And did you meet them on the ship?
25     A.  Yes.

133

1     Q.   Do you know whether either of them
2 witnessed your fall?
3     A.   They were present on the rink, but
4 they didn't see my fall.
5     Q.   And have you spoken to either of them
6 since the cruise?
7     A.   Yes.
8     Q.   When was the last time you spoke to
9 either of them?
10     A.   About two Sundays ago, two weeks ago.
11     Q.   And who did you speak to two weeks
12 ago?
13     A.   With both of them.
14     Q.   Both of them.  What did you discuss?
15     A.   They went to my oldest daughter's
16 birthday.
17     Q.   Do you have their phone number?
18     A.   Yes.
19     Q.   Can you tell me the phone number?
20     A.   787-983-5331.
21     Q.   And do you know their last name?
22     A.   No.
23     Q.   Do you know where they live?
24     A.   Yes, I know where they live.  I don't
25 know exactly where they live, because I went once

134

1 to their house, I drove there, what I mean is I
2 don't know the address.
3     Q.   Is it in Puerto Rico?
4     A.   Yes, in Puerto Rico.
5     Q.   What city in Puerto Rico?
6     A.   Coamo, Puerto Rico.
7     Q.   Okay.  How many times have you seen
8 them since the cruise?
9     A.   Four times.
10     Q.   Once you got to the medical center
11 with your wife, what happened?
12     A.   I waited for some time for the doctor
13 to arrive.  The doctor comes and some x-rays are
14 taken and it's explained to me that my fracture is
15 serious and I'm told that there is no way for my
16 foot to go into place unless it's with surgery,
17 that there's a danger that due to this fracture
18 that I could lose circulation in my toes.  And if
19 this would happen, then I could develop a gangrene
20 and they would have to amputate my foot.
21          He tells me he's going to put an
22 immobilizer on me, but he was going to take the
23 pulse of my toes every half hour, but if I lose the
24 pulse in my toes, that if I do lose the pulse in my
25 toes, then I run the danger of losing my foot

135

1 because there's no way for me to get to a hospital
2 before this happens and there's no way of a
3 helicopter getting there or anything like that.
4 That if that would happen, then the ship would have
5 to be rerouted.
6     Q.   What medical treatment did the doctor
7 give you?
8     A.   He put this immobilizer on me and he
9 applied a narcotic medication and that basically
10 made me lose consciousness.  And after that, after
11 I stayed all night there, every four or five hours,
12 I can't remember exactly how long, they would give
13 me another dose of medication.  The nurse told me
14 they had to have me on an IV.  She had to drain
15 this medication from my body because this would
16 cause me harm.
17     Q.   Did you say drain?
18     A.   Drain.
19     Q.   Okay.
20     A.   Basically that was the treatment that
21 they gave me on the ship.
22     Q.   Do you remember the name of the nurse
23 who treated you?
24     A.   No.
25     Q.   And what was the name of the doctor

136

1 who treated you?
2     A.   That either.
3     Q.   Okay.
4     A.   Remember that this medication that
5 they applied, it was a narcotic, so this made me
6 completely out of it, drowsy, drugged, sedated.
7     Q.   I'm going to have this document marked
8 as Exhibit B.
9          (Thereupon, Defendant's Exhibit B was
10          marked for identification.)
11 BY MS. GROSSMAN:
12     Q.   Mr. Lebron, I'm showing you now what
13 is marked Defendant's Exhibit B, a two-page
14 document entitled "Guest Injury Statement," and
15 I'll ask you to take a look at it.
16     A.   Yes, I saw it.
17     Q.   Do you recognize that document?
18     A.   Yes, I recognize it.
19     Q.   And what do you recognize it as?
20     A.   I don't recognize the document as
21 such.  I do know that my wife filled out a paper
22 while I was on the ship.
23     Q.   Okay.  Were you present when she
24 filled it out?
25     A.   I remember that she was completing it

137

1  and she was next to me when she was completing this
2  document.  I don't remember exactly what it was
3  that she was completing, what she was filling out,
4  because I was sedated.
5      Q.   Do you know where that form came from,
6  who gave it to her or to you?
7      A.   No, I don't know.  Someone gave it to
8  her, I don't know exactly who.
9      Q.   Does your signature appear on that
10 document anywhere?
11     A.   Yes, on the bottom.
12     Q.   Have you read that document before
13 today?
14     A.   No.
15     Q.   You've never seen that before?
16     A.   When I signed it, I must have seen it.
17     Q.   Until today?
18     A.   Oh, no.
19     Q.   And you said you don't believe your
20 wife witnessed the fall, correct?
21     A.   Exactly when I fell, I don't know, I
22 don't think so.
23     Q.   And did you tell her what happened
24 after the fall?
25          MR. ARONFELD:  Objection to form.

138

1          THE WITNESS:  I don't remember having
2           specified to her exactly how I fell or when
3           she was filling that out.
4  BY MS. GROSSMAN:
5      Q.   You don't remember, but it's possible
6  that you told her what to put down, correct?
7          MR. ARONFELD:  Form.
8          THE WITNESS:  I don't think so.  I
9           don't think so, at that moment I was
10          sedated.  And at that moment I was barely
11          conscious, but if I was, my priority was my
12          family and my injury.
13 BY MS. GROSSMAN:
14     Q.   Was this statement filled out by your
15 wife before you had an x-ray?
16     A.   I don't know.
17     Q.   On page 2 of Exhibit B, do you see a
18 question that asks, "What do you believe caused
19 your accident?"
20     A.   Which one is it, this one?
21     Q.   I'll put a star next to it.
22     A.   C, "What do you believe caused this
23 accident?"  Yes.
24     Q.   And what is written next to that?
25     A.   Loss of balance.

139

1      Q.   And did your wife write that?
2      A.   That's her handwriting.
3      Q.   In looking at this document, do you
4  see anywhere where it says anything about the laces
5  on your skate?
6      A.   No, there was no way for her to have
7  been able to write that.
8      Q.   In looking at the two-page document
9  marked as Defendant's Exhibit B that you signed,
10 you don't see anywhere on here that mentions
11 anything about any defect in the ice, correct?
12          MR. ARONFELD:  Objection, form.
13          THE WITNESS:  No, there's no way for
14           her to know the cause of my fall or to know
15           the defect that would cause my fall.
16 BY MS. GROSSMAN:
17     Q.   Okay.  She was with you immediately
18 after the fall, correct?
19     A.   Correct.
20     Q.   And did she ask you what happened?
21          MR. ARONFELD:  Objection, form.
22          THE WITNESS:  I don't remember her
23           having asked me what had happened to me.
24 BY MS. GROSSMAN:
25     Q.   But she was with you immediately after

140

1  the fall and accompanied you to the ship's medical
2  center, correct?
3          MR. ARONFELD:  Objection to form.
4          THE WITNESS:  Correct.
5  BY MS. GROSSMAN:
6      Q.   She was with you immediately after the
7  fall and was with you before you were sedated,
8  correct?
9          MR. ARONFELD:  Objection, form.
10          THE WITNESS:  Correct.
11 BY MS. GROSSMAN:
12     Q.   And you were speaking with her during
13 that time, correct?
14          MR. ARONFELD:  Objection form.
15          THE WITNESS:  I don't remember having
16           spoken to her.  I was complaining because
17           of the pain, moaning.  I don't think that
18           someone who had three different fractures
19           in their ankle and this type of fracture
20           that I had would have the desire to be
21           talking.
22 BY MS. GROSSMAN:
23     Q.   The guest injury statement was filled
24 out on what date?
25          MR. ARONFELD:  Objection to form.

141

```
 1            THE WITNESS:  The date down here says
 2      6-20-2016, according to the date that's
 3      down here on the bottom.
 4   BY MS. GROSSMAN:
 5      Q.   And you remember your wife having that
 6   form in the ship's medical center the evening of
 7   the incident, correct?
 8      A.   I remember that someone gave her a
 9   document to be filled out in reference to the
10   incident.  I never reviewed it, I never read it, I
11   just signed it.
12      Q.   But you signed it?
13      A.   I signed it.
14      Q.   And is that similar to what you
15   testified about the Defendant's Exhibit A, the
16   release, that you just signed it without reviewing
17   it?
18            MR. ARONFELD:  Objection to form.
19            THE WITNESS:  I don't remember having
20      read it.  I don't remember having reviewed
21      it.
22   BY MS. GROSSMAN:
23      Q.   Other than the ship's doctor and
24   nurse, did anyone else speak to you in the
25   infirmary about the incident?
```

142

```
 1      A.   I don't remember exactly if someone
 2   else spoke to me.  Remember that I was sedated. I
 3   was under the effects of the narcotics.
 4      Q.   Going back to this document, this is
 5   your wife's handwriting on the form.  Do you
 6   recognize that as your wife's handwriting?
 7      A.   I am not much of an expert at
 8   recognizing handwriting, but that is my wife's
 9   handwriting.  But the signature I'm absolutely
10   certain it is, she's the one --
11      Q.   I'm not asking as a writing expert,
12   but you've been with your wife for quite awhile, so
13   I'm just asking if you recognize that as her
14   handwriting.
15      A.   It's my understanding that it is my
16   wife's handwriting.  I can guarantee, I'm
17   absolutely certain it is her signature.
18      Q.   Okay.  Based on the date here, this
19   was filled on the night of the accident, correct?
20      A.   Correct.
21      Q.   And obviously that was well before the
22   time you hired an attorney in this case, correct?
23      A.   Of course.
24      Q.   And according to the information on
25   the guest injury statement, the cause of your fall
```

143

```
 1   was you losing your balance, correct?
 2            MR. ARONFELD:  Objection to form.
 3            THE WITNESS:  That's what my answer --
 4      sorry, what my wife answered in this
 5      document.
 6   BY MS. GROSSMAN:
 7      Q.   Okay.  Do you blame yourself at all
 8   for the fall?
 9      A.   No.
10      Q.   Other than the ship's medical center,
11   at any time after your accident do you recall
12   telling anybody who worked for Royal Caribbean how
13   your fall occurred?
14            MR. ARONFELD:  Objection to form.
15            THE WITNESS:  I don't remember having
16      spoken to anybody from Royal Caribbean
17      except for one person, who was the port
18      agent or someone who was in charge of
19      following up with these people who have
20      these problems or have to stay in an
21      island, but I don't remember having talked
22      about the cause or anything related to the
23      accident.  I just remember having talked to
24      this person, just about how I was feeling
25      after the accident.
```

144

```
 1   BY MS. GROSSMAN:
 2      Q.   Okay.  Did you ever speak to the
 3   ship's safety officer or any other ship's officer
 4   about how the accident occurred?
 5            MR. ARONFELD:  Objection to form.
 6            THE WITNESS:  I don't remember having
 7      talked to any other people from the ship
 8      other than the doctor and the nurse.
 9   BY MS. GROSSMAN:
10      Q.   Did you report to anyone on the ship
11   at any time that you thought that a problem with
12   the skates caused your fall?
13      A.   No, the time that I was on the ship
14   after the accident in the emergency, I was sedated
15   and I don't remember having talked to any officer
16   on the ship.
17      Q.   Do you know what happened to the
18   skates you were wearing at the time of the
19   incident?
20      A.   No.  What are you referring to, do you
21   mean what did they do with the skates after the
22   accident?
23      Q.   Do you know what happened to the
24   skates after the accident?
25      A.   No, I don't know, they were taken off
```

145

1   of me, there was no way of me being able to be
2   aware of that.
3       Q.   The day following the incident were
4   you disembarked for further medical treatment?
5       A.   Yes, approximately after ten or eleven
6   in the morning an ambulance arrived to take me to
7   disembark me and to take me to a medical center.
8       Q.   Where was that, was that in Antigua?
9       A.   Yes, that was in Antigua.
10      Q.   So did the ship's medical doctor refer
11  you to an orthopedic specialist in Antigua?
12          MR. ARONFELD:  Objection, form.
13          THE WITNESS:  The medical doctor or
14          someone from the ship, I don't know who,
15          contacted this clinic so they could go to
16          the ship and get me.
17  BY MS. GROSSMAN:
18      Q.   Okay.  And was it your understanding
19  you were going to see an orthopedic surgeon
20  specialist?
21      A.   Not before I left the ship.  Two
22  doctors got me from the ship.  I remember asking
23  the doctors if there was a way that they could see
24  me and then for me to come back to the ship and the
25  doctor answered that me going back to the ship was

146

1   not a priority in terms of my accident.
2       Q.   I don't understand what you mean, what
3   do you mean it's not a priority in terms of your
4   accident, what did you understand that to mean?
5       A.   I didn't understand why he said that
6   either.  I assumed they were trying to deal with
7   something serious and they were trying to stabilize
8   me before deciding to bring me back to the ship.
9       Q.   Okay.  So once you were picked up by
10  the ambulance at the ship and taken to the clinic,
11  what treatment, if any, did you receive there?
12      A.   I received the worst treatment
13  possible that any human being could receive.
14      Q.   Any medical treatment I'm asking you,
15  what did you receive there?
16      A.   They took some x-rays, they brought in
17  an orthopedist.  Before bringing in the
18  orthopedist, they left me there without any
19  treatment for over an hour and a half and the two
20  doctors who picked me up simply disappeared.
21          When I asked another nurse that was
22  there, she told me the doctors were dealing with my
23  insurance, making sure that they had the form of
24  payment, and until that didn't happen they weren't
25  going to see me.  So then that's when I asked how

147

1   much is it they need for me to pay.  This was in
2   the middle of my despair.  So she told me it was
3   $3,000, and I pulled out my credit card and paid
4   the $3,000.
5       Q.   What was the $3,000 for?
6       A.   For them to attend to me.
7       Q.   I mean, was it for a surgery or for
8   the x-rays or did you get a bill?
9       A.   For them to perform an evaluation.
10      Q.   Did they provide you with a bill?
11      A.   When I got out of the hospital.
12      Q.   And do you have that bill?
13      A.   Yes, I have it.
14      Q.   You gave it to your attorney?
15      A.   Yes, they have it.  They billed me
16  there in that invoice for blood tests, they took
17  blood and they never gave me results, an EKG and
18  for the visit or the doctor's evaluation.
19      Q.   Okay.
20      A.   That's what I can recall.  If you need
21  something more specific, you can see it on the
22  invoice.
23      Q.   Do you know the name of the
24  orthopedist who saw you in Antigua?
25      A.   No.

148

1       Q.   Did your wife accompany you there?
2       A.   No.
3       Q.   Did anyone accompany you to the
4   medical appointment in Antigua?
5       A.   Yes.
6       Q.   Who?
7       A.   Chello.
8       Q.   Did he stay with you the whole time
9   you were with the physicians in Antigua?
10      A.   Yes.  So part of the treatment, once I
11  paid the $3,000, this person gives me the
12  appointment and the doctor comes down.  So then I
13  ask this doctor, because I was very scared, if I
14  could die from this that was happening to me, and
15  he said yes.  So at that moment everything got
16  worse, because I was receiving the worst treatment
17  in the worst facilities and if it depended on them
18  for me to stay alive, then I thought this was not
19  going to happen.
20      Q.   Other than what you already told me,
21  what specific complaints do you have about the
22  treatment you received in Antigua, other than what
23  you already said?
24      A.   The facilities were completely
25  deplorable.  It was an empty hospital.  There were

149

1  no other patients except for me.  They opened the
2  hospital for me.  They only treat patients who have
3  these types of problems on the ships.  They never
4  gave me an IV to hydrate, they never took my vital
5  signs, they never gave me food, not until the next
6  day.  Their food system was just to ask me if I
7  wanted to eat.
8          When I asked them to take me to the
9  room to take me out of this supposed emergency
10 area, they told me they couldn't because it was
11 raining.  I didn't understand why it was they
12 couldn't take me out of there if it was raining and
13 I told them to take me out of there.  And to my
14 surprise, this area where the rooms were, to get me
15 over there, this was going through a parking area
16 which was rocky.  Could you imagine a patient who
17 has a broken leg on a stretcher going through a
18 rocky road.
19      Q.   Did they take you over that parking
20 lot on that stretcher?
21      A.   And besides that it was raining,
22 uh-huh.
23      Q.   When they gave you an EKG, that's
24 taking your vital signs, right?
25          MR. ARONFELD:  Object to form.

150

1          THE WITNESS:  That was after I was
2          taken to the room.  That isn't while I was
3          in the emergency room.  And they took me to
4          that emergency room under the rain.
5  BY MS. GROSSMAN:
6      Q.   When did you leave that facility?
7      A.   When I got there is the question?
8      Q.   No, when did you leave that facility?
9      A.   The following day, and I think it's
10 the 22nd, at seven o'clock, seven o'clock at night
11 or after seven.
12      Q.   And was Chello with you the whole
13 time?
14      A.   No.
15      Q.   When did Chello leave?
16      A.   Chello left the day I got there before
17 5 p.m. because he had to go back to the ship.  And
18 to continue responding to your question of why I
19 was treated so poorly, after they took me to the
20 room, the orthopedist tells me I need surgery to my
21 foot, he tells me I could have surgery, he could
22 operate or I could have surgery in Puerto Rico.
23      Q.   You chose Puerto Rico?
24      A.   And I chose Puerto Rico.
25      Q.   How were you transported from that

151

1  facility to Puerto Rico?
2      A.   I'll tell you that after I explain to
3  you why it is I think that they treated me the way
4  no one should be treated.
5          When I state that I want to go to
6  Puerto Rico to have the operation there, he tells
7  me this is a good decision that I'm making, but
8  that before doing that he has to manipulate my foot
9  in order to avoid the loss of circulation.  And I
10 tell him that that is fine, I agree, but to please
11 apply medication.  So he tells me I already have
12 enough medication in my body and the other doctor
13 who is beside me puts a pillow on my mouth and the
14 orthopedist asks me to drag my body down to the
15 edge of the bed so my knee is at the edge, the
16 bottom edge of the bed.  He places his hand on the
17 upper part of my foot and the other on my heel and
18 in cold blood he turns my foot.
19      Q.   Who from the ship or -- strike that.
20          Who from Royal Caribbean was assisting
21 you in coordinating your shoreside medical care?
22          MR. ARONFELD:  Objection to form.
23          THE WITNESS:  I don't know who did
24          that.  I received information from the
25          doctor who saw me in the emergency room.

152

1          He said that someone who they called a port
2          agent would be in constant contact with me.
3          I never heard from that person up until the
4          time when I got to Puerto Rico and I had
5          surgery and I was already at home.
6          Apparently this person tried to reach me by
7          phone, but they were never able to reach
8          me.
9              When I got home I opened my e-mail and
10         saw that this person was trying to contact
11         me.  I think that, for other reasons that
12         that clinic, that I was treated the way no
13         human being should ever be treated, that's
14         at least what I think.
15             When my wife and my daughters got to
16         the clinic after having had to do millions
17         of things to be able to be allowed to stay
18         on the island and leave the ship, they
19         wanted to charge me $200 for each one of
20         them so that they could spend the night
21         there.
22 BY MS. GROSSMAN:
23      Q.   Okay.  So you're saying your wife and
24 two daughters disembarked the ship while you were
25 in the clinic in Antigua?

153

1      **A.**   Correct.

2      **Q.**   And did they get off the ship the day

3  after the incident or the following day?

4      **A.**   The day after the accident in Antigua,

5  they disembarked in the afternoon so they could

6  stay with me in Antigua.  No one helped them with

7  the disembarkation process.  Quite the contrary,

8  they got in the way.  No one took care of the

9  transportation from the ship to the hospital.  I

10  paid over $120 for a taxi to take them from the

11  ship to the hospital in an island that I don't know

12  and that I don't know the laws or anything.

13      **Q.**   How were you transported from Antigua

14  to Puerto Rico?

15      **A.**   In an air ambulance.

16      **Q.**   And were your wife and children able

17  to accompany you on the air ambulance?

18      **A.**   No.

19      **Q.**   How did they get back to Puerto Rico?

20      **A.**   They took a flight from Antigua to

21  Miami and from Miami to Puerto Rico.

22      **Q.**   And once you arrived in Puerto Rico,

23  did you arrive directly to a hospital?

24      **A.**   I got to the airport in Aguadilla and

25  an ambulance transported me from the airport to the

154

1  hospital.

2      **Q.**   And what hospital were you transported

3  to in Aguadilla?

4      **A.**   The Good Samaritan Hospital.

5      **Q.**   Did you receive surgery at Good

6  Samaritan Hospital on your ankle?

7      **A.**   Yes.

8      **Q.**   When did you receive the surgery?

9      **A.**   The day after I arrived.

10      **Q.**   Were you satisfied with the treatment

11  you received at Good Samaritan Hospital?

12      **A.**   Yes.  I was dehydrated when I got

13  there.

14      **Q.**   How long were you in the hospital at

15  Good Samaritan Hospital?

16      **A.**   I arrived on the 22nd at approximately

17  ten o'clock at night and I was dismissed on the

18  24th.  The operation was on the 23rd after

19  seven o'clock at night.  The following day I was

20  released.

21      **Q.**   Do you know the name of the doctor who

22  performed the surgery?

23      **A.**   Yes.

24      **Q.**   What is that?

25      **A.**   Jorge Roman Danis.

155

1      **Q.**   After the surgery, did you treat with

2  one orthopedic surgeon primarily?

3      **A.**   After the surgery?

4      **Q.**   Yes.

5      **A.**   Yes, with the same doctor who will

6  perform the surgery.

7      **Q.**   Okay.  Other than Dr. Danis, did you

8  treat with any other doctors in connection with the

9  injury that you suffered aboard the ship?

10      **A.**   Yes, the physical therapist who

11  ordered the physical therapy.

12      **Q.**   What follow-up care did Dr. Danis give

13  you after the ankle surgery?

14      **A.**   He gave me appointments, at first

15  every two weeks, the stitches from the surgery were

16  removed.  When the stitches were removed, the

17  wounds hadn't healed, they were still open, he

18  removed the immobilizer, and for two weeks I didn't

19  have this immobilizer.

20         I went back two weeks later to the

21  appointment and he reapplied the immobilizer and

22  then afterwards I think each appointment was for

23  every month.  And so then he verified how the

24  surgery was progressing, how the bone was sealing.

25      **Q.**   Sealing?

156

1      **A.**   Sealing.  It was healing.

2      **Q.**   When is the last time you've seen Dr.

3  Danis?

4      **A.**   Around October.

5      **Q.**   And in October did he discharge you

6  from his care?

7      **A.**   No.

8      **Q.**   Did you start seeing a different

9  doctor?

10      **A.**   No, he gave me an appointment for May.

11      **Q.**   May 2017?

12      **A.**   Yes.

13      **Q.**   But you haven't seen him since

14  October 2016, correct?

15      **A.**   Correct.

16      **Q.**   Who is the physical therapist that you

17  treated with after the incident?

18      **A.**   The doctor?

19      **Q.**   Yes.

20      **A.**   I can't remember her name.

21      **Q.**   Did you have an individual therapist

22  apart from a doctor?

23      **A.**   Yes, the one, the person who ordered

24  therapy was a physical therapist.

25      **Q.**   And what was the name of that physical

157

1 therapist?
2     **A.** That's the one I can't recall, but
3 they have the names.
4     **Q.** Okay. Other than Dr. Danis and the
5 physical therapist that you referred to, did you
6 see any other physicians or healthcare providers
7 after the incident for treatment of injuries you
8 allege were a result of the incident?
9     **A.** The people who did the therapy or gave
10 me therapy.
11     **Q.** How long did you undergo physical
12 therapy?
13     **A.** I took 20 sessions of therapy.
14     **Q.** Is there any other treatment that you
15 haven't told me about that you received after the
16 incident for the injuries you sustained on the
17 ship?
18     **A.** I applied ice, I do that myself. I
19 apply ice, I stretch, I do exercises with my foot,
20 the same ones I used to do in therapy, I continued
21 to doing them, and every night I apply ice to my
22 ankle to bring down the swelling.
23     **Q.** When did you stop physical therapy?
24     **A.** I can't remember exactly, but it must
25 have been at some point in September.

158

1     **Q.** And after that you continued a home
2 exercise program; is that correct?
3     **A.** Yes, basically doing the same
4 exercises that they did during therapy, I do this
5 at night before going to bed.
6     **Q.** Did the therapist come up with this
7 plan of what you should continue to do after
8 finishing therapy?
9     **A.** Yes, she gave me the exercises that I
10 should be doing for stretching and for
11 strengthening my leg.
12     **Q.** Do you continue to do those exercises
13 today?
14     **A.** Yes, yes, to help me with the movement
15 of my leg and to help bring down the swelling and
16 to help with the pain.
17     **Q.** Okay. So when you concluded physical
18 therapy were you still experiencing pain from the
19 subject incident?
20     **A.** Yes.
21     **Q.** How frequently would you experience
22 pain at that time?
23     **A.** Every day.
24     **Q.** Were you taking any medication for
25 pain at that time, at the time you concluded

159

1 physical therapy?
2     **A.** Yes.
3     **Q.** What medicine were you taking?
4     **A.** Cataflam.
5     **Q.** Were you taking any other medicine at
6 the time you concluded therapy?
7     **A.** No.
8     **Q.** Is Cataflam a painkiller?
9     **A.** Yes, it's a painkiller. It's
10 medication for pain, but for some reason I feel
11 that when I take it, it helps me with the swelling.
12     **Q.** Okay. Who prescribed that medication?
13     **A.** The orthopedist.
14     **Q.** Dr. Danis?
15     **A.** Dr. Danis.
16     **Q.** And you presently have a prescription
17 for that medicine?
18     **A.** I don't have a prescription because my
19 mom takes the same medication and she gave me a
20 bunch.
21     **Q.** Your mom prescribed it?
22     **A.** She gave me a big jar, she had a big
23 bottle because from Social Security she got it, so
24 she gave it to me.
25     **Q.** Dr. Mom.

160

1     **A.** Yeah.
2     **Q.** Presently do you still experience pain
3 in your ankle as a result of the incident?
4     **A.** Yes.
5     **Q.** How frequently do you experience pain?
6     **A.** Every day.
7     **Q.** And how much time out of the day would
8 you say you experience pain?
9     **A.** For example, I don't know if you've
10 noticed, but every time I have been sitting for a
11 long period of time and I stand up to start
12 walking, I can't walk very well. So once I start
13 taking a few steps, then I start regaining my
14 movement and then the pain is alleviated.
15     Every night before going to bed my
16 foot is very swollen because of the day, I work
17 throughout the day and I feel pain.
18     **Q.** Since the incident have you been
19 admitted to any hospital for any reason not
20 connected with the incident?
21     **A.** No.
22     **Q.** Have you seen any doctors for any
23 medical problems unrelated to the subject incident
24 since the incident?
25     **A.** Yes.

161

1    Q.    Who?

2    A.    Maribel Lebron, because of pain that I
3  was feeling in my shoulders, my shoulder, my right
4  shoulder.  I don't know if that has anything to do
5  with the crutch or anything like that.  And now I'm
6  beginning to have tests because the doctor suspects
7  that I may have a hernia and I think this may have,
8  may be related also to the accident because of the
9  strength that I had to exert during physical
10 therapy and with the crutches.

11   Q.    When you were discharged from Good
12 Samaritan Hospital after your surgery were you
13 discharged in a wheelchair?

14   A.    Are you referring to the day after the
15 operation?

16   Q.    When you were discharged after the
17 operation, I think you said the 24th, were you
18 using a wheelchair at that time?

19   A.    Yes, they had me leave on a
20 wheelchair.

21   Q.    Did you use that wheelchair at home?

22   A.    No.

23   Q.    Did you use any type of assistive
24 device to get around after you were discharged from
25 the hospital, Good Samaritan, after they did the

162

1  surgery?

2    A.    Yes, the crutches, a walker and a
3  cane.  And since my house is high up, I have to go
4  upstairs, I had to go up those steps with crutches
5  and with a lot of help on that day, and a lot of
6  pain.

7    Q.    Since the subject incident have you
8  had any other accidents?

9    A.    No.

10   Q.    As far as the pain that you experience
11 presently, what part of your body is it located in?

12   A.    In the area of my ankle and in the
13 front part of the top of my foot.

14   Q.    Presently, you already explained the
15 stiffness you have getting up out of a chair, for
16 instance, but do you have any other physical
17 limitations as a result of the incident?

18   A.    I feel pain limitations if I'm going
19 up something that is on a steep slope.  If I sit
20 for too long, I also feel pain.  I have limitation
21 in the fact that I don't have a defense, so if I
22 have, for example, if I slip I don't have enough
23 strength to be able to maintain my balance because
24 of my foot.  It isn't that I don't have balance,
25 it's that I don't have enough strength in my foot

163

1  to be able to recover.

2    Q.    You haven't fallen since the incident,
3  have you?

4    A.    No, thank goodness, no.  I have the
5  limitation that I have a handicap sticker in Puerto
6  Rico, because also walking long distances causes me
7  inflammation and pain.

8    Q.    How far can you walk without having
9  that kind of pain?

10   A.    Walking, I could say that about after
11 15 or 20 minutes I start feeling the inflammation.

12   Q.    Any other limitations?

13   A.    I travel very frequently because of my
14 job and the screws that I have, this is a problem
15 in airports.

16   Q.    Security, you mean?

17   A.    Yes.

18   Q.    Okay.  Any other limitations?

19   A.    No, thank God.

20   Q.    As a result of this incident, did you
21 lose time from work?

22   A.    Yes.

23   Q.    How much time did you miss from work?

24   A.    Three months.

25   Q.    And during that time did you receive

164

1  compensation?

2    A.    Yes.

3    Q.    Did you receive the same amount of
4  compensation as the wages you would have earned had
5  you been working?

6    A.    Not exactly.

7    Q.    How is it different?

8    A.    I lost my quarterly incentive.

9    Q.    How much is your quarterly incentive?

10   A.    $19,500.

11   Q.    What is that based on?

12   A.    In the company's results, the company
13 that I manage -- I'm sorry, the office that I
14 manage.

15   Q.    The profits of the office?

16   A.    Yes.

17   Q.    How were your profits affected by your
18 absence?

19   A.    During that quarter I was out of the
20 office, that is the quarter that the office had no
21 profits.

22   Q.    And it's your contention that it
23 didn't have profits because you weren't there?

24   A.    I wouldn't be able to guarantee that,
25 but it's my understanding that it was the case.

165

1    Q.   And who told you that?
2    A.   No one told me.  I could see it
3 because of the results.
4    Q.   I'm going to have the answers to
5 interrogatories marked as Defendant's Exhibit C.
6         (Thereupon, Defendant's Exhibit C was
7         marked for identification.)
8 BY MS. GROSSMAN:
9    Q.   Mr. Lebron, I'm now showing you what's
10 been marked as Defendant's Exhibit C, the answers
11 to interrogatories in this case, and ask you to
12 take a look at it.
13   A.   Yes.
14   Q.   Do you recognize that document?
15   A.   Yes.
16   Q.   Have you seen it before?
17   A.   Yes.
18   Q.   Did you provide the information
19 regarding your wage loss claim that is included in
20 your answers to interrogatories?
21   A.   Yes.
22   Q.   And based on your answers to
23 interrogatories, how much in wages did you claim to
24 have lost?
25   A.   Well, the $9,200 of my base salary and

166

1 the $19,500 of my bonus.
2    Q.   Okay.  I'm going to have this marked
3 Defendant's D, it's a letter from Sears that you
4 produced in response to your request for
5 production.
6         (Thereupon, Defendant's Exhibit D was
7         marked for identification.)
8 BY MS. GROSSMAN:
9    Q.   I'm handing you what's been marked
10 Defendant's Exhibit D, which is a letterhead from
11 Sears, and ask you to take a look at it and tell me
12 if you recognize it.
13   A.   Yes, I recognize this.
14   Q.   And does that letter from your
15 employer indicate that you received 100 percent of
16 your salary while you were out for three months?
17   A.   Yes, this is correct, but this letter
18 specifies the amount of my base salary, but it
19 doesn't specify the probability of me being able to
20 receive this bonus for incentives.  And besides
21 that, this payment of the base salary is done
22 related to or based on leave, medical leave that
23 exists in Puerto Rico.  And this leave is based on
24 the amount of days that you have worked and that
25 you haven't taken sick days.  These are days that I

167

1 accumulate and that I have never had to use before.
2         And during this injury I had to use
3 all of those days that I had accumulated, so these
4 days that they paid me for are days I have
5 accumulated.  It's a type of insurance that I would
6 have.
7    Q.   But just to clarify, you did receive
8 100 percent of the amount of your salary during
9 those months that you were off of work, correct?
10   A.   I received 100 percent of my salary
11 without including the bonus, and this is due to the
12 payment of the medical leave that I could receive.
13   Q.   Okay.  So as far as your answers to
14 interrogatories, it's really the quarterly bonus
15 amount that is what you have lost, correct?
16   A.   Yes, you could say that it is, that I
17 kept from receiving, not earning, but receiving
18 this quarterly bonus.
19   Q.   But you did receive your full amount
20 of your wages during that time, correct?
21        MR. ARONFELD:  Object to form.
22 BY MS. GROSSMAN:
23   Q.   I'll strike that.  You did receive
24 100 percent of the amount of your salary during the
25 time, the three months that you were off of work

168

1 after the incident, correct?
2    A.   Yes, I did receive 100 percent of my
3 base salary for the concept of the medical leave.
4    Q.   And you received the value of your
5 base salary for the three months that you were off
6 of work after the incident, correct?
7    A.   Correct.
8    Q.   Okay.  I just have a few more
9 questions.  I'll have these wage records marked as
10 Defendant's E, F and G.  2013 will be E, 2014 will
11 be F, 2015 will be G.
12        (Thereupon, Defendant's Exhibits E-G
13        were marked for identification.)
14 BY MS. GROSSMAN:
15   Q.   Mr. Lebron, I'm showing you what is
16 now marked Defendant's E, F and G and ask you if
17 you recognize those as your tax records that
18 reflect your income from 2013, '14 and '15?
19   A.   Correct.
20   Q.   And what was your income, based on
21 those documents, in 2013 on an annual basis?
22   A.   $70,700.
23   Q.   And in 2014, what was your annual
24 income?
25   A.   $94,699.

169

1    **Q.**   And 2015, this is the one I'm curious
2    about, what does that one indicate your income is?
3    **A.**   $191,405.
4    **Q.**   And what do you attribute the jump in
5    income from 2014 to 2015 to?
6    **A.**   In March of 2014 I received a
7    promotion to this job that I now have. And this
8    year was when I worked as a store manager in the
9    Sears in Puerto Rico, and from March 2014 to
10   December 2014 this has part of the compensation
11   that corresponds to this new job.
12          And so from this period of time, for
13   2014, this bonus that I'm talking about, the one
14   that's quarterly, and then during this period of
15   time it used to be annually.
16   **Q.**   I see.
17   **A.**   So the payment from this bonus was
18   paid in terms of the work that was done in 2014 was
19   paid in 2015. So in 2015, I received the bonus
20   that was the annual bonus for 2014, in addition to
21   the quarterly bonuses from 2015.
22   **Q.**   Okay, I understand. Thank you.
23          MR. ARONFELD: Did you really
24   understand?
25          MS. GROSSMAN: Yes.

170

1          MR. ARONFELD: Good for you.
2    BY MS. GROSSMAN:
3    **Q.**   So once you returned to work in
4    September 2016, did you miss any time from work
5    after that due to the subject incident?
6    **A.**   Yes.
7    **Q.**   How much work have you missed since
8    September 15, 2016?
9    **A.**   At the beginning of when I started
10   working again, I had to take time for the therapies
11   that I still had left and to go to the doctor's
12   medical appointments, for Dr. Roman Danis.
13   **Q.**   Are you claiming after September 15,
14   2016 that you lost any other wages as a result of
15   the subject incident?
16   **A.**   I can't attribute that I did not
17   receive any salary or kept from receiving any
18   salary because I would go to the therapies -- I'm
19   sorry, I would go to work in the morning and then I
20   would go to therapy in the afternoon. So when I
21   went to the appointment with the orthopedist, I
22   would take that day off, but then I would make up
23   the day on another day.
24   **Q.**   Have you paid any medical bills as a
25   result of the subject incident?

171

1    **A.**   I've paid several medical bills.
2    **Q.**   How much total have you paid out of
3    your pocket for medical treatment as a result of
4    the subject incident?
5    **A.**   I don't have the exact amount at this
6    moment. My attorney has that amount.
7    **Q.**   Has any doctor told you that you're
8    going to need any further medical treatment as a
9    result of the subject incident?
10   **A.**   The orthopedist said it depends on my
11   recovery, how my body responds to the prosthetics,
12   it's possible I may need another surgery to remove
13   the screws and the plates.
14   **Q.**   Has your doctor so far told you that
15   you've healed appropriately from the surgery?
16   **A.**   The doctor indicated the surgery went
17   well, but that the recovery would be seen after a
18   year or a year and a half after the surgery.
19   **Q.**   And before we're done I just wanted to
20   take a picture of whatever scar you have on the
21   ankle. I know you produced some photographs after
22   the surgery and during the surgery of the ankle
23   injury, but if you don't be mind, I'd like to
24   actually see the scar if one remains and take a
25   photograph of it.

172

1    **A.**   With pleasure.
2    **Q.**   Other than what you already testified
3    to, did you have any other mental health treatment
4    ten years prior to the incident, as alleged in the
5    complaint?
6    **A.**   No.
7    **Q.**   Do you know of any statements made by
8    any witness to your incident?
9    **A.**   No, I don't know.
10   **Q.**   Did you take any photographs of the
11   clothing that you were wearing at the time of the
12   incident, after the incident?
13   **A.**   No.
14   **Q.**   Prior to the incident you had worn
15   skates that had laces on them, correct?
16          MR. ARONFELD: Form. Come on, we're
17   not going back.
18          MS. GROSSMAN: Four more questions and
19   I'm done.
20          MR. ARONFELD: Is it four questions
21   you've asked before?
22          MS. GROSSMAN: No.
23          THE WITNESS: What type of skates?
24   BY MS. GROSSMAN:
25   **Q.**   Prior to the incident you've worn some

173

1  sort of skates that were tied up with shoelaces,
2  correct?
3      **A.**  Yes.
4      **Q.**  You've worn that type of skate many
5  times prior to the incident, correct?
6      MR. ARONFELD:  Objection to form.
7      THE WITNESS:  When I was young I used
8      to skate, yes.
9  BY MS. GROSSMAN:
10     **Q.**  And you used skates that had shoe
11 strings, correct?
12     MR. ARONFELD:  Objection to form.
13     THE WITNESS:  Yes.
14 BY MS. GROSSMAN:
15     **Q.**  So on the night of the incident you
16 didn't need any help being shown how to tie
17 shoelaces, did you?
18     MR. ARONFELD:  Objection to form.
19     THE WITNESS:  I needed help with the
20     skate that had the broken laces.
21 BY MS. GROSSMAN:
22     **Q.**  And you did not ask any of the
23 monitors who were in the area at the time with help
24 for you?
25     MR. ARONFELD:  Objection to form.

174

1      Seriously, I love you, you can't ask the
2      same question at 6:30 at night.
3      MS. GROSSMAN:  This is my last
4      question.
5      MR. ARONFELD:  Is it?
6      MS. GROSSMAN:  It is unless he doesn't
7      answer it.
8  BY MS. GROSSMAN:
9      **Q.**  And you did not ask any of the -- you
10 did not ask any of the monitors who were in the
11 area at the time for help, did you?
12     **A.**  I didn't find anyone in the area that
13 I could ask for help.
14     **Q.**  So you didn't ask?
15     MR. ARONFELD:  You said it was the
16     last.
17     MS. GROSSMAN:  He didn't answer the
18     question yes or no.
19 BY MS. GROSSMAN:
20     **Q.**  Did you ask or not?
21     **A.**  No, because there was nobody there.
22     MR. ARONFELD:  We'll read.
23     (Thereupon, the deposition was
24     concluded at 6:40 p.m.)
25

175

1
2          C E R T I F I C A T E   O F   O A T H
3
4  STATE OF FLORIDA
5  COUNTY OF DADE
6
7
8      I, the undersigned authority, certify
9  that EDGARDO LEBRON personally appeared before me
10 and was duly sworn.
11     WITNESS my hand and official seal this
12 22nd day of April, 2017.
13
14
15     _ _ _ _ _ _ _ _ _ _ _ _ _ _
16     PAULA PACE
17     Notary Public State of Florida
18     My commission Expires:  8-24-18
19
20
21
22
23
24
25

176

1          CERTIFICATE OF SHORTHAND REPORTER
2  STATE OF FLORIDA  )
3              ) SS.
   COUNTY OF DADE   )
4      I, Paula Pace, RPR, do hereby certify
5  that I was authorized to and did stenographically
   report deposition of EDGARDO LEBRON, that a review
6  of the transcript was requested: and that the
   foregoing transcript, pages 1 through 174 is a true
7  record of my stenographic notes.
8      I FURTHER CERTIFY that I am not a
   relative, employee, or attorney, or counsel of any
9  of the parties, nor am I a relative or employee of
   any of the parties' attorney or counsel connected
10 with the action, nor am I financially interested in
   the action.
11
12
13     DATED, this 22nd day of April, 2017.
14
15 _____
16 PAULA PACE, RPR
17
18
19
20
21
22
23
24
25

JURAT PAGE

179

```
 1                    JURAT PAGE

 2   STATE OF FLORIDA  )
                       )SS.
 3   COUNTY OF DADE    )

 4
 5
 6          I, hereby certify that I have read the
 7   foregoing transcript pages 1 to 174 and find the
 8   same to be true and accurate.
 9          Any corrections made by me are set
10   forth on the errata page attached hereto.
11
12
13          _____
14   EDGARDO LEBRON
15
16   Sworn to and subscribed before me on this,
     _____ day of _____, 2017.
17

18   _____
     Notary Public in and for the
19   State of Florida at Large.
     My Commission expires:
20

21

22

23

24

25
```

```
 1                    ERRATA SHEET

 2   F.R.C.P. RULE 1.310 PROVIDES IN PART:
        (e)"...Any changes in form or substance that the
 3   witness wants to make shall be entered upon a
     separate correction page by the officer with a
 4   statement of the reasons given by the witness for
     making them..."
 5

 6   PAGE/LINE       CHANGE/CORRECTION        REASON

 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18
19   I, _____, do hereby certify that I
     have read the foregoing transcript of my
20   deposition, given on April 6, 2017, and that
     together with any additions or corrections made
21   herein, it is true and correct.

22

23          _____
     EDGARDO LEBRON
24
25
```

178

```
 1              JEANNIE REPORTING
                28 West Flagler Street
 2              Suite 610
                Miami, Florida 33130
 3
 4
 5   TO: EDGARDO LEBRON
        c/o Spencer Marc Aronfeld, Esquire
 6   ARONFELD TRIAL LAWYERS
        3132 Ponce de Leon Boulevard
 7   Coral Gables, Florida 33134

 8
     April 22, 2017
 9
     IN RE: Lebron v. RCCL
10
     CASE NO: 1:16-cv-24687-williams/Simonton
11
     Dear Mr. Lebron,
12
     With reference to the examination of YOURSELF,
13   deponent in the above-styled cause, taken on April
     6, 2017 under oath, please be advised that the
14   transcript of the Deposition has been transcribed
     and is awaiting your signature.
15
     Please arrange to conclude this matter at your
16   earliest convenience.  We would suggest that you
     telephone this office and arrange an appointment
17   suitable for all concerned.

18   However, if this has not been taken care of by
     May 22, 2017, we shall conclude the reading and
19   signing of said deposition has been waived, and
     shall then proceed to file the original of the said
20   transcript with the party who took the deposition,
     without further notice to any parties.
21
22          Sincerely,

23   _____
24          Paula Pace

25   cc:  All Counsel of Record.
```

## $

**$120** [1] - 153:10
**$140,000** [1] - 17:24
**$19,500** [2] - 164:10, 166:1
**$191,405** [1] - 169:3
**$200** [1] - 152:19
**$3,000** [4] - 147:3, 147:4, 147:5, 148:11
**$70,700** [1] - 168:22
**$9,200** [1] - 165:25
**$94,699** [1] - 168:25

## '

**'14** [1] - 168:18
**'15** [1] - 168:18
**'99** [1] - 32:10

## 0

**00617** [1] - 6:19
**065** [1] - 2:21

## 1

**1** [3] - 66:11, 176:6, 177:7
**1.310** [1] - 179:2
**10** [10] - 12:12, 39:10, 45:23, 49:22, 62:24, 91:15, 91:19, 91:25, 94:7, 102:18
**10-minute** [1] - 5:4
**10-year-old** [1] - 84:11
**100** [5] - 166:15, 167:8, 167:10, 167:24, 168:2
**11** [3] - 6:3, 7:3, 7:6
**11:52** [1] - 1:15
**136** [1] - 2:22
**14** [4] - 26:13, 26:17, 29:7, 114:24
**15** [14] - 7:2, 26:17, 29:7, 37:21, 69:20, 75:20, 94:7, 102:18, 118:14, 132:7, 163:11, 170:8, 170:13
**16** [1] - 127:1
**165** [1] - 2:22
**166** [1] - 2:23
**168** [3] - 2:23, 2:24, 2:24
**174** [2] - 176:6, 177:7
**18** [1] - 56:19

**180** [1] - 112:22
**1974** [1] - 6:3
**1992** [1] - 15:23
**1:16-cv-24687-willliams/Simonton** [2] - 1:4, 178:10

## 2

**2** [7] - 1:14, 2:7, 66:20, 66:23, 88:10, 88:11, 138:17
**2.4** [1] - 6:17
**20** [11] - 5:9, 5:13, 26:13, 26:18, 37:21, 40:10, 61:20, 62:24, 94:7, 157:13, 163:11
**2000** [2] - 15:23, 32:11
**2002** [1] - 32:10
**2005** [1] - 32:11
**2008** [2] - 22:16, 23:1
**2010** [1] - 71:19
**2013** [4] - 2:23, 168:10, 168:18, 168:21
**2014** [10] - 2:24, 168:10, 168:23, 169:5, 169:6, 169:9, 169:10, 169:13, 169:18, 169:20
**2015** [8] - 2:24, 26:10, 168:11, 169:1, 169:5, 169:19, 169:21
**2016** [8] - 5:9, 5:13, 21:3, 40:10, 156:14, 170:4, 170:8, 170:14
**2017** [9] - 1:16, 156:11, 175:12, 176:13, 177:16, 178:8, 178:13, 178:18, 179:20
**214** [1] - 12:15
**22** [2] - 178:8, 178:18
**22nd** [4] - 150:10, 154:16, 175:12, 176:13
**2300** [2] - 1:14, 2:8
**23rd** [1] - 154:18
**24** [2] - 7:25, 8:24
**240** [1] - 12:22
**24th** [2] - 154:18, 161:17
**25** [2] - 56:19, 61:21
**28** [1] - 178:1

## 3

**3** [2] - 2:16, 69:8
**30** [1] - 52:24
**3132** [2] - 2:4, 178:6
**33130** [1] - 178:2
**33131** [2] - 1:15, 2:8
**33134** [2] - 2:4, 178:7

## 4

**4** [3] - 67:8, 67:16, 67:18
**40** [4] - 18:21, 48:22, 94:17
**45** [4] - 18:22, 52:24, 53:23, 94:17

## 5

**5** [5] - 5:3, 12:12, 45:23, 69:8, 150:17

## 6

**6** [3] - 1:16, 178:13, 179:20
**6-20-2016** [1] - 141:2
**610** [1] - 178:2
**682** [1] - 6:17
**6:30** [2] - 51:19, 174:2
**6:40** [1] - 174:24

## 7

**787-983-5331** [1] - 133:20
**7:15** [3] - 69:17, 69:20, 69:25
**7:30** [2] - 55:7, 55:8

## 8

**8-24-18** [1] - 175:18

## 9

**90-degree** [1] - 112:21

## A

**a.m** [1] - 1:15
**abilities** [1] - 8:19
**ability** [1] - 7:25

**able** [63] - 9:3, 57:22, 66:16, 74:3, 74:12, 77:24, 78:2, 79:7, 79:8, 84:7, 85:9, 85:12, 96:2, 96:20, 98:8, 102:2, 104:14, 104:23, 105:9, 105:20, 106:20, 106:25, 109:3, 111:19, 113:15, 113:18, 113:23, 113:25, 115:16, 116:9, 116:18, 116:20, 117:8, 117:17, 117:23, 119:1, 119:24, 121:9, 121:15, 122:4, 122:8, 122:14, 122:23, 123:23, 124:2, 124:19, 124:20, 124:21, 125:4, 126:13, 127:13, 127:18, 127:24, 128:23, 139:7, 145:1, 152:7, 152:17, 153:16, 162:23, 163:1, 164:24, 166:19
**abnormal** [1] - 60:7
**aboard** [1] - 155:9
**above-styled** [1] - 178:13
**absence** [1] - 164:18
**absolutely** [2] - 142:9, 142:17
**abstinence** [1] - 27:2
**accident** [30] - 5:8, 9:25, 17:12, 17:18, 19:14, 19:19, 19:20, 19:22, 20:2, 20:4, 28:24, 35:10, 102:11, 103:16, 110:4, 130:13, 138:19, 138:23, 142:19, 143:11, 143:23, 143:25, 144:4, 144:14, 144:22, 144:24, 146:1, 146:4, 153:4, 161:8
**accidents** [3] - 17:17, 19:16, 162:8
**accompanied** [2] - 67:4, 140:1
**accompany** [4] - 132:11, 148:1, 148:3, 153:17
**according** [3] - 74:6, 141:2, 142:24

**accumulate** [1] - 167:1
**accumulated** [2] - 167:3, 167:5
**accurate** [1] - 177:8
**acid** [1] - 9:1
**acquaintances** [1] - 40:14
**acquired** [1] - 29:11
**act** [1] - 3:2
**acting** [1] - 11:6
**action** [3] - 11:10, 176:10, 176:10
**activities** [8] - 42:10, 42:25, 43:19, 45:2, 45:7, 45:12, 54:4, 86:20
**activity** [4] - 21:9, 42:17, 42:20, 67:2
**actual** [1] - 111:10
**adapt** [1] - 108:17
**add** [2] - 72:5, 82:5
**addiction** [2] - 35:17, 35:20
**addition** [3] - 6:8, 76:17, 169:20
**additional** [2] - 76:17, 76:20
**additions** [1] - 179:20
**address** [9] - 6:11, 6:13, 6:14, 6:15, 6:16, 6:21, 7:5, 30:11, 134:2
**adequate** [1] - 118:24
**adjust** [2] - 83:13, 116:20
**adjusting** [1] - 83:14
**admitted** [6] - 28:14, 29:5, 29:7, 29:9, 34:21, 160:19
**adults** [1] - 94:8
**ADVENTURE** [5] - 5:8, 5:14, 40:9, 41:10, 47:20
**advised** [1] - 178:13
**affected** [1] - 164:17
**afraid** [1] - 131:9
**afternoon** [5] - 43:17, 45:11, 54:23, 153:5, 170:20
**afterwards** [2] - 25:4, 155:22
**age** [3] - 5:25, 67:4, 88:18
**agent** [2] - 143:18, 152:2
**ages** [1] - 6:25
**ago** [11] - 11:16, 13:21, 24:24, 25:8, 28:6, 28:13, 38:22,

129:22, 133:10, 133:12
**agree** [3] - 39:22, 72:3, 151:10
**Aguadilla** [5] - 36:13, 36:16, 36:17, 153:24, 154:3
**ahead** [1] - 100:1
**air** [2] - 153:15, 153:17
**airport** [2] - 153:24, 153:25
**airports** [1] - 163:15
**alcohol** [4] - 7:24, 8:18, 51:5, 51:8
**alcoholic** [1] - 50:20
**alcoholism** [1] - 35:14
**alive** [1] - 148:18
**allege** [1] - 157:8
**alleged** [1] - 172:4
**allergies** [1] - 44:9
**allergy** [1] - 28:1
**alleviated** [1] - 160:14
**alley** [1] - 39:1
**allow** [3] - 88:24, 130:22, 131:7
**allowed** [7] - 59:5, 65:25, 68:21, 69:13, 69:16, 89:4, 152:17
**allows** [1] - 79:9
**almost** [1] - 100:24
**ALSO** [1] - 2:10
**ambulance** [5] - 145:6, 146:10, 153:15, 153:17, 153:25
**amount** [9] - 164:3, 166:18, 166:24, 167:8, 167:15, 167:19, 167:24, 171:5, 171:6
**amputate** [1] - 134:20
**analyst** [1] - 17:6
**angle** [1] - 112:21
**ankle** [29] - 38:4, 77:17, 77:19, 77:22, 77:25, 85:8, 85:17, 109:5, 109:9, 112:7, 112:9, 112:16, 112:20, 114:6, 116:13, 117:3, 117:7, 117:25, 118:2, 118:5, 140:19, 154:6, 155:13, 157:22, 160:3, 162:12, 171:21, 171:22
**announcement** [1] - 104:4
**announcements** [4] - 64:10, 104:2, 104:5,

104:8
**annual** [3] - 168:21, 168:23, 169:20
**annually** [1] - 169:15
**answer** [18] - 4:3, 4:6, 4:15, 8:5, 8:6, 8:9, 8:10, 34:5, 37:7, 37:9, 81:14, 115:24, 125:3, 126:4, 143:3, 174:7, 174:17
**answered** [6] - 103:16, 125:25, 126:19, 128:17, 143:4, 145:25
**answers** [5] - 165:4, 165:10, 165:20, 165:22, 167:13
**Answers** [1] - 2:22
**Antigua** [13] - 42:4, 145:8, 145:9, 145:11, 147:24, 148:4, 148:9, 148:22, 152:25, 153:4, 153:6, 153:13, 153:20
**anxiety** [2] - 24:2, 25:5
**aortic** [1] - 20:13
**Apart** [1] - 29:3
**apart** [9] - 18:12, 21:13, 24:12, 24:14, 30:2, 33:11, 98:23, 99:1, 156:22
**appear** [4] - 66:2, 66:19, 95:14, 137:9
**appearance** [4] - 78:13, 115:7, 115:10, 115:14
**APPEARANCES** [1] - 2:1
**appeared** [2] - 92:3, 175:9
**applicable** [1] - 66:25
**applied** [3] - 135:9, 136:5, 157:18
**apply** [3] - 151:11, 157:19, 157:21
**appointment** [7] - 148:4, 148:12, 155:21, 155:22, 156:10, 170:21, 178:16
**appointments** [5] - 7:15, 7:18, 7:20, 155:14, 170:12
**appropriately** [1] - 171:15
**April** [6] - 1:16, 175:12, 176:13, 178:8, 178:13, 179:20

**Aquadilla** [1] - 36:18
**arbitration** [1] - 10:16
**area** [62] - 16:12, 17:18, 38:25, 46:24, 47:16, 53:18, 56:9, 56:10, 56:12, 58:18, 59:9, 60:13, 60:14, 61:25, 62:6, 62:8, 62:11, 63:14, 63:20, 64:1, 64:8, 67:21, 68:9, 68:11, 68:14, 68:17, 74:4, 74:7, 75:8, 77:16, 77:24, 78:22, 78:23, 79:8, 86:9, 86:12, 86:18, 99:4, 101:4, 102:22, 106:18, 106:21, 106:22, 106:23, 106:24, 107:1, 108:2, 117:24, 118:1, 118:25, 121:10, 129:8, 129:16, 132:10, 132:18, 149:10, 149:14, 149:15, 162:12, 173:23, 174:11, 174:12
**Arecibo** [2] - 15:8, 20:25
**arena** [1] - 46:6
**arm** [1] - 112:23
**arms** [1] - 112:25
**Aronfeld** [4] - 2:5, 10:8, 114:15, 178:5
**ARONFELD** [93] - 2:3, 8:2, 14:4, 14:19, 14:21, 31:3, 36:22, 37:2, 37:6, 39:24, 46:8, 50:13, 53:9, 54:10, 58:23, 64:22, 67:23, 74:18, 78:7, 78:15, 78:20, 79:4, 85:22, 87:19, 89:1, 89:19, 90:1, 90:9, 90:25, 92:19, 93:3, 93:25, 97:23, 99:5, 99:10, 99:17, 100:2, 103:2, 103:10, 105:25, 106:7, 110:1, 110:17, 110:24, 113:22, 115:12, 116:15, 118:11, 120:17, 121:22, 122:12, 122:21, 123:6, 123:15, 123:22, 124:16, 125:1, 125:10, 125:16, 125:24, 126:2, 126:18, 127:22,

128:8, 128:16, 137:25, 138:7, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:18, 143:2, 143:14, 144:5, 145:12, 149:25, 151:22, 167:21, 169:23, 170:1, 172:16, 172:20, 173:6, 173:12, 173:18, 173:25, 174:5, 174:15, 174:22, 178:6
**arrange** [2] - 178:15, 178:16
**arrested** [1] - 9:17
**arrive** [3] - 130:12, 134:13, 153:23
**arrived** [6] - 56:4, 57:19, 145:6, 153:22, 154:9, 154:16
**articles** [1] - 89:5
**ashore** [1] - 42:5
**assigned** [1] - 46:24
**assistance** [2] - 26:23, 129:3
**assistant** [1] - 17:6
**assisted** [1] - 130:10
**assisting** [2] - 130:21, 131:24, 151:20
**assistive** [1] - 161:23
**associate** [1] - 17:10
**associated** [1] - 21:5
**assume** [1] - 33:18
**assumed** [3] - 86:1, 131:5, 146:6
**assuming** [1] - 8:6
**attached** [2] - 101:6, 177:10
**attack** [1] - 21:11
**attempted** [1] - 85:19
**attend** [1] - 147:6
**attorney** [6] - 3:12, 142:22, 147:14, 171:6, 176:8, 176:9
**attraction** [4] - 75:18, 75:21, 75:23, 76:16
**attributable** [1] - 34:16
**attribute** [4] - 12:23, 23:4, 169:4, 170:16
**aunt** [1] - 9:8
**aura** [1] - 35:9
**authority** [1] - 175:8
**authorized** [1] - 176:5
**auto** [2] - 19:21, 20:4
**available** [5] - 77:2,

77:3, 77:5, 88:20, 116:19
**avoid** [6] - 88:20, 105:10, 110:6, 114:1, 119:5, 151:9
**avoided** [1] - 86:20
**awaiting** [1] - 178:14
**aware** [4] - 49:3, 59:1, 111:4, 145:2
**awhile** [2] - 113:17, 142:12

**B**

**bachelor's** [1] - 15:14
**backwards** [1] - 111:16
**balance** [41] - 27:7, 44:12, 44:14, 100:13, 105:9, 105:10, 108:15, 108:17, 108:25, 109:2, 109:11, 109:20, 109:21, 109:25, 110:3, 111:20, 112:4, 114:7, 115:11, 115:15, 115:16, 119:2, 123:4, 123:9, 123:14, 123:20, 123:25, 124:2, 124:3, 124:13, 124:15, 124:19, 127:16, 127:17, 128:4, 128:15, 128:22, 138:25, 143:1, 162:23, 162:24
**balanced** [1] - 108:19
**balancing** [1] - 96:24
**Barceloneta** [6] - 6:12, 6:18, 26:1, 27:19, 27:25, 28:19
**barely** [1] - 138:10
**Barrio** [1] - 6:17
**BARRIO** [1] - 6:17
**base** [5] - 165:25, 166:18, 166:21, 168:3, 168:5
**based** [6] - 142:18, 164:11, 165:22, 166:22, 166:23, 168:20
**basis** [2] - 37:1, 168:21
**become** [1] - 35:7
**bed** [4] - 151:15, 151:16, 158:5, 160:15

**beer** [1] - 51:6
**beginning** [4] - 67:14, 89:23, 161:6, 170:9
**behalf** [1] - 114:17
**BEHALF** [2] - 2:3, 2:6
**behind** [6] - 20:3, 91:5, 91:6, 100:1, 100:3, 100:5
**belong** [2] - 51:23, 52:1
**bench** [7] - 92:16, 92:18, 92:22, 93:2, 93:5, 93:12
**benches** [1] - 62:8
**beside** [1] - 151:13
**between** [23] - 19:4, 26:13, 26:17, 32:10, 32:11, 37:21, 45:17, 51:19, 52:24, 61:20, 70:11, 70:25, 75:16, 84:24, 85:1, 85:4, 87:14, 94:7, 94:17, 95:19, 102:18, 132:4
**beverages** [1] - 50:20
**big** [7] - 20:1, 20:3, 62:23, 84:23, 92:22, 159:22
**bill** [3] - 147:8, 147:10, 147:12
**billed** [1] - 147:15
**bills** [2] - 170:24, 171:1
**birth** [2] - 6:1, 6:3
**birthday** [1] - 133:16
**Biscayne** [4] - 1:13, 1:14, 2:7, 2:7
**bit** [1] - 3:20
**black** [9] - 104:25, 120:3, 120:4, 120:7, 120:11, 120:12, 120:13
**blackish** [1] - 120:11
**blade** [2] - 72:10, 78:23
**Blade** [1] - 36:16
**bladed** [1] - 88:3
**blader** [4] - 37:20, 37:25, 38:9, 88:8
**blades** [6] - 38:8, 54:16, 54:18, 78:6, 79:2, 87:18
**blading** [4] - 37:18, 78:14, 85:16, 88:7
**blame** [1] - 143:7
**bleacher** [1] - 108:1
**bleachers** [6] - 56:12, 68:10, 68:16, 89:9, 94:21, 94:24
**blood** [10] - 21:17, 21:20, 21:23, 22:5,

22:9, 22:11, 24:15, 147:16, 147:17, 151:18
**blurry** [1] - 35:7
**boarded** [1] - 42:24
**body** [16] - 28:2, 31:16, 31:21, 32:2, 109:5, 109:9, 111:23, 112:6, 112:8, 112:11, 112:15, 135:15, 151:12, 151:14, 162:11, 171:11
**bold** [1] - 86:13
**bolded** [1] - 86:18
**Bolera** [1] - 36:18
**BOLERA** [1] - 36:18
**bone** [5] - 31:21, 34:19, 112:10, 131:10, 155:24
**bonus** [9] - 166:1, 166:20, 167:11, 167:14, 167:18, 169:13, 169:17, 169:19, 169:20
**bonuses** [1] - 169:21
**booked** [1] - 40:20
**boot** [5] - 72:10, 78:21, 79:16, 117:4, 117:18
**bottle** [1] - 159:23
**bottom** [10] - 72:11, 78:22, 116:14, 116:17, 117:9, 118:3, 118:5, 137:11, 141:3, 151:16
**Boulevard** [4] - 1:14, 2:4, 2:7, 178:6
**Bowling** [1] - 36:17
**bowling** [1] - 39:1
**box** [2] - 66:20, 81:12
**Branch** [1] - 15:9
**break** [3] - 5:3, 5:4, 5:5
**breakfast** [5] - 51:15, 53:16, 53:17, 53:21, 53:24
**breaking** [1] - 112:10
**breath** [1] - 28:10
**bring** [6] - 44:6, 47:23, 129:7, 146:8, 157:22, 158:15
**bringing** [1] - 146:17
**broken** [5] - 31:21, 70:15, 77:23, 113:14, 115:18, 115:23, 115:24, 115:25, 116:2, 116:6, 149:17,

173:20
**brought** [2] - 11:10, 146:16
**brown** [1] - 59:10
**Buen** [1] - 27:17
**buffet** [1] - 53:19
**bullet** [1] - 88:11
**bunch** [1] - 159:20
**burden** [1] - 84:2
**Buspar** [4] - 23:22, 23:23, 25:14, 25:16
**buttocks** [4] - 117:7, 112:16, 113:1, 113:4
**buy** [1] - 49:7
**buyer** [1] - 17:5
**BY** [91] - 2:5, 2:9, 3:8, 8:15, 14:23, 31:7, 36:24, 37:10, 40:1, 46:11, 50:15, 53:11, 54:12, 58:25, 64:25, 65:16, 68:1, 74:24, 78:10, 78:18, 78:25, 79:10, 86:5, 87:23, 89:11, 89:22, 90:6, 90:12, 91:3, 92:21, 93:6, 94:4, 97:25, 99:7, 99:13, 99:20, 100:6, 103:6, 103:13, 106:3, 106:12, 110:7, 110:22, 111:3, 114:2, 115:20, 116:23, 118:13, 120:21, 121:25, 122:17, 123:2, 123:11, 123:17, 124:11, 124:23, 125:8, 125:11, 125:21, 126:9, 126:25, 128:1, 128:12, 128:20, 136:11, 138:4, 138:13, 139:16, 139:24, 140:5, 140:11, 140:22, 141:4, 141:22, 143:6, 144:1, 144:9, 145:17, 150:5, 152:22, 165:8, 166:8, 167:22, 168:14, 170:2, 172:24, 173:9, 173:14, 173:21, 174:8, 174:19

## C

**c/o** [1] - 178:5
**cabin** [1] - 41:23
**calcification** [1] -

20:20
**calcified** [1] - 20:13
**camera** [5] - 47:23, 48:1, 48:2, 48:4, 48:12
**cameras** [1] - 89:6
**Camuy** [2] - 22:22, 30:21
**cane** [1] - 162:3
**cannot** [4] - 4:17, 86:20, 89:5, 90:19
**capital** [1] - 86:9
**car** [2] - 19:19, 20:3
**card** [1] - 147:3
**care** [6] - 29:18, 151:21, 153:8, 155:12, 156:6, 178:18
**cared** [1] - 115:9
**CARIBBEAN** [1] - 1:8
**Caribbean** [26] - 3:12, 55:20, 56:25, 63:25, 64:4, 67:20, 74:5, 74:6, 74:15, 74:25, 76:6, 76:25, 79:23, 80:1, 81:1, 81:17, 98:11, 98:16, 99:1, 99:3, 103:8, 104:12, 129:2, 143:12, 143:16, 151:20
**Caribbean's** [1] - 46:24
**Carreta** [1] - 6:16
**CARRETA** [1] - 6:16
**carried** [1] - 89:5
**Carvajal** [1] - 10:11
**CASE** [2] - 1:4, 178:10
**case** [11] - 1:24, 8:11, 10:22, 11:3, 11:5, 12:1, 12:4, 114:13, 142:22, 164:25, 165:11
**Cataflam** [2] - 159:4, 159:8
**caused** [19] - 113:20, 113:21, 113:25, 114:3, 114:6, 121:1, 123:4, 123:8, 123:9, 123:13, 123:20, 123:25, 124:4, 124:13, 124:15, 124:18, 138:18, 138:22, 144:12
**causes** [1] - 163:6
**causing** [2] - 120:24, 128:3
**caution** [1] - 4:7
**cc** [1] - 178:25
**CCTV** [1] - 98:1
**center** [8] - 129:9,

132:5, 132:12, 134:10, 140:2, 141:6, 143:10, 145:7
**certain** [10] - 31:25, 57:10, 70:14, 86:19, 106:25, 113:24, 115:25, 123:24, 142:10, 142:17
**CERTIFICATE** [2] - 175:2, 176:1
**certify** [4] - 175:8, 176:4, 177:6, 179:19
**CERTIFY** [1] - 176:8
**Cesar** [1] - 22:20
**cetera** [2] - 14:15
**chair** [1] - 162:15
**chance** [2] - 8:3, 65:21
**change** [2] - 12:16, 54:24
**CHANGE/ CORRECTION** [1] - 179:6
**changes** [1] - 179:2
**charge** [4] - 63:14, 113:18, 143:18, 152:19
**Chello** [5] - 132:23, 148:7, 150:12, 150:15, 150:16
**chemical** [1] - 15:14
**chest** [1] - 31:18
**child** [2] - 39:3, 67:7
**childhood** [1] - 20:9
**children** [12] - 7:1, 54:18, 58:2, 62:10, 66:25, 72:22, 73:3, 88:18, 89:4, 94:8, 132:14, 153:16
**chiropractor** [1] - 30:6
**chose** [3] - 41:12, 150:23, 150:24
**chronic** [2] - 26:3, 26:7
**cigarettes** [1] - 26:21
**circulation** [2] - 134:18, 151:9
**circumstances** [1] - 10:21
**citizen** [2] - 6:4, 6:7
**city** [1] - 134:5
**claim** [3] - 14:11, 165:19, 165:23
**claiming** [3] - 34:14, 128:2, 170:13
**clarify** [6] - 33:24, 106:13, 111:1, 124:14, 126:15, 167:7
**Claudia** [3] - 7:2, 99:25, 111:12

**cleaned** [1] - 105:22
**clear** [2] - 4:9, 63:7
**clearly** [1] - 14:17
**clinic** [5] - 145:15, 146:10, 152:12, 152:16, 152:25
**clips** [3] - 38:12, 73:6
**clock** [1] - 103:22
**close** [3] - 57:10, 107:3, 107:6
**closed** [1] - 47:8
**clothes** [1] - 54:25
**clothing** [1] - 172:11
**cloud** [2] - 48:16, 50:11
**Coamo** [1] - 134:6
**cold** [2] - 31:18, 151:18
**college** [3] - 15:5, 15:7, 15:22
**color** [8] - 73:9, 73:12, 119:20, 120:7, 120:9, 120:10, 120:15, 120:23
**colored** [2] - 58:13, 61:10
**combination** [1] - 124:5
**coming** [5] - 75:13, 75:15, 75:17, 76:2, 113:11
**comments** [1] - 41:7
**commission** [1] - 175:18
**Commission** [1] - 177:19
**committed** [1] - 34:22
**communication** [2] - 96:12, 96:14
**company** [5] - 10:23, 10:24, 11:1, 17:16, 164:12
**company's** [1] - 164:12
**compensation** [3] - 164:1, 164:4, 169:10
**complaining** [1] - 140:16
**complaint** [7] - 114:11, 114:12, 114:14, 114:24, 118:14, 127:1, 172:5
**complaints** [1] - 148:21
**complete** [2] - 14:24, 117:11
**completely** [12] - 4:2, 66:13, 90:3, 107:18, 111:19, 112:22, 120:3, 120:4, 120:6,

136:6, 148:24
**completing** [3] - 136:25, 137:1, 137:3
**computer** [3] - 48:13, 48:15, 120:12
**Concepcion** [1] - 29:8
**concept** [1] - 168:3
**concerned** [2] - 117:21, 178:17
**conclude** [2] - 178:15, 178:18
**concluded** [4] - 158:17, 158:25, 159:6, 174:24
**condition** [13] - 20:10, 20:12, 20:15, 21:6, 21:9, 21:13, 22:12, 24:14, 93:18, 115:2, 115:5, 118:16, 118:18
**conditions** [8] - 20:8, 21:16, 22:13, 23:6, 24:16, 26:4, 67:1, 88:24
**confused** [2] - 115:22, 123:16
**confusion** [1] - 130:2
**connected** [2] - 160:20, 176:9
**connection** [3] - 29:4, 32:12, 155:8
**conscious** [1] - 138:11
**consciousness** [1] - 135:10
**consider** [1] - 20:1
**considered** [4] - 37:20, 37:25, 38:8, 88:7
**constant** [1] - 152:2
**consumed** [1] - 50:20
**contact** [6] - 33:15, 33:18, 120:2, 131:8, 152:2, 152:10
**contacted** [1] - 145:15
**contention** [1] - 164:22
**continue** [4] - 88:23, 150:18, 158:7, 158:12
**continued** [2] - 157:20, 158:1
**contrary** [1] - 153:7
**contributed** [2] - 114:9, 118:9
**control** [3] - 21:19, 50:9, 113:10
**convenience** [1] - 178:16
**conversation** [1] -

63:24
**conversations** [2] - 76:9, 76:12
**convicted** [1] - 9:14
**coordinating** [1] - 151:21
**copy** [1] - 49:17
**Coral** [2] - 2:4, 178:7
**corporate** [1] - 11:6
**Corporation** [1] - 1:9
**Correal** [2] - 2:10, 3:1
**correct** [121] - 5:9, 5:10, 11:24, 13:2, 31:9, 33:18, 34:4, 34:8, 34:9, 38:14, 40:10, 41:11, 43:6, 43:8, 43:9, 45:19, 52:12, 54:14, 57:20, 60:19, 60:21, 60:24, 63:9, 63:11, 63:12, 66:14, 66:17, 67:17, 69:10, 69:11, 69:25, 70:4, 71:3, 71:10, 74:10, 76:22, 76:23, 77:2, 79:20, 79:21, 79:23, 80:9, 80:13, 80:20, 81:2, 82:12, 83:15, 83:16, 83:18, 85:18, 85:20, 85:21, 87:7, 87:12, 89:25, 90:2, 90:8, 91:16, 92:3, 94:5, 95:1, 95:24, 97:8, 97:12, 97:13, 100:1, 100:14, 100:15, 102:3, 102:4, 102:20, 104:12, 105:14, 106:6, 108:3, 108:22, 112:24, 117:1, 117:2, 117:6, 117:12, 119:17, 121:19, 122:11, 123:5, 123:14, 125:23, 127:21, 128:7, 137:20, 138:6, 139:11, 139:18, 139:19, 140:2, 140:4, 140:8, 140:10, 140:13, 141:7, 142:19, 142:20, 142:22, 143:1, 153:1, 156:14, 156:15, 158:2, 166:17, 167:9, 167:15, 167:20, 168:1, 168:6, 168:7, 168:19, 172:15, 173:2, 173:5,

173:11, 179:21
**correction** [2] - 124:10, 179:3
**corrections** [2] - 177:9, 179:20
**corrective** [1] - 33:23
**correctly** [10] - 4:20, 56:21, 77:13, 82:22, 85:14, 85:25, 96:20, 115:17, 115:19, 119:15
**corresponds** [1] - 169:11
**counsel** [2] - 176:8, 176:9
**Counsel** [1] - 178:25
**counter** [3] - 8:23, 8:25, 44:1
**country** [2] - 6:7, 71:12
**COUNTY** [3] - 175:5, 176:3, 177:3
**course** [4] - 5:11, 54:8, 66:16, 142:23
**court** [2] - 4:16, 4:25
**COURT** [1] - 1:1
**credit** [1] - 147:3
**crew** [4] - 67:21, 80:7, 96:7, 96:10
**crime** [1] - 9:15
**cross** [3] - 77:18, 87:9, 117:17
**crossing** [1] - 116:20
**crowd** [3] - 75:16, 75:23, 75:25
**cruise** [46] - 35:22, 35:23, 35:25, 39:14, 40:3, 40:7, 40:13, 40:15, 40:16, 40:18, 41:3, 41:6, 41:13, 41:18, 42:1, 42:7, 42:18, 42:21, 43:6, 43:12, 44:2, 44:13, 44:19, 44:21, 45:19, 47:24, 48:4, 48:11, 48:18, 48:25, 49:4, 49:6, 49:9, 49:24, 50:3, 50:17, 51:9, 54:8, 71:11, 71:16, 76:18, 76:19, 76:22, 133:6, 134:8
**cruises** [1] - 41:8
**Cruises** [1] - 3:12
**CRUISES** [1] - 1:8
**crutch** [1] - 161:5
**crutches** [3] - 161:10, 162:2, 162:4
**CT** [2] - 33:7, 33:10, 33:13
**curious** [1] - 169:1

**D**

**D.C** [3] - 71:20, 71:21, 72:1
**DADE** [3] - 175:5, 176:3, 177:3
**danger** [3] - 89:10, 134:17, 134:25
**dangerous** [1] - 87:4
**dangers** [1] - 86:19
**Danis** [8] - 154:25, 155:7, 155:12, 156:3, 157:4, 159:14, 159:15, 170:12
**date** [8] - 5:25, 6:2, 15:21, 36:9, 140:24, 141:1, 141:2, 142:18
**DATED** [1] - 176:13
**daughter** [19] - 83:11, 84:1, 84:4, 84:6, 84:8, 99:21, 107:8, 107:16, 107:20, 109:20, 109:24, 110:3, 110:5, 110:8, 110:9, 110:12, 110:20, 110:21, 111:11
**daughter's** [2] - 109:15, 133:15
**daughters** [18] - 6:22, 38:25, 40:6, 41:22, 41:24, 72:25, 81:22, 81:24, 95:19, 95:22, 99:9, 99:15, 100:16, 108:2, 111:8, 111:10, 152:15, 152:24
**days** [11] - 18:17, 18:19, 19:7, 41:18, 41:20, 166:24, 166:25, 167:3, 167:4
**de** [3] - 2:4, 29:7, 178:6
**deal** [1] - 146:6
**dealing** [1] - 146:22
**Dear** [1] - 178:11
**death** [1] - 113:17
**debris** [3] - 105:13, 105:17, 105:19
**December** [1] - 169:10
**decide** [3] - 40:12, 40:13, 62:16
**decided** [1] - 45:16
**deciding** [1] - 146:8
**decision** [1] - 151:7
**deck** [1] - 55:23
**deep** [1] - 119:1
**defect** [20] - 123:3,

123:7, 123:13, 123:19, 123:24, 124:2, 124:6, 124:9, 124:14, 124:18, 124:25, 125:5, 125:9, 125:14, 125:22, 126:12, 126:17, 126:22, 139:11, 139:15
**DEFENDANT** [1] - 2:6
**defendant** [1] - 115:1
**Defendant** [1] - 1:10
**Defendant's** [15] - 65:14, 89:18, 136:9, 136:13, 139:9, 141:15, 165:5, 165:6, 165:10, 166:3, 166:6, 166:10, 168:10, 168:12, 168:16
**defense** [1] - 162:21
**deficiency** [1] - 115:6
**degree** [3] - 15:10, 15:13, 15:16
**degrees** [1] - 112:22
**dehydrated** [1] - 154:12
**delete** [2] - 50:11, 50:13
**Delgado** [3] - 20:23, 20:24, 21:2
**depart** [1] - 41:14
**depended** [1] - 148:17
**depict** [1] - 50:9
**deplorable** [1] - 148:25
**deponent** [1] - 178:13
**deposed** [1] - 3:16
**DEPOSITION** [1] - 1:19
**deposition** [14] - 3:15, 5:3, 5:12, 7:10, 8:19, 9:21, 10:8, 65:19, 89:24, 174:23, 176:5, 178:19, 178:20, 179:20
**Deposition** [2] - 1:23, 178:14
**depression** [9] - 22:16, 23:1, 23:5, 23:8, 24:5, 24:8, 24:12, 24:15, 24:18
**describe** [13] - 30:14, 56:14, 56:17, 58:8, 58:17, 61:17, 62:6, 64:15, 72:8, 77:11, 84:14, 119:6, 120:7
**described** [2] - 21:14, 91:4
**desire** [1] - 140:20

**despair** [1] - 147:2
**details** [1] - 92:24
**determined** [1] - 40:25
**develop** [1] - 134:19
**device** [2] - 48:7, 161:24
**diagnosis** [2] - 24:11, 32:24
**die** [1] - 148:14
**diet** [1] - 12:25
**difference** [5] - 70:25, 84:24, 84:25, 85:3, 87:14
**different** [8] - 49:10, 62:3, 116:12, 119:19, 127:7, 140:18, 156:8, 164:7
**difficult** [1] - 120:19
**difficulty** [2] - 34:15, 102:1
**digital** [3] - 48:2, 48:3, 49:19
**dinner** [14] - 43:22, 45:15, 45:17, 53:4, 54:25, 55:1, 55:2, 55:3, 55:4, 55:6, 55:9, 132:16, 132:17, 132:20
**dinners** [1] - 53:4
**dinnertime** [1] - 45:15
**DIRECT** [1] - 3:7
**directing** [2] - 76:8, 80:8, 103:8
**direction** [2] - 88:21, 111:15
**directions** [1] - 76:13
**directly** [1] - 153:23
**dirt** [8] - 118:23, 119:22, 119:25, 120:7, 120:15, 120:23, 121:1
**dirtiness** [2] - 105:1, 120:25
**dirty** [6] - 104:24, 105:21, 118:23, 120:5, 120:9, 120:11
**disabilities** [2] - 27:4, 67:1
**disappeared** [1] - 146:20
**discharge** [1] - 156:5
**discharged** [4] - 161:11, 161:13, 161:16, 161:24
**discovery** [1] - 14:18
**discuss** [1] - 133:14
**discussion** [1] - 31:5
**disembark** [1] - 145:7
**disembarkation** [1] - 153:7

**disembarked** [3] - 145:4, 152:24, 153:5
**dismissed** [1] - 154:17
**disorganized** [2] - 75:8, 82:7
**distance** [1] - 18:20
**distances** [1] - 163:6
**district** [1] - 17:5
**DISTRICT** [2] - 1:1, 1:1
**divided** [1] - 101:4
**DIVISION** [1] - 1:2
**dizziness** [1] - 34:25
**dizzy** [2] - 44:11, 44:14
**doctor** [38] - 9:4, 9:10, 10:5, 13:4, 13:7, 20:17, 20:21, 22:17, 22:19, 24:4, 29:19, 29:25, 32:12, 35:8, 130:20, 131:4, 134:12, 134:13, 135:6, 135:25, 141:23, 144:8, 145:10, 145:13, 145:25, 148:12, 148:13, 151:12, 151:25, 154:21, 155:5, 156:9, 156:18, 156:22, 161:6, 171:7, 171:14, 171:16
**doctor's** [5] - 7:15, 7:20, 10:4, 147:18, 170:11
**doctors** [7] - 7:21, 30:3, 30:4, 145:22, 145:23, 146:20, 146:22, 155:8, 160:22
**document** [24] - 17:17, 65:18, 65:20, 65:23, 65:24, 66:3, 86:22, 89:17, 114:15, 114:16, 114:23, 136:7, 136:14, 136:17, 136:20, 137:2, 137:10, 137:12, 139:3, 139:8, 141:9, 142:4, 143:5, 165:14
**documents** [3] - 9:19, 114:15, 168:21
**done** [7] - 4:2, 67:2, 90:18, 166:21, 169:18, 171:19, 172:19
**door** [3] - 96:2, 106:23, 131:1
**dosage** [1] - 25:20

**dose** [1] - 135:13
**dot** [3] - 58:13, 61:10, 61:12
**doubt** [1] - 91:24
**down** [29] - 4:16, 8:13, 47:13, 56:11, 56:12, 59:9, 60:18, 62:9, 68:9, 68:16, 92:11, 102:13, 102:20, 102:22, 103:17, 103:18, 108:24, 111:19, 111:22, 113:16, 114:4, 138:6, 141:1, 141:3, 148:12, 151:14, 157:22, 158:15
**downloaded** [1] - 48:12
**Dr** [26] - 7:23, 10:6, 20:23, 20:24, 21:2, 22:3, 22:20, 22:21, 22:23, 23:13, 23:18, 24:5, 24:11, 24:22, 30:2, 30:12, 30:22, 155:7, 155:12, 156:2, 157:4, 159:14, 159:15, 159:25, 170:12
**drag** [6] - 105:2, 113:13, 113:14, 121:12, 122:16, 151:14
**dragged** [4] - 122:24, 126:23, 129:11, 131:22
**drain** [3] - 135:14, 135:17, 135:18
**drink** [2] - 51:7, 51:8
**dripping** [1] - 35:8
**driver** [3] - 42:22, 45:4, 54:3
**drove** [1] - 134:1
**drowsy** [1] - 136:6
**drug** [2] - 23:15, 35:16
**drugged** [1] - 136:6
**drugs** [4] - 7:24, 8:17, 51:2, 51:4
**due** [3] - 134:17, 167:11, 170:5
**duly** [3] - 3:1, 3:5, 175:10
**during** [29] - 5:2, 5:11, 10:12, 32:3, 32:8, 44:19, 45:16, 46:23, 48:4, 48:25, 49:5, 51:13, 54:7, 58:21, 83:9, 108:20, 112:12, 112:14, 140:12, 158:4, 161:9, 163:25,

164:19, 167:2, 167:8, 167:20, 167:24, 169:14, 171:22

**E**

**e)"...Any** [1] - 179:2
**E-G-U-Y** [1] - 5:24
**e-mail** [1] - 152:9
**earliest** [1] - 178:16
**earned** [1] - 164:4
**earning** [1] - 167:17
**ears** [1] - 27:13
**eat** [4] - 12:25, 19:1, 43:4, 149:7
**EDGARDO** [9] - 1:5, 1:19, 3:4, 5:19, 175:9, 176:5, 177:14, 178:5, 179:23
**Edgardo** [3] - 2:15, 3:14, 5:19
**edge** [3] - 151:15, 151:16
**education** [1] - 15:19
**effect** [1] - 59:2
**effects** [1] - 142:3
**EG** [1] - 168:12
**Eguy** [2] - 5:22, 5:23
**eight** [3] - 55:7, 55:8
**either** [13] - 7:18, 32:17, 40:5, 68:6, 92:23, 93:12, 100:16, 101:3, 133:1, 133:5, 133:9, 136:2, 146:6
**EKG** [3] - 147:17, 149:23
**elapsed** [1] - 103:23
**eleven** [1] - 145:5
**eliminated** [1] - 86:20
**Elsie** [1] - 132:22
**emergency** [7] - 28:16, 132:18, 144:14, 149:9, 150:3, 150:4, 151:25
**employed** [2] - 16:1, 16:17
**employee** [14] - 10:22, 11:10, 63:16, 64:3, 75:1, 76:5, 76:25, 79:23, 80:1, 98:16, 103:8, 104:12, 176:8, 176:9
**employees** [2] - 98:11, 104:13
**employer** [1] - 166:15
**empty** [1] - 148:25

end [6] - 49:11, 66:10, 101:19, 102:14, 102:25, 103:19
ended [3] - 25:3, 104:25, 117:19
ends [1] - 101:3
engage [4] - 18:15, 42:25, 43:19, 45:12
engaged [1] - 18:24
English [5] - 4:6, 64:13, 64:16, 65:3, 65:6
enjoy [1] - 75:21
entered [1] - 179:3
entire [6] - 43:13, 74:4, 100:24, 101:16, 109:9
entitled [1] - 136:14
entrance [17] - 75:5, 80:17, 80:18, 80:25, 81:5, 81:17, 96:1, 96:8, 96:9, 96:11, 98:17, 98:20, 98:22, 104:16, 130:8, 130:25
equipment [11] - 52:3, 52:14, 52:18, 81:7, 81:8, 81:10, 81:25, 83:9, 88:19, 114:25, 115:3
Ernesto [1] - 11:11
errata [1] - 177:10
ERRATA [1] - 179:1
Escuela [1] - 15:3
Esquire [3] - 2:5, 2:9, 178:5
estimate [1] - 132:3
et [2] - 14:15
evaluation [2] - 147:9, 147:18
evening [4] - 57:24, 58:3, 104:6, 141:6
exact [4] - 36:9, 43:18, 79:6, 171:5
exactly [50] - 4:9, 22:6, 24:23, 28:5, 28:12, 30:13, 38:19, 47:3, 47:14, 48:9, 48:21, 52:23, 53:22, 56:16, 57:12, 79:5, 84:19, 87:21, 89:20, 91:14, 92:9, 94:6, 95:22, 95:25, 100:11, 101:11, 101:17, 102:17, 106:1, 106:23, 107:1, 107:14, 108:6, 113:8, 117:6, 128:11, 129:4, 129:18, 130:11,

131:13, 132:6, 133:25, 135:12, 137:2, 137:8, 137:21, 138:2, 142:1, 157:24, 164:6
exam [1] - 31:12
EXAMINATION [1] - 3:7
examination [1] - 178:12
examined [2] - 3:6, 32:3
example [3] - 59:4, 160:9, 162:22
except [2] - 143:17, 149:1
excursion [1] - 42:15
excursions [1] - 42:13
exempts [2] - 66:24, 67:9
exercise [2] - 51:17, 158:2
exercises [4] - 157:19, 158:4, 158:9, 158:12
exert [1] - 161:9
Exhibit [22] - 65:14, 65:18, 66:8, 66:11, 66:13, 66:20, 68:8, 86:8, 86:22, 88:10, 89:18, 136:8, 136:9, 136:13, 138:17, 139:9, 141:15, 165:5, 165:6, 165:10, 166:6, 166:10
Exhibits [1] - 168:12
exist [4] - 86:19, 119:4, 119:14, 125:20
existing [1] - 86:16
exists [1] - 166:23
exit [1] - 109:12
exits [1] - 89:10
experience [8] - 21:5, 71:18, 71:24, 158:21, 160:2, 160:5, 160:8, 162:10
experienced [1] - 39:22
experiences [1] - 85:15
experiencing [1] - 158:18
expert [2] - 142:7, 142:11
Expires [1] - 175:18
expires [1] - 177:19
explain [2] - 32:25, 70:6, 75:11, 108:23, 111:18, 111:24,

112:1, 116:5, 151:2
explained [7] - 33:1, 35:9, 65:8, 104:18, 108:25, 134:14, 162:14
explanation [1] - 14:22
exposed [1] - 131:10
extremely [1] - 105:21
eye [1] - 119:11
eyeglasses [1] - 33:15
eyesight [1] - 126:13

F

F.R.C.P [1] - 179:2
facilities [2] - 148:17, 148:24
facility [5] - 32:15, 34:22, 150:6, 150:8, 151:1
fact [5] - 89:23, 110:4, 119:13, 130:18, 162:21
failure [1] - 89:13
fairly [1] - 64:17
fall [80] - 5:14, 39:12, 39:20, 39:23, 86:23, 87:3, 87:6, 87:8, 87:16, 94:14, 94:15, 94:25, 95:2, 100:16, 100:18, 100:19, 102:6, 102:21, 104:10, 104:19, 104:22, 105:3, 105:5, 105:10, 105:14, 105:18, 105:20, 106:6, 107:7, 107:17, 109:8, 109:9, 109:19, 109:24, 110:6, 110:23, 111:10, 111:15, 111:18, 112:12, 112:14, 113:21, 113:24, 114:1, 114:3, 114:9, 118:10, 119:5, 120:16, 120:24, 121:1, 122:11, 122:13, 122:15, 122:19, 122:24, 123:10, 124:4, 124:25, 126:12, 126:16, 127:9, 127:12, 129:2, 132:4, 133:2, 133:4, 137:20, 137:24, 139:14, 139:15, 139:18, 140:1,

140:7, 142:25, 143:8, 143:13, 144:12
fallen [2] - 100:23, 113:3, 163:2
falling [5] - 44:17, 87:11, 106:18, 110:12, 111:5
falls [2] - 112:8, 112:16
family [7] - 9:10, 40:2, 53:8, 53:14, 57:23, 58:1, 138:12
far [8] - 18:18, 23:16, 68:14, 117:20, 162:10, 163:8, 167:13, 171:14
fast [1] - 92:10
fastened [1] - 38:12
faster [1] - 88:24
fee [1] - 76:20
feet [1] - 12:12
fell [44] - 95:6, 95:8, 100:4, 100:21, 102:6, 105:7, 105:8, 105:24, 106:19, 106:21, 106:22, 107:1, 107:2, 107:4, 108:13, 108:23, 109:5, 109:21, 110:13, 111:2, 111:6, 111:7, 111:12, 111:19, 111:22, 112:3, 112:6, 112:23, 113:1, 113:9, 118:22, 120:8, 121:5, 121:8, 121:10, 121:11, 126:22, 126:23, 127:3, 127:5, 129:10, 137:21, 138:2
felt [13] - 8:9, 44:15, 44:16, 82:19, 96:19, 96:21, 97:2, 100:4, 100:12, 108:14, 108:18, 108:25, 109:11
female [3] - 56:20, 131:14, 131:15
fever [1] - 29:13
few [4] - 25:6, 69:8, 160:13, 168:8
field [2] - 13:18, 121:16
file [1] - 178:19
filed [2] - 1:23, 114:12
files [1] - 114:17
fill [3] - 25:23, 66:7,

89:16
filled [7] - 58:11, 136:21, 136:24, 138:14, 140:23, 141:9, 142:19
filling [2] - 137:3, 138:3
financial [3] - 14:3, 14:10, 14:17
financially [1] - 176:10
fine [4] - 5:16, 32:23, 86:2, 151:10
finished [2] - 4:8, 53:12
finishing [1] - 158:8
firing [1] - 12:3
firmly [1] - 116:21
first [14] - 3:1, 3:5, 4:22, 43:2, 43:5, 77:13, 79:11, 79:13, 95:20, 95:22, 108:16, 129:1, 129:19, 155:14
fit [3] - 83:15, 91:22, 92:3
fitness [3] - 52:3, 52:14, 52:18
five [9] - 18:17, 18:19, 19:7, 25:21, 28:6, 28:13, 47:4, 69:1, 135:11
Flagler [1] - 178:1
flexibility [1] - 114:6
flight [1] - 153:20
floor [4] - 55:25, 56:2, 104:23, 120:1
FLORIDA [4] - 1:1, 175:4, 176:2, 177:2
Florida [8] - 1:15, 1:22, 2:4, 2:8, 175:17, 177:19, 178:2, 178:7
fluent [1] - 64:19
follow [1] - 155:12
follow-up [1] - 155:12
followed [1] - 17:17
following [5] - 143:19, 145:3, 150:9, 153:3, 154:19
follows [1] - 3:6
food [2] - 149:5, 149:6
foot [32] - 9:25, 77:23, 91:22, 97:6, 109:3, 112:5, 112:17, 112:18, 112:19, 112:21, 113:2, 116:14, 117:21, 117:24, 118:2, 118:4, 134:16, 134:20, 134:25,

150:21, 151:8, 151:17, 151:18, 157:19, 160:16, 162:13, 162:24, 162:25
**footwear** [1] - 59:13
**forced** [1] - 88:15
**forceful** [1] - 89:4
**foregoing** [2] - 176:6, 177:7, 179:19
**FOREMAN** [2] - 1:13, 2:6
**form** [87] - 8:2, 8:11, 14:5, 36:22, 37:2, 39:24, 46:8, 53:9, 54:10, 58:23, 64:22, 66:8, 67:23, 74:18, 78:7, 78:15, 78:20, 79:4, 85:22, 87:19, 89:19, 89:24, 90:1, 90:9, 90:14, 90:16, 90:17, 90:25, 92:19, 93:3, 93:25, 97:23, 99:5, 99:10, 99:17, 100:2, 103:2, 103:10, 105:25, 106:7, 110:1, 110:17, 110:24, 113:22, 115:12, 116:15, 118:11, 120:17, 122:12, 122:21, 123:6, 123:15, 123:22, 124:16, 125:1, 125:10, 125:16, 126:18, 127:22, 128:8, 128:16, 137:5, 137:25, 138:7, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:6, 141:18, 142:5, 143:2, 143:14, 144:5, 145:12, 146:23, 149:25, 151:22, 167:21, 172:16, 173:6, 173:12, 173:18, 173:25, 179:2
**forms** [1] - 17:16
**forth** [2] - 4:7, 177:10
**forty** [2] - 6:2, 13:11
**forty-two** [1] - 6:2
**forward** [1] - 111:16
**four** [9] - 15:16, 24:24, 25:8, 28:6, 29:23, 134:9, 135:11, 172:18, 172:20
**four-year** [1] - 15:16

**fracture** [3] - 134:14, 134:17, 140:19
**fractures** [1] - 140:18
**Francisco** [1] - 26:1
**free** [1] - 89:10
**freeze** [1] - 113:16
**frequently** [11] - 18:15, 24:3, 25:15, 33:4, 33:5, 37:11, 37:13, 105:22, 158:21, 160:5, 163:13
**FRIEDMAN** [2] - 1:13, 2:6
**friends** [1] - 14:12
**front** [7] - 46:3, 77:16, 77:24, 88:22, 112:19, 117:7, 162:13
**full** [2] - 5:18, 167:19
**functionally** [2] - 115:2, 115:5
**FURTHER** [1] - 176:8

## G

**Gables** [2] - 2:4, 178:7
**gain** [1] - 108:17
**gangrene** [1] - 134:19
**Garrochelos** [1] - 6:18
**GARROCHELOS** [1] - 6:18
**gathering** [5] - 102:14, 102:25, 103:4, 103:19, 103:20
**gear** [1] - 98:24
**general** [1] - 16:12
**gentleman** [1] - 81:16
**German** [1] - 29:8
**girls** [3] - 44:4, 53:3
**given** [11] - 25:13, 32:5, 68:20, 72:8, 72:21, 73:3, 73:8, 73:10, 74:8, 179:4, 179:20
**glasses** [7] - 33:19, 33:21, 34:1, 34:6, 34:8, 34:11, 34:15
**God** [1] - 163:19
**goodness** [1] - 163:4
**grab** [3] - 101:13, 107:6, 110:21
**graduate** [1] - 15:1
**graduated** [1] - 15:22
**Grande** [1] - 7:8
**gray** [2] - 73:11, 73:14
**groove** [2] - 119:6, 119:12, 121:7, 121:14, 121:16,

121:19, 121:21
**grooves** [3] - 119:4, 119:8, 122:2
**Grossman** [2] - 2:9, 2:16, 3:11, 8:7, 31:3, 37:8, 121:22
**GROSSMAN** [98] - 3:8, 8:15, 14:9, 14:23, 31:7, 36:24, 37:10, 40:1, 46:11, 50:15, 53:11, 54:12, 58:25, 64:25, 65:16, 68:1, 74:24, 78:10, 78:18, 78:25, 79:10, 86:5, 87:23, 89:11, 89:22, 90:6, 90:12, 91:3, 92:21, 93:6, 94:4, 97:25, 99:7, 99:13, 99:20, 100:6, 103:6, 103:13, 106:3, 106:12, 110:7, 110:22, 111:3, 114:2, 115:20, 116:23, 118:13, 120:21, 121:25, 122:17, 123:2, 123:11, 123:17, 124:11, 124:23, 125:8, 125:11, 125:21, 125:25, 126:9, 126:20, 126:25, 128:1, 128:12, 128:20, 136:11, 138:4, 138:13, 139:16, 139:24, 140:5, 140:11, 140:22, 141:4, 141:22, 143:6, 144:1, 144:9, 145:17, 150:5, 152:22, 165:8, 166:8, 167:22, 168:14, 169:25, 170:2, 172:18, 172:22, 172:24, 173:9, 173:14, 173:21, 174:3, 174:6, 174:8, 174:17, 174:19
**ground** [3] - 3:20, 100:19, 104:23
**group** [14] - 62:21, 62:23, 68:23, 69:3, 69:5, 69:9, 70:7, 75:13, 75:15, 76:6, 93:23, 94:2, 94:9, 103:24
**guarantee** [6] - 124:17, 124:20,

127:13, 128:10, 142:16, 164:24
**guardian** [1] - 67:5
**guest** [2] - 140:23, 142:25
**Guest** [2] - 2:22, 136:14
**guys** [1] - 108:4
**gym** [8] - 51:17, 51:18, 51:21, 51:23, 52:1, 52:21, 53:5, 53:13

## H

**half** [11] - 11:15, 18:21, 23:3, 61:16, 91:15, 91:19, 91:25, 121:23, 134:23, 146:19, 171:18
**hand** [6] - 61:10, 109:15, 109:17, 109:18, 151:16, 175:11
**handed** [1] - 68:18
**handicap** [1] - 163:5
**handing** [11] - 61:22, 75:4, 91:5, 93:11, 93:13, 129:6, 130:1, 130:5, 130:7, 131:2, 166:9
**hands** [2] - 107:13, 113:15
**handwriting** [7] - 139:2, 142:5, 142:6, 142:8, 142:9, 142:14, 142:16
**hard** [2] - 49:16, 50:12
**harm** [1] - 135:16
**harsher** [1] - 61:1
**head** [2] - 32:4, 32:6, 35:3
**headache** [1] - 28:3
**headaches** [6] - 32:7, 32:9, 32:13, 32:25, 33:12, 44:9
**headphones** [1] - 89:6
**healed** [2] - 155:17, 171:15
**healing** [1] - 156:1
**health** [8] - 13:23, 20:8, 21:15, 22:13, 24:16, 26:3, 34:22, 172:3
**healthcare** [1] - 157:6
**healthier** [1] - 12:25
**hear** [3] - 64:3, 64:10, 76:12
**heard** [4] - 46:14, 95:11, 112:9, 152:3

**heart** [8] - 20:9, 20:11, 21:5, 21:9, 21:11, 21:13, 22:12, 24:14
**heel** [1] - 151:17
**held** [3] - 16:13, 31:5, 91:8
**helicopter** [1] - 135:3
**helmet** [11] - 81:20, 82:4, 82:25, 83:6, 83:12, 83:17, 84:4, 87:24, 88:2, 88:8, 98:23
**helmets** [6] - 76:3, 76:14, 81:9, 81:12, 81:15, 81:22
**help** [19] - 26:24, 73:17, 84:4, 97:1, 113:11, 130:4, 130:15, 130:21, 132:2, 132:8, 158:14, 158:15, 158:16, 162:5, 173:16, 173:19, 173:23, 174:11, 174:13
**helped** [6] - 72:25, 82:2, 82:3, 83:13, 130:11, 153:6
**helping** [1] - 107:20
**helps** [1] - 159:11
**hereby** [3] - 176:4, 177:6, 179:19
**herein** [1] - 179:21
**hereto** [1] - 177:10
**hernia** [1] - 161:7
**Herrera** [1] - 7:23
**Herrera's** [1] - 10:6
**herself** [1] - 84:5
**high** [9] - 14:24, 15:1, 21:17, 21:23, 22:5, 22:11, 24:14, 78:1, 162:3
**hired** [2] - 42:22, 142:22
**hit** [2] - 20:3, 112:23
**hobbies** [2] - 18:11, 18:23
**hobby** [1] - 18:13
**hold** [2] - 14:4, 101:2
**holding** [11] - 96:23, 100:9, 100:13, 100:23, 107:13, 107:16, 107:24, 108:21, 109:15, 109:16, 109:18
**holes** [7] - 117:1, 117:4, 122:6, 122:11, 122:14, 122:19, 122:23
**Home** [1] - 11:7, 16:2,

16:6, 16:7, 16:10,
16:14, 16:16, 17:23
**home** [7] - 52:4,
52:15, 52:19, 152:5,
152:9, 158:1, 161:21
**hooks** [5] - 117:4,
117:7, 117:11,
117:14, 117:17
**Hospital** [9] - 27:18,
28:22, 29:1, 29:7,
154:4, 154:6,
154:11, 154:15,
161:12
**hospital** [18] - 27:18,
27:24, 27:25, 28:8,
28:18, 29:5, 135:1,
147:11, 148:25,
149:2, 153:9,
153:11, 153:23,
154:1, 154:2,
154:14, 160:19,
161:25
**hospitals** [3] - 27:15,
27:20, 27:21
**hour** [7] - 18:21,
52:25, 53:23,
121:23, 134:23,
146:19
**hours** [6] - 7:25, 8:24,
19:3, 19:4, 19:5,
135:11
**house** [6] - 30:15,
30:18, 49:15, 52:8,
134:1, 162:3
**human** [3] - 17:6,
146:13, 152:13
**hurry** [2] - 81:4, 82:8
**hydrate** [1] - 149:4

## I

**ice** [157] - 5:9, 5:14,
36:1, 39:15, 39:19,
39:20, 39:23, 40:3,
40:6, 43:5, 50:1,
53:8, 55:23, 58:22,
59:2, 59:5, 59:9,
62:19, 63:8, 64:1,
64:4, 67:3, 67:6,
67:12, 67:21, 67:22,
68:17, 69:13, 70:22,
70:25, 71:8, 71:25,
72:2, 72:3, 76:21,
77:1, 80:8, 81:7,
83:10, 86:23, 87:5,
87:7, 87:11, 87:14,
87:17, 88:17, 89:7,
89:15, 93:17, 94:14,
94:15, 94:19, 94:20,
94:25, 95:3, 95:16,

95:20, 96:15, 96:19,
97:3, 97:7, 97:12,
97:17, 98:11, 98:12,
98:14, 99:3, 100:7,
101:22, 102:5,
102:6, 102:10,
102:15, 103:9,
103:15, 104:9,
104:14, 104:20,
104:22, 104:23,
105:1, 105:4, 105:6,
105:7, 105:9,
105:11, 105:13,
105:17, 108:15,
109:1, 109:7,
111:23, 112:8,
112:12, 112:15,
112:24, 113:3,
114:25, 118:15,
118:19, 119:7,
119:9, 119:16,
119:19, 119:20,
119:22, 119:25,
120:2, 120:8,
120:15, 120:23,
121:1, 121:2, 121:7,
121:12, 121:14,
121:16, 121:19,
121:21, 122:3,
122:7, 122:11,
122:15, 122:16,
122:19, 122:23,
122:25, 123:4,
123:7, 123:13,
123:20, 123:24,
124:6, 124:7, 124:9,
124:15, 124:18,
124:25, 125:14,
125:23, 126:17,
126:22, 126:24,
129:16, 131:20,
139:11, 157:18,
157:19, 157:21
**idea** [3] - 40:15, 55:12,
95:16
**identification** [5] -
65:15, 136:10,
165:7, 166:7, 168:13
**identified** [2] - 130:19,
131:3
**identify** [1] - 74:4
**illness** [1] - 29:11
**imagine** [1] - 149:16
**immediate** [2] - 17:25,
40:2
**immediately** [13] -
97:5, 107:7, 107:17,
109:19, 109:23,
113:9, 126:23,
127:16, 128:14,

128:22, 139:17,
139:25, 140:6
**immobilizer** [5] -
134:22, 135:8,
155:18, 155:19,
155:21
**impact** [1] - 115:14
**impacted** [3] - 111:23,
112:12, 112:15
**impair** [2] - 7:25, 8:18
**important** [1] - 4:1
**improbable** [1] - 109:7
**Improvement** [8] -
11:7, 16:2, 16:6,
16:8, 16:11, 16:14,
16:16, 17:23
**IN** [2] - 178:9, 179:2
**in-line** [4] - 38:1, 38:2,
38:3, 71:1
**Inc** [1] - 2:11
**incentive** [2] - 164:8,
164:9
**incentives** [1] - 166:20
**inches** [1] - 12:12
**incident** [110] - 5:12,
12:18, 12:21, 13:2,
13:8, 18:7, 18:10,
18:16, 18:25, 19:11,
19:13, 19:17, 20:7,
21:15, 21:22, 22:12,
24:16, 26:4, 27:3,
27:6, 27:9, 28:25,
29:4, 29:16, 29:24,
30:8, 31:13, 31:15,
31:20, 31:23, 33:3,
33:6, 33:13, 34:1,
34:2, 34:3, 34:5,
34:7, 34:16, 34:18,
34:24, 36:3, 36:7,
36:12, 36:20, 36:25,
37:12, 37:15, 38:17,
38:23, 46:7, 47:2,
50:16, 50:19, 50:22,
50:25, 51:1, 51:11,
51:25, 52:9, 52:17,
52:22, 53:7, 54:9,
61:5, 79:23, 80:2,
94:13, 97:17, 97:22,
98:5, 99:4, 102:16,
116:12, 116:25,
141:7, 141:10,
141:25, 144:19,
145:3, 153:3,
156:17, 157:7,
157:8, 157:16,
158:19, 160:3,
160:18, 160:20,
160:23, 160:24,
162:7, 162:17,
163:2, 163:20,

168:1, 168:6, 170:5,
170:15, 170:25,
171:4, 171:9, 172:4,
172:8, 172:12,
172:14, 172:25,
173:5, 173:15
**included** [1] - 165:19
**including** [2] - 89:6,
167:11
**income** [5] - 168:18,
168:20, 168:24,
169:2, 169:5
**independent** [1] -
13:22
**indicate** [2] - 166:15,
169:2
**indicated** [2] - 87:25,
171:16
**indirectly** [1] - 76:19
**individual** [1] - 156:21
**industrial** [1] - 15:14
**infirmary** [1] - 141:25
**inflammation** [2] -
163:7, 163:11
**inform** [1] - 89:9
**informal** [1] - 4:24
**information** [7] - 11:4,
47:19, 57:2, 67:13,
142:24, 151:24,
165:18
**inherent** [1] - 86:19
**initials** [3] - 66:10,
67:15, 89:17
**injured** [3] - 19:14,
19:17, 95:14
**injuries** [2] - 157:7,
157:16
**Injury** [2] - 2:22,
136:14
**injury** [9] - 31:19,
87:4, 97:15, 138:12,
140:23, 142:25,
155:9, 167:2, 171:23
**inside** [2] - 99:3,
113:12
**inspect** [1] - 82:25
**instance** [2] - 65:10,
162:16
**instances** [1] - 108:14
**instead** [2] - 73:6,
84:4, 117:4
**instinct** [1] - 112:4
**institution** [1] - 15:11
**instruct** [3] - 8:4, 8:10,
37:6
**instructions** [7] -
74:21, 75:1, 75:3,
75:4, 76:4, 76:6,
76:7
**insurance** [3] - 13:23,

146:23, 167:5
**interest** [1] - 45:5
**interested** [1] - 176:10
**interests** [2] - 18:8,
18:23
**Interior** [1] - 6:17
**interpreter** [3] - 3:2,
3:25, 124:10
**INTERPRETER** [2] -
124:8, 126:7
**interrogatories** [7] -
2:22, 114:22, 165:5,
165:11, 165:20,
165:23, 167:14
**inventory** [1] - 17:5
**investigation** [2] -
17:13, 17:14
**invoice** [2] - 147:16,
147:22
**island** [9] - 42:12,
42:23, 44:23, 45:5,
54:2, 54:4, 143:21,
152:18, 153:11
**issues** [1] - 21:18
**itself** [7] - 60:14,
83:18, 118:20,
123:4, 123:13,
123:20, 124:15
**IV** [2] - 135:14, 149:4

## J

**jar** [1] - 159:22
**JEANNIE** [1] - 178:1
**job** [5] - 16:19, 18:12,
163:14, 169:7,
169:11
**jobs** [1] - 17:8
**Joel** [1] - 34:12
**jog** [1] - 18:14
**joke** [1] - 95:7
**Jonathan** [1] - 10:11
**Jorge** [1] - 154:25
**Joseph** [1] - 18:2
**Juan** [1] - 41:17
**judge** [1] - 8:12
**jump** [2] - 4:6, 169:4
**jumps** [1] - 88:24
**June** [4] - 5:9, 5:13,
6:3, 40:10
**JURAT** [1] - 177:1

## K

**Karen** [3] - 2:9, 3:11,
14:7
**keep** [2] - 89:10, 105:9
**kept** [4] - 104:24,

115:9, 167:17, 170:17
**Kilometer** [1] - 6:17
**kind** [7] - 38:14, 65:11, 72:24, 91:12, 96:11, 104:11, 163:9
**kitts** [4] - 42:3, 44:24, 44:25, 45:3
**Kitts** [1] - 45:7
**knee** [2] - 112:21, 151:15
**knees** [1] - 95:8
**knot** [1] - 117:18
**knowledge** [3] - 98:10, 104:21, 107:24

## L

**L-E-B-R-O-N** [1] - 5:20
**lace** [16] - 77:17, 77:21, 78:2, 85:19, 114:5, 115:7, 115:17, 115:19, 115:21, 115:22, 116:2, 116:6, 116:9, 116:13, 116:19, 117:8
**laced** [5] - 38:9, 38:14, 79:1, 79:2, 116:14
**laces** [19] - 77:14, 77:15, 77:18, 79:12, 79:14, 80:20, 84:17, 85:4, 85:17, 115:23, 115:24, 115:25, 117:5, 117:13, 118:7, 139:4, 172:15, 173:20
**lacing** [1] - 117:11
**land** [1] - 71:9
**language** [1] - 90:5
**Language** [1] - 2:11
**languages** [1] - 65:5
**laps** [1] - 97:16
**Lara** [6] - 7:2, 84:13, 99:23, 99:24, 110:10, 111:13
**large** [1] - 60:21
**Large** [2] - 1:22, 177:19
**last** [20] - 5:20, 7:25, 8:23, 13:19, 21:1, 24:21, 27:16, 27:21, 28:7, 28:21, 30:4, 31:11, 34:13, 81:14, 89:12, 133:8, 133:21, 156:2, 174:3, 174:16
**late** [1] - 126:3

**Latorre** [1] - 15:3
**laughed** [1] - 95:12
**laughing** [3] - 95:9, 95:10, 95:12
**law** [1] - 4:25
**laws** [1] - 153:12
**lawsuit** [3] - 11:20, 11:24, 114:17
**lawyer** [1] - 114:16
**LAWYERS** [2] - 2:3, 178:6
**lead** [1] - 89:14
**learn** [1] - 39:2
**learned** [1] - 39:8
**learning** [1] - 39:11
**least** [6] - 61:6, 106:15, 106:17, 106:22, 109:7, 152:14
**leave** [12] - 41:16, 54:1, 150:6, 150:8, 150:15, 152:18, 161:19, 166:22, 166:23, 167:12, 168:3
**LEBRON** [8] - 1:5, 1:19, 3:4, 175:9, 176:5, 177:14, 178:5, 179:23
**Lebron** [17] - 2:15, 3:14, 5:19, 7:2, 7:3, 9:6, 22:3, 29:20, 30:2, 65:17, 136:12, 161:2, 165:9, 168:15, 178:9, 178:11
**left** [20] - 59:24, 60:15, 60:25, 61:3, 61:6, 69:6, 69:9, 77:20, 79:1, 85:5, 85:6, 117:10, 117:11, 122:1, 145:21, 146:18, 150:16, 170:11
**leg** [9] - 77:14, 77:21, 113:14, 116:18, 116:21, 116:22, 149:17, 158:11, 158:15
**legal** [1] - 67:5
**length** [5] - 84:18, 84:23, 84:25, 85:3, 116:3
**lenses** [3] - 33:16, 33:18, 33:23
**Leon** [2] - 2:4, 178:6
**lessons** [1] - 39:5
**lethal** [1] - 97:10
**letter** [4] - 2:23, 166:3,

166:14, 166:17
**letterhead** [1] - 166:10
**letters** [1] - 86:10
**level** [5] - 64:15, 68:19, 119:11, 119:23, 126:12
**Liberian** [1] - 1:9
**lie** [1] - 113:16
**life** [2] - 63:9, 87:12
**light** [1] - 101:23
**lighting** [1] - 102:1
**limitation** [1] - 162:20, 163:5
**limitations** [5] - 21:8, 162:17, 162:18, 163:12, 163:18
**line** [16] - 13:17, 38:1, 38:2, 38:3, 42:18, 57:13, 57:20, 67:2, 71:1, 75:6, 75:9, 75:10, 76:3, 76:11, 95:23, 95:25
**lisinopril** [1] - 22:1
**Lisinopril** [1] - 22:2
**literally** [3] - 112:18, 113:13, 120:4
**live** [6] - 6:12, 7:7, 71:12, 133:23, 133:24, 133:25
**lived** [2] - 7:4, 71:14
**lives** [1] - 6:20
**located** [7] - 20:24, 22:21, 53:19, 81:12, 107:8, 117:25, 162:11
**location** [2] - 30:14, 117:19
**locked** [1] - 105:8
**look** [11] - 30:24, 31:2, 65:19, 65:21, 70:16, 112:20, 115:8, 130:4, 136:15, 165:12, 166:11
**looked** [9] - 9:19, 47:14, 72:14, 72:15, 73:23, 84:15, 114:11, 119:16, 119:18
**looking** [11] - 35:7, 46:15, 105:23, 106:2, 118:3, 118:5, 132:8, 132:9, 139:3, 139:8
**looks** [1] - 119:18
**loose** [3] - 96:21, 97:2, 97:4
**lose** [16] - 114:6, 115:15, 123:4, 123:14, 123:20, 123:25, 124:3,

124:13, 124:15, 124:18, 128:3, 134:18, 134:23, 134:24, 135:10, 163:21
**losing** [13] - 108:15, 109:11, 109:20, 109:24, 110:3, 115:11, 115:14, 127:16, 127:17, 128:14, 128:22, 134:25, 143:1
**loss** [11] - 12:24, 13:1, 17:10, 17:11, 17:20, 89:14, 109:2, 111:20, 138:25, 151:9, 165:19
**lost** [7] - 14:10, 108:25, 109:21, 164:8, 165:24, 167:15, 170:14
**loud** [4] - 4:15, 103:24, 104:2, 104:5
**love** [1] - 174:1
**lowering** [1] - 22:9
**LTD** [1] - 1:8
**Luis** [1] - 7:23

## M

**Maarten** [8] - 42:3, 42:5, 42:8, 42:11, 42:14, 42:17, 42:22, 43:12
**mail** [1] - 152:9
**mailing** [1] - 6:14
**maintain** [1] - 162:23
**maintained** [1] - 121:4
**maintenance** [3] - 118:24, 119:4, 121:3
**Maldonado** [1] - 6:24
**male** [5] - 56:20, 56:21, 62:2, 62:3, 131:14
**man** [1] - 94:17
**man's** [1] - 132:23
**manage** [2] - 164:13, 164:14
**manager** [7] - 16:12, 16:21, 17:1, 17:5, 17:6, 169:8
**manipulate** [1] - 151:8
**Marc** [2] - 2:5, 178:5
**March** [2] - 169:6, 169:9
**Mari** [1] - 6:24
**MARI** [1] - 6:24
**Maria** [2] - 2:10, 3:1
**maribel** [1] - 9:6

**Maribel** [4] - 9:7, 22:3, 29:20, 161:2
**marked** [16] - 65:15, 65:18, 89:18, 136:7, 136:10, 136:13, 139:9, 165:5, 165:7, 165:10, 166:2, 166:7, 166:9, 168:9, 168:13, 168:16
**marriage** [1] - 13:25
**married** [2] - 13:15, 13:24
**master** [5] - 37:17, 37:20, 37:25, 38:9, 88:7
**material** [1] - 101:3
**matter** [4] - 3:13, 110:3, 130:18, 178:15
**mean** [21] - 10:17, 42:15, 72:12, 78:16, 80:4, 83:23, 87:2, 94:1, 100:25, 101:8, 103:20, 114:14, 119:13, 125:19, 134:1, 144:21, 146:2, 146:3, 146:4, 147:7, 163:16
**meaning** [2] - 11:20, 58:2
**means** [2] - 37:8, 125:20
**meant** [1] - 75:4
**medical** [25] - 67:1, 129:8, 132:5, 132:12, 134:10, 135:6, 140:1, 141:6, 143:10, 145:4, 145:7, 145:10, 145:13, 146:14, 148:4, 151:21, 160:23, 166:22, 167:12, 168:3, 170:12, 170:24, 171:1, 171:3, 171:8
**medication** [21] - 8:18, 20:14, 21:19, 23:7, 28:2, 44:4, 44:5, 44:8, 44:9, 44:10, 44:18, 135:9, 135:13, 135:15, 136:4, 151:11, 151:12, 158:24, 159:10, 159:12, 159:19
**medications** [1] - 8:22
**medicine** [1] - 21:23, 21:25, 22:4, 22:8, 23:11, 23:19, 25:11, 43:25, 50:23, 159:3,

159:5, 159:17
**meet** [2] - 10:7, 132:24
**meeting** [1] - 10:13
**meets** [1] - 118:2
**Melatonin** [2] - 8:25, 9:2
**member** [3] - 80:8, 96:7, 96:10
**memory** [1] - 9:20
**mental** [2] - 34:22, 172:3
**mentioned** [5] - 12:2, 30:3, 75:3, 95:17, 95:23
**mentions** [1] - 139:10
**message** [1] - 103:23
**met** [1] - 53:3
**method** [1] - 27:1
**MIAMI** [1] - 1:2
**Miami** [9] - 1:15, 2:8, 7:9, 7:13, 7:16, 7:19, 153:21, 178:2
**middle** [3] - 75:25, 86:12, 147:2
**might** [2] - 4:7, 86:23
**migraine** [2] - 33:2, 35:9
**migraines** [3] - 33:4, 35:2, 35:11
**military** [1] - 15:24
**milligrams** [1] - 25:21
**millions** [1] - 152:16
**mind** [2] - 87:9, 171:23
**mine** [1] - 40:14
**minor** [1] - 66:25
**minors** [1] - 88:14
**minutes** [14] - 18:21, 18:22, 45:23, 47:4, 52:24, 53:23, 69:1, 69:8, 69:20, 75:20, 102:18, 132:7, 163:11
**miss** [3] - 24:19, 163:23, 170:4
**missed** [1] - 170:7
**mistaken** [1] - 69:22
**moaning** [1] - 140:17
**mom** [3] - 159:19, 159:21, 159:25
**moment** [10] - 82:6, 96:19, 96:25, 110:21, 111:7, 127:5, 138:9, 138:10, 148:15, 171:6
**moments** [2] - 108:16, 108:18
**Monday** [5] - 44:22, 45:9, 45:13, 45:19,

50:17
**money** [1] - 14:14
**monitoring** [2] - 98:16, 104:16
**monitors** [1] - 89:9, 173:23, 174:10
**month** [3] - 25:18, 25:19, 155:23
**months** [7] - 22:7, 25:6, 163:24, 166:16, 167:9, 167:25, 168:5
**morning** [11] - 3:9, 3:10, 51:13, 51:16, 51:21, 52:22, 53:13, 53:21, 53:25, 145:6, 170:19
**motion** [1] - 127:19, 128:24
**mouth** [1] - 151:13
**move** [4] - 14:6, 112:5, 117:3, 126:5
**movement** [22] - 44:15, 60:15, 60:23, 61:1, 88:23, 127:2, 127:3, 127:5, 127:8, 127:11, 127:15, 127:18, 127:21, 127:25, 128:2, 128:6, 128:11, 128:13, 128:21, 128:24, 158:14, 160:14
**moving** [3] - 60:24, 97:6, 102:22
**MR** [91] - 8:2, 14:4, 14:19, 14:21, 31:3, 36:22, 37:2, 37:6, 39:24, 46:8, 50:13, 53:9, 54:10, 58:23, 64:22, 67:23, 74:18, 78:7, 78:15, 78:20, 79:4, 85:22, 87:19, 89:1, 89:19, 90:1, 90:9, 90:25, 92:19, 93:3, 93:25, 97:23, 99:5, 99:10, 99:17, 100:2, 103:2, 103:10, 105:25, 106:7, 110:1, 110:17, 110:24, 113:22, 115:12, 116:15, 118:11, 120:17, 121:22, 122:12, 122:21, 123:6, 123:15, 123:22, 124:16, 125:1, 125:10, 125:16, 125:24, 126:2, 126:18,

127:22, 128:8, 128:16, 137:25, 138:7, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:18, 143:2, 143:14, 144:5, 145:12, 149:25, 151:22, 167:21, 169:23, 170:1, 172:16, 172:20, 173:6, 173:12, 173:18, 173:25, 174:5, 174:15, 174:22
**MRI** [7] - 31:24, 32:3, 32:6, 32:15, 32:20, 33:9
**MS** [98] - 3:8, 8:15, 14:9, 14:23, 31:7, 36:24, 37:10, 40:1, 46:11, 50:15, 53:11, 54:12, 58:25, 64:25, 65:16, 68:1, 74:24, 78:10, 78:18, 78:25, 79:10, 86:5, 87:23, 89:11, 89:22, 90:6, 90:12, 91:3, 92:21, 93:6, 94:4, 97:25, 99:7, 99:13, 99:20, 100:6, 103:6, 103:13, 106:3, 106:12, 110:7, 110:22, 111:3, 114:2, 115:20, 116:23, 118:13, 120:21, 121:25, 122:17, 123:2, 123:11, 123:17, 124:11, 124:23, 125:8, 125:11, 125:21, 125:25, 126:9, 126:20, 126:25, 128:1, 128:12, 128:20, 136:11, 138:4, 138:13, 139:16, 139:24, 140:5, 140:11, 140:22, 141:4, 141:22, 143:6, 144:1, 144:9, 145:17, 150:5, 152:22, 165:8, 166:8, 167:22, 168:14, 169:25, 170:2, 172:18, 172:22, 172:24, 173:9, 173:14, 173:21, 174:3, 174:6, 174:8, 174:17, 174:19

**multiple** [1] - 126:2
**must** [16] - 24:23, 28:6, 28:12, 39:9, 52:23, 53:22, 67:4, 86:2, 88:13, 88:17, 88:19, 94:6, 119:3, 132:7, 137:16, 157:24

## N

**name** [29] - 3:11, 3:14, 5:18, 5:20, 6:23, 11:9, 18:2, 20:21, 21:25, 22:19, 25:25, 27:19, 34:10, 34:12, 34:13, 36:15, 47:21, 66:7, 84:12, 131:6, 132:22, 132:23, 133:21, 135:22, 135:25, 147:23, 154:21, 156:20, 156:25
**named** [1] - 7:22
**names** [7] - 5:21, 6:25, 27:15, 56:11, 132:19, 132:21, 157:3
**narcotic** [2] - 135:9, 136:5
**narcotics** [1] - 142:3
**natural** [1] - 4:18
**nature** [2] - 12:1, 20:11
**near** [5] - 30:20, 68:9, 80:5, 107:5, 108:7
**necessarily** [1] - 67:7
**necessary** [1] - 67:13
**need** [8] - 5:3, 34:4, 147:1, 147:20, 150:20, 171:8, 171:12, 173:16
**needed** [1] - 173:19
**neighborhood** [1] - 30:19
**never** [24] - 41:6, 44:16, 63:8, 70:22, 77:3, 86:2, 87:8, 87:11, 87:15, 109:8, 110:11, 122:11, 122:19, 125:22, 137:15, 141:10, 147:17, 149:3, 149:4, 149:5, 152:3, 152:7, 167:1
**new** [2] - 75:14, 169:11
**newer** [1] - 52:11
**next** [14] - 19:9, 58:16,

62:9, 66:20, 67:15, 99:18, 99:21, 103:24, 107:10, 111:14, 137:1, 138:21, 138:24, 149:5
**nicknames** [1] - 132:22
**night** [19] - 43:20, 46:9, 46:10, 46:12, 47:2, 57:5, 99:4, 135:11, 142:19, 150:10, 152:20, 154:17, 154:19, 157:21, 158:5, 160:15, 173:15, 174:2
**nine** [2] - 19:4, 19:5
**NO** [2] - 1:4, 178:10
**nobody** [1] - 174:21
**none** [6] - 30:5, 43:4, 51:11, 52:16, 74:9
**normal** [2] - 60:7, 63:16, 113:4
**normally** [1] - 106:24
**Notary** [3] - 1:21, 175:17, 177:18
**notes** [1] - 176:7
**nothing** [6] - 20:3, 31:19, 54:6, 60:6, 80:24, 81:3
**notice** [3] - 79:11, 79:13, 178:20
**Notice** [1] - 1:23
**noticed** [1] - 160:10
**November** [1] - 26:10
**number** [3] - 30:23, 133:17, 133:19
**nurse** [9] - 129:14, 129:15, 131:16, 131:24, 135:13, 135:22, 141:24, 144:8, 146:21

## O

**o'clock** [5] - 69:23, 150:10, 154:17, 154:19
**OATH** [1] - 175:2
**oath** [1] - 178:13
**obese** [1] - 13:6
**object** [5] - 8:4, 14:5, 37:2, 149:25, 167:21
**objecting** [2] - 8:11, 37:4
**objection** [65] - 8:2, 36:22, 39:24, 46:8, 53:9, 54:10, 58:23,

64:22, 67:23, 74:18, 78:7, 78:15, 78:20, 79:4, 85:22, 87:19, 89:19, 90:1, 90:9, 90:25, 92:19, 93:3, 93:25, 97:23, 99:5, 99:17, 103:2, 105:25, 106:7, 110:1, 110:17, 110:24, 113:22, 115:12, 116:15, 118:11, 120:17, 122:12, 122:21, 123:6, 123:15, 123:22, 124:16, 125:10, 125:16, 126:18, 127:22, 128:16, 137:25, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:18, 143:2, 143:14, 144:5, 145:12, 151:22, 173:6, 173:12, 173:18, 173:25
**obstacle** [1] - 105:20
**obviously** [5] - 44:15, 45:14, 97:1, 120:13, 142:21
**occasion** [2] - 38:21, 40:17
**occasions** [1] - 37:16
**occupy** [1] - 18:12
**occurred** [2] - 143:13, 144:4
**October** [3] - 156:4, 156:5, 156:14
**odd** [1] - 109:6
**OF** [17] - 1:1, 1:19, 2:3, 2:6, 5:8, 5:14, 40:10, 41:10, 47:20, 175:2, 175:4, 175:5, 176:1, 176:2, 176:3, 177:2, 177:3
**office** [11] - 4:23, 10:4, 30:15, 30:16, 30:17, 30:18, 164:13, 164:15, 164:20, 178:16
**officer** [4] - 144:3, 144:15, 179:3
**official** [1] - 175:11
**often** [3] - 14:12, 37:22, 72:15
**old** [8] - 6:2, 13:10, 13:11, 26:14, 37:19, 39:7, 72:16, 94:18
**oldest** [2] - 111:11, 133:15

**Oliver** [1] - 11:11
**Olympics** [1] - 39:17
**ON** [2] - 2:3, 2:6
**onboard** [1] - 44:6
**once** [25] - 10:20, 20:19, 25:17, 25:18, 69:4, 69:9, 71:19, 96:15, 97:19, 98:4, 98:9, 102:5, 105:15, 106:17, 106:22, 114:4, 116:13, 117:6, 133:25, 134:10, 146:9, 148:10, 153:22, 160:12, 170:3
**one** [70] - 4:11, 7:22, 10:14, 12:2, 13:4, 14:4, 40:25, 52:11, 53:3, 57:16, 57:18, 61:22, 61:24, 65:1, 65:6, 65:8, 65:13, 67:5, 69:23, 70:15, 73:19, 74:6, 74:17, 77:20, 79:11, 80:5, 82:2, 82:3, 84:20, 84:24, 89:12, 90:15, 94:15, 94:25, 95:20, 96:5, 97:2, 98:13, 99:18, 100:19, 100:22, 106:15, 110:6, 111:18, 113:12, 115:22, 116:1, 126:4, 129:5, 130:7, 130:25, 132:16, 138:20, 142:10, 143:17, 151:4, 152:19, 153:6, 153:8, 155:2, 156:23, 157:2, 165:2, 169:1, 169:2, 169:13, 171:24
**One** [2] - 1:13, 2:7
**ones** [16] - 10:4, 38:1, 49:4, 49:24, 49:25, 50:3, 50:12, 53:4, 72:20, 73:8, 75:17, 85:6, 85:8, 85:10, 85:11, 157:20
**onset** [1] - 23:4
**open** [2] - 89:10, 155:17
**opened** [3] - 57:5, 149:1, 152:9
**operate** [1] - 150:22
**operation** [5] - 28:23, 151:6, 154:18, 161:15, 161:17
**opportunity** [3] - 67:10, 68:5, 70:4
**opposite** [1] - 88:21

**order** [5] - 9:3, 14:6, 96:1, 126:5, 151:9
**ordered** [2] - 155:11, 156:23
**organized** [3] - 42:20, 75:7, 91:12
**original** [1] - 178:19
**orthopedic** [3] - 145:11, 145:19, 155:2
**orthopedist** [8] - 146:17, 146:18, 147:24, 150:20, 151:14, 159:13, 170:21, 171:10
**outside** [4] - 18:8, 46:4, 46:5, 102:23
**over-the-counter** [1] - 8:25
**overused** [1] - 115:8
**overweight** [1] - 13:5
**own** [10] - 37:22, 38:13, 52:4, 54:16, 73:15, 73:21, 78:6, 78:13, 84:7, 130:16

## P

**P.A** [2] - 1:13, 2:6
**p.m** [3] - 69:25, 150:17, 174:24
**Pace** [3] - 1:21, 176:4, 178:24
**PACE** [2] - 175:16, 176:15
**pack** [1] - 26:21
**package** [4] - 49:5, 49:7, 49:8, 49:25
**PAGE** [3] - 2:16, 2:21, 177:1
**page** [10] - 66:3, 86:8, 88:10, 88:11, 88:12, 136:13, 138:17, 139:8, 177:10, 179:3
**PAGE/LINE** [1] - 179:6
**pages** [3] - 90:8, 176:6, 177:7
**paid** [13] - 49:5, 76:18, 76:19, 147:3, 148:11, 153:10, 167:4, 169:18, 169:19, 170:24, 171:1, 171:2
**pain** [21] - 35:3, 35:6, 131:18, 140:17, 158:16, 158:18, 158:22, 158:25, 159:10, 160:2, 160:5, 160:8,

160:14, 160:17, 161:2, 162:6, 162:10, 162:18, 162:20, 163:7, 163:9
**painkiller** [2] - 159:8, 159:9
**pair** [1] - 59:10
**pants** [1] - 59:11
**paper** [4] - 58:11, 58:12, 114:20, 136:21
**paragraph** [9] - 66:11, 66:20, 66:23, 67:8, 67:16, 67:18, 114:24, 118:14, 127:1
**parents** [2] - 67:5, 88:13, 88:17
**parking** [2] - 149:15, 149:19
**part** [21] - 5:5, 25:2, 31:16, 32:2, 93:23, 101:18, 101:21, 105:12, 111:22, 112:11, 112:14, 116:14, 116:17, 116:18, 117:3, 117:21, 148:10, 151:17, 162:11, 162:13, 169:10
**PART** [1] - 179:2
**participants** [2] - 67:3, 74:3
**participated** [1] - 40:24
**participating** [1] - 74:23
**participation** [1] - 67:11
**particular** [9] - 20:17, 30:19, 40:17, 41:2, 41:4, 41:10, 61:4, 69:12, 69:16
**parties** [2] - 176:9, 178:20
**parties'** [1] - 176:9
**party** [4] - 10:19, 11:19, 11:23, 178:20
**pass** [1] - 106:21
**passed** [4] - 46:3, 96:10, 107:1, 132:7
**passenger** [3] - 40:9, 95:14, 131:4
**passengers** [3] - 55:16, 57:17, 62:4
**passes** [1] - 77:18
**past** [2] - 11:24, 106:18
**patient** [2] - 29:1, 149:16

**patients** [2] - 149:1, 149:2
**Patria** [1] - 15:3
**PAULA** [2] - 175:16, 176:15
**Paula** [3] - 1:21, 176:4, 178:24
**pay** [3] - 17:22, 76:15, 147:1
**payment** [4] - 146:24, 166:21, 167:12, 169:17
**payments** [1] - 14:11
**Pedilla** [8] - 22:20, 22:21, 23:13, 23:18, 24:5, 24:11, 24:22, 30:12
**Pedilla's** [2] - 22:23, 30:22
**people** [57] - 56:7, 56:12, 57:1, 62:19, 62:24, 63:21, 70:19, 74:2, 74:4, 74:5, 74:9, 74:15, 75:4, 75:12, 75:14, 75:16, 75:23, 76:1, 76:6, 76:11, 80:8, 82:13, 88:22, 92:17, 93:22, 94:1, 94:2, 94:7, 94:9, 94:14, 95:11, 96:5, 102:14, 102:25, 103:4, 103:5, 103:8, 103:19, 103:20, 113:10, 129:5, 129:18, 129:19, 129:25, 130:1, 130:5, 130:21, 130:23, 130:24, 132:9, 132:15, 132:20, 143:19, 144:7, 157:9
**per** [1] - 26:20
**perceive** [14] - 86:14, 105:21, 110:2, 119:8, 119:11, 119:13, 119:19, 119:24, 126:14, 127:2, 127:19, 127:20, 127:24, 128:24
**perceived** [7] - 74:19, 85:23, 103:5, 118:23, 119:25, 121:2, 127:5
**percent** [5] - 166:15, 167:8, 167:10, 167:24, 168:2
**perform** [2] - 147:9, 155:6

**performed** [1] - 154:22
**period** [4] - 70:11, 160:11, 169:12, 169:14
**person** [70] - 10:23, 56:6, 56:7, 56:11, 56:14, 56:16, 56:18, 57:16, 57:18, 58:10, 58:11, 61:11, 61:17, 61:19, 61:22, 61:25, 62:1, 62:4, 62:25, 63:4, 63:5, 63:17, 63:20, 70:8, 70:9, 70:17, 70:18, 70:21, 72:25, 73:24, 74:1, 75:25, 76:4, 76:10, 76:13, 77:2, 77:4, 77:5, 77:8, 80:10, 80:12, 80:19, 80:25, 87:25, 90:20, 90:22, 91:5, 91:6, 93:11, 93:13, 94:15, 95:5, 95:7, 104:16, 108:8, 129:1, 129:20, 130:4, 130:7, 130:8, 130:19, 131:3, 131:6, 143:17, 143:24, 148:11, 152:3, 152:6, 152:10, 156:23
**personally** [2] - 12:9, 175:9
**personnel** [2] - 63:25, 131:12
**pertain** [1] - 19:10
**pharmacy** [3] - 25:22, 25:25, 26:1
**phone** [5] - 30:25, 48:7, 133:17, 133:19, 152:7
**photograph** [2] - 17:18, 171:25
**photographs** [8] - 9:24, 10:2, 48:6, 49:3, 49:23, 108:9, 171:21, 172:10
**photos** [7] - 9:20, 48:3, 48:14, 49:12, 49:16, 50:1, 50:8
**physical** [19] - 6:13, 6:15, 7:5, 21:8, 27:4, 30:9, 31:12, 155:10, 155:11, 156:16, 156:24, 156:25, 157:5, 157:11, 157:23, 158:17, 159:1, 161:9, 162:16
**physician** [3] - 26:24, 29:22, 34:10

**physicians** [2] - 148:9, 157:6
**picked** [2] - 146:9, 146:20
**picture** [2] - 50:6, 171:20
**pictures** [11] - 48:10, 48:17, 48:23, 48:24, 49:2, 49:8, 49:18, 49:19, 49:20, 50:2, 108:12
**piece** [1] - 58:11
**pillow** [1] - 151:13
**place** [3] - 109:4, 112:19, 134:16
**places** [3] - 45:5, 54:15, 151:16
**Plaintiff** [1] - 1:6
**plaintiff** [1] - 115:1
**PLAINTIFF** [1] - 2:3
**plan** [1] - 158:7
**planning** [1] - 7:12
**plates** [1] - 171:13
**played** [1] - 120:23
**playing** [3] - 39:3, 64:7, 89:4
**pleasure** [1] - 172:1
**plenty** [1] - 93:1
**pocket** [1] - 171:3
**point** [16] - 26:11, 79:17, 86:15, 97:8, 97:12, 100:12, 117:1, 119:23, 121:13, 121:18, 122:1, 122:2, 125:5, 125:24, 126:16, 157:25
**pointed** [1] - 81:11
**points** [1] - 88:11
**polo** [2] - 59:11, 104:25
**Ponce** [2] - 2:4, 178:6
**poorly** [1] - 150:19
**port** [14] - 41:16, 41:17, 42:22, 54:5, 59:23, 59:25, 60:4, 60:11, 60:15, 60:18, 61:3, 61:4, 143:17, 152:1
**ports** [4] - 41:25, 49:10, 54:14, 61:6
**position** [4] - 16:10, 16:19, 17:19, 19:2
**positions** [4] - 16:13, 16:25, 17:2, 17:3
**possibility** [1] - 121:20
**possible** [10] - 107:15, 109:17, 110:15, 110:19, 127:10,

127:14, 128:5, 138:5, 146:13, 171:12
**postgraduate** [1] - 15:18
**postings** [1] - 47:15
**pounds** [1] - 12:15, 12:22
**prepare** [2] - 9:21, 10:8
**prepared** [1] - 130:3
**prescribe** [1] - 23:18
**prescribed** [9] - 9:4, 22:2, 23:7, 23:10, 23:12, 23:25, 34:11, 159:12, 159:21
**prescription** [4] - 8:23, 44:1, 159:16, 159:18
**prescriptions** [1] - 25:23
**PRESENT** [1] - 2:10
**present** [9] - 10:12, 13:25, 17:22, 19:2, 88:13, 111:2, 111:8, 133:3, 136:23
**presently** [10] - 6:10, 6:20, 16:1, 25:15, 29:18, 54:16, 159:16, 160:2, 162:11, 162:14
**preserve** [1] - 50:10
**president** [1] - 18:6
**pressure** [7] - 21:18, 21:20, 21:23, 22:5, 22:10, 22:11, 24:15
**prevent** [1] - 44:10
**prevention** [3] - 17:10, 17:11, 17:20
**previous** [1] - 33:24
**primarily** [1] - 155:2
**primary** [3] - 29:18, 29:21, 29:25
**print** [1] - 86:13
**printed** [2] - 49:16, 49:18
**priority** [3] - 138:11, 146:1, 146:3
**Pristiq** [2] - 23:11, 23:12
**privileges** [1] - 89:14
**probability** [1] - 166:19
**problem** [17] - 20:18, 83:17, 83:20, 83:21, 83:24, 84:2, 84:3, 84:6, 86:3, 86:4, 86:7, 93:5, 105:8, 124:6, 124:8, 144:11, 163:14

**problems** [16] - 27:7, 27:10, 27:13, 83:5, 83:9, 83:12, 104:11, 104:14, 104:15, 104:20, 105:4, 105:6, 143:20, 149:3, 160:23
**proceed** [1] - 178:19
**process** [7] - 20:20, 39:11, 58:8, 58:10, 58:21, 61:8, 153:7
**processes** [1] - 15:15
**produced** [2] - 166:4, 171:21
**production** [1] - 166:5
**professional** [1] - 39:20
**proficiency** [1] - 64:16
**profits** [4] - 164:15, 164:17, 164:21, 164:23
**program** [1] - 158:2
**progressing** [1] - 155:24
**promotion** [1] - 169:7
**properly** [1] - 92:3
**prosthetics** [1] - 171:11
**protective** [3] - 14:6, 98:24, 126:5
**provide** [2] - 147:10, 165:18
**provided** [2] - 114:25, 115:4
**providers** [1] - 157:6
**PROVIDES** [1] - 179:2
**provides** [2] - 14:2, 14:16
**psychiatrist** [1] - 22:24
**Public** [3] - 1:21, 175:17, 177:18
**Puerto** [37] - 3:15, 6:12, 6:19, 7:8, 11:17, 15:4, 15:8, 16:18, 16:23, 17:7, 20:25, 22:22, 26:2, 29:8, 32:18, 32:19, 36:13, 51:23, 52:1, 71:13, 134:3, 134:4, 134:5, 134:6, 150:22, 150:23, 150:24, 151:1, 151:6, 152:4, 153:14, 153:19, 153:21, 153:22, 163:5, 166:23, 169:9
**pull** [2] - 112:17, 112:18
**pulled** [1] - 147:3

**pulse** [3] - 134:23, 134:24
**purchased** [1] - 42:18
**pursuant** [1] - 1:22
**put** [33] - 61:25, 62:6, 68:11, 72:6, 72:25, 73:15, 76:14, 77:7, 77:11, 77:13, 77:20, 77:22, 78:11, 81:9, 81:13, 82:2, 82:4, 83:1, 83:3, 84:1, 84:2, 84:4, 84:7, 87:24, 88:1, 89:17, 92:7, 92:11, 93:9, 134:21, 135:8, 138:6, 138:21
**puts** [1] - 151:13
**putting** [6] - 63:21, 73:17, 78:5, 79:16, 83:12, 85:25

**Q**

**quarter** [2] - 164:19, 164:20
**quarterly** [6] - 164:8, 164:9, 167:14, 167:18, 169:14, 169:21
**questions** [21] - 3:24, 4:11, 19:9, 67:11, 67:21, 67:25, 68:3, 68:5, 68:6, 70:4, 70:7, 70:19, 70:21, 70:23, 71:3, 71:4, 114:20, 129:22, 168:9, 172:18, 172:20
**quick** [1] - 82:10
**quickly** [2] - 75:20, 75:22
**Quills** [1] - 2:11
**quit** [4] - 26:8, 26:16, 26:24, 27:1
**quite** [2] - 142:12, 153:7

**R**

**Rafael** [1] - 20:23
**rail** [1] - 107:6
**railing** [4] - 101:20, 101:21, 107:3, 107:5
**railings** [2] - 96:23, 101:15
**rails** [2] - 100:23, 100:25
**rain** [1] - 150:4
**raining** [3] - 149:11,

149:12, 149:21
**rainy** [2] - 60:8, 60:10
**rate** [1] - 17:22
**ray** [2] - 31:18, 138:15
**rayed** [1] - 31:16
**rays** [9] - 9:25, 10:2,
10:3, 10:6, 134:13,
146:16, 147:8
**RCCL** [1] - 178:9
**re** [1] - 115:24
**RE** [1] - 178:9
**re-answer** [2] - 115:24
**reach** [2] - 152:6,
152:7
**reached** [1] - 78:2
**read** [11] - 46:14,
66:16, 66:22, 67:18,
67:19, 137:12,
141:10, 141:20,
174:22, 177:6,
179:19
**reading** [5] - 33:20,
33:22, 34:8, 34:15,
178:18
**ready** [4] - 54:1, 80:22,
82:6, 103:25
**really** [4] - 18:20,
40:25, 167:14,
169:23
**reapplied** [1] - 155:21
**reason** [9] - 4:10,
9:11, 30:9, 32:5,
41:2, 41:9, 91:24,
159:10, 160:19
**REASON** [1] - 179:6
**reasonably** [3] -
115:1, 115:4, 118:15
**reasons** [3] - 28:8,
152:11, 179:4
**receive** [26] - 15:10,
15:13, 17:12, 17:15,
26:23, 32:24, 62:10,
62:13, 81:6, 81:8,
119:3, 121:3,
146:11, 146:13,
146:15, 154:5,
154:8, 163:25,
164:3, 166:20,
167:7, 167:12,
167:19, 167:23,
168:2, 170:17
**received** [15] - 41:7,
67:12, 86:1, 91:18,
130:6, 146:12,
148:22, 151:24,
154:11, 157:15,
166:15, 167:10,
168:4, 169:6, 169:19
**receiving** [5] - 14:11,
148:16, 167:17,

170:17
**recess** [1] - 121:24
**recognize** [11] - 65:20,
136:17, 136:18,
136:19, 136:20,
142:6, 142:13,
165:14, 166:12,
166:13, 168:17
**recognizes** [1] - 67:10
**recognizing** [1] -
142:8
**recommend** [1] - 13:7
**recommendations** [1]
- 13:4
**Record** [1] - 178:25
**record** [5] - 4:17, 31:4,
31:6, 112:2, 176:7
**records** [5] - 2:23,
2:24, 2:24, 168:9,
168:17
**recover** [5] - 109:2,
111:20, 112:4,
123:8, 163:1
**recovery** [2] - 171:11,
171:17
**rectangular** [1] - 62:8
**refer** [2] - 5:12, 145:10
**reference** [2] - 141:9,
178:12
**references** [1] - 41:7
**referencing** [1] - 98:7
**referred** [1] - 157:5
**referring** [10] - 5:13,
10:5, 50:2, 81:15,
84:8, 118:19,
129:23, 129:25,
144:20, 161:14
**reflect** [1] - 168:18
**reflux** [1] - 9:1
**refresh** [1] - 9:20
**regain** [3] - 105:10,
119:2, 124:2
**regaining** [1] - 160:13
**regarding** [2] - 55:20,
165:19
**regardless** [1] - 19:24
**regional** [2] - 18:5
**register** [7] - 57:14,
57:15, 57:20, 57:21,
57:23, 58:5, 70:8
**registered** [2] - 56:15,
69:4
**registering** [10] - 56:7,
57:2, 57:17, 62:4,
62:15, 63:1, 70:19,
74:7, 90:21, 108:8
**registration** [5] - 56:9,
56:10, 58:8, 58:21,
70:9
**regular** [3] - 30:17,

37:1, 63:16
**regularly** [5] - 18:24,
25:22, 26:19, 36:21,
37:8
**related** [5] - 23:6,
67:11, 143:22,
161:8, 166:22
**relation** [3] - 99:8,
99:16, 107:8
**relative** [3] - 9:7,
176:8, 176:9
**relatives** [2] - 14:12,
14:15
**release** [2] - 65:24,
141:16
**Release** [1] - 2:21
**released** [1] - 154:20
**relevance** [1] - 14:8
**relevant** [2] - 67:12,
67:13
**remain** [2] - 98:17,
108:1
**remains** [1] - 171:24
**remember** [112] - 8:16,
11:9, 11:14, 22:6,
24:23, 25:7, 26:9,
27:19, 28:5, 28:12,
31:11, 32:17, 38:5,
38:19, 39:9, 39:16,
39:19, 42:2, 43:18,
44:23, 47:3, 48:8,
49:2, 50:6, 52:23,
53:22, 56:2, 57:8,
57:11, 60:12, 60:14,
61:19, 63:5, 67:19,
67:24, 68:3, 68:4,
68:5, 70:3, 70:20,
74:11, 74:13, 79:5,
79:7, 82:1, 82:3,
84:19, 84:23, 90:4,
90:19, 91:2, 91:13,
91:14, 92:9, 92:10,
92:20, 92:23, 92:25,
93:4, 93:16, 94:6,
95:21, 96:13,
100:18, 101:11,
101:17, 101:25,
102:7, 102:8,
103:11, 104:7,
106:1, 106:9,
107:14, 108:11,
109:16, 110:19,
113:17, 114:20,
114:23, 116:16,
128:6, 129:4,
130:11, 131:16,
132:1, 132:6,
135:12, 135:22,
136:4, 136:25,
137:2, 138:1, 138:5,

139:22, 140:15,
141:5, 141:8,
141:19, 141:20,
142:1, 142:2,
143:15, 143:21,
143:23, 144:6,
144:15, 145:22,
156:20, 157:24
**remove** [1] - 171:12
**removed** [3] - 155:16,
155:18
**renter** [2] - 66:24, 67:9
**repeat** [3] - 59:20,
126:7, 126:10
**rephrase** [1] - 4:12
**report** [5] - 104:11,
104:14, 104:15,
144:10, 176:5
**reporter** [1] - 4:16
**REPORTER** [1] -
176:1
**REPORTING** [1] -
178:1
**representative** [2] -
10:25, 11:7
**request** [1] - 166:4
**requested** [1] - 176:6
**required** [1] - 64:20
**requirement** [1] -
64:24
**rerouted** [1] - 135:5
**reside** [1] - 6:10
**resolved** [1] - 11:3
**resource** [1] - 17:6
**respect** [1] - 89:13
**responding** [1] -
150:18
**responds** [1] - 171:11
**response** [1] - 166:4
**rest** [1] - 45:13
**restaurant** [1] - 53:18
**result** [10] - 21:9,
24:19, 157:8, 160:3,
162:17, 163:20,
170:14, 170:25,
171:3, 171:9
**results** [6] - 11:5,
32:20, 32:22,
147:17, 164:12,
165:3
**retrieve** [2] - 72:9,
90:23
**return** [2] - 43:15, 45:9
**returned** [3] - 43:20,
54:22, 170:3
**reverse** [1] - 20:2
**review** [3] - 9:23,
20:19, 176:5
**reviewed** [3] - 10:1,
141:10, 141:20

**reviewing** [1] - 141:16
**rheumatic** [1] - 29:13
**rheumatoid** [1] -
29:12
**Rico** [37] - 3:15, 6:12,
6:19, 7:8, 11:17,
15:4, 15:8, 16:18,
16:23, 17:7, 20:25,
22:22, 26:2, 29:8,
32:18, 32:19, 36:14,
51:23, 52:1, 71:13,
134:3, 134:4, 134:5,
134:6, 150:22,
150:23, 150:24,
151:1, 151:6, 152:4,
153:14, 153:19,
153:21, 153:22,
163:6, 166:23, 169:9
**rink** [82] - 36:13,
36:15, 45:16, 45:22,
46:1, 46:2, 46:3,
47:8, 50:1, 50:7,
50:9, 53:8, 55:11,
55:13, 55:17, 55:24,
56:5, 56:8, 57:4,
58:16, 60:13, 60:16,
62:1, 62:19, 64:1,
64:5, 64:11, 66:1,
67:6, 67:12, 67:22,
68:17, 68:19, 75:6,
76:8, 76:21, 77:1,
77:6, 77:9, 80:11,
80:13, 80:14, 80:17,
80:19, 80:23, 81:1,
81:5, 81:18, 88:5,
88:13, 88:18, 95:24,
97:17, 98:4, 99:15,
100:24, 101:5,
101:7, 101:10,
101:14, 101:16,
102:23, 102:24,
104:17, 105:2,
106:6, 109:13,
113:13, 113:15,
118:15, 118:17,
118:19, 119:3,
119:9, 119:16,
129:12, 130:9,
130:19, 130:25,
131:1, 133:3
**Rio** [1] - 7:8
**risk** [7] - 86:23, 86:25,
87:1, 87:2, 87:6,
87:10, 97:9
**risky** [1] - 97:14
**road** [2] - 8:13, 149:18
**rocky** [2] - 149:16,
149:18
**role** [4] - 40:22,
120:24, 127:12,

128:3
**roller** [30] - 36:4, 36:6, 36:11, 36:21, 37:1, 37:12, 37:16, 37:18, 37:20, 37:25, 38:7, 38:9, 38:16, 38:22, 39:2, 39:4, 39:8, 39:12, 54:13, 54:16, 54:18, 54:20, 78:6, 78:14, 79:2, 85:15, 87:18, 88:3, 88:6, 88:8
**Roller** [1] - 36:16
**Roman** [2] - 154:25, 170:12
**room** [12] - 28:16, 53:14, 54:24, 58:17, 62:18, 93:1, 149:9, 150:2, 150:3, 150:4, 150:20, 151:25
**rooms** [1] - 149:14
**ROYAL** [1] - 1:8
**Royal** [27] - 3:12, 46:24, 55:20, 56:25, 63:25, 64:3, 67:20, 74:5, 74:15, 74:25, 76:5, 76:24, 79:22, 80:1, 81:1, 81:16, 98:10, 98:16, 99:1, 99:3, 103:7, 104:11, 129:1, 143:12, 143:16, 151:20
**RPR** [3] - 1:21, 176:4, 176:15
**RULE** [1] - 179:2
**rule** [2] - 4:14, 8:12
**rules** [4] - 3:20, 58:22, 59:1, 89:13
**run** [3] - 18:13, 18:18, 134:25
**running** [2] - 18:16, 59:15
**rush** [4] - 82:8, 82:17, 82:18, 82:19
**rushed** [3] - 82:9, 82:18, 82:22
**rushing** [5] - 82:11, 82:13, 82:15, 82:16, 82:23
**RVP** [1] - 18:5

**S**

**S-P-H** [1] - 18:3
**safe** [4] - 67:2, 67:11, 115:2, 115:4
**safety** [5] - 81:10, 81:25, 83:9, 88:19, 144:3

**salary** [11] - 165:25, 166:16, 166:18, 166:21, 167:8, 167:10, 167:24, 168:3, 168:5, 170:17, 170:18
**sales** [1] - 13:18
**salesperson** [1] - 13:22
**Samaritan** [9] - 27:18, 28:22, 29:1, 154:4, 154:6, 154:11, 154:15, 161:12, 161:25
**Samaritano** [1] - 27:17
**San** [4] - 15:3, 26:1, 29:8, 41:17
**satisfied** [1] - 154:10
**Saturday** [3] - 41:15, 42:25, 43:2
**saw** [40] - 7:21, 9:24, 10:3, 10:6, 21:1, 24:21, 25:6, 53:6, 57:18, 64:8, 70:15, 72:20, 73:19, 76:8, 76:13, 77:3, 77:5, 80:10, 80:12, 94:15, 94:24, 98:2, 98:7, 98:21, 105:7, 110:23, 111:1, 111:12, 111:13, 119:7, 120:8, 121:14, 122:2, 122:11, 122:19, 125:22, 136:16, 147:24, 151:25, 152:10
**scan** [5] - 33:7, 33:10, 33:12, 33:13, 34:19
**scar** [2] - 171:20, 171:24
**scared** [1] - 148:13
**scheduled** [3] - 7:16, 41:18, 42:1
**school** [2] - 14:24, 15:2
**scope** [1] - 14:18
**screws** [2] - 163:14, 171:13
**sea** [3] - 44:10, 44:19, 60:12
**SEA** [1] - 5:8
**seal** [1] - 175:11
**sealing** [3] - 155:24, 155:25, 156:1
**Sears** [18] - 2:23, 11:7, 16:2, 16:5, 16:6, 16:7, 16:10, 16:14, 16:16, 16:18, 16:20, 16:22, 17:9, 17:20,

17:23, 166:3, 166:11, 169:9
**SEAS** [4] - 5:14, 40:10, 41:11, 47:20
**seating** [1] - 55:5
**Sebastian** [1] - 15:4
**second** [5] - 14:4, 66:3, 66:4, 79:16, 86:8
**section** [1] - 86:13
**secure** [1] - 117:5
**secured** [1] - 38:4
**Security** [1] - 159:23
**security** [1] - 163:16
**sedated** [6] - 136:6, 137:4, 138:10, 140:7, 142:2, 144:14
**see** [83] - 20:22, 22:17, 24:4, 24:7, 25:5, 32:12, 41:8, 46:16, 46:17, 47:5, 70:24, 72:17, 73:2, 73:5, 73:7, 73:20, 73:23, 74:2, 74:25, 75:2, 76:5, 76:7, 79:24, 86:9, 86:11, 86:12, 86:16, 87:13, 94:14, 95:2, 98:3, 98:8, 98:20, 98:21, 101:23, 102:2, 102:6, 103:7, 104:1, 104:19, 104:23, 105:3, 105:5, 105:13, 105:17, 109:20, 109:24, 111:18, 112:19, 113:5, 113:7, 119:20, 119:22, 121:7, 121:10, 121:16, 121:19, 122:2, 122:5, 122:6, 122:9, 122:14, 122:23, 123:1, 124:24, 125:5, 125:9, 125:14, 126:17, 126:22, 133:4, 138:17, 139:4, 139:10, 145:19, 145:23, 146:25, 147:21, 157:6, 165:2, 169:16, 171:24
**seeing** [5] - 74:11, 91:11, 111:6, 121:21, 156:8
**selecting** [2] - 40:22, 41:10
**selection** [1] - 40:24
**send** [1] - 94:22
**sent** [1] - 114:15

**separate** [1] - 179:3
**September** [4] - 157:25, 170:4, 170:8, 170:13
**series** [1] - 3:23
**serious** [8] - 19:20, 19:25, 86:25, 87:2, 97:10, 97:15, 134:15, 146:7
**seriously** [1] - 174:1
**served** [1] - 15:24
**Services** [1] - 2:11
**sessions** [1] - 157:13
**set** [2] - 19:9, 177:9
**setting** [1] - 4:24
**seven** [13] - 19:4, 19:5, 41:20, 45:23, 51:19, 69:17, 69:20, 69:23, 69:25, 150:10, 150:11, 154:19
**seventeen** [1] - 16:24
**several** [2] - 17:2, 171:1
**shall** [3] - 178:18, 178:19, 179:3
**share** [1] - 41:23
**shared** [3] - 53:4, 132:17, 132:20
**SHEET** [1] - 179:1
**shelving** [1] - 91:7
**ship** [73] - 40:23, 41:4, 41:10, 42:24, 43:1, 43:15, 43:21, 44:12, 44:16, 44:22, 44:25, 45:3, 45:10, 45:13, 46:18, 47:20, 50:3, 51:16, 53:18, 54:1, 54:5, 54:22, 55:21, 55:25, 59:19, 59:21, 60:17, 60:21, 60:24, 60:25, 72:18, 73:6, 78:5, 78:12, 98:1, 127:3, 127:5, 127:8, 127:16, 127:21, 128:3, 128:7, 128:14, 128:22, 129:14, 129:15, 131:12, 132:24, 135:4, 135:21, 136:22, 144:7, 144:10, 144:13, 144:16, 145:14, 145:16, 145:21, 145:22, 145:24, 145:25, 146:8, 146:10, 150:17, 151:19, 152:18, 152:24, 153:2, 153:9, 153:11,

155:9, 157:17
**ship's** [13] - 46:1, 127:2, 127:11, 129:8, 132:5, 132:11, 140:1, 141:6, 141:23, 143:10, 144:3, 145:10
**shipboard** [1] - 55:17
**ships** [1] - 149:3
**shirt** [5] - 59:11, 104:24, 104:25, 120:2
**shoe** [4] - 38:10, 61:13, 70:15, 173:10
**shoelaces** [8] - 72:13, 73:6, 73:12, 84:14, 92:2, 116:25, 173:1, 173:17
**shoes** [3] - 59:15, 72:6, 93:7
**shore** [1] - 42:13
**shoreside** [1] - 151:21
**short** [4] - 70:10, 79:14, 84:16, 121:24
**shortened** [1] - 118:7
**shorter** [5] - 77:23, 80:20, 84:20, 85:10, 85:13
**SHORTHAND** [1] - 176:1
**shorts** [1] - 59:5
**shoulder** [2] - 161:3, 161:4
**shoulders** [2] - 113:1, 161:3
**show** [13] - 46:15, 46:17, 46:21, 50:1, 65:17, 77:15, 79:22, 79:25, 80:6, 80:7, 80:19, 93:17, 93:20
**showing** [3] - 136:12, 165:9, 168:15
**shown** [1] - 173:16
**shows** [3] - 47:12, 56:13, 121:2
**sick** [2] - 44:11, 166:25
**sickness** [1] - 44:19
**side** [8] - 65:8, 96:22, 101:21, 107:11, 107:12, 111:19, 112:18, 116:2
**sides** [2] - 96:23, 116:7
**sideways** [1] - 111:16
**sightseeing** [1] - 45:6
**sign** [9] - 58:7, 64:20, 65:1, 65:11, 66:10, 67:15, 90:13, 90:15,

90:16

**signaling** [3] - 76:1, 76:2, 76:13

**signalled** [2] - 81:9, 81:15

**signature** [8] - 66:2, 66:6, 66:19, 89:17, 137:9, 142:9, 142:17, 178:14

**signed** [18] - 55:2, 55:9, 58:12, 65:6, 65:13, 65:25, 68:7, 68:15, 86:21, 90:3, 90:5, 90:16, 137:16, 139:9, 141:11, 141:12, 141:13, 141:16

**significant** [1] - 12:16

**signing** [3] - 89:24, 90:18, 178:19

**signs** [3] - 47:15, 149:5, 149:24

**similar** [6] - 78:5, 78:12, 78:17, 78:23, 79:2, 141:14

**simply** [2] - 85:13, 146:20

**Sincerely** [1] - 178:21

**sit** [7] - 56:12, 62:9, 68:9, 90:8, 93:1, 106:4, 162:19

**sitting** [9] - 4:23, 56:11, 92:11, 92:13, 92:14, 92:17, 93:5, 94:23, 160:10

**situation** [2] - 14:10, 113:19

**six** [3] - 28:13, 67:4, 88:18

**size** [7] - 61:13, 61:15, 91:12, 91:15, 91:19, 91:21, 91:25

**skate** [82] - 36:21, 37:1, 37:12, 39:2, 39:8, 39:12, 57:17, 57:24, 58:2, 58:4, 58:5, 63:1, 64:21, 67:7, 68:23, 69:17, 71:5, 73:5, 77:14, 77:22, 79:1, 79:9, 80:19, 81:7, 84:15, 84:17, 85:1, 85:4, 85:5, 85:20, 87:17, 88:15, 88:21, 88:23, 93:18, 93:20, 93:24, 94:3, 94:10, 96:17, 96:19, 96:20, 97:4, 97:6, 100:10, 100:13, 105:8, 105:11, 106:24,

107:21, 109:1, 109:2, 109:6, 111:21, 112:3, 112:7, 113:6, 113:7, 113:21, 115:17, 115:22, 117:9, 117:10, 117:11, 117:13, 117:15, 117:20, 118:25, 119:1, 124:3, 124:9, 129:21, 131:9, 131:11, 131:18, 131:21, 131:23, 131:25, 139:5, 173:4, 173:8, 173:20

**skated** [11] - 36:6, 36:11, 37:16, 38:16, 40:3, 40:6, 55:16, 70:22, 87:12, 88:4, 106:17

**skater** [4] - 39:20, 66:24, 67:9, 75:1

**skaters** [5] - 39:23, 74:23, 88:19, 88:20, 94:25

**skates** [94] - 37:23, 37:24, 38:3, 38:13, 38:14, 38:17, 54:20, 57:22, 58:14, 58:15, 58:20, 61:9, 61:11, 61:12, 61:18, 61:23, 61:24, 61:25, 62:7, 62:11, 62:13, 63:18, 63:21, 68:12, 68:18, 68:25, 69:2, 69:5, 69:6, 70:10, 70:15, 70:25, 71:1, 72:8, 72:9, 72:16, 72:17, 72:22, 72:25, 73:2, 73:7, 73:9, 73:15, 73:18, 74:8, 75:4, 75:22, 75:24, 77:7, 77:9, 77:12, 78:4, 78:11, 78:13, 81:6, 81:11, 85:1, 85:16, 89:8, 90:23, 91:5, 91:8, 91:11, 91:18, 91:22, 92:8, 92:12, 93:9, 93:11, 93:14, 94:22, 94:24, 96:24, 98:21, 116:11, 116:24, 118:9, 129:6, 129:19, 130:1, 130:6, 130:8, 131:2, 144:12, 144:18, 144:21, 144:24, 172:15, 172:23, 173:1, 173:10

**skating** [132] - 5:9,

5:14, 36:1, 36:4, 36:13, 36:15, 37:22, 38:22, 39:4, 39:15, 39:19, 39:23, 43:5, 43:10, 45:16, 45:22, 46:1, 46:2, 46:6, 46:15, 46:17, 46:21, 47:5, 47:8, 47:11, 47:16, 50:6, 50:9, 53:8, 54:7, 54:13, 55:11, 55:12, 55:17, 55:20, 55:24, 56:5, 57:4, 58:16, 58:22, 59:2, 59:5, 59:9, 59:18, 59:22, 59:25, 60:13, 60:16, 60:18, 62:16, 62:19, 62:20, 62:22, 63:8, 64:4, 67:3, 67:6, 67:22, 68:17, 68:21, 68:23, 69:3, 69:6, 69:16, 70:25, 71:8, 74:4, 75:5, 75:8, 75:13, 76:8, 76:21, 77:1, 81:4, 81:18, 83:1, 83:10, 87:6, 87:7, 87:14, 88:5, 88:17, 89:7, 89:14, 94:11, 95:16, 95:24, 96:22, 96:25, 97:1, 97:2, 98:4, 98:15, 98:18, 98:20, 99:3, 99:8, 99:14, 99:15, 100:8, 100:17, 100:24, 101:22, 102:3, 102:9, 102:23, 102:24, 103:15, 104:17, 106:5, 107:22, 107:23, 108:2, 108:5, 108:10, 114:25, 118:15, 119:16, 119:21, 127:21, 129:8, 129:12, 129:16, 130:9, 130:19, 130:25, 131:1

**skills** [1] - 87:22

**sleep** [1] - 9:3

**slightest** [1] - 120:2

**slip** [1] - 162:22

**slippery** [2] - 72:3, 72:7

**slope** [1] - 162:19

**slot** [4] - 68:20, 69:21, 69:25, 93:23

**slots** [2] - 69:20, 91:12

**slow** [3] - 102:13, 103:17, 103:18

**slowed** [4] - 102:13,

102:19, 102:21, 114:4

**slowing** [1] - 108:24

**small** [1] - 96:1, 96:2

**smoke** [2] - 26:6, 26:20

**smoked** [1] - 26:12

**smoker** [2] - 26:16, 26:18

**smoking** [2] - 26:8, 26:24

**snorkeling** [1] - 42:19

**snow** [2] - 71:15, 71:18

**snowed** [2] - 71:22, 72:1

**Social** [1] - 159:23

**socially** [1] - 51:6

**socks** [2] - 59:16, 92:5

**soiled** [1] - 120:13

**someone** [26] - 11:20, 56:18, 62:3, 63:13, 70:12, 70:16, 73:20, 73:22, 74:20, 74:22, 83:22, 110:15, 113:18, 116:6, 129:7, 131:12, 131:24, 132:1, 137:7, 140:18, 141:8, 142:1, 143:18, 145:14, 152:1

**sometimes** [3] - 4:19, 25:4, 39:23

**soon** [1] - 97:3

**sorry** [9] - 15:23, 59:20, 99:24, 110:10, 124:9, 125:2, 143:4, 164:13, 170:19

**sort** [3] - 33:12, 42:19, 173:1

**sound** [1] - 112:9

**South** [2] - 1:14, 2:7

**SOUTHERN** [1] - 1:1

**Spanish** [6] - 65:4, 65:8, 66:14, 66:17, 89:25, 90:4

**speaker** [3] - 103:24, 104:2, 104:6

**speaking** [3] - 64:16, 120:5, 140:12

**specialist** [3] - 24:8, 145:11, 145:20

**specialty** [2] - 9:9, 22:23

**specific** [3] - 76:3, 147:21, 148:21

**specifically** [6] - 39:16, 44:7, 69:19,

82:1, 111:6, 111:18

**specified** [1] - 138:2

**specifies** [1] - 166:18

**specify** [1] - 166:19

**speed** [3] - 102:13, 103:18, 108:24

**spell** [1] - 5:18

**Spencer** [2] - 2:5, 178:5

**spend** [5] - 43:11, 47:1, 52:21, 53:20, 152:20

**Sph** [1] - 18:3

**spoken** [3] - 133:5, 140:16, 143:16

**sports** [1] - 18:11

**spouse** [1] - 13:25

**SS** [2] - 176:3, 177:2

**St** [13] - 42:3, 42:5, 42:8, 42:11, 42:14, 42:17, 42:22, 43:12, 44:24, 44:25, 45:3, 45:7

**stabilize** [1] - 146:7

**staff** [3] - 46:24, 99:2, 99:3

**stand** [3] - 75:6, 111:24, 160:11

**standing** [6] - 80:22, 119:9, 119:11, 121:17, 125:6, 125:7

**star** [1] - 138:21

**start** [8] - 16:7, 68:21, 114:17, 156:8, 160:11, 160:12, 160:13, 163:11

**started** [10] - 96:17, 96:18, 96:22, 96:25, 97:1, 97:6, 102:22, 113:10, 170:9

**starting** [1] - 68:22

**starts** [3] - 117:24, 118:4, 118:6

**State** [3] - 1:22, 175:17, 177:19

**STATE** [3] - 175:4, 176:2, 177:2

**state** [5] - 5:17, 71:12, 71:20, 151:5

**Statement** [2] - 2:22, 136:14

**statement** [4] - 138:14, 140:23, 142:25, 179:4

**statements** [1] - 172:7

**STATES** [1] - 1:1

**States** [1] - 6:5

**stationed** [2] - 81:17, 96:7

**stay** [6] - 7:12, 143:20,

148:8, 148:18, 152:17, 153:6
**stayed** [3] - 98:19, 132:15, 135:11
**steep** [1] - 162:19
**stenographic** [1] - 176:7
**stenographically** [1] - 176:5
**stepped** [1] - 80:13
**steps** [5] - 17:17, 89:8, 101:4, 160:13, 162:4
**sticker** [1] - 163:5
**stiffness** [1] - 162:15
**still** [12] - 25:14, 34:3, 48:14, 59:23, 60:4, 60:18, 69:3, 131:20, 155:17, 158:18, 160:2, 170:11
**stitches** [2] - 155:15, 155:16
**stop** [9] - 5:5, 22:4, 22:8, 102:9, 102:12, 103:15, 103:17, 110:12, 157:23
**stopping** [2] - 80:24, 81:3
**store** [3] - 16:21, 17:1, 169:8
**stored** [2] - 48:13, 49:14
**strange** [1] - 85:24
**strap** [2] - 83:13, 85:7
**Street** [1] - 178:1
**strength** [3] - 161:9, 162:23, 162:25
**strengthening** [1] - 158:11
**stress** [1] - 23:6
**stretch** [1] - 157:19
**stretcher** [2] - 149:17, 149:20
**stretching** [1] - 158:10
**strike** [8] - 58:8, 79:12, 85:2, 86:7, 121:5, 127:6, 151:19, 167:23
**string** [1] - 71:6
**strings** [6] - 38:6, 38:10, 70:16, 72:11, 72:12, 173:11
**strongly** [1] - 116:21
**structure** [1] - 91:8
**stuck** [15] - 92:16, 105:11, 109:1, 109:3, 109:4, 109:6, 111:21, 112:3, 112:6, 112:8, 113:3, 113:6, 113:8, 113:21, 118:25

**styled** [1] - 178:13
**subject** [72] - 5:12, 12:17, 13:2, 13:8, 18:7, 18:10, 18:16, 18:24, 19:10, 19:13, 19:17, 20:7, 21:15, 21:22, 22:12, 24:15, 26:4, 27:3, 27:6, 27:9, 28:25, 29:4, 29:16, 29:24, 30:8, 31:12, 31:15, 31:20, 31:23, 33:3, 33:6, 34:16, 34:18, 34:24, 35:10, 35:22, 35:25, 36:3, 36:7, 36:12, 36:20, 36:25, 37:11, 37:15, 38:17, 38:22, 39:14, 40:3, 40:6, 44:13, 46:7, 50:16, 50:19, 50:22, 50:25, 51:9, 51:25, 52:9, 52:17, 53:7, 54:8, 71:11, 71:16, 97:17, 158:19, 160:23, 162:7, 170:5, 170:15, 170:25, 171:4, 171:9
**subscribed** [1] - 177:16
**substance** [1] - 179:2
**sudden** [1] - 96:3
**sued** [5] - 11:20, 12:4, 12:6, 12:8
**suffer** [5] - 20:8, 22:13, 22:25, 33:4, 34:25
**suffered** [5] - 24:8, 24:18, 27:12, 35:2, 155:9
**suffering** [1] - 32:9
**sufficient** [1] - 101:23
**suggest** [1] - 178:16
**suing** [1] - 10:23
**suitable** [1] - 178:17
**Suite** [3] - 1:14, 2:8, 178:2
**summer** [2] - 21:3, 36:10
**Sunday** [4] - 42:9, 43:12, 43:16, 43:20
**Sundays** [1] - 133:10
**supervise** [1] - 88:14
**supervisor** [1] - 18:1
**support** [3] - 14:3, 14:17, 114:5
**suppose** [5] - 39:13, 43:17, 44:8, 48:5, 48:8, 59:23, 72:24, 73:13, 91:13, 91:20, 97:20, 102:18, 119:2

**supposed** [1] - 149:9
**surface** [1] - 105:22
**surgeon** [2] - 145:19, 155:2
**surgery** [24] - 29:15, 134:16, 147:7, 150:20, 150:21, 150:22, 152:5, 154:5, 154:8, 154:22, 155:1, 155:3, 155:6, 155:13, 155:15, 155:24, 161:12, 162:1, 171:12, 171:15, 171:16, 171:18, 171:22
**surprise** [1] - 149:14
**surprised** [1] - 90:3
**surrounded** [2] - 101:12, 121:11
**surrounding** [1] - 113:10
**suspects** [1] - 161:6
**sustained** [1] - 157:16
**swelling** [3] - 157:22, 158:15, 159:11
**swollen** [1] - 160:16
**sworn** [4] - 3:2, 3:6, 4:24, 175:10
**Sworn** [1] - 177:16
**symptoms** [3] - 21:4, 35:3, 35:5
**system** [1] - 149:6

## T

**T.V** [2] - 39:15, 39:19
**table** [9] - 53:4, 58:17, 58:19, 91:4, 91:5, 91:6, 132:16, 132:17, 132:20
**tall** [1] - 12:11
**tape** [2] - 58:13, 61:11
**tax** [1] - 168:17
**taxi** [1] - 153:10
**telephone** [3] - 30:22, 31:9, 178:16
**tempting** [1] - 4:5
**ten** [8] - 27:16, 27:21, 28:7, 30:4, 61:16, 145:5, 154:17, 172:4
**term** [1] - 17:7
**termination** [1] - 12:3
**terms** [4] - 102:1, 146:1, 146:3, 169:18
**Terry** [1] - 6:24
**testified** [6] - 3:6, 10:15, 70:2, 118:8, 141:15, 172:2

**testify** [2] - 8:1, 9:12
**testimony** [5] - 10:17, 11:13, 14:13, 71:7, 82:21
**tests** [2] - 147:16, 161:6
**THE** [85] - 2:3, 2:6, 5:8, 5:14, 8:14, 14:20, 36:23, 37:3, 37:9, 39:25, 40:10, 41:11, 46:9, 47:20, 50:14, 53:10, 54:11, 58:24, 64:23, 67:24, 74:19, 78:8, 78:16, 78:21, 79:5, 85:23, 87:20, 89:2, 89:20, 90:2, 90:10, 91:1, 92:20, 93:4, 94:1, 97:24, 99:6, 99:11, 99:18, 100:3, 103:3, 103:11, 106:1, 106:8, 110:2, 110:18, 110:25, 113:23, 115:13, 116:16, 118:12, 120:18, 122:13, 122:22, 123:7, 123:16, 123:23, 124:8, 124:17, 125:2, 125:17, 126:7, 126:21, 127:23, 128:9, 128:18, 138:1, 138:8, 139:13, 139:22, 140:4, 140:10, 140:15, 141:1, 141:19, 143:3, 143:15, 144:6, 145:13, 150:1, 151:23, 172:23, 173:7, 173:13, 173:19
**them..** [1] - 179:4
**themselves** [3] - 118:9, 130:20, 131:3
**therapies** [2] - 170:10, 170:18
**therapist** [7] - 155:10, 156:16, 156:21, 156:24, 157:1, 157:5, 158:6
**therapy** [16] - 30:9, 155:11, 156:24, 157:9, 157:10, 157:12, 157:13, 157:20, 157:23, 158:4, 158:8, 158:18, 159:1, 159:6, 161:10, 170:20

**therefore** [1] - 71:2
**Thereupon** [10] - 3:1, 3:3, 31:5, 65:14, 121:24, 136:9, 165:6, 166:6, 168:12, 174:23
**third** [2] - 44:21, 45:18
**three** [17] - 13:20, 13:21, 16:9, 22:7, 24:24, 25:8, 52:7, 74:4, 74:9, 74:15, 99:1, 129:19, 140:18, 163:24, 166:16, 167:25, 168:5
**throughout** [2] - 130:2, 160:17
**thrown** [1] - 120:1
**Thursday** [1] - 1:15
**tie** [19] - 72:11, 77:21, 77:24, 78:2, 79:8, 79:15, 85:7, 85:13, 85:14, 85:16, 96:20, 115:16, 116:3, 116:9, 116:18, 116:21, 117:17, 117:23, 173:16
**tied** [5] - 78:1, 115:19, 116:17, 116:19, 173:1
**timeframe** [1] - 32:8
**timer** [1] - 103:22
**title** [1] - 18:4
**TO** [1] - 178:5
**today** [14] - 5:7, 7:10, 7:17, 8:1, 8:19, 9:12, 9:21, 10:8, 90:8, 90:10, 106:4, 137:13, 137:17, 158:13
**toes** [4] - 134:18, 134:23, 134:24, 134:25
**together** [2] - 107:22, 179:20
**tomorrow** [2] - 7:14, 7:17
**took** [29] - 28:2, 38:25, 42:23, 44:3, 44:8, 44:10, 45:4, 48:11, 49:4, 49:24, 50:3, 93:8, 113:17, 129:12, 129:13, 129:20, 130:12, 131:21, 131:23, 146:16, 147:16, 149:4, 150:3, 150:19, 153:8, 153:20, 157:13, 178:20

**top** [13] - 66:7, 77:19, 78:3, 79:8, 85:14, 88:10, 88:12, 116:4, 116:10, 116:17, 118:3, 118:5, 162:13
**total** [1] - 171:2
**tour** [2] - 42:19, 54:4
**towards** [5] - 101:19, 102:22, 106:23, 109:12, 112:19
**Tower** [2] - 1:13, 2:7
**town** [1] - 30:20
**training** [2] - 17:12, 17:15
**transcribed** [2] - 4:20, 178:14
**transcript** [6] - 176:6, 176:6, 177:7, 178:14, 178:20, 179:19
**translated** [1] - 3:24
**translating** [2] - 4:2, 4:8
**translation** [1] - 3:25
**translator** [1] - 4:1
**transportation** [1] - 153:9
**transported** [4] - 150:25, 153:13, 153:25, 154:2
**travel** [2] - 7:9, 163:13
**traveled** [1] - 41:21
**treadmill** [6] - 51:22, 52:4, 52:6, 52:8, 52:12, 52:22
**treat** [5] - 20:17, 21:23, 149:2, 155:1, 155:8
**treated** [12] - 28:15, 35:13, 35:16, 35:19, 135:23, 136:1, 150:19, 151:3, 151:4, 152:12, 152:13, 156:17
**treatment** [20] - 24:5, 25:3, 29:3, 119:3, 135:6, 135:20, 145:4, 146:11, 146:12, 146:14, 146:19, 148:10, 148:16, 148:22, 154:10, 157:7, 157:14, 171:3, 171:8, 172:3
**trial** [2] - 10:15, 14:13
**TRIAL** [2] - 2:3, 178:6
**tricks** [2] - 89:1, 89:2
**Tricks** [1] - 89:3
**tried** [6] - 70:16, 73:20, 79:15, 110:6,

112:5, 152:6
**trip** [1] - 40:20
**true** [3] - 176:6, 177:8, 179:21
**truth** [1] - 4:25
**try** [6] - 4:12, 70:12, 72:4, 73:22, 73:25, 130:20
**trying** [11] - 71:25, 91:14, 96:17, 108:17, 110:12, 110:20, 111:17, 146:6, 146:7, 152:10
**turn** [6] - 55:3, 69:10, 75:24, 102:14, 103:1, 103:19
**turned** [3] - 30:16, 69:6, 120:3
**turns** [2] - 31:8, 151:18
**twice** [1] - 25:18
**twisted** [1] - 112:22
**two** [32] - 6:2, 6:22, 7:1, 7:20, 11:15, 27:20, 41:22, 41:24, 58:2, 61:7, 70:11, 74:7, 95:19, 99:9, 108:2, 115:23, 129:22, 130:1, 130:5, 130:24, 133:10, 133:11, 136:13, 139:8, 145:21, 146:19, 152:24, 155:15, 155:18, 155:20
**two-page** [2] - 136:13, 139:8
**tying** [2] - 85:16, 117:20
**type** [40] - 15:13, 17:15, 18:8, 24:7, 28:1, 33:2, 33:22, 34:19, 37:24, 38:17, 43:25, 44:5, 47:19, 48:1, 49:7, 51:1, 51:20, 52:18, 54:7, 59:12, 68:20, 72:22, 73:5, 75:9, 91:7, 92:16, 96:1, 101:1, 101:25, 103:22, 105:19, 119:3, 119:5, 119:6, 119:12, 140:19, 161:23, 167:5, 172:23, 173:4
**types** [3] - 72:17, 73:2, 149:3

# U

**ultimately** [1] - 106:18
**unable** [1] - 123:8
**unbalanced** [1] - 44:16
**uncomfortable** [1] - 83:25
**under** [7] - 67:4, 88:18, 93:11, 93:12, 142:3, 150:4, 178:13
**undergo** [2] - 32:15, 157:11
**undergone** [4] - 31:24, 33:7, 33:13, 34:19
**undersigned** [1] - 175:8
**understood** [3] - 4:9, 74:6, 90:16
**underwent** [1] - 33:12
**uniform** [5] - 56:22, 63:18, 63:22, 74:10, 74:11
**uniforms** [1] - 74:16
**United** [1] - 6:4
**UNITED** [1] - 1:1
**university** [1] - 15:8
**unjust** [1] - 12:2
**unless** [4] - 8:4, 14:7, 134:16, 174:6
**unrelated** [1] - 160:23
**unsteady** [1] - 127:2
**up** [45] - 7:14, 14:12, 26:11, 26:16, 38:9, 38:14, 58:7, 72:11, 77:16, 77:18, 78:1, 79:2, 79:3, 79:8, 80:22, 85:13, 85:16, 85:19, 95:7, 104:10, 104:25, 108:13, 111:24, 116:9, 116:13, 116:14, 117:3, 117:8, 117:11, 117:19, 143:19, 146:9, 146:20, 152:3, 155:12, 158:6, 160:11, 162:3, 162:4, 162:15, 162:19, 170:22, 173:1
**upper** [1] - 151:17
**upstairs** [1] - 162:4

# V

**vacation** [1] - 38:24

**value** [1] - 168:4
**valve** [2] - 20:13, 20:20
**venue** [3] - 46:20, 47:2, 47:21
**verbal** [1] - 4:18
**verbally** [2] - 4:15, 112:1
**verified** [1] - 155:23
**verify** [2] - 31:1, 91:20
**vice** [2] - 18:5, 26:7
**video** [7] - 64:7, 97:21, 97:24, 98:1, 98:6, 98:7, 98:8
**view** [1] - 119:23
**vision** [3] - 27:10, 35:6, 121:16
**visit** [8] - 20:19, 27:24, 42:1, 42:7, 42:12, 46:23, 54:2, 147:18
**visited** [6] - 27:16, 27:21, 28:7, 28:18, 28:21, 46:6
**vital** [2] - 149:4, 149:24
**vs** [1] - 1:7

# W

**wage** [3] - 14:10, 165:19, 168:9
**wages** [4] - 164:4, 165:23, 167:20, 170:14
**wait** [4] - 4:1, 4:8, 57:13, 57:20, 57:21, 57:22, 68:22, 68:24
**waited** [4] - 77:1, 94:21, 94:22, 134:12
**waiting** [6] - 45:14, 45:15, 94:9, 94:24, 95:11, 96:4
**waived** [1] - 178:19
**waiver** [2] - 64:20, 65:11
**walk** [4] - 71:25, 72:4, 160:12, 163:8
**walked** [1] - 62:18
**walker** [1] - 162:2
**walking** [3] - 160:12, 163:6, 163:10
**wall** [14] - 62:9, 92:16, 100:9, 100:14, 101:6, 101:9, 101:10, 101:12, 101:19, 101:20, 107:17, 107:24, 108:21
**wants** [1] - 179:3

**Washington** [5] - 71:19, 71:20, 71:21, 71:25
**watch** [1] - 56:13
**watched** [2] - 39:15, 97:21
**watching** [1] - 39:19
**water** [2] - 35:8, 120:9
**wear** [5] - 33:15, 59:5, 83:1, 88:2, 88:8, 89:8
**wearing** [14] - 56:22, 59:8, 59:12, 59:13, 59:16, 74:10, 74:16, 92:5, 93:8, 98:24, 116:11, 116:24, 144:18, 172:11
**weather** [1] - 60:5
**week** [4] - 18:17, 19:3, 19:7, 41:13
**weeks** [4] - 133:10, 133:11, 155:15, 155:18, 155:20
**weigh** [2] - 12:13, 12:20
**weight** [3] - 12:17, 12:23, 13:1
**West** [1] - 178:1
**wheelchair** [6] - 129:7, 130:10, 130:12, 130:14, 130:16, 161:13, 161:18, 161:20, 161:21
**wheelchairs** [1] - 132:9
**wheels** [4] - 38:1, 72:6, 78:22, 87:15
**white** [2] - 119:10, 119:16
**whitish** [1] - 119:18
**whole** [2] - 148:8, 150:12
**wife** [45] - 6:22, 13:10, 40:15, 40:21, 41:1, 41:12, 41:22, 41:24, 44:3, 44:5, 47:13, 48:24, 57:9, 58:2, 58:4, 58:10, 62:13, 62:15, 65:11, 65:12, 73:1, 82:2, 90:20, 93:10, 93:20, 95:12, 108:1, 110:25, 111:7, 111:9, 111:11, 132:13, 134:11, 136:21, 137:20, 138:15, 139:1, 141:5, 142:12, 143:4, 148:1, 152:15,

152:23, 153:16
**wife's** [7] - 6:23, 55:14, 95:17, 142:5, 142:6, 142:8, 142:16
**window** [1] - 35:7
**witness** [5] - 3:5, 10:18, 172:8, 179:3, 179:4
**WITNESS** [77] - 8:14, 14:20, 36:23, 37:3, 37:9, 39:25, 46:9, 50:14, 53:10, 54:11, 58:24, 64:23, 67:24, 74:19, 78:8, 78:16, 78:21, 79:5, 85:23, 87:20, 89:2, 89:20, 90:2, 90:10, 91:1, 92:20, 93:4, 94:1, 97:24, 99:6, 99:11, 99:18, 100:3, 103:3, 103:11, 106:1, 106:8, 110:2, 110:18, 110:25, 113:23, 115:13, 116:16, 118:12, 120:18, 122:13, 122:22, 123:7, 123:16, 123:23, 124:17, 125:2, 125:17, 126:21, 127:23, 128:9, 128:18, 138:1, 138:8, 139:13, 139:22, 140:4, 140:10, 140:15, 141:1, 141:19, 143:3, 143:15, 144:6, 145:13, 150:1, 151:23, 172:23, 173:7, 173:13, 173:19, 175:11
**witnessed** [4] - 111:4, 111:10, 133:2, 137:20
**woman** [1] - 61:20
**woman's** [1] - 132:22
**wording** [1] - 86:9
**work-related** [1] - 23:6
**workout** [1] - 51:20
**worn** [7] - 33:22, 72:15, 84:16, 115:8, 172:14, 172:25, 173:4
**worse** [1] - 148:16
**worst** [3] - 146:12, 148:16, 148:17
**wounds** [1] - 155:17
**wow** [1] - 27:17
**write** [2] - 139:1, 139:7

**writing** [1] - 142:11
**written** [2] - 90:7, 138:24
**wrote** [1] - 47:13

## X

**x-ray** [2] - 31:18, 138:15
**x-rayed** [1] - 31:16
**x-rays** [9] - 9:25, 10:2, 10:3, 10:6, 134:13, 146:16, 147:8

## Y

**year** [20] - 11:12, 11:15, 15:16, 17:21, 17:24, 20:19, 23:2, 23:16, 28:4, 28:11, 36:8, 36:12, 37:15, 38:16, 38:22, 88:4, 169:8, 171:18
**years** [27] - 6:2, 7:6, 11:16, 13:11, 13:20, 13:21, 16:9, 16:24, 24:24, 25:8, 26:11, 26:13, 26:15, 26:17, 26:18, 27:16, 27:22, 28:6, 28:7, 28:13, 29:23, 30:4, 52:7, 67:4, 88:18, 94:17, 172:4
**yelled** [1] - 100:4
**yelling** [1] - 131:18
**yesterday** [1] - 98:2
**young** [5] - 29:6, 37:17, 56:18, 61:21, 173:7
**younger** [4] - 56:19, 107:8, 107:20, 110:9
**youngest** [4] - 83:11, 84:10, 99:22, 111:13
**YOURSELF** [1] - 178:12
**yourself** [8] - 37:20, 37:25, 38:9, 82:16, 88:7, 98:3, 125:22, 143:7

## Z

**zags** [1] - 88:24
**Zantac** [2] - 8:25, 9:5
**zig** [1] - 88:24
**zig-zags** [1] - 88:24