```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2
                        MIAMI DIVISION
 3


 4        CASE NO:  1:16-cv-24687-willliams/Simonton


 5

      EDGARDO LEBRON,
 6
              Plaintiff,
 7
      vs.
 8
      ROYAL CARIBBEAN CRUISES, LTD.,
 9    a Liberian Corporation,

10            Defendant.
      _____/
11

12

13                         FOREMAN FRIEDMAN, P.A.
                           One Biscayne Tower
14                         2 South Biscayne Boulevard
                           Suite 2300
15                         Miami, Florida 33131
                           Thursday, 11:52 a.m.
16                         April 6, 2017

17

18

19             DEPOSITION OF EDGARDO LEBRON

20

21        Taken before Paula Pace, RPR, Notary Public

22    in and for the State of Florida at Large, pursuant

23    to Notice of Taking Deposition filed in the above

24    case.

25
```

```
 1   APPEARANCES:

 2

 3   ON BEHALF OF THE PLAINTIFF:
     ARONFELD TRIAL LAWYERS
 4   3132 Ponce de Leon Boulevard
     Coral Gables, Florida 33134
 5   BY:  Spencer Marc Aronfeld, Esquire

 6   ON BEHALF OF THE DEFENDANT:
     FOREMAN FRIEDMAN, P.A.
 7   One Biscayne Tower
     2 South Biscayne Boulevard
 8   Suite 2300
     Miami, Florida 33131
 9   BY:  Karen F. Grossman, Esquire

10
     ALSO PRESENT:  Maria Correal
11                  Quills Language Services Inc.

12
                        - - - - - -
13
                      I N D E X
14
                        - - - - - -
15
     Edgardo Lebron
16                                           PAGE
         By Ms. Grossman                      3
17

18

19

20                E X H I B I T S

21                                           PAGE
     A - Release                             065
22   B - Guest Injury Statement              136
     C - Answers to interrogatories          165
23   D - Sears letter                        166
     E - 2013 records                        168
24   F - 2014 records                        168
     G - 2015 records                        168
25
```

JEANNIE REPORTING   (305) 577-1705

```
 1              (Thereupon, Maria Correal, was first duly

 2                  sworn to act as interpreter.)

 3      Thereupon,

 4                       EDGARDO LEBRON,

 5      was called as a witness and, having been first duly

 6      sworn, was examined and testified as follows:

 7                       DIRECT EXAMINATION

 8      BY MS. GROSSMAN:

 9           Q.    Good morning.

10           A.    Good morning.

11           Q.    My name is Karen Grossman and I am the

12      attorney for Royal Caribbean Cruises in this

13      matter.

14           A.    My name is Edgardo Lebron and I come

15      from Puerto Rico for this deposition.

16           Q.    Okay.  Have you ever been deposed

17      before?

18           A.    No.

19           Q.    All right.  So let me give you a

20      little bit of the ground rules as to how it goes.

21      Okay?

22           A.    Okay.

23           Q.    I'm going to be asking you a series of

24      questions that will be translated by the

25      interpreter.  Because of the translation, it's very
```

JEANNIE REPORTING   (305) 577-1705

1    important that you wait until the translator is

2    completely done translating my question before you

3    answer the question.  Do you understand?

4         **A.**   Yes, I understand.

5         **Q.**   Okay.  It's very tempting when you

6    know some English to jump in and answer a question

7    when we're going back and forth, so I might caution

8    you, wait until she's finished translating just so

9    we're all clear that you understood exactly what I

10   was asking.  And if for any reason you do not

11   understand one of my questions, then I would ask

12   you to tell me and I'll try to rephrase it.

13        **A.**   Yes.

14        **Q.**   Okay.  The other rule is that you have

15   to answer verbally out loud because everything is

16   being taken down by the court reporter and she

17   cannot record uh-huh or uh-uh or anything that's

18   not verbal.  It's natural to do that, but if you

19   do, then sometimes I'll be saying, is that a yes,

20   is that a no, just so it's correctly transcribed.

21        **A.**   Okay, I understand.

22        **Q.**   Okay.  First, do you understand that

23   although we're sitting here in an office in an

24   informal setting, that you are sworn to tell the

25   truth just as if you were in a court of law?

```
 1              A.   Yes, I understand.
 2              Q.   Okay.  At any time during the
 3     deposition if you feel like you need a break, a 5
 4     or 10-minute break, just tell me, and if we're at a
 5     part that we can stop, we'll take a break.
 6              A.   I understand.
 7              Q.   And we're here today because of an
 8     accident you had on the ADVENTURE OF THE SEA while
 9     ice skating June 20, 2016; is that correct?
10              A.   Correct.
11              Q.   So during the course of this
12     deposition, if I refer to the subject incident,
13     understand that I'm referring to the June 20, 2016
14     ADVENTURE OF THE SEAS ice skating fall.
15                   Do you understand?
16              A.   That's fine.
17              Q.   Okay.  Could you please state your
18     full name and spell it.
19              A.   Edgardo Lebron, E-D-G-A-R-D-O, Lebron.
20     My last name L-E-B-R-O-N.
21              Q.   Have you ever gone by any other names?
22              A.   Yes, Eguy.
23              Q.   Eguy?
24              A.   E-G-U-Y.
25              Q.   Tell us your age and your date of
```

```
 1    birth.

 2         A.    Forty-two years old, and my date of

 3    birth is June 11, 1974.

 4         Q.    Are you a citizen of the United

 5    States?

 6         A.    Yes.

 7         Q.    Are you a citizen of any other country

 8    in addition?

 9         A.    No.

10         Q.    Where do you presently reside, what's

11    the address?

12         A.    I live in Barceloneta, Puerto Rico,

13    and is the question my physical address or my

14    mailing address?

15         Q.    Physical address.

16         A.    My address is Carreta, C-A-R-R-E-T-A,

17    682, Kilometer 2.4, Interior Barrio, B-A-R-R-I-O,

18    Garrochelos, G-A-R-R-O-C-H-E-L-O-S, Barceloneta,

19    Puerto Rico, 00617.

20         Q.    Who lives with you presently at that

21    address?

22         A.    My wife and my two daughters.

23         Q.    What is your wife's name?

24         A.    Mari, M-A-R-I, Terry Maldonado.

25         Q.    And what are the names and ages of
```

```
1    your two children?

2             A.    Claudia I. Lebron, she's 15, and Lara

3    C. Lebron, she's 11.

4             Q.    How long have you lived at the

5    physical address you gave me?

6             A.    Approximately 11 years.

7             Q.    Where did you live before that?

8             A.    In Rio Grande, Puerto Rico.

9             Q.    Did you travel to Miami with anyone

10   else for your deposition today?

11            A.    No.

12            Q.    How long are you planning to stay in

13   Miami?

14            A.    Up until tomorrow.

15            Q.    Do you have any doctor's appointments

16   scheduled while you're here in Miami?

17            A.    Is the question for today or tomorrow?

18            Q.    Either, all the appointments you would

19   have while you're in Miami.

20            A.    Yes, I had two doctor's appointments.

21            Q.    Who were the doctors that you saw?

22            A.    Well, one of them is named

23   Dr. Herrera, and the other is Dr. Luis.

24            Q.    Have you taken any drugs or alcohol in

25   the last 24 hours that would impair your ability to
```

1    testify today?

2              MR. ARONFELD:  Objection, form.

3              I didn't have a chance to tell him,

4         but even if I object, unless I instruct him

5         not to answer, which I'm not, he should

6         answer the question, assuming he

7         understands what Ms. Grossman is asking

8         him.  However, I may, if she were to ask a

9         question I felt he shouldn't answer,

10        instruct him not to answer, but this is not

11        the case.  I'm just objecting to the form

12        of the question for the judge to rule on

13        down the road.

14             THE WITNESS:  Okay.

15   BY MS. GROSSMAN:

16        Q.   Do you remember the question?

17        A.   If I've taken any drugs or any

18   medication or alcohol or anything that could impair

19   my abilities to give my deposition today.

20        Q.   And have you?

21        A.   No.

22        Q.   What medications, if any, over the

23   counter or prescription, have you taken in the last

24   24 hours?

25        A.   Over-the-counter Melatonin, and Zantac

```
 1    for acid reflux.
 2              Q.    What do you take the Melatonin for?
 3              A.    In order to be able to sleep.
 4              Q.    And who is the doctor that prescribed
 5    the Zantac?
 6              A.    Maribel Lebron.
 7              Q.    Is Maribel a relative of yours?
 8              A.    Yes, she's my aunt.
 9              Q.    What is her specialty?
10              A.    Family doctor.
11              Q.    Do you know of any reason why you
12    shouldn't testify today?
13              A.    No.
14              Q.    Have you ever been convicted of a
15    crime?
16              A.    No.
17              Q.    Have you ever been arrested?
18              A.    No.
19              Q.    Have you looked at any documents or
20    photos or anything to refresh your memory to
21    prepare for your deposition today?
22              A.    Yes.
23              Q.    What did you review?
24              A.    Photographs of what I saw of my
25    accident, of my foot, x-rays.
```

1          **Q.**   Are you saying you reviewed

2     photographs and x-rays, or just x-rays?

3          **A.**   Only x-rays.  The x-rays that I saw at

4     the doctor's office, the ones that were taken.

5          **Q.**   Which doctor are you referring to?

6          **A.**   At Dr. Herrera's I saw the x-rays.

7          **Q.**   Did you meet with anyone other than

8     Mr. Aronfeld to prepare for your deposition today?

9          **A.**   Yes.

10         **Q.**   Who?

11         **A.**   With Mr. Jonathan Carvajal.

12         **Q.**   And who was present during that

13    meeting?

14         **A.**   No one, just him and me.

15         **Q.**   Have you ever testified in a trial or

16    an arbitration before?

17         **A.**   Testimony, you mean me being a

18    witness?

19         **Q.**   Yes, or a party.

20         **A.**   Yes, once.

21         **Q.**   What was the circumstances of that?

22         **A.**   I was in a case of an employee for the

23    company that I worked for, that person was suing

24    the company.

25         **Q.**   Were you the representative of the

```
 1     company?

 2          A.    Yes.

 3          Q.    How was that case resolved?

 4          A.    I don't have information about the

 5     results from that case.

 6          Q.    Were you acting as a corporate

 7     representative for Sears Home Improvement?

 8          A.    Yes.

 9          Q.    And do you remember the name of the

10     employee who brought that action?

11          A.    Ernesto Oliver.

12          Q.    And about what year was that that you

13     gave that testimony?

14          A.    That was in, I can't remember very

15     well, but approximately a year and a half, two

16     years ago.

17          Q.    Was that in Puerto Rico?

18          A.    Yes.

19          Q.    Have you ever been a party to a

20     lawsuit, meaning you sued someone or someone sued

21     you?

22          A.    Yes.

23          Q.    You were saying you have been a party

24     to a lawsuit in the past, correct?

25          A.    Yes.
```

```
 1                  Q.    And what was the nature of that case?

 2                  A.    The same one that I mentioned, unjust

 3       firing or termination.

 4                  Q.    Were you sued in that case?

 5                  A.    No.

 6                  Q.    Okay.  Have you ever sued anyone?

 7                  A.    No.

 8                  Q.    And has anyone ever sued you

 9       personally?

10                  A.    No.

11                  Q.    How tall are you?

12                  A.    5 feet 10 inches.

13                  Q.    And how much do you weigh

14       approximately?

15                  A.    214 pounds.

16                  Q.    Has there been any significant change

17       in your weight since the time of the subject

18       incident?

19                  A.    Yes.

20                  Q.    Approximately what did you weigh at

21       the time of the incident?

22                  A.    Approximately 240 pounds.

23                  Q.    And what do you attribute your weight

24       loss to?

25                  A.    I eat healthier, I diet.
```

1        **Q.**    So your weight loss doesn't have

2    anything to do with the subject incident, correct?

3        **A.**    Well, you could say that it does

4    because one of the recommendations from the doctor

5    is that I should not be overweight, I shouldn't be

6    obese.

7        **Q.**    Have you ever had a doctor recommend

8    that to you before the subject incident?

9        **A.**    No.

10       **Q.**    How old is your wife?

11       **A.**    Forty years old.

12       **Q.**    And does she work?

13       **A.**    No.

14       **Q.**    Has she ever worked since you've been

15   married?

16       **A.**    Yes.

17       **Q.**    And what was her line of work?

18       **A.**    In the sales field.

19       **Q.**    When was the last time she worked?

20       **A.**    Approximately three years.

21       **Q.**    Where did she work three years ago?

22       **A.**    As an independent salesperson for

23   health insurance.

24       **Q.**    Have you ever been married before your

25   marriage to your present spouse?

```
 1              A.    No.

 2              Q.    Is there anyone who provides you with

 3      financial support?

 4                    MR. ARONFELD:  Hold on one second.

 5              I'm going to object to the form of the

 6              question and move for protective order

 7              unless, Karen, you can tell me what

 8              relevance this has.

 9                    MS. GROSSMAN:  I want to know his

10              financial situation.  He has a lost wage

11              claim.  If he's receiving payments from

12              relatives or friends, that often comes up

13              in testimony or at trial that, oh, he

14              hasn't been working, he had to get money

15              from relatives, et cetera, et cetera, so

16              I'm asking him if anybody provides him with

17              financial support.  It's clearly within the

18              scope of discovery.

19                    MR. ARONFELD:  Okay.

20                    THE WITNESS:  No.

21                    MR. ARONFELD:  And thank you for that

22              explanation.

23      BY MS. GROSSMAN:

24              Q.    Did you complete high school?

25              A.    Yes.
```

1          **Q.**    Where did you graduate from high

2     school?

3          **A.**    Escuela Patria Latorre in San

4     Sebastian, Puerto Rico.

5          **Q.**    And did you go to college after that?

6          **A.**    Yes.

7          **Q.**    Where did you go to college?

8          **A.**    University of Puerto Rico, Arecibo

9     Branch.

10         **Q.**    And did you receive a degree from that

11    institution?

12         **A.**    Yes.

13         **Q.**    What type of degree did you receive?

14         **A.**    Bachelor's in industrial chemical

15    processes.

16         **Q.**    Is that a four-year degree?

17         **A.**    Yes.

18         **Q.**    Do you have any postgraduate

19    education?

20         **A.**    No.

21         **Q.**    And what was the date that you

22    graduated from college?

23         **A.**    1992 -- no, I'm sorry, in 2000.

24         **Q.**    Have you ever served in the military?

25         **A.**    No.

1          **Q.**    Where are you presently employed?

2          **A.**    Sears Home Improvement.

3          **Q.**    How long have you worked there?

4          **A.**    Is the question how long I've been

5      working with Sears or how long have I've been

6      working with Sears Home Improvement?

7          **Q.**    Let's start with Sears Home

8      Improvement, how long have you been working there?

9          **A.**    Three years.

10         **Q.**    What is your position with Sears Home

11     Improvement?

12         **A.**    Area general manager.

13         **Q.**    Have you held any other positions with

14     Sears Home Improvement?

15         **A.**    No.

16         **Q.**    Prior to Sears Home Improvement where

17     were you employed?

18         **A.**    With Sears Puerto Rico.

19         **Q.**    And what was your job position at

20     Sears?

21         **A.**    Store manager.

22         **Q.**    How long did you work for Sears in

23     Puerto Rico?

24         **A.**    Seventeen years.

25         **Q.**    Did you have any positions there other

```
 1    than store manager?

 2              A.    Yes, several positions.

 3              Q.    What are the other positions that

 4    you've had?

 5              A.    District manager, buyer, inventory

 6    analyst, assistant manager, human resource manager,

 7    in Puerto Rico we use the same term.

 8              Q.    I should have asked him what jobs he

 9    didn't have at Sears.

10              A.    And loss prevention associate.

11              Q.    When you worked in loss prevention,

12    did you receive any training on accident

13    investigation?

14              A.    Yes, investigation, yes.

15              Q.    What type of training did you receive?

16              A.    The forms that the company had to

17    document accidents, and the steps to be followed to

18    photograph the area of the accident and like that.

19              Q.    And how long were you in the position

20    of loss prevention at Sears?

21              A.    A year approximately.

22              Q.    What is your present rate of pay at

23    Sears Home Improvement?

24              A.    $140,000 a year.

25              Q.    And who would be your immediate
```



1   supervisor?

2        **A.**    His name is Joseph, but they call him

3   Sph, S-P-H.

4        **Q.**    What is his title?

5        **A.**    He's regional RVP, regional vice

6   president.

7        **Q.**    Prior to the subject incident what

8   type of interests outside of work did you have?

9        **A.**    I don't understand the question.

10       **Q.**    Prior to the subject incident did you

11   have any hobbies or sports or anything that you

12   used to occupy your time, apart from your job?

13       **A.**    Yes, as a hobby I used to run, I used

14   to jog.

15       **Q.**    How frequently would you engage in

16   running prior to the subject incident?

17       **A.**    Five days a week.

18       **Q.**    And about how far would you run on

19   those five days each day?

20       **A.**    It wasn't really by distance, it was

21   more by time.  So half an hour, 40 minutes,

22   45 minutes.

23       **Q.**    Any other hobbies or interests that

24   you engaged in regularly prior to the subject

25   incident?

```
 1              A.    No.  Eat.

 2              Q.    In your present position, how many

 3    hours do you work a week?

 4              A.    Between seven and nine hours.

 5              Q.    Is that seven and nine hours a day?

 6              A.    A day.

 7              Q.    Would that be for five days a week?

 8              A.    Yes.

 9              Q.    The next set of questions I'm going to

10    ask you all pertain to time before the subject

11    incident.  Do you understand?

12              A.    I understand.

13              Q.    Prior to the subject incident have you

14    ever had an accident in which you were injured?

15              A.    No.

16              Q.    Have you had any accidents prior to

17    the subject incident in which you were not injured?

18              A.    No.

19              Q.    Have you ever been in a car accident?

20              A.    Not serious, not in an accident, no.

21              Q.    Do you recall being in an auto

22    accident --

23              A.    No.

24              Q.    -- regardless of whether it was

25    serious?
```

1          A.    I don't consider having been in a big

2    accident things such as going in reverse and you

3    hit the car behind you, but nothing big.

4          Q.    Is there any auto accident that you

5    recall having?

6          A.    No, no.

7          Q.    Prior to the subject incident, did you

8    suffer from any health conditions?

9          A.    Since childhood I have a heart

10   condition.

11         Q.    What's the nature of the heart

12   condition?

13         A.    My aortic valve is calcified.

14         Q.    Do you take any medication for that

15   condition?

16         A.    No.

17         Q.    Do you treat with a particular doctor

18   for that problem?

19         A.    I visit him once a year to review the

20   calcification process of that valve.

21         Q.    And what is the name of that doctor

22   that you see?

23         A.    Dr. Rafael Delgado.

24         Q.    Where is Dr. Delgado located?

25         A.    In Arecibo, Puerto Rico.

1          **Q.**    When was the last time you saw

2     Dr. Delgado?

3          **A.**    Approximately the summer of 2016.

4          **Q.**    Do you have any symptoms that you

5     experience that are associated with your heart

6     condition?

7          **A.**    No.

8          **Q.**    Do you have any physical limitations

9     on activity as a result of the heart condition?

10         **A.**    No.

11         **Q.**    Have you ever had a heart attack?

12         **A.**    No.

13         **Q.**    Apart from the heart condition you

14    described, do you have any other -- prior to the

15    subject incident did you have any other health

16    conditions?

17         **A.**    Yes, I have or I had high blood

18    pressure issues.

19         **Q.**    Do you take any medication to control

20    the blood pressure?

21         **A.**    Not at this time.

22         **Q.**    Prior to the subject incident were you

23    on any medicine to treat the high blood pressure?

24         **A.**    Yes.

25         **Q.**    What was the name of that medicine?



1          A.     Lisinopril.

2          Q.     Who had prescribed the Lisinopril?

3          A.     Dr. Maribel Lebron.

4          Q.     When did you stop taking medicine for

5     high blood pressure?

6          A.     I don't remember exactly, but

7     approximately three months.

8          Q.     Why did you stop taking medicine?

9          A.     Because it was lowering my blood

10    pressure too much.

11         Q.     Other than high blood pressure and the

12    heart condition, prior to the subject incident did

13    you suffer from any other health conditions?

14         A.     Yes.

15         Q.     What?

16         A.     I had depression in 2008.

17         Q.     And did you see a doctor for that?

18         A.     Yes.

19         Q.     What is the name of that doctor?

20         A.     Dr. Cesar Pedilla.

21         Q.     Where is Dr. Pedilla located?

22         A.     Camuy, Puerto Rico.

23         Q.     What is Dr. Pedilla's specialty?

24         A.     He's a psychiatrist.

25         Q.     For how long did you suffer from

```
1    depression in 2008?

2              A.    Approximately a year, a year and a

3    half.

4              Q.    What do you attribute the onset of

5    depression to?

6              A.    Work-related stress, work conditions.

7              Q.    Were you prescribed medication for the

8    depression?

9              A.    Yes.

10             Q.    What were you prescribed?

11             A.    Medicine that's called Pristiq.

12             Q.    Was the Pristiq prescribed by

13    Dr. Pedilla?

14             A.    Yes.

15             Q.    How long were you taking that drug?

16             A.    Approximately a year, as far as I can

17    recall.

18             Q.    Did Dr. Pedilla prescribe any other

19    medicine for you?

20             A.    Yes.

21             Q.    What else?

22             A.    Buspar.

23             Q.    How long did you take Buspar?

24             A.    That, I take currently.

25             Q.    And why is that prescribed for you,
```

JEANNIE REPORTING   (305) 577-1705

```
1    what is that for?
2         A.   For anxiety, but I don't take it
3    frequently.
4         Q.   Did you see any doctor besides
5    Dr. Pedilla for treatment of the depression?
6         A.   No.
7         Q.   Did you see any other type of
8    specialist for the depression that you suffered
9    from?
10        A.   No.
11        Q.   Did Dr. Pedilla give you any diagnosis
12   apart from depression?
13        A.   No.
14        Q.   Apart from your heart condition, high
15   blood pressure and depression, prior to the subject
16   incident did you have any health conditions?
17        A.   No, not that I can recall.
18        Q.   When you suffered from depression, did
19   you miss any work as a result of that?
20        A.   No.
21        Q.   When was the last time you saw
22   Dr. Pedilla?
23        A.   I can't remember exactly, but it must
24   be over three or four years ago.
25        Q.   And why would you have seen him at
```

JEANNIE REPORTING  (305) 577-1705

1    that time?

2         A.    Because part of -- no, after I had

3    ended treatment with him, I, after some time,

4    approximately, I don't know, sometimes afterwards I

5    went to see him again because I was having anxiety.

6    So I saw him for just a few months, I can't

7    remember how long.

8         Q.    Was that about three or four years ago

9    then?

10        A.    Yes.

11        Q.    And did he give you any medicine at

12   that time?

13        A.    No, what he had given me before, which

14   I'm still taking was the Buspar.

15        Q.    And presently, how frequently do you

16   take the Buspar?

17        A.    It all depends, but about once or

18   twice a month, but not more than once or twice a

19   month.

20        Q.    What is the dosage that you take?

21        A.    Five milligrams.

22        Q.    Is there a pharmacy that you regularly

23   fill your prescriptions at?

24        A.    Yes.

25        Q.    What is the name of the pharmacy?



JEANNIE REPORTING   (305) 577-1705

1              **A.**    Pharmacy San Francisco in Barceloneta,

2     Puerto Rico.

3              **Q.**    Did you have any other chronic health

4     conditions prior to the subject incident that you

5     have not told me about?

6              **A.**    No -- well, I used to smoke and I

7     think that is a chronic vice.

8              **Q.**    When did you quit smoking?

9              **A.**    I remember very well that this was in

10    November 2015.

11             **Q.**    And up until that point how many years

12    had you smoked?

13             **A.**    Between 14 and 20 years.

14             **Q.**    Are you saying that was how old you

15    were?  I'm asking for how many years you were a

16    smoker, going up to the time that you quit.

17             **A.**    Between 14 and 15 years, between 15

18    and 20 years, that's how long I was a smoker for.

19             **Q.**    And about how much would you regularly

20    smoke per day?

21             **A.**    Approximately a pack of cigarettes a

22    day.

23             **Q.**    Did you receive any assistance from a

24    physician to help you quit smoking?

25             **A.**    No.

1          **Q.**    What was the method you used to quit?

2          **A.**    Abstinence.

3          **Q.**    Prior to the subject incident did you

4     have any physical disabilities?

5          **A.**    No.

6          **Q.**    Prior to the subject incident did you

7     have any problems with your balance?

8          **A.**    No.

9          **Q.**    Prior to the subject incident did you

10    have any vision problems?

11         **A.**    No.

12         **Q.**    And have you ever suffered from any

13    problems with your ears?

14         **A.**    No.

15         **Q.**    What are the names of any hospitals

16    that you have visited in the last ten years?

17         **A.**    Wow.  Buen Samaritano or Good

18    Samaritan Hospital, and there is a hospital in

19    Barceloneta, but I can't remember the name.

20         **Q.**    Other than those two hospitals, have

21    you visited any other hospitals in the last ten

22    years?

23         **A.**    Not that I can recall.

24         **Q.**    And when you did visit the hospital in

25    Barceloneta, why did you go to the hospital?

1      **A.**    I got some type of allergy all over my

2      body because of a medication that I took for a

3      headache.

4      **Q.**    What year was that?

5      **A.**    I can't remember exactly, but that

6      must have been about four or five years ago.

7      **Q.**    In the last ten years have you visited

8      that same hospital for any other reasons?

9      **A.**    Another time I think, because I was

10     out of breath.

11     **Q.**    What year was that?

12     **A.**    I don't remember exactly, that must

13     have been about five or six years ago.

14     **Q.**    Were you admitted at that time?

15     **A.**    No, I was just treated in the

16     emergency room.

17     **Q.**    Was there any other time that you

18     haven't told me about that you visited the hospital

19     in Barceloneta?

20     **A.**    No, not that I can recall.

21     **Q.**    When is the last time you visited Good

22     Samaritan Hospital?

23     **A.**    When I got out of the operation from

24     my accident.

25     **Q.**    Prior to the subject incident have you

1    ever been a patient at Good Samaritan Hospital?

2          **A.**    No.

3          **Q.**    Apart from your treatment in

4    connection with the subject incident, have you ever

5    been admitted to the hospital?

6          **A.**    When I was very young, I would say

7    about 14 or 15, I was admitted to the Hospital de

8    la Concepcion in San German, Puerto Rico.

9          **Q.**    And why were you admitted at that

10   time?

11         **A.**    I acquired an illness that's called

12   rheumatoid or --

13         **Q.**    Rheumatic fever?

14         **A.**    Yes, thank you.

15         **Q.**    Have you ever had any surgery prior to

16   the subject incident?

17         **A.**    No.

18         **Q.**    Presently, who is your primary care

19   doctor?

20         **A.**    Maribel Lebron.

21         **Q.**    How long has she been your primary

22   physician?

23         **A.**    For about four years.

24         **Q.**    Prior to the subject incident did you

25   have a primary doctor?

```
 1              A.    No.

 2              Q.    Apart from Dr. Lebron and any other

 3      doctors that you've already mentioned, what other

 4      doctors have you seen in the last ten years?

 5              A.    None that I can recall, none.

 6              Q.    Have you ever seen a chiropractor?

 7              A.    Not that I can recall.

 8              Q.    Prior to the subject incident had you

 9      ever had physical therapy for any reason?

10              A.    No.

11              Q.    Do you know the address of

12      Dr. Pedilla?

13              A.    Not exactly.

14              Q.    How could you describe the location?

15              A.    It's an office, it's a house that is

16      turned into an office.  So I don't understand the

17      question, because it's just a regular office, it's

18      a house that was made into an office.

19              Q.    Is it in a particular neighborhood?

20              A.    Now I understand.  It's near the town

21      of Camuy.

22              Q.    Do you know Dr. Pedilla's telephone

23      number?

24              A.    No, I think I could look for it on my

25      phone, but I don't know it, so I would have to
```

1     verify.

2           Q.    Can you look for it?

3                 MR. ARONFELD:  Ms. Grossman, off the

4           record.

5                 (Thereupon, a discussion was held off

6           the record.)

7     BY MS. GROSSMAN:

8           Q.    Okay, so it turns out you didn't have

9     it on your telephone, correct?

10          A.    No, I don't have it.

11          Q.    Do you remember when was the last

12    physical exam that you had prior to the subject

13    incident?

14          A.    No, I don't recall.

15          Q.    Prior to the subject incident have you

16    ever had any part of your body x-rayed?

17          A.    I could say yes, because of maybe a

18    chest x-ray because of a cold or something like

19    that, but nothing because of an injury.

20          Q.    Prior to the subject incident have you

21    ever broken any bone in your body?

22          A.    No.

23          Q.    Prior to the subject incident have you

24    ever undergone an MRI?

25          A.    I think so, but I'm not certain, but I

```
1    think so.
2              Q.    And what part of your body would you
3    have been having examined during that MRI?
4              A.    My head.
5              Q.    What was the reason you were given a
6    head MRI?
7              A.    Because of headaches I was having.
8              Q.    And during what timeframe were you
9    suffering from headaches?
10             A.    It could be between '99 and 2002, or
11   between 2000 and 2005.
12             Q.    What doctor did you see in connection
13   with your headaches?
14             A.    I can't recall.
15             Q.    What facility did you undergo an MRI
16   at?
17             A.    I don't remember that either.
18             Q.    Was it in Puerto Rico?
19             A.    Yes, it was in Puerto Rico.
20             Q.    Do you know the results of that MRI?
21             A.    Yes.
22             Q.    What were the results?
23             A.    That everything was fine.
24             Q.    Did you ever receive a diagnosis to
25   explain why you were having headaches?
```

1      A.    It was explained to me this was some

2    type of migraine or something like that.

3      Q.    Prior to the subject incident how

4    frequently did you suffer from migraines?

5      A.    No, not frequently.

6      Q.    Prior to the subject incident have you

7    ever undergone a CT scan?

8      A.    That's why I said before about the

9    MRI, that I wasn't sure if it was an MRI that I had

10   at that time or if it was a CT scan.

11     Q.    Okay.  Apart from that time when you

12   underwent some sort of scan for the headaches, have

13   you ever undergone a CT scan prior to the incident?

14     A.    No.

15     Q.    Do you wear eyeglasses or contact

16   lenses?

17     A.    Yes.

18     Q.    I assume it's contact lenses, correct?

19     A.    No, it's glasses, but I only use them

20   for reading.

21     Q.    Other than the glasses that you use

22   for reading, have you ever worn any other type of

23   corrective lenses?

24     A.    I would like to clarify the previous

25   question because I want to know if this was -- if I



JEANNIE REPORTING   (305) 577-1705

1    used glasses before the incident or after the

2    incident.

3            Q.    I'm still before the incident.

4            A.    Then I need to correct that question

5    or that answer, because before the incident I

6    didn't use glasses.

7            Q.    Okay.  And since the incident you use

8    glasses, but just for reading, correct?

9            A.    Correct.

10           Q.    And what is the name of the physician

11   who prescribed those glasses?

12           A.    The name is Joel and I don't know the

13   last name.

14           Q.    You're not claiming that the

15   difficulty you have reading without glasses is

16   attributable to the subject incident, are you?

17           A.    No, no.

18           Q.    Prior to the subject incident have you

19   ever undergone any type of bone scan?

20           A.    No.

21           Q.    Have you ever been, ever been admitted

22   or committed to a mental health facility?

23           A.    No.

24           Q.    Prior to the subject incident did you

25   ever suffer from dizziness?



JEANNIE REPORTING   (305) 577-1705

1          A.     No.

2          Q.     When you suffered from migraines did

3     you have any symptoms other than pain in your head?

4          A.     Yes.

5          Q.     What other symptoms?

6          A.     Before I had the pain, my vision would

7     become blurry as if I was looking through a window

8     that water was dripping on it.  The doctor

9     explained that this was the aura from the migraine.

10         Q.     Since the subject accident have you

11    had any migraines?

12         A.     Not that I can recall.

13         Q.     Have you ever been treated for

14    alcoholism?

15         A.     No.

16         Q.     Have you ever been treated for drug

17    use or addiction?

18         A.     No.

19         Q.     Have you ever been treated for any

20    addiction?

21         A.     No.

22         Q.     Prior to the subject cruise had you

23    ever been on a cruise before?

24         A.     No.

25         Q.     Prior to the subject cruise had you

```
1    ever gone ice skating?

2            A.   No.

3            Q.   Prior to the subject incident had you

4    ever gone roller skating?

5            A.   Yes.

6            Q.   When had you roller skated prior to

7    the subject incident?

8            A.   About a year before, that I can

9    recall.  I don't know the exact date, but I could

10   say the summer before.

11           Q.   Where was it that you roller skated

12   the year before the subject incident?

13           A.   At a skating rink in Aguadilla, Puerto

14   Rico.

15           Q.   What's the name of the skating rink?

16           A.   I think its Aguadilla Roller Blade or

17   Aguadilla Bowling, something like that.  It's

18   called the Bolera, B-O-L-E-R-A, Aguadilla,

19   something like that.

20           Q.   Prior to the subject incident did you

21   regularly roller skate?

22               MR. ARONFELD:  Objection to form.

23               THE WITNESS:  What was that?

24   BY MS. GROSSMAN:

25           Q.   Prior to the subject incident did you
```

```
1    roller skate on a regular basis?
2              MR. ARONFELD:  Object to form.
3              THE WITNESS:  But what I don't
4         understand is you're objecting to the
5         question.
6              MR. ARONFELD:  But I did not instruct
7         you not to answer, so if you understand
8         what Ms. Grossman means by "regularly."
9              THE WITNESS:  Yes, the answer is no.
10   BY MS. GROSSMAN:
11        Q.   How frequently, prior to the subject
12   incident, did you roller skate?
13        A.   Not very frequently.
14        Q.   Other than the time you told me about
15   a year before the subject incident, what other
16   occasions can you recall that you roller skated?
17        A.   When I was young, I was a master at
18   roller blading.
19        Q.   And about how old were you when you
20   considered yourself a master roller blader?
21        A.   Between 15 to 20.  I could say that I
22   would go skating often and I even had my own
23   skates.
24        Q.   What type of skates did you have when
25   you considered yourself a master roller blader?
```

1          A.    In-line, the ones that have wheels,

2     they are in-line.

3          Q.    And how did those in-line skates, how

4     were they secured around your ankle?

5          A.    I can't remember, but I think with

6     strings.

7          Q.    So are you saying that the roller

8     blades that you used to use when you considered

9     yourself a master roller blader were laced up with

10    shoe strings?

11         A.    Yes.  And I also used some that had

12    clips, they were fastened with clips.

13         Q.    But the skates you said were your own

14    skates, those were the kind that laced up, correct?

15         A.    Yes.

16         Q.    When you roller skated a year before

17    the subject incident, what type of skates did you

18    use?

19         A.    I can't remember exactly what those

20    were like.

21         Q.    Was there some occasion that you went

22    roller skating a year ago prior to the subject

23    incident?

24         A.    Yes, I was on vacation with my

25    daughters in that area, and I took them to the



```
 1    bowling alley.
 2           Q.    How did you learn to roller skate?
 3           A.    Playing as a child.
 4           Q.    Did you ever take roller skating
 5    lessons?
 6           A.    No.
 7           Q.    About how old were you when you
 8    learned how to roller skate?
 9           A.    I don't remember, it must have been
10    about 10.
11           Q.    In the process of learning how to
12    roller skate, did you ever fall?
13           A.    I suppose so.
14           Q.    Prior to the subject cruise had you
15    ever watched ice skating on T.V.?
16           A.    Maybe, I don't remember specifically,
17    but probably an Olympics or something like that.
18           Q.    And for the times that you can
19    remember watching ice skating on T.V., have you
20    ever seen a professional ice skater fall?
21           A.    No.
22           Q.    Would you agree that even experienced
23    ice skaters sometimes fall while ice skating?
24                 MR. ARONFELD:  Objection to form.
25                 THE WITNESS:  Yes, it could be.
```

1  BY MS. GROSSMAN:

2      **Q.**  Has anyone in your immediate family

3  ice skated prior to the subject cruise?

4      **A.**  Not that I know of.

5      **Q.**  Do you know whether either of your

6  daughters had ever ice skated prior to the subject

7  cruise?

8      **A.**  No.

9      **Q.**  You were a passenger on the ADVENTURE

10  OF THE SEAS on June 20, 2016, correct?

11      **A.**  Yes.

12      **Q.**  And when did you decide -- or why did

13  you decide to go on that cruise?

14      **A.**  Because some acquaintances of mine had

15  taken a cruise, so my wife got that idea of going

16  on a cruise.

17      **Q.**  And was there any particular occasion

18  for this cruise?

19      **A.**  No.

20      **Q.**  Who booked the trip?

21      **A.**  My wife.

22      **Q.**  Did you have any role in selecting the

23  ship that you were going to go on?

24      **A.**  I participated in the selection, but I

25  wasn't really the one who determined which one.  It

1    was basically my wife that did everything.

2            **Q.**   Did you have any particular reason

3    that you wanted to go on a cruise on this

4    particular ship?

5            **A.**   Well, I could say that I wanted to go

6    on a cruise because I had never been on a cruise

7    and I had received comments and references about

8    cruises, so I wanted to see what it was like.

9            **Q.**   But there was no reason you had for

10   selecting this particular ship, the ADVENTURE OF

11   THE SEAS, correct?

12           **A.**   It was my wife who chose it, not me.

13           **Q.**   What day of the week did your cruise

14   depart?

15           **A.**   Saturday.

16           **Q.**   And what port did it leave from?

17           **A.**   The port in San Juan.

18           **Q.**   How many days was the cruise scheduled

19   to be?

20           **A.**   Seven days.

21           **Q.**   Who traveled with you?

22           **A.**   My wife and my two daughters.

23           **Q.**   And who did you share your cabin with?

24           **A.**   With my wife and my two daughters.

25           **Q.**   What were the ports of call that the


JEANNIE REPORTING   (305) 577-1705

1    cruise was scheduled to visit?

2         A.    I can't remember them all, but I think

3    they were St. Maarten, St. Kitts, I think, I'm not

4    sure, and Antigua.

5         Q.    Did you go ashore in St. Maarten?

6         A.    Yes.

7         Q.    What day of the cruise did you visit

8    St. Maarten?

9         A.    I think Sunday.

10        Q.    What activities did you do, if any, in

11   St. Maarten?

12        A.    We went to visit the island.

13        Q.    Did you go on any shore excursions in

14   St. Maarten?

15        A.    What do you mean excursion?  I don't

16   understand the question.

17        Q.    Did you do any activity in St. Maarten

18   that you purchased from the cruise line to go

19   snorkeling or go on a tour or any other sort of

20   organized activity?

21        A.    Not on -- not from the cruise.  When

22   in the port of St. Maarten we hired a driver that

23   took us around the island.

24        Q.    On the day that you boarded the ship,

25   the Saturday, what activities did you engage in on



```
1   the ship?

2           A.    Saturday, the first day?

3           Q.    Yes.

4           A.    None.  Eat, that's what I can recall.

5           Q.    You didn't go ice skating on the first

6   day of the cruise, correct?

7           A.    No.

8           Q.    That's correct?

9           A.    Yes, that's correct, I didn't go

10  skating that day.

11          Q.    How much time did you spend in

12  St. Maarten that Sunday of the cruise?

13          A.    The entire day, basically the entire

14  day.

15          Q.    And when did you return to the ship on

16  that Sunday?

17          A.    In the afternoon, I suppose.  I don't

18  remember the exact time.

19          Q.    What activities did you engage in that

20  night, that Sunday night after you returned to the

21  ship?

22          A.    I went to dinner.

23          Q.    Anything else?

24          A.    Not that I can recall.

25          Q.    Did you take any type of medicine, be
```

1    it over the counter or prescription, with you on

2    the cruise?

3              A.    My wife took, I didn't, my wife took

4    medication for the girls and for me.

5              Q.    What type of medication did your wife

6    bring onboard?

7              A.    I don't know specifically what

8    medication she took, but I suppose it was

9    medication for allergies and for headaches.  And I

10   think she took some medication to prevent being sea

11   sick because they say you can get dizzy or feel out

12   of balance when you're on a ship.

13             Q.    When you were on the subject cruise,

14   did you ever feel dizzy or out of balance?

15             A.    Obviously I felt the movement of the

16   ship, but I never felt unbalanced so that I would

17   be falling or something like that.

18             Q.    Did you ever take any medication

19   during the cruise for sea sickness?

20             A.    No.

21             Q.    On the third day of the cruise, on

22   Monday, where did the ship go?

23             A.    That is the island I can't remember

24   very well, I think it was St. Kitts.

25             Q.    Did you get off the ship in St. Kitts?



1          **A.**    Yes.

2          **Q.**    And what activities did you do off the

3     ship in St. Kitts that day?

4          **A.**    We took another driver to take us

5     around the island to the places of interest.

6          **Q.**    Other than sightseeing, did you do any

7     other activities in St. Kitts?

8          **A.**    Not that I can recall.

9          **Q.**    On that Monday when did you return to

10    the ship?

11         **A.**    Also in the afternoon.

12         **Q.**    And what activities did you engage in

13    on the ship that Monday for the rest of the day?

14         **A.**    Obviously, when we were waiting to go

15    to dinner, we were waiting for dinnertime, so then

16    we decided to go to the skating rink during that

17    time between -- before our time for dinner.

18         **Q.**    And that was the third day of the

19    cruise, Monday; is that correct?

20         **A.**    Yes.

21         **Q.**    About what time did you go to the

22    skating rink that day?

23         **A.**    About 5 or 10 minutes before seven,

24    approximately.

25         **Q.**    Prior to that time had you ever been

1      to the ship's skating rink before?

2              A.    No, not in the skating rink.  I had

3      passed through the front of the rink.

4              Q.    Outside?

5              A.    Outside.

6              Q.    When had you visited the skating arena

7      prior to the subject incident?

8                    MR. ARONFELD:  Objection, form.

9                    THE WITNESS:  I think it was the night

10             before, yes, the night before.

11     BY MS. GROSSMAN:

12             Q.    And what did you do there the night

13     before?

14             A.    Because we had heard or we had read

15     that there was a skating show and we were looking

16     to see what times they were at.

17             Q.    Did you ever see a skating show on the

18     ship?

19             A.    No.

20             Q.    So you went into that venue just to

21     find out what time the skating show would be?

22             A.    Yes.

23             Q.    During that visit did you speak to any

24     of Royal Caribbean's staff assigned to that area?

25             A.    No, not that I can recall.



1          Q.    How much time did you spend in that

2     venue the night before the day of the incident?

3          A.    I don't remember exactly, but it

4     couldn't have been more than five minutes.

5          Q.    Did you see anybody skating at that

6     time?

7          A.    No.

8          Q.    Was the skating rink closed at that

9     time?

10          A.    Yes.

11          Q.    Did you find out what time the skating

12     shows were?

13          A.    I think my wife wrote it down or she

14     looked at it, but I didn't know exactly when.

15          Q.    Were there any signs or other postings

16     in the area that told you what time the skating

17     would be?

18          A.    I don't recall very well, but I think

19     there was some type of information about that.

20          Q.    And on the ADVENTURE OF THE SEAS ship,

21     did that venue have a name?

22          A.    Not that I can recall, I don't know.

23          Q.    Did you bring a camera with you on the

24     cruise?

25          A.    Yes.

1          **Q.**    What type of camera?

2          **A.**    A digital camera.

3          **Q.**    Did you take photos using the digital

4     camera during the cruise?

5          **A.**    I suppose so.

6          **Q.**    Did you take photographs using your

7     phone or any other device?

8          **A.**    I suppose so, I don't remember

9     exactly.

10         **Q.**    What happened to the pictures that you

11    took on the cruise?

12         **A.**    I downloaded them from the camera and

13    I stored them on the computer.

14         **Q.**    Do you still have those photos on your

15    computer?

16         **A.**    Yes, on the cloud that I have.

17         **Q.**    Approximately how many pictures do you

18    have from the cruise?

19         **A.**    Not many.

20         **Q.**    Approximately how many?

21         **A.**    I don't know exactly how many, but

22    there aren't many.  It's not more than 40, about 40

23    pictures.

24         **Q.**    Did your wife also take pictures

25    during the cruise?

```
 1              A.    I can't recall.  She doesn't like

 2      taking pictures, that's why I can't remember.

 3              Q.    Are you aware of any photographs from

 4      your cruise other than the ones that you took?

 5              A.    Yes, a package that I paid for during

 6      the cruise.

 7              Q.    And what type of package did you buy?

 8              A.    It's a package of pictures that they

 9      take of you while you're on the cruise and when you

10      get off in the different ports and they give it to

11      you at the end.

12              Q.    And do you have those photos?

13              A.    Yes.

14              Q.    Where are they stored?

15              A.    In my house.

16              Q.    And those photos are printed out, hard

17      copy?

18              A.    Yes, they're printed pictures.  They

19      didn't give me digital pictures.

20              Q.    And about how many of those pictures

21      do you have?

22              A.    Not even 10.

23              Q.    Do any of the photographs that you

24      have from the cruise, be it the ones you took or

25      the ones you got in the package, do any of those
```

JEANNIE REPORTING   (305) 577-1705

1    photos show the ice rink?

2           A.    Are you referring to pictures that the

3    cruise ship gave me or the ones that I took?

4           Q.    All of them, both.

5           A.    No, not that I can recall, because I

6    don't remember having seen a picture of the skating

7    rink.

8           Q.    Okay.  If there are photos that he has

9    in his control that depict the skating rink, I

10   would ask that you preserve those, that he doesn't

11   delete them from the cloud or anything and don't

12   give away the hard ones.

13                MR. ARONFELD:  Don't delete them.

14                THE WITNESS:  I understand, yes.

15   BY MS. GROSSMAN:

16          Q.    Was the day of the subject incident on

17   that Monday on the cruise?

18          A.    Yes.

19          Q.    On the day of the subject incident had

20   you consumed any alcoholic beverages?

21          A.    No.

22          Q.    On the day of the subject incident did

23   you take any medicine?

24          A.    Not that I can recall.

25          Q.    On the day of the subject incident,



```
1      prior to the incident did you use any type of

2      drugs?

3              A.    No, not that I can recall.  I don't

4      use drugs.

5              Q.    Do you use alcohol?

6              A.    Socially, I could take a beer or a

7      drink.

8              Q.    Did you drink any alcohol on the

9      subject cruise?

10             A.    Yes.

11             Q.    But none on the day of the incident?

12             A.    No.

13             Q.    What did you do during the morning of

14     that day?

15             A.    We had breakfast and then we went off

16     of the ship -- well, initially in the morning I

17     went to do exercise in the gym.

18             Q.    About what time did you go to the gym?

19             A.    Between 6:30 and seven.

20             Q.    What type of workout did you do at the

21     gym that morning?

22             A.    Treadmill.

23             Q.    Do you belong to a gym in Puerto Rico?

24             A.    No.

25             Q.    Prior to the subject incident did you
```

1    belong to a gym in Puerto Rico?

2              A.    No.

3              Q.    Do you have any fitness equipment such

4    as a treadmill in your own home?

5              A.    Yes.

6              Q.    How long have you had that treadmill?

7              A.    About three years.

8              Q.    Did you have a treadmill in your house

9    before the subject incident?

10             A.    Yes.

11             Q.    And the one you have now is a newer

12   treadmill, correct?

13             A.    Yes.

14             Q.    What other fitness equipment, if any,

15   do you have in your home?

16             A.    None.

17             Q.    Prior to the subject incident did you

18   have any other type of fitness equipment in your

19   home?

20             A.    No.

21             Q.    How much time did you spend in the gym

22   on the treadmill on the morning of the incident?

23             A.    I don't remember exactly, but it must

24   have been between 30 and 45 minutes or maybe an

25   hour.

```
 1              Q.    Was anyone with you at that time?

 2              A.    I didn't go with anybody, but I think

 3      one of the girls, one of the girls that we met at

 4      the dinners, the ones that shared the dinner table

 5      with us, I think she went to the gym at the same

 6      time I did and I saw her there.

 7              Q.    Prior to the subject incident did

 8      anyone in your family use the ice skating rink?

 9                    MR. ARONFELD:  Objection, form.

10                    THE WITNESS:  No.

11      BY MS. GROSSMAN:

12              Q.    What did you do after you finished at

13      the gym that morning?

14              A.    I went to the room to get my family.

15              Q.    And where did you go?

16              A.    I think to have breakfast.

17              Q.    Where did you have breakfast?

18              A.    In the ship restaurant, in the area

19      where the buffet is located.

20              Q.    How much time did you spend having

21      breakfast that morning?

22              A.    I don't remember exactly.  It must

23      have been about 45 minutes or an hour.

24              Q.    What did you do after breakfast on

25      that morning?
```

1          **A.**   We got ready to leave the ship to go

2     visit the island, that's what I can recall.

3          **Q.**   And other than getting a driver to

4     tour the island, did you do any other activities

5     that day while the ship was in port?

6          **A.**   No, nothing that I can recall.

7          **Q.**   Did you do any type of skating during

8     the course of the cruise prior to the subject

9     incident?

10               MR. ARONFELD:  Objection, form.

11               THE WITNESS:  No.

12     BY MS. GROSSMAN:

13          **Q.**   You didn't go roller skating in any of

14     the ports, correct?

15          **A.**   No, there weren't any of those places.

16          **Q.**   Do you presently own roller blades?

17          **A.**   Not currently.

18          **Q.**   Do your children use roller blades?

19          **A.**   No.

20          **Q.**   Do they use roller skates?

21          **A.**   No.

22          **Q.**   After you returned to the ship that

23     afternoon, what did you do?

24          **A.**   I think we went to the room to change

25     our clothes to go to dinner.



1      **Q.**    And after that did you go to dinner?

2      **A.**    Yes, we went to dinner, but we signed

3      in for our turn to dinner, but we didn't make it to

4      dinner.

5      **Q.**    What seating did you have or what time

6      were you going to have dinner?

7      **A.**    I think it was 7:30 or eight.   It was

8      7:30 or eight, but I think it was eight.

9      **Q.**    And after you signed in for dinner,

10     what did you do?

11     **A.**    Then we went to the skating rink.

12     **Q.**    Whose idea was it to go to the skating

13     rink?

14     **A.**    My wife's.

15     **Q.**    Prior to that time had you talked to

16     any other passengers who had skated on the

17     shipboard skating rink?

18     **A.**    No.

19     **Q.**    Prior to that time did you talk to

20     anyone from Royal Caribbean regarding skating on

21     the ship?

22     **A.**    Not that I can recall.

23     **Q.**    Do you recall what deck the ice

24     skating rink was on?

25     **A.**    What floor on the ship?



JEANNIE  REPORTING   (305)  577-1705

1          **Q.**    Yes.

2          **A.**    No, I don't remember what floor that

3    was on.

4          **Q.**    What did you do when you arrived at

5    the skating rink?

6          **A.**    We went to a person that was

7    registering the person, the people that were going

8    to go to the rink.

9          **Q.**    Where was that registration area?

10          **A.**    There was no registration area.  The

11    person was taking down names, they were sitting on

12    the bleachers in the area where the people sit down

13    to watch the shows.

14          **Q.**    And describe the person who you

15    registered with.

16          **A.**    I can't recall the person exactly, I

17    can't describe them to you.  I could tell you that

18    it was someone who was young, the person was about

19    18, they were younger than 25.

20          **Q.**    Was it a male or female?

21          **A.**    Male, if I recall correctly.

22          **Q.**    Was he wearing a uniform?

23          **A.**    No, I don't think so.

24          **Q.**    How did you know that he worked for

25    Royal Caribbean?

1          **A.**    Because there were other people that

2     were registering with him or giving information

3     with him.

4          **Q.**    Was there a time that the skating rink

5     opened that night?

6          **A.**    I think so.

7          **Q.**    What time was that?

8          **A.**    I don't remember, but I do remember

9     that my wife said that we had to be there at a

10    certain time because if not, then it would close.

11         **Q.**    Do you remember what that time was?

12         **A.**    Not exactly.

13         **Q.**    Did you have to wait in a line to

14    register?

15         **A.**    Not to register.

16         **Q.**    Was there more than one person

17    registering passengers to skate?

18         **A.**    I saw just one person.

19         **Q.**    When you arrived you did not have to

20    wait in line to register, correct?

21         **A.**    I didn't have to wait to register.  I

22    had to wait to be able to get my skates.

23         **Q.**    Did everyone in your family register

24    to skate that evening?

25         **A.**    Yes.

1          **Q.**    And did everyone in your family,

2     meaning your wife and your two children, skate that

3     evening?

4               **A.**    My wife didn't skate.

5               **Q.**    Did she register to skate?

6               **A.**    Yes.

7               **Q.**    What did you have to do to sign up --

8     strike that.  Describe the registration process.

9               **A.**    I don't recall because there was a

10    person, and my wife did this process, but the

11    person gave out a piece of paper to be filled out

12    and signed.  And then with that paper they would

13    give you a dot, a colored tape, and with that you

14    went to get your skates.

15              **Q.**    Where did you go to get skates?

16              **A.**    Next to the skating rink.

17              **Q.**    Was it a room, a table or -- describe

18    the area for us.

19              **A.**    It was like a table and then they had

20    the skates in the back of them.

21              **Q.**    During the registration process did

22    they tell you about any rules for the ice skating?

23              MR. ARONFELD:  Objection to form.

24              THE WITNESS:  No.

25    BY MS. GROSSMAN:

1      **Q.**    Are you aware of any rules that were

2   in effect at the time that you were ice skating?

3      **A.**    No.

4      **Q.**    For example, do you know whether you

5   were allowed to wear shorts and go ice skating?

6      **A.**    No, I didn't know any of that, I don't

7   know.

8      **Q.**    What were you wearing when you went

9   down to the ice skating area?

10     **A.**    I had a long -- a pair of long brown

11   pants and a polo shirt.

12     **Q.**    Were you wearing -- what type of

13   footwear were you wearing?

14     **A.**    I can't recall very well, but I think

15   they were my running shoes.

16     **Q.**    Were you wearing socks?

17     **A.**    Yes, I think so.

18     **Q.**    At the time you went to go skating,

19   where was the ship?

20     **A.**    Sorry, could you repeat the question?

21     **Q.**    Sure.  Where was the ship at the time

22   that you went to go skating?

23     **A.**    I suppose it was still at the port.

24     **Q.**    Do you know whether it had left the

25   port at the time that you went to go skating?

JEANNIE REPORTING   (305) 577-1705

```
 1              A.    It's my understanding that it wasn't.

 2              Q.    That it wasn't what?

 3              A.    It's my understanding that it was

 4      still at the port.

 5              Q.    What was the weather like that day?

 6              A.    I don't recall.  There was nothing

 7      abnormal to me, it was normal.

 8              Q.    Do you recall whether it was a rainy

 9      day?

10              A.    It wasn't a rainy day.  Going back to

11      the question of it was at the port or if it was at

12      sea, I remember that I went -- when I went to the

13      area of the skating rink, not in the skating rink

14      itself, but in that area, I don't remember feeling

15      any movement.  I don't know if we left the port

16      while I was in the skating rink.

17              Q.    So you're not sure if the ship was

18      still at port when you went down to go skating,

19      correct?

20              A.    I'm not sure, I don't know.

21              Q.    It's a very large ship, correct?

22              A.    Yes.

23              Q.    You can't always feel movement even if

24      the ship is moving, correct?

25              A.    Yes, but when the ship actually left,
```

1    I could feel it because it was a harsher movement.

2    I could feel that.

3          **Q.**    When it left any port, or this

4    particular port that you were at the day of the

5    incident?

6          **A.**    At least when it left the ports, the

7    two that I had been at because I was only at two.

8          **Q.**    What was the process you went through

9    to get skates?

10          **A.**    I would hand over a dot, a colored

11   tape to the person who was giving out the skates,

12   and with that dot they gave me the skates.

13          **Q.**    Did you tell them your shoe size?

14          **A.**    Yes.

15          **Q.**    And what size did you ask for?

16          **A.**    Ten and a half.

17          **Q.**    Describe the person who gave you the

18   skates.

19          **A.**    I can't remember the person, but it

20   was a woman and she was approximately between 20

21   and 25, she was young.

22          **Q.**    Was there more than one person handing

23   out skates?

24          **A.**    In giving out skates, it was just one

25   person, but the area where you put your skates on


JEANNIE REPORTING   (305) 577-1705

1     before going on to the rink, there was a person,

2     male.

3          Q.    And was that male someone different

4     than the person who was registering passengers?

5          A.    Yes.

6          Q.    Describe the area where you put on

7     skates.

8          A.    It was a rectangular area with benches

9     to sit down and those were next to the wall.

10         Q.    And did your children also receive

11    skates in that area?

12         A.    Yes.

13         Q.    Did your wife receive skates?

14         A.    No.

15         Q.    So after registering, did your wife

16    decide not to go skating?

17         A.    Yes.

18         Q.    When you walked into the room that has

19    the ice skating rink, were any people already

20    skating?

21         A.    Yes, there was a group that was

22    skating.

23         Q.    And about how big was that group?

24         A.    About 10 to 20 people.

25         Q.    Did you ever speak to the person who



1    was registering you to skate?

2           A.    Not that I can recall.

3           Q.    Can you recall anything that that

4    person may have said to you?

5           A.    No, I don't remember that person

6    having said anything to me.

7           Q.    And just to be clear, prior to that

8    time you had never been ice skating ever in your

9    life, correct?

10          A.    No.

11          Q.    Is that correct?

12          A.    It's correct.

13          Q.    Was there someone that you believe to

14   be in charge of that area at that time?

15          A.    No, I believed that everybody there

16   was a regular normal employee.

17          Q.    And did the person who gave out the

18   skates have a uniform?

19          A.    Not that I can recall.

20          Q.    The person who was in the area where

21   the people were putting on their skates, did they

22   have a uniform?

23          A.    Not that I can recall.

24          Q.    Did you have any conversation with any

25   of the Royal Caribbean personnel who were working

1    in that area before you got on the ice rink?

2         **A.**   Not that I can recall.

3         **Q.**   Did you hear any employee of Royal

4    Caribbean say anything about ice skating prior to

5    the time that you got on to the rink?

6         **A.**   No.

7         **Q.**   Was there any video playing in that

8    area that you saw?

9         **A.**   No.

10        **Q.**   Did you hear any announcements before

11   you got on to the rink?

12        **A.**   No.

13        **Q.**   Do you speak any English?

14        **A.**   Some.

15        **Q.**   How would you describe your level of

16   proficiency in speaking English?

17        **A.**   I can understand it fairly well, but

18   when I speak it, I don't do that very well, it's

19   not fluent.

20        **Q.**   Were you required to sign a waiver

21   before you could skate?

22             MR. ARONFELD:  Objection to form.

23             THE WITNESS:  Yes, it was a

24        requirement.

25   BY MS. GROSSMAN:



```
1            Q.   And did you sign one?

2            A.   Yes.

3            Q.   Was it in English or was it in

4   Spanish?

5            A.   I think it was in both languages, but

6   I think I signed the one that was in English, I'm

7   not sure, because I didn't know that it was in

8   Spanish on the back side.  No one explained any of

9   that to me.

10           Q.   Did anyone else, for instance your

11  wife, sign any kind of waiver?

12           A.   It's my understanding that my wife

13  signed the same one.

14                (Thereupon, Defendant's Exhibit A was

15           marked for identification.)

16  BY MS. GROSSMAN:

17           Q.   Mr. Lebron, I'm going to show you a

18  document that's been marked Exhibit A for this

19  deposition and ask you to take a look at it.  Do

20  you recognize that document now that you had a

21  chance to look at it?

22           A.   Yes.

23           Q.   What is that document?

24           A.   This is the release or that document

25  that I signed so that I would be allowed to go on
```



1    to the rink.

2         Q.    And does your signature appear on the

3    second page of the document?

4         A.    On the second?

5         Q.    Yes.

6         A.    Yes, that's my signature.

7         Q.    Did you fill out your name at the top

8    of this form, Exhibit A?

9         A.    Yes.

10        Q.    And did you sign initials at the end

11   of paragraph 1 of Exhibit A?

12        A.    Yes.

13        Q.    And Exhibit A is completely in

14   Spanish, correct?

15        A.    Yes.

16        Q.    And of course you're able to read

17   Spanish, correct?

18        A.    Yes.

19        Q.    Okay.  And does your signature appear

20   in the box next to paragraph 2 of this Exhibit A?

21        A.    Yes.

22        Q.    And can you read for us what

23   paragraph 2 says?

24        A.    "The skater, the renter exempts, or

25   their minor children, where applicable, do not have

```
 1    any medical conditions, disabilities, which would

 2    not be in line or safe for the activity to be done,

 3    which would be skating on ice.  Participants who

 4    are under six years of age must be accompanied by

 5    one of their parents or legal guardian at all times

 6    while they are in the ice skating rink, but they do

 7    not necessarily have to skate with the child."

 8         Q.   What does paragraph 4 say?

 9         A.   "The skater, renter exempts and

10    recognizes that they have the opportunity to ask

11    questions related to the safe participation on the

12    ice rink and that they received all relevant

13    information necessary and relevant before

14    beginning."

15         Q.   Did you sign your initials next to

16    paragraph 4?

17         A.   Correct.

18         Q.   Did you read paragraph 4?

19         A.   I don't remember having read it.

20         Q.   Did you ask any of the Royal Caribbean

21    crew that was in the area any questions about ice

22    skating before you went on the ice skating rink?

23              MR. ARONFELD:  Objection to form.

24              THE WITNESS:  I don't remember having

25         asked questions.
```



JEANNIE REPORTING   (305) 577-1705

BY MS. GROSSMAN:

     **Q.**   Are you saying you could have asked some questions, but you just don't remember?

     **A.**   I don't remember having asked questions.  I don't remember having the opportunity to ask questions either.

     **Q.**   Where were you when you signed Exhibit A?

     **A.**   Near the area where you sit down, the bleachers.

     **Q.**   Was it not the same area where you put on the skates?

     **A.**   No.

     **Q.**   How far from it was the area where you signed?

     **A.**   Well, you had to go down the bleachers to get to the ice skating rink, because the area where they handed out the skates was on the same level as the rink.

     **Q.**   Were you given any type of time slot that you were allowed to start skating?

     **A.**   No, I had to wait before starting to skate while the group that was skating came off.

     **Q.**   Okay.  How long did you have to wait?

     **A.**   Before going in to get the skates,

1    about five minutes.

2           Q.    After you got the skates, was that

3    other group still skating?

4           A.    No, no, once I registered, I couldn't

5    go in to get my skates until the group that was

6    skating turned in their skates and left.

7           Q.    Okay.  And how long was that?

8           A.    A few minutes, 3 to 5 minutes.

9           Q.    And once that group left, then it was

10   your turn, correct?

11          A.    Correct.

12          Q.    But you didn't have a particular time

13   that you were allowed to be on the ice, did you?

14          A.    I don't understand the question.

15          Q.    Okay.  They didn't give you a

16   particular skating time that you were allowed to be

17   on, like, okay, you could skate from seven to 7:15

18   or something like that?

19          A.    Yes, that is specifically what it was,

20   it was seven to 7:15, there were 15 minutes slots.

21          Q.    And what was your slot?

22          A.    If I'm not mistaken, it was the

23   seven o'clock one.

24          Q.    And your understanding was that your

25   time slot was from seven to 7:15 p.m., correct?



1      **A.**    That's what I can recall, yes.

2      **Q.**    And I believe that you testified

3   earlier that you didn't remember having the

4   opportunity to ask questions; is that correct?

5      **A.**    I didn't know that you could ask --

6   well, let me explain this to you.  I didn't know

7   that there was a group that you could ask questions

8   from because when you register with the person that

9   does the registration and then the person that

10  gives you the skates, there's a very short time

11  period between the two.

12     **Q.**    Did you ever try to ask someone a

13  question?

14     **A.**    I'm not certain, but I think that when

15  I saw one of the skates with the broken shoe

16  strings, I tried to look for someone, but the

17  person wasn't there.

18     **Q.**    Did you ever ask the person who was

19  registering people any questions?

20     **A.**    I don't remember having asked that

21  person any questions.

22     **Q.**    Well, having never ice skated before,

23  did you have any questions?

24     **A.**    I didn't see and I didn't think there

25  was any difference between skating on ice skates

1    and in-line skates.

2           Q.    Therefore, you didn't have any

3    questions to ask; is that correct?

4           A.    I didn't have any other questions,

5    other than if the skate was all right with that

6    string.

7           Q.    So is it your testimony that you

8    thought skating on ice would be the same as skating

9    on land?

10          A.    Correct.

11          Q.    Prior to the subject cruise, did you

12   ever live in any other state or country other than

13   Puerto Rico?

14          A.    Lived, no.

15          Q.    Have you ever seen snow prior to the

16   subject cruise?

17          A.    Yes.

18          Q.    And when did you experience snow?

19          A.    Once when I was in Washington in 2010.

20          Q.    Washington state, or Washington D.C.?

21          A.    Washington D.C.

22          Q.    And it snowed when you were there?

23          A.    Yes.

24          Q.    And did you have any experience of

25   trying to walk on ice while you were in Washington

 JEANNIE REPORTING   (305) 577-1705

1  D.C. when it snowed?

2         A.    Not on ice.

3         Q.    Would you agree that ice is slippery

4  if you try to walk on it?

5         A.    Yes, but I'd like to add that I think

6  if you put wheels on your shoes, that would also be

7  slippery.

8         Q.    Describe the skates you were given

9  when you went to retrieve your skates.

10        A.    It was a boot that had a blade on the

11 bottom of it and strings to tie them up.

12        Q.    When you say "strings," do you mean

13 like shoelaces?

14        A.    Yes, they looked like they were very

15 worn, they looked like they had been used often and

16 they were old skates.

17        Q.    Did you see other types of skates?

18        A.    On the ship?

19        Q.    Yes.

20        A.    No, no, I just saw the ones that were

21 given to me.

22        Q.    What type of skates did your children

23 get?

24        A.    I suppose it's the same kind, but the

25 person who helped my daughters put on their skates

1    was my wife, not me.

2         Q.   Did you see what types of skates your

3    children were given?

4         A.   No.

5         Q.   Did you see any type of skate on the

6    ship that had clips instead of shoelaces?

7         A.   No, I didn't see any other skates,

8    only the ones that were given to me.

9         Q.   What color were the skates you were

10   given?

11        A.   Gray.

12        Q.   What color were the shoelaces on it?

13        A.   I don't recall very well, I suppose

14   they were gray.

15        Q.   Did you put on your own skates?

16        A.   Yes.

17        Q.   Did you ask anyone for help putting on

18   your skates?

19        A.   When I saw that one of them was -- I

20   tried to get someone and I didn't see anyone, so I

21   did it on my own.

22        Q.   What did you do to try to get someone?

23        A.   I looked around me and I didn't see

24   the person.

25        Q.   Did you ask anybody to try to find the


JEANNIE REPORTING   (305) 577-1705

1    person?

2         **A.**   I didn't see anyone.  All the people

3    around me were participants.  I was only able to

4    identify three people in the entire skating area,

5    people that worked for Royal Caribbean, for Royal

6    Caribbean, according to what I understood.  One

7    that was registering me, and two in the area where

8    the skates are given.

9         **Q.**   And none of those three people were

10   wearing a uniform, correct?

11        **A.**   I don't remember seeing a uniform.  I

12   wouldn't be able to tell you if they did or didn't,

13   I just don't remember.

14        **Q.**   So there could have been more than

15   three people who worked for Royal Caribbean there,

16   since they weren't wearing uniforms you wouldn't

17   know one way or the other, right?

18             MR. ARONFELD:  Objection to form.

19             THE WITNESS:  I would have perceived

20        that there was someone else there because I

21        would have seen them giving instructions to

22        someone or I would have seen them there

23        participating with the skaters.

24   BY MS. GROSSMAN:

25        **Q.**   Did you see any Royal Caribbean



1    employee giving instructions to any skater?

2         **A.**    I didn't see anyone giving

3    instructions.  When I mentioned giving

4    instructions, I meant handing over skates to people

5    or telling them where the entrance to the skating

6    rink was, or having them stand in line to get

7    organized because it was a lot of -- it was very

8    disorganized in the area of the skating.

9         **Q.**    I don't understand.  What type of line

10   are you talking about?  Where is this line?

11        **A.**    I'm going to explain it to you.  When

12   the people that was in that -- that were in that

13   group, that was skating when they were coming out,

14   basically the people that were going into that new

15   group, they were coming in, so this -- so there was

16   a crowd of people between the people that were

17   coming out and the ones that were going into the

18   attraction.

19              So this was something that happened

20   very quickly because you only had 15 minutes to

21   enjoy this attraction.  So because of this, we went

22   to get our skates on very quickly so we could go

23   into the attraction.  So when this crowd of people

24   that was going to turn in their skates, this other

25   person was right there in the middle of the crowd

1    of people, so they were signaling to the people

2    that were coming in and signaling to them where the

3    helmets were.  There wasn't a specific line, it was

4    just the instructions that that person was giving.

5         **Q.**   So you did see an employee of Royal

6    Caribbean giving a group of people instructions?

7         **A.**   I didn't see them giving instructions.

8    I saw them directing them to the skating rink.

9         **Q.**   But you don't know what conversations

10   that person would have been having with any of the

11   other people in line, do you?

12        **A.**   I didn't hear conversations.  I just

13   saw a person giving directions and signaling to

14   where the helmets were so they could put them on.

15        **Q.**   Did you have to pay for this

16   attraction?

17        **A.**   Not additional -- not in addition to

18   what I paid for the cruise.  I paid for it

19   indirectly because I paid for the cruise.

20        **Q.**   But there was no additional fee for

21   using the ice skating rink while you were on the

22   cruise, correct?

23        **A.**   Correct.

24        **Q.**   So if you wanted to ask a Royal

25   Caribbean employee a question before you got on the



JEANNIE REPORTING   (305) 577-1705

1    ice skating rink, you could have just waited for

2    that person to be available, correct?

3            A.    Well, I never saw them available.

4    When I had to ask that question, that person was

5    not available.  I saw that person that was there

6    when I was going to go into the rink, after I had

7    put on my skates by myself.

8            Q.    Did you ask that person before you got

9    into the rink about your skates?

10           A.    No.

11           Q.    Describe for me how you did put on

12   your skates.

13           A.    If I recall correctly, first I put on

14   my skate on my right leg.  The laces were -- and

15   I'm going to show you here.  They were, the laces

16   were on, up to the area that's in front of your

17   ankle.  And then the lace was long enough so that

18   you could cross the laces over up until it passes

19   the top of your ankle.

20                 So when I put the one on for my left

21   leg, the lace was long enough that I could tie it

22   above my ankle.  And when I put on my skate on my

23   right foot, these were shorter, they were broken,

24   and I was only able to tie it on the front area of

25   my ankle, not above my ankle.

```
 1                          I tied them up to, as high up as the

 2          lace reached, but I wasn't able to tie them at the

 3          top.

 4               Q.    And were the skates that you were

 5          putting on while you were on the ship similar to

 6          the roller blades that you used to own?

 7                          MR. ARONFELD:  Objection, form.

 8                          THE WITNESS:  I don't understand the

 9               question.

10          BY MS. GROSSMAN:

11               Q.    Were the skates that you put on while

12          you were on the ship, were they similar in

13          appearance to the skates that you used to own when

14          you went roller blading?

15                          MR. ARONFELD:  Objection to form.

16                          THE WITNESS:  What do you mean by

17               similar?

18          BY MS. GROSSMAN:

19               Q.    How were they the same, if at all?

20                          MR. ARONFELD:  Objection, form.

21                          THE WITNESS:  That they were a boot,

22               that the bottom area where the wheels are

23               were similar to the area where the blade

24               is.

25          BY MS. GROSSMAN:
```

1          **Q.**   Was the way that the left skate laced

2     up similar to the way that your roller blades laced

3     up?

4               MR. ARONFELD:  Objection, form.

5               THE WITNESS:  I don't remember exactly

6          how they were, or if they were exact, but I

7          do remember that I was able -- I was always

8          able to tie them up until the top area

9          where the skate allows you.

10    BY MS. GROSSMAN:

11         **Q.**   When did you first notice that one of

12    the laces -- strike that.

13              When did you first notice that any of

14    the laces were short?

15         **A.**   When I tried to tie it, when I was

16    putting on the second boot.

17         **Q.**   And at that point you didn't take them

18    back to where you had gotten them, did you?

19         **A.**   No.

20         **Q.**   It's correct?

21         **A.**   That's correct.

22         **Q.**   And you didn't show them to any Royal

23    Caribbean employee prior to the incident, correct?

24         **A.**   I didn't see anyone.

25         **Q.**   My question was, you didn't show them

1    to any Royal Caribbean employee prior to the

2    incident, right?

3         A.    No, because there wasn't anyone.

4         Q.    What do you mean there wasn't anyone?

5         A.    There was no one near me for me to

6    show them to them or ask them.

7         Q.    You didn't show them to the crew

8    member who was directing people to the ice,

9    correct?

10        A.    No, because when I saw that person, I

11   was already going into the rink.

12        Q.    But you saw that person before you

13   stepped into the rink, correct?

14        A.    Is it before going into the rink, is

15   that the question?

16        Q.    Yes.

17        A.    Right at the entrance of the rink.

18        Q.    And when you got to the entrance of

19   the rink, you did not show that person the skate

20   with the shorter laces, correct?

21        A.    I didn't have a way to do that because

22   it was already on, I was already standing up ready

23   to go into the rink.

24        Q.    But there was nothing stopping you

25   from talking to the person who was at the entrance



1    of the rink who worked for Royal Caribbean,

2    correct?

3         **A.**   There was nothing stopping me, but

4    everyone was in a hurry to go into the skating

5    rink.  That was the only entrance.

6         **Q.**   Other than the skates, did you receive

7    any other equipment before you went to ice skate?

8         **A.**   I didn't receive any other equipment.

9    He signalled where the helmets were for me to put

10   it on.  They didn't give me any safety equipment,

11   they only gave me the skates and then they pointed

12   to a box where the helmets were located for me to

13   put it on.

14        **Q.**   In your last answer, when you said he

15   signalled where the helmets were, are you referring

16   to the gentleman who was working for Royal

17   Caribbean and stationed at the entrance of the

18   skating rink?

19        **A.**   Yes.

20        **Q.**   And did you use the helmet?

21        **A.**   Yes.

22        **Q.**   Did your daughters use helmets?

23        **A.**   Yes.

24        **Q.**   Did your daughters use any other

25   safety equipment?



```
1            A.    I don't remember them specifically
2    since my wife was the one who helped them put
3    everything on.  I remember having helped one of
4    them put on the helmet.
5                  I would like to add that at that
6    moment when I was getting ready to go in, when I
7    was going in, this was so disorganized.  There was
8    so much of a rush.  Everyone was in a hurry to go
9    in and it was all rushed so they could have enough
10   time.  This was just very quick.
11           Q.    So you were rushing to get in; is that
12   correct?
13           A.    The people were rushing me in to get
14   in.
15           Q.    Who was rushing you in, you weren't
16   rushing yourself?
17           A.    I wasn't in a rush.  I didn't have a
18   rush, but it was this feeling of being rushed.
19   Everybody was in a rush to get in, so you felt
20   that.
21           Q.    So if I understand your testimony
22   correctly, you had a feeling of being rushed, but
23   you weren't actually rushing?
24           A.    You could say that.
25           Q.    Did you inspect the helmet that you
```



```
1    put on to wear while you were skating?

2          A.    No.

3          Q.    You just put it on?

4          A.    Yes.

5          Q.    Did you have any problems with the

6    helmet?

7          A.    I didn't.

8          Q.    Did anyone else that you know of have

9    any problems with the safety equipment during the

10   ice skating?

11         A.    My daughter, my youngest, if I can

12   recall, she had problems putting on her helmet, so

13   I helped her to adjust the strap.

14         Q.    Okay.  So that was just adjusting it

15   to fit her, correct?

16         A.    Yes, correct.

17         Q.    There was no problem with the helmet

18   itself, correct?

19         A.    No.

20         Q.    No problem?

21         A.    For me, this is a problem, but I don't

22   know if it is for someone else.

23         Q.    What do you mean "for me this is a

24   problem"?

25         A.    For me it's uncomfortable.  If my
```



1    daughter couldn't put it on, to me that's a

2    problem, it's a burden for it to be put on.

3         Q.    So the problem was that you had to

4    help your daughter put the helmet on instead of her

5    doing it herself?

6         A.    The problem is that my daughter was

7    not able to put it on on her own.

8         Q.    And which daughter are you referring

9    to?

10        A.    I think it was my youngest, the

11   10-year-old.

12        Q.    What's her name?

13        A.    Lara.

14        Q.    Describe for me what the shoelaces on

15   the right skate looked like.

16        A.    Short, used, worn, very used.

17        Q.    Were both the laces on the right skate

18   the same length?

19        A.    I can't remember exactly.

20        Q.    Can you recall if one was shorter than

21   the other?

22        A.    They were basically both the same

23   length.  I don't remember there being a very big

24   difference between one and the other.

25        Q.    And what was the difference in length

1    between the skates on your right skate and --

2    strike that.

3                    What was the difference in length

4    between the laces on the right skate and the laces

5    on the left skate?

6        A.    The ones on the left were long enough

7    so that I could strap them on or tie them on above

8    my ankle.  The ones on the right were not long

9    enough for me to be able to do that.

10       Q.    How much shorter were the ones on the

11   right than the ones on the left?

12       A.    I wouldn't be able to tell you how

13   much shorter.  Simply I just couldn't tie them up

14   to the top, tie them correctly.

15       Q.    And in all your experiences roller

16   blading and tying up skates, did you always tie the

17   laces above your ankle?

18       A.    Correct.

19       Q.    So when you attempted to lace up your

20   right skate, you knew that it wasn't correct,

21   correct?

22                    MR. ARONFELD:  Objection, form.

23                    THE WITNESS:  I perceived that

24           something was strange, that I wasn't

25           putting it on correctly.  But at the same



1          time I assumed that if I had received them,

2          they must be fine, I never thought that

3          that would be a problem or that this would

4          cause me a problem.

5     BY MS. GROSSMAN:

6          Q.   So if you didn't think it would be a

7     problem -- strike that.

8               On the second page of Exhibit A, do

9     you see an area where the wording is in all capital

10    letters?

11         A.   Yes, I see it.

12         Q.   And do you see an area in the middle

13    of that section where there's bold print?

14         A.   I can't perceive it very well.  Can

15    you point it to me?

16         Q.   "Existing," do you see that?

17         A.   Okay, yes.

18         Q.   What does that bolded area say?

19         A.   "Certain inherent dangers exist to

20    activities that cannot be avoided or eliminated."

21         Q.   Did you understand when you signed

22    this document, Exhibit A, that you're taking a

23    risk, that you might fall on the ice?

24         A.   I didn't understand that there was a

25    risk.  I didn't understand there was a serious

1    risk.

2           Q.    What do you mean by "a serious risk"?

3           A.    Having a fall that would cause a

4    dangerous injury.

5           Q.    So you knew before you went ice

6    skating that there was a risk that you would fall

7    while ice skating, correct?

8           A.    I never thought that I could fall.

9    That didn't even cross my mind.

10          Q.    So you didn't think there was a risk

11   of you falling, even though you had never ice

12   skated in your life, correct?

13          A.    I didn't see or understand that there

14   was a difference between skating on ice and skating

15   on wheels.  That's why I never thought I would

16   fall.

17          Q.    Because you thought an ice skate and

18   roller blades were the same?

19              MR. ARONFELD:  Objection to form.

20              THE WITNESS:  I didn't think that they

21          were exactly the same thing, but that I

22          would be using the same skills.

23   BY MS. GROSSMAN:

24          Q.    Why did you put the helmet on?

25          A.    Because the person indicated for me to


JEANNIE REPORTING   (305) 577-1705

1   put it on.

2          **Q.**   Did you ever wear a helmet when you

3   roller bladed?

4          **A.**   When I skated the year before, in the

5   skating rink, yes.

6          **Q.**   What about when you were roller

7   blading, when you considered yourself a master

8   roller blader did you wear a helmet?

9          **A.**   No.

10         **Q.**   On the top of page 2 on Exhibit A,

11   page 2, what does it say by the bullet points at

12   the top of the page?

13         **A.**   "Parents must be present in the rink

14   to supervise the minors at all times, but they are

15   not forced to skate."

16         **Q.**   Go on.

17         **A.**   "Parents must be on the ice skating

18   rink with all children under six years of age.  All

19   skaters must have at all times safety equipment

20   that is available to them.  Avoid other skaters,

21   don't skate in the opposite direction as others.

22   People who are in front of you have the right of

23   way.  Always continue in movement.  Don't skate

24   faster than conditions allow.  Jumps, zig-zags

25   or" --

```
 1                    MR. ARONFELD:  "Tricks," right?
 2                    THE WITNESS:  "Tricks," I don't know
 3              if that's what you call them, "Tricks are
 4              not allowed or forceful playing.  Children
 5              cannot be carried or other articles,
 6              including cameras or headphones while
 7              skating.  Don't go out on the ice without
 8              skates on.  Don't wear skates on the steps
 9              or bleachers.  Inform monitors of any
10              danger.  Keep exits open, free."
11      BY MS. GROSSMAN:
12              Q.   And the last one?
13              A.   "Failure to respect the rules could
14      lead to the loss of your privileges of skating on
15      ice."
16              Q.   How long did it take you to fill out
17      and put your signature and initials on the document
18      marked as Defendant's Exhibit A?
19                    MR. ARONFELD:  Objection to form.
20                    THE WITNESS:  I don't recall exactly
21              how long.
22      BY MS. GROSSMAN:
23              Q.   In fact, at the beginning of the
24      deposition you did not recall even signing a form
25      in Spanish, correct?
```

JEANNIE REPORTING  (305) 577-1705

```
1                    MR. ARONFELD:  Objection, form.

2                    THE WITNESS:  That's correct, and I

3              was completely surprised to have signed it

4              in Spanish.  I didn't remember what

5              language I had signed it in.

6    BY MS. GROSSMAN:

7         Q.    But you understand what's written on

8    these pages as you sit here today, correct?

9                    MR. ARONFELD:  Objection, form.

10                   THE WITNESS:  Today, I understand

11             them.

12   BY MS. GROSSMAN:

13        Q.    Who told you where to sign on the

14   form?

15        A.    No one told me where to sign on the

16   form.  I signed where I understood I had to sign.

17        Q.    Who did you give the form to when you

18   were done signing it?

19        A.    I cannot remember if I gave it to my

20   wife, who gave it to the person who was

21   registering, or if I gave it to him.

22        Q.    Where did the person who gave you

23   skates, where did he retrieve the skates from that

24   he gave you?

25                   MR. ARONFELD:  Objection to form.
```

1                    THE WITNESS:  I don't recall, I don't

2           remember having seen him.

3   BY MS. GROSSMAN:

4           Q.    Earlier you described the table.  Was

5   the person handing out skates behind the table?

6           A.    That person was behind the table.

7           Q.    And was there any type of shelving or

8   structure that held the skates that were not in

9   use?

10          A.    I don't recall.

11          Q.    Do you recall seeing skates in any

12  kind of slots, organized by size?

13          A.    I suppose so, but I don't remember

14  exactly.  I'm trying to remember, but I can't.

15          Q.    And you asked for size 10 and a half,

16  correct?

17          A.    Yes.

18          Q.    And were the skates that you received

19  size 10 and a half?

20          A.    I suppose so.  I didn't verify the

21  size.

22          Q.    Did your foot fit in the skates?

23          A.    Yes.

24          Q.    Do you have any reason to doubt that

25  they were size 10 and a half?

```
 1                A.     No.

 2                Q.     Other than the shoelaces, they

 3      appeared to fit properly, correct?

 4                A.     Yes.

 5                Q.     And you were wearing socks?

 6                A.     I think so.

 7                Q.     How long did it take you to put on

 8      your skates?

 9                A.     I can't remember exactly, but I do

10      remember that it was fast.

11                Q.     Were you sitting down when you put on

12      the skates?

13                A.     Yes, I was sitting.

14                Q.     And what were you sitting on?

15                A.     Like I had said before, there was some

16      type of a bench that was stuck to the wall.

17                Q.     And how many people would be sitting

18      on a bench?

19                MR. ARONFELD:  Objection to form.

20                THE WITNESS:  I don't remember that.

21      BY MS. GROSSMAN:

22                Q.     How big was the bench?

23                A.     I don't remember that either.  There's

24      many details that I don't have -- that I can't

25      remember.
```

1          **Q.**   Did you have plenty of room to sit on

2     the bench?

3                    MR. ARONFELD:  Objection to form.

4                    THE WITNESS:  I don't remember having

5           had a problem sitting on the bench.

6     BY MS. GROSSMAN:

7          **Q.**   And what did you do with the shoes

8     that you were wearing after you took them off to

9     put the skates on?

10         **A.**   I think that my wife gave them to the

11    person that was handing out the skates or under the

12    bench.  We either left them under the bench or we

13    gave them to the person who was handing out the

14    skates.

15         **Q.**   Okay.  So you don't recall?

16         **A.**   I don't remember.

17         **Q.**   Before you got on the ice did you show

18    anyone the condition of the right skate?

19         **A.**   No.

20         **Q.**   Did you show your wife the skate?

21         **A.**   No.

22         **Q.**   About how many people were in the

23    group you were a part of at the time slot you had

24    to skate?

25                    MR. ARONFELD:  Objection to form.

```
 1                    THE WITNESS:  You mean how many people
 2              were in that group of people that were
 3              going to go in with me to skate?
 4    BY MS. GROSSMAN:
 5         Q.   Correct.
 6         A.   I don't remember exactly, but it must
 7    have been between 10 and 15 or 20 people.  There
 8    were children, there were adults.
 9         Q.   Was there any group of people waiting
10    to skate after your time?
11         A.   I don't know because I was skating, so
12    if they got there, I don't know if there were some.
13         Q.   Prior to the time of your incident did
14    you see any other people fall on the ice?
15         A.   Yes, I saw one person fall on the ice.
16         Q.   Who was that?
17         A.   A man, he was between 40 and 45 years
18    old.
19         Q.   Was that before you got on the ice or
20    after you got on the ice?
21         A.   While I waited on the bleachers,
22    waited for them to send me to get my skates.
23         Q.   Okay.  So while you were sitting in
24    the bleachers, waiting to get your skates, you saw
25    one of the skaters on the ice fall?
```

```
 1              A.    Yes, correct.

 2              Q.    Did you see anyone else fall on the

 3      ice before you got on it?

 4              A.    Not that I can recall.

 5              Q.    What happened to that person after

 6      they fell?

 7              A.    The person got up, it was like a joke

 8      for everyone, he fell on his knees and everybody

 9      was laughing.

10              Q.    Who was laughing?

11              A.    I heard the people that were waiting

12      there with me laughing, and my wife laughed,

13      everyone.

14              Q.    Did that passenger appear injured?

15              A.    No.

16              Q.    Whose idea was it to go ice skating?

17              A.    My wife's.  I think we had mentioned

18      that before.

19              Q.    Between you and your two daughters,

20      who was the first one to go on the ice?

21              A.    I don't remember.  I don't remember

22      exactly.  I think my daughters went on first.

23              Q.    And you mentioned a line to get on the

24      skating rink, correct?

25              A.    It wasn't exactly a line.  It was just
```

1    some type of order because it was a small entrance,

2    a small door to be able to get in, so everybody

3    couldn't go in all of a sudden, so it was just

4    while you were waiting to go in.

5            Q.    And did people go in one at a time?

6            A.    Yes.

7            Q.    And there was a crew member stationed

8    at the entrance?

9            A.    Right at the entrance, yes.

10           Q.    And when you passed that crew member

11   at the entrance, you didn't have any kind of

12   communication with him?

13           A.    I don't remember having had

14   communication with him.

15           Q.    And once you got on the ice, what

16   happened?

17           A.    I started trying to skate.  Then I

18   started to -- well, I started to feel at that

19   moment what it was like to skate on ice.  I felt

20   the skate that I wasn't able to tie on correctly, I

21   felt it loose.

22                 Then I started skating on the side,

23   holding on to those railings on the sides while I

24   got used to balancing on the skates, until there

25   came a moment where I started skating.  So I

1    started skating without any help and obviously I

2    felt the one that was loose, but I was skating.

3          Q.    How soon after you got on the ice did

4    you feel that your right skate was loose?

5          A.    Immediately when I went in, when I

6    started moving my foot doing this so I could skate.

7          Q.    But you did not get off the ice at

8    that point, correct?

9          A.    I didn't think that was such a risk

10   that was so lethal or that it would be so serious.

11         Q.    My question was, you did not get off

12   the ice at that point, correct?

13         A.    Correct, because I didn't think that

14   was something that was so risky or that would cause

15   such a serious injury.

16         Q.    How many laps did you take around the

17   ice rink before the subject incident?

18         A.    I don't know how many.

19         Q.    More than once?

20         A.    I suppose so.

21         Q.    Have you ever watched the video of

22   your incident?

23              MR. ARONFELD:  Objection to form.

24              THE WITNESS:  Which video?

25   BY MS. GROSSMAN:



JEANNIE REPORTING   (305) 577-1705

1          **Q.**    The CCTV video from the ship.

2          **A.**    I saw it yesterday.

3          **Q.**    And did you see yourself going around

4     the skating rink more than once before the time of

5     the incident?

6          **A.**    No.  In this video, if we're

7     referencing the same video, when I saw myself, when

8     I was able to see myself on that video I didn't see

9     myself going around more than once.

10          **Q.**    To your knowledge were there any Royal

11    Caribbean employees on the ice at the time you were

12    on the ice?

13          **A.**    That I know of, there was no one on

14    the ice.

15          **Q.**    And while you were skating was the

16    Royal Caribbean employee who was monitoring the

17    entrance, did he remain at the entrance while you

18    were skating?

19          **A.**    I don't know if he stayed at the

20    entrance.  I didn't see him skating, I didn't even

21    see him with skates on when I saw him at the

22    entrance.

23          **Q.**    Apart from the helmet, were you

24    wearing any other protective gear?

25          **A.**    No.

1    **Q.**   Apart from the three Royal Caribbean

2    staff you told me earlier, do you recall any other

3    Royal Caribbean staff inside of the ice skating

4    area the night of the incident?

5              MR. ARONFELD:  Objection, form.

6              THE WITNESS:  No.

7    BY MS. GROSSMAN:

8         **Q.**   Where were you skating in relation to

9    your two daughters?

10             MR. ARONFELD:  Form.

11             THE WITNESS:  Could you ask me that

12        question again?

13   BY MS. GROSSMAN:

14        **Q.**   Yes.  When you were on the skating

15   rink, skating, where were your daughters in

16   relation to you?

17             MR. ARONFELD:  Objection to form.

18             THE WITNESS:  One was next to me and

19        the other I don't know where she was.

20   BY MS. GROSSMAN:

21        **Q.**   And which daughter was next to you?

22        **A.**   The youngest.

23        **Q.**   Lara?

24        **A.**   Lara, sorry.

25        **Q.**   So you don't know whether Claudia was

1      ahead of you or behind you, correct?

2                    MR. ARONFELD:  Form.

3                    THE WITNESS:  She was behind me

4           because when I fell she yelled, and I felt

5           her behind me.

6      BY MS. GROSSMAN:

7           Q.   From the time you got on the ice, how

8      long were you skating, how long were you skating

9      and holding on to the wall at the same time, how

10     long did you skate that way?

11          A.   I don't recall, I don't know exactly.

12          Q.   But there came a point where you felt

13     like you could balance and skate without holding on

14     to the wall, correct?

15          A.   Correct.

16          Q.   Did either of your daughters ever fall

17     while they were skating?

18          A.   To fall, I don't remember having seen

19     one of them fall on the ground.

20          Q.   But did anyone ever tell you that they

21     fell?

22          A.   No, no one told me that they had

23     fallen.  They were holding on to the rails in the

24     skating rink almost the entire time.

25          Q.   What do you mean when you say "rails"?

1    **A.**    It was some type of -- something that

2    everybody would hold on to.  I don't know what

3    material this was.  It was either on the ends or it

4    divided the area where the steps were from the

5    rink.

6           **Q.**    So it was attached to the wall that

7    went around the rink?

8           **A.**    I didn't understand, do you mean the

9    wall?

10          **Q.**    Was there a wall around the rink?

11          **A.**    I don't remember if exactly there was

12   a wall, but it was surrounded by something where

13   you could grab on when you're going around the

14   rink.

15          **Q.**    And those railings went all the way

16   around the entire rink?

17          **A.**    I can't remember exactly if it went

18   all the way around or if there was a part of the

19   wall, where there was a wall towards the end, if it

20   didn't have a railing or if there was a wall and a

21   railing, that part on the side to the right.

22          **Q.**    While you were on the ice skating, did

23   you have sufficient light to see where you were

24   going?

25          **A.**    I don't remember any type of

1    difficulty in terms of the lighting.

2         Q.    So you were able to see where you were

3    going as you were skating, correct?

4         A.    Correct.

5         Q.    Once you were on the ice, but before

6    you fell, did you see anyone else on the ice fall?

7         A.    I don't remember.  It may have

8    happened, but I don't remember.

9         Q.    Did you ever stop skating from the

10   time that you got on the ice until the time of your

11   accident?

12        A.    We didn't stop, but what we did was

13   slow down our speed, slowed down because they were

14   already gathering people to end their turn.

15        Q.    How long were you on the ice before

16   the incident?

17        A.    I don't know exactly how long I was on

18   there, I suppose it was between 10 and 15 minutes.

19        Q.    But there came a time that you slowed

20   down, correct?

21        A.    Yes, right before the fall I slowed

22   down and started moving towards the area where I

23   was going to go outside of the skating rink, or go

24   out of the skating rink.

25        Q.    How were they gathering people to end

```
 1    their turn?

 2              MR. ARONFELD:  Objection to form.

 3              THE WITNESS:  I don't know how they

 4         were gathering the people.  I just

 5         perceived the people were getting out.

 6    BY MS. GROSSMAN:

 7         Q.   Okay.  And did you see any Royal

 8    Caribbean employee directing people to get off the

 9    ice?

10              MR. ARONFELD:  Form.

11              THE WITNESS:  I don't remember having

12         seen anyone do that.

13    BY MS. GROSSMAN:

14         Q.   When I asked you earlier did you ever

15    stop skating from the time you got on the ice until

16    the time of your accident, and you answered we

17    didn't stop, but what we did was slow down our

18    speed, slow down because they were already

19    gathering people to end their turn, what did you

20    mean by "they were already gathering people"?

21         A.   Because from what I can recall, they

22    had a clock or some type of timer that told them

23    how much time had elapsed and there was a message

24    on the loud speaker saying that the next group was

25    getting ready to come on.
```

1      **Q.**    Could you see who was making the

2  announcements on the loud speaker?

3      **A.**    No.

4      **Q.**    Other than that announcement, what

5  other announcements had been made over the loud

6  speaker that evening?

7      **A.**    I don't remember any other

8  announcements.

9      **Q.**    And from the time you got on the ice

10  up until the time of the fall, your fall, you

11  didn't report any problems of any kind to any Royal

12  Caribbean employee, correct?

13      **A.**    No, because there was no employees on

14  the ice for me to be able to report any problems.

15      **Q.**    Did you report any problems to the

16  person who was monitoring the entrance to the

17  skating rink?

18      **A.**    No.  As I explained before, no.

19      **Q.**    Prior to the fall did you see any

20  problems with the ice?

21      **A.**    No, because I don't have any knowledge

22  of the ice.  After the fall, when I'm on the

23  ground, I was able to see that the floor, the ice,

24  it was dirty, it wasn't well kept.  My shirt, the

25  polo shirt that I had on, it ended up all black

```
 1    because of all the dirtiness that was on the ice.

 2    I had to drag myself off of the rink.

 3         Q.   Prior to your fall did you see any

 4    problems with the ice?

 5         A.   Before the fall I didn't see any

 6    problems with the ice.  I didn't feel any problems

 7    with the ice.  When I fell I saw there was a

 8    problem.  When I fell the skate was locked into the

 9    ice.  That's why I wasn't able to keep my balance,

10    to regain my balance to avoid the fall, because the

11    skate got stuck in the ice.  I don't know in what,

12    I don't know what part that was in.

13         Q.   You didn't see any debris on the ice

14    before or after your fall, correct?

15         A.   Could you ask me that once again.  I

16    didn't understand.

17         Q.   You did not see any debris on the ice

18    before or after your fall, right?

19         A.   No, debris such as some type of

20    obstacle, no.  But after the fall I was able to

21    perceive that it was extremely dirty, as if that

22    surface hasn't been cleaned frequently.

23         Q.   Where were you looking at the time

24    that you fell?

25              MR. ARONFELD:  Objection to form.
```



JEANNIE REPORTING   (305) 577-1705

```
1              THE WITNESS:  I don't remember exactly
2          what I was looking at.
3    BY MS. GROSSMAN:
4          Q.   As you sit here today, you can't
5    recall how many times you went around the skating
6    rink before the fall, correct?
7              MR. ARONFELD:  Objection to form.
8              THE WITNESS:  I didn't say I don't
9          remember how many times I went around.  I
10         said that I don't know how many times I
11         went around.
12   BY MS. GROSSMAN:
13         Q.   Just to clarify, you don't know how
14   many times you went around, but do you know that
15   you went around at least more than one time?
16         A.   You could say, yes.
17         Q.   Okay.  So at least once you had skated
18   past the area without falling where you ultimately
19   fell?
20         A.   You know, I wouldn't be able to say
21   that I did pass through the same area where I fell
22   at least once, because the area where I fell, I was
23   more towards the area of the door and not exactly
24   in the area where you would normally skate, so I
25   wouldn't be able to be certain and tell you that I
```

1    had passed exactly through the area where I fell

2    before I fell.

3            Q.    How close were you to the railing at

4    the time that you fell?

5            A.    I was near the railing, but I wasn't

6    close enough where I could grab on to the rail.

7            Q.    And immediately before your fall where

8    was your younger daughter located in relation to

9    you?

10           A.    She was right next to me.

11           Q.    On your right side?

12           A.    On my right side.

13           Q.    Were you holding hands?

14           A.    I don't remember exactly, but that is

15    possible.

16           Q.    And was your daughter holding on to

17    the wall immediately prior to your fall?

18           A.    I'm not completely sure, but it could

19    be.

20           Q.    Were you helping your younger daughter

21    skate?

22           A.    We were skating together.

23           Q.    And when she was skating, to your

24    knowledge was she always holding on to the wall?

25           A.    Yes.

1    **Q.**   Did your wife remain in the bleacher

2    area while you and your two daughters were skating?

3         **A.**   Correct.

4         **Q.**   Where was she while you guys were

5    skating?

6         **A.**   I don't know exactly where she was,

7    but it's my understanding that she was near the

8    person that was initially registering everyone.

9         **Q.**   Did she take any photographs of you

10   while you were skating?

11        **A.**   No, I don't remember her having taken

12   pictures.

13        **Q.**   Up until the time that you fell had

14   you had any instances where you felt like you were

15   losing your balance on the ice?

16        **A.**   Yes.  In the first moments when I was

17   trying to adapt and trying to gain my balance,

18   there were moments when I felt that I was not

19   balanced.

20        **Q.**   And during those times were you

21   holding on to the wall?

22        **A.**   Correct.

23        **Q.**   Explain how you fell.

24        **A.**   I was slowing down my speed like I had

25   explained before.  I felt as if I lost my balance

1    and the skate got stuck in the ice, I couldn't

2    recover from this loss of balance when the skate

3    got stuck, and I wasn't even able to get my foot

4    out of the place where it had gotten stuck, so all

5    of my body fell on my ankle.  Something that's very

6    odd because, only because the skate was stuck in

7    the ice.  It's very improbable or at least it had

8    never had happened to me where I would fall and my

9    entire body would fall on my ankle.

10         Q.    What were you doing at the time that

11   you felt you were losing your balance?

12         A.    I was going towards the exit of the

13   rink.

14         Q.    And you can't recall if you were

15   holding your daughter's hand at the time?

16         A.    I can't remember if I was holding her

17   hand, but it's possible that I did have -- that I

18   was holding her hand.

19         Q.    Immediately before your fall did you

20   see your daughter losing her balance?

21         A.    If after I fell she lost her balance,

22   is that the question?

23         Q.    No, no.  The question is:  Immediately

24   before your fall did you see your daughter losing

25   her balance?

```
1                    MR. ARONFELD:  Objection to form.

2                    THE WITNESS:  No, I didn't perceive my

3              daughter losing her balance.  As a matter

4              of fact, after the accident when I asked my

5              daughter about it, she said that she was

6              the one who tried to avoid my fall.

7       BY MS. GROSSMAN:

8              Q.    And when you said "my daughter" just

9       now, are you talking about the younger daughter?

10             A.    Lara, I'm sorry.

11             Q.    And you never told anyone that you

12      were trying to stop your daughter from falling at

13      the time that you fell?

14             A.    I don't recall.

15             Q.    So it's possible you told someone

16      that?

17                   MR. ARONFELD:  Objection, form.

18                   THE WITNESS:  I don't think that's

19             possible, I don't remember that.  I don't

20             think that my daughter -- that I was trying

21             to grab my daughter at that moment.

22      BY MS. GROSSMAN:

23             Q.    Who saw you fall?

24                   MR. ARONFELD:  Objection to form.

25                   THE WITNESS:  My wife.  I want to
```

1        clarify the question.  Who saw me when I

2        fell or who was there present when I fell?

3    BY MS. GROSSMAN:

4        Q.    Are you aware of anyone who witnessed

5    you falling?

6        A.    Not specifically seeing how I fell,

7    but at the moment when I fell my wife and my

8    daughters were present.

9        Q.    So you don't know if your wife and/or

10   daughters witnessed your actual fall?

11       A.    My wife and my daughter, my oldest,

12   Claudia, I'm not sure if they saw how I fell.  My

13   youngest, Lara, I understand that she saw it,

14   because she was next to me.

15       Q.    And what direction did you fall, like

16   forward, backwards, sideways?

17       A.    That's what I've been trying to

18   explain, see, I didn't fall specifically to one

19   side.  I fell completely down because I wasn't able

20   to recover from this loss of balance because my

21   skate was stuck.

22       Q.    When you fell down what part of your

23   body impacted the ice?

24       A.    Could I stand up and explain this to

25   you?



1            Q.    You have to explain verbally, so that

2     it can be on the record.

3            A.    When I fell my right skate gets stuck,

4     your instinct is to recover your balance with the

5     other foot.  When I tried to move my right foot, it

6     stuck, so that's when I fell with my body and my

7     buttocks on my right ankle.  Since that skate was

8     stuck into the ice, all of my body falls on that

9     ankle.  And that's when I heard the sound of the

10    bone breaking.

11           Q.    What part of your body then actually

12    impacted the ice during the fall?

13           A.    Initially?

14           Q.    At all during the fall, what part of

15    your body impacted the ice?

16           A.    My buttocks falls on my ankle, so

17    that's when I pull out my foot, so I have to

18    literally pull my foot out from the side so I could

19    place my foot towards the front to see what it was

20    that had happened.  So when I look at my ankle, my

21    knee is at a 90-degree angle and my foot is at

22    180 degrees, completely twisted.

23           Q.    So when you fell your arm did not hit

24    the ice, correct?

25           A.    No, not that I recall, not my arms or

1    my shoulders.  It was my buttocks and I fell on my

2    foot.  And this is what I think, if my foot had not

3    been stuck in the ice, then I would have fallen on

4    my buttocks normal.

5              Q.    What did you see, if anything, that

6    your skate got stuck on?

7              A.    I didn't see anything that the skate

8    got stuck on because that's exactly when everything

9    happened, and immediately when I fell everything

10   was just out of control, people started surrounding

11   me.  I had no way of anyone coming to help me,

12   there was no one there to get me from inside of the

13   rink.  I literally had to drag myself with my

14   broken leg, drag myself like this with the back of

15   my hands until I was able to get off of the rink,

16   because if I would lie down I would freeze to

17   death.  I remember that it took awhile for them to

18   find someone to be able to take charge of the

19   situation.

20             Q.    So do you think that whatever caused

21   your skate to get stuck is what caused your fall?

22                   MR. ARONFELD:  Objection, form.

23                   THE WITNESS:  I wouldn't be able to be

24             certain if that's what made me fall, but

25             that is what caused me not to be able to

```
1                    avoid the fall.
2    BY MS. GROSSMAN:
3          Q.    What do you think caused your fall?
4          A.    Once I slowed down and not having
5    enough support because of the lace, some
6    flexibility in my ankle caused me to lose my
7    balance.
8          Q.    Other than that, do you think that
9    anything else contributed to your fall?
10         A.    I don't think so.
11         Q.    Have you ever looked at the complaint,
12   have you seen the complaint that was filed in this
13   case?
14         A.    What do you mean the complaint?  These
15   documents, is this the document that Aronfeld sent?
16         Q.    That's the document that your lawyer
17   files on your behalf to start the lawsuit.  Have
18   you ever seen it before?
19         A.    No, I don't recall having seen it.  I
20   remember having seen a paper with questions, what
21   is it called?
22         Q.    Interrogatories.
23         A.    That's the document I remember.
24         Q.    Okay.  Paragraph 14 of the complaint
25   says, "The ice skating equipment provided for use
```

JEANNIE REPORTING   (305) 577-1705

```
 1   by defendant to plaintiff was not in a reasonably

 2   safe or functionally good condition."

 3              How do you think that the equipment

 4   you were provided was not in a reasonably safe or

 5   functionally good condition?

 6        A.   Because of the deficiency that it had

 7   with the lace and because of its appearance in

 8   being worn and being overused.  It didn't look like

 9   something that was well cared for and well kept.

10        Q.   How would its appearance have anything

11   to do with you losing your balance?

12              MR. ARONFELD:  Objection to form.

13              THE WITNESS:  I don't think its

14         appearance had any impact on me losing my

15         balance.  I think that what made me lose my

16         balance is that I wasn't able to tie my

17         skate on correctly because the lace was

18         broken, and there was no way for it to be

19         tied on correctly with that lace.

20   BY MS. GROSSMAN:

21        Q.   Okay.  When you say lace, I'm a little

22   confused.  On the right skate was there one lace

23   broken or two laces broken?

24        A.   Both laces broken.  Let me re-answer.

25   I can't be certain that both laces were broken
```



1    because I can't recall that.  I do know that one

2    side of the lace was broken and it didn't have

3    enough length.  It wasn't long enough for me to tie

4    it on all the way to the top.

5              Because, let me explain this to you,

6    if a lace is broken and someone takes it out and

7    then makes sure that both sides are even, because

8    you could do that, but that doesn't give you enough

9    lace for you to be able to tie it up all the way up

10   to the top.

11        Q.   The skates that you were wearing at

12   the time of the incident, did they have a different

13   way to lace up once you got above the ankle, than

14   it laced up on the bottom part of your foot?

15              MR. ARONFELD:  Objection, form.

16              THE WITNESS:  I don't remember the

17              bottom part, how it was tied, but the top

18              part that I was able to tie on this leg

19              because I had enough lace available, I tied

20              it by crossing it and I was able to adjust

21              it and tie it strongly on my leg, or firmly

22              on my leg.

23   BY MS. GROSSMAN:

24        Q.   The skates that you were wearing at

25   the time of the incident, they have shoelaces that

1   go through holes at some point, correct?

2         A.    Correct.

3         Q.    And as you move up the ankle part of

4   the boot, are there hooks instead of holes to

5   secure the laces on?

6         A.    Exactly, correct.  Once you get to the

7   front of your ankle, right there it has some hooks

8   for you to be able to lace them up, not the same as

9   it does at the bottom of the skate.

10        Q.    And so on your left skate, did you use

11  the hooks to complete lacing up the left skate?

12        A.    Correct.

13        Q.    And were the laces on the right skate

14  long enough for you to use any of the hooks on the

15  right skate?

16        A.    No, no, they weren't long enough for

17  me to be able to cross them over the hooks and tie

18  a knot on the boot.

19        Q.    And the location where you ended up

20  tying the right skate, where was that as far as

21  your foot is concerned?  What part of your foot was

22  that at?

23        A.    I was able to tie them on my right

24  foot to the area where your foot starts, where your

25  ankle is located.

JEANNIE  REPORTING   (305)  577-1705

1          Q.    Okay.  So are you saying it's the area

2     where your foot meets your ankle?

3          A.    If you're looking from top to bottom,

4     it would be where your foot starts.  And if you're

5     looking bottom to top, it would be where your ankle

6     starts.

7          Q.    Other than the shortened laces you

8     testified about, was there anything else about the

9     skates themselves that you think contributed to

10    your fall?

11              MR. ARONFELD:  Objection, form.

12              THE WITNESS:  I don't think so.

13    BY MS. GROSSMAN:

14         Q.    Paragraph 15 of your complaint says

15    that, "The ice skating rink was not in reasonably

16    good condition."

17              How was the rink not in good

18    condition?

19         A.    Are you referring to the ice, the rink

20    itself?

21         Q.    Yes.

22         A.    Well, when I fell, everything was all

23    dirty, and because of that dirt, then I perceived

24    that it didn't have the adequate maintenance.  And

25    where the skate got stuck, that was an area that

1   was deep enough that I wasn't able to get my skate

2   out so that I could regain my balance.  I suppose

3   that the rink must receive some type of treatment

4   or maintenance so that these grooves don't exist to

5   avoid this type of fall.

6          Q.   Describe any type of groove that you

7   saw on the ice.

8          A.   I didn't perceive any grooves in the

9   ice.  When I'm standing on the ice, since the rink

10  is all white, there's no way that you could

11  perceive while you're standing at eye level any

12  type of groove.  That's why I don't think that the

13  fact I didn't perceive them doesn't mean that they

14  didn't exist or that there weren't any more.

15         Q.   So if I understand you correctly, as

16  you were skating the ice on the rink looked white,

17  correct?

18         A.   Yes, it looked whitish, it looks like

19  ice, just like ice.  I didn't perceive a different

20  color than what you see as ice.

21         Q.   Okay.  So while you were skating you

22  didn't see any dirt in the ice or on the ice?

23         A.   From my point of view, from that level

24  there's no way for me to be able to perceive any

25  dirt on the ice.  I perceived the dirt on the ice

1    when I was thrown on the floor, that with the

2    slightest contact of my shirt with the ice my shirt

3    turned completely black.  And I'm saying completely

4    black, not as it being literally completely black,

5    that's just my way of speaking.  It was dirty.

6           Q.    Okay.  Well, if it wasn't completely

7    black, could you describe the color of any dirt you

8    saw after you fell on the ice?

9           A.    A dirty color with water.

10          Q.    What color?

11          A.    Like blackish, like dirty black, but

12   not black like your computer or black like very

13   black, just obviously soiled.

14          Q.    Okay.  But you're not saying that the

15   color of the ice or dirt on the ice had anything to

16   do with your fall, right?

17              MR. ARONFELD:  Objection, form.

18              THE WITNESS:  Could you ask me that

19              question again, because it's difficult to

20              understand it.

21   BY MS. GROSSMAN:

22          Q.    Sure.  You're not saying that the

23   color of the ice or the dirt on the ice played any

24   role in causing you to fall?

25          A.    No, I couldn't say that the dirtiness

1    on the ice caused my fall, but this dirt that I

2    perceived on the ice shows me that the ice didn't

3    receive the maintenance or it wasn't being

4    maintained the way it should.

5         Q.   You said after you fell you -- strike

6    that.

7              Did you see a groove in the ice after

8    you fell?

9         A.   No, I wouldn't be able to say that

10   because I didn't see this area where I fell because

11   when I fell, everyone came and surrounded me.  I

12   had to drag myself off the ice.

13        Q.   So did there ever come a point when

14   you saw a groove in the ice?

15        A.   There's no way for me to be able to

16   see a groove in the ice from my field of vision

17   when I'm standing.

18        Q.   Okay.  But at no point did you ever

19   see a groove in the ice, correct?

20        A.   No.  There's no possibility of my

21   seeing a groove in the ice, no.

22             MR. ARONFELD:  Ms. Grossman, it's been

23        another hour, hour and a half.

24             (Thereupon, a short recess was taken.)

25   BY MS. GROSSMAN:

1          **Q.**    Where we left off was, at no point you

2     saw -- you did not at any point see grooves in the

3     ice, right?

4          **A.**    There was no way of me being able to

5     see them, no.

6          **Q.**    And you didn't see any holes in the

7     ice?

8          **A.**    There was no way of me being able to

9     see them, no.

10         **Q.**    I'm talking about before or after the

11    fall, you never saw any holes in the ice, correct?

12              MR. ARONFELD:  Objection to form.

13              THE WITNESS:  Before the fall, there

14              was no way for me to be able to see holes

15              on the ice.  And after the fall I had to

16              drag myself off of the ice.

17    BY MS. GROSSMAN:

18         **Q.**    Okay.  But I'm asking you before or

19    after the fall, you never saw holes in the ice,

20    right?

21              MR. ARONFELD:  Objection to form.

22              THE WITNESS:  There's no way for me to

23              be able to see holes on the ice before the

24              fall.  And after the fall I dragged myself

25              off the ice.  I wasn't on there enough to

JEANNIE  REPORTING   (305)  577-1705

```
 1              see.
 2   BY MS. GROSSMAN:
 3        Q.   So you're not saying that any defect
 4   in the ice itself caused you to lose your balance,
 5   correct?
 6              MR. ARONFELD:  Objection to form.
 7              THE WITNESS:  The defect in the ice
 8         caused me to be unable to recover my
 9         balance and then as such that caused the
10         fall.
11   BY MS. GROSSMAN:
12        Q.   Okay.  But my question was, you're not
13   saying that any defect in the ice itself caused you
14   to lose your balance, correct?
15              MR. ARONFELD:  Objection to form.
16              THE WITNESS:  I'm confused.
17   BY MS. GROSSMAN:
18        Q.   Okay.  You want me to ask it again?
19              You're not saying that any defect in
20   the ice itself caused you to lose your balance,
21   right?
22              MR. ARONFELD:  Objection, form.
23              THE WITNESS:  I wouldn't be able to be
24         certain that a defect in the ice was what
25         caused me to lose my balance, but I
```

JEANNIE REPORTING   (305) 577-1705

```
 1                   wasn't -- but it did cause me to not be

 2                   able to regain my balance.  The defect in

 3                   the skate was what made me lose my balance.

 4                        If you ask me what caused my fall, I

 5                   would tell you it's a combination of both

 6                   things, a defect in the ice and the problem

 7                   in the ice.

 8                        THE INTERPRETER:  The problem in the

 9                   ice and the defect in the skate, I'm sorry,

10                   correction from the interpreter.

11      BY MS. GROSSMAN:

12           Q.   Okay.  But what I'm asking you is what

13      caused you to lose your balance.  And I want to

14      clarify, you're not saying that any defect in the

15      ice itself caused you to lose your balance, right?

16                        MR. ARONFELD:  Objection to form.

17                        THE WITNESS:  I can't guarantee that

18                   the defect in the ice caused me to lose my

19                   balance, I wouldn't be able to tell you

20                   that, I wouldn't be able to guarantee that

21                   or be able to say to you it happened or

22                   didn't happen.

23      BY MS. GROSSMAN:

24           Q.   Okay.  Did you ever see, before or

25      after the fall, a defect in the ice?
```



1             MR. ARONFELD:  Form.

2             THE WITNESS:  I'm sorry if I don't

3        answer this the way you like me to answer

4        this, but there's no way for me to be able

5        to see if there's a defect from the point

6        where I am standing, from when I'm

7        standing.

8   BY MS. GROSSMAN:

9        Q.    So then you didn't see a defect?

10            MR. ARONFELD:  Objection to form.

11  BY MS. GROSSMAN:

12       Q.    Right?

13       A.    What is that question again?

14       Q.    So you didn't see a defect in the ice,

15  did you?

16            MR. ARONFELD:  Objection to form.

17            THE WITNESS:  There's no way for me to

18        have seen it.  There's no way that I could

19        have seen it.  That doesn't mean it didn't

20        exist.  It means I couldn't have seen it.

21  BY MS. GROSSMAN:

22       Q.    But you yourself never saw a defect in

23  the ice, correct?

24            MR. ARONFELD:  At this point --

25            MS. GROSSMAN:  He hasn't answered the

```
 1            question.
 2                 MR. ARONFELD:  I think he has multiple
 3            times.  It's late in the day, I'm going to
 4            let him answer it one more time.  And if
 5            not, I'm going to move for protective order
 6            on this.
 7                 THE INTERPRETER:  Let me repeat the
 8            question.
 9    BY MS. GROSSMAN:
10         Q.    I can repeat it if you want.
11         A.    There's no way for me to have seen a
12    defect before the fall because at the level of my
13    eyesight there's no way for me to be able to
14    perceive that.
15         Q.    And I'm going to clarify because he
16    said before the fall.  I'm asking at any point did
17    you see a defect in the ice?
18                 MR. ARONFELD:  Objection to form,
19            asked and answered.
20                 MS. GROSSMAN:  No, it hasn't.
21                 THE WITNESS:  There's no way for me to
22            see a defect in the ice after I fell
23            because immediately when I fell, I dragged
24            myself off of the ice.
25    BY MS. GROSSMAN:
```

1    **Q.**    Paragraph 16 of the complaint says the

2    ship's movement was unsteady.  Did you perceive any

3    movement of the ship at the time that you fell?

4         **A.**    Is the question that at that same

5    moment when I fell, I perceived ship movement?

6         **Q.**    Let me strike my question.  I'll ask a

7    different question.

8              Do you think the movement of the ship

9    had anything to do with your fall?

10        **A.**    It could be possible that, yes.

11        **Q.**    So you're saying the ship's movement

12   had a role in your fall?

13        **A.**    I wouldn't be able to guarantee that,

14   but it could be possible.

15        **Q.**    Do you recall feeling any movement of

16   the ship immediately prior to losing your balance?

17        **A.**    Before losing my balance, I was in

18   movement, there's no way of me being able to

19   perceive motion because I am in motion.

20        **Q.**    Okay.  So you didn't perceive while

21   you were skating any movement of the ship, correct?

22              MR. ARONFELD:  Objection to form.

23              THE WITNESS:  There's no way of me

24         being able to perceive it because I am in

25         movement myself.

JEANNIE REPORTING   (305) 577-1705

```
 1   BY MS. GROSSMAN:
 2         Q.   So are you claiming that any movement
 3   of the ship had any role in causing you to lose
 4   your balance?
 5         A.   It could be possible that, yes.
 6         Q.   But you don't remember any movement of
 7   the ship, correct?
 8              MR. ARONFELD:  Form.
 9              THE WITNESS:  It's not that I don't
10         recall it, it's that I can't guarantee it
11         exactly because I'm in movement.
12   BY MS. GROSSMAN:
13         Q.   Okay.  So do you recall any movement
14   of the ship immediately prior to losing your
15   balance?
16              MR. ARONFELD:  Objection to form,
17         asked and answered.
18              THE WITNESS:  What is the question
19         again?
20   BY MS. GROSSMAN:
21         Q.   So do you recall any movement of the
22   ship immediately prior to losing your balance?
23         A.   There's no way of me being able to
24   perceive the movement because I am in motion.
25         Q.   Okay.
```

1           Who was the first person from Royal

2    Caribbean after your fall to come to your

3    assistance?

4           **A.**    I don't remember exactly, but it's my

5    understanding that it was one of the people that

6    were handing out skates.

7           **Q.**    And did someone bring a wheelchair to

8    the skating area to take you to the ship's medical

9    center?

10          **A.**    When I fell they were all there, they

11   didn't know what to do.  Like I said, I dragged

12   myself out of the skating rink.  And then it took,

13   and then it took a long time for them to find, I

14   think it was the nurse from the ship.

15          **Q.**    Did the nurse from the ship come to

16   the ice skating area?

17          **A.**    I'm not sure if it was her, but it was

18   somebody that wasn't exactly the same people that

19   were giving out the skates, the first three people

20   that I had seen, because that person took off the

21   skate.

22          **Q.**    Okay.  When you said two questions ago

23   that they were all there, who were you referring to

24   when you said "they"?

25          **A.**    I was referring to the people that



1    were handing out the skates, the two people.  So

2    throughout this confusion they were -- they didn't

3    know what to do, they weren't prepared, so they

4    went to look for another person to help them out.

5            Q.   So there were two people handing out

6    skates at the time you received your skates?

7            A.   There was one person handing out

8    skates.  The other person was at the entrance of

9    the skating rink, like I had told you before.

10           Q.   Who assisted you into the wheelchair?

11           A.   I don't remember exactly who helped

12   me.  The wheelchair took a long time to arrive, it

13   was a long time after I had the accident until they

14   could find the wheelchair and they could find who

15   was going to help me.  I basically had to get

16   myself on to the wheelchair on my own.

17           Q.   Where were you --

18           A.   As a matter of fact, there was a

19   person who was in the skating rink that identified

20   themselves as a doctor, when he came to me to try

21   and help me.  The people who were there assisting

22   me didn't allow it.

23           Q.   What people?

24           A.   The two people that were there in the

25   skating rink, one of them was at the entrance, at

1    the door of the skating rink, and the other that

2    was handing out skates.

3            Q.    The person who identified themselves

4    as a doctor, was that a passenger?

5            A.    I assumed so.

6            Q.    Do you know the name of that person?

7            A.    No, they didn't allow him to have any

8    contact with me.  I asked him, I said, please have

9    the skate taken off of me because I was afraid I

10   had an exposed bone.

11           Q.    And who did take the skate off of you?

12           A.    Someone from the ship, ship personnel,

13   but I don't know exactly who it was.

14           Q.    Male or female?

15           A.    I think it was a female, I think it

16   was the nurse, but I'm not sure because, remember,

17   when this is all happening and they are taking off

18   the skate, I'm yelling because of the pain that I

19   had.

20           Q.    Were you still on the ice when they

21   took the skate off?

22           A.    No, I dragged myself out and it was

23   out there that they took the skate off.

24           Q.    And was someone assisting the nurse in

25   taking your skate off?

1            **A.**    I don't remember having seen someone

2       help her.

3            **Q.**    How long do you estimate it was

4       between the time of your fall and the time that you

5       were taken to the ship's medical center?

6            **A.**    I don't remember exactly how long, how

7       much time passed, but it must have been 15 minutes.

8       They were looking for help, they were looking for

9       wheelchairs and they were looking for people to go

10      to this area.

11           **Q.**    Did anyone accompany you to the ship's

12      medical center?

13           **A.**    My wife.

14           **Q.**    And what about your children?

15           **A.**    No, they stayed with the people that

16      were with us at the dinner table, the one that

17      shared the dinner table with us, so they went to

18      the emergency area later.

19           **Q.**    Okay.  And what are the names of the

20      people that you shared the dinner table with?

21           **A.**    I don't know their names.  I know

22      their nicknames.  The woman's name is Elsie and the

23      man's name is Chello.

24           **Q.**    And did you meet them on the ship?

25           **A.**    Yes.


JEANNIE REPORTING   (305) 577-1705

```
 1              Q.   Do you know whether either of them
 2    witnessed your fall?
 3              A.   They were present on the rink, but
 4    they didn't see my fall.
 5              Q.   And have you spoken to either of them
 6    since the cruise?
 7              A.   Yes.
 8              Q.   When was the last time you spoke to
 9    either of them?
10              A.   About two Sundays ago, two weeks ago.
11              Q.   And who did you speak to two weeks
12    ago?
13              A.   With both of them.
14              Q.   Both of them.  What did you discuss?
15              A.   They went to my oldest daughter's
16    birthday.
17              Q.   Do you have their phone number?
18              A.   Yes.
19              Q.   Can you tell me the phone number?
20              A.   787-983-5331.
21              Q.   And do you know their last name?
22              A.   No.
23              Q.   Do you know where they live?
24              A.   Yes, I know where they live.  I don't
25    know exactly where they live, because I went once
```

1    to their house, I drove there, what I mean is I

2    don't know the address.

3              **Q.**    Is it in Puerto Rico?

4              **A.**    Yes, in Puerto Rico.

5              **Q.**    What city in Puerto Rico?

6              **A.**    Coamo, Puerto Rico.

7              **Q.**    Okay.  How many times have you seen

8    them since the cruise?

9              **A.**    Four times.

10             **Q.**    Once you got to the medical center

11   with your wife, what happened?

12             **A.**    I waited for some time for the doctor

13   to arrive.  The doctor comes and some x-rays are

14   taken and it's explained to me that my fracture is

15   serious and I'm told that there is no way for my

16   foot to go into place unless it's with surgery,

17   that there's a danger that due to this fracture

18   that I could lose circulation in my toes.  And if

19   this would happen, then I could develop a gangrene

20   and they would have to amputate my foot.

21              He tells me he's going to put an

22   immobilizer on me, but he was going to take the

23   pulse of my toes every half hour, but if I lose the

24   pulse in my toes, that if I do lose the pulse in my

25   toes, then I run the danger of losing my foot

1    because there's no way for me to get to a hospital

2    before this happens and there's no way of a

3    helicopter getting there or anything like that.

4    That if that would happen, then the ship would have

5    to be rerouted.

6         Q.   What medical treatment did the doctor

7    give you?

8         A.   He put this immobilizer on me and he

9    applied a narcotic medication and that basically

10   made me lose consciousness.  And after that, after

11   I stayed all night there, every four or five hours,

12   I can't remember exactly how long, they would give

13   me another dose of medication.  The nurse told me

14   they had to have me on an IV.  She had to drain

15   this medication from my body because this would

16   cause me harm.

17        Q.   Did you say drain?

18        A.   Drain.

19        Q.   Okay.

20        A.   Basically that was the treatment that

21   they gave me on the ship.

22        Q.   Do you remember the name of the nurse

23   who treated you?

24        A.   No.

25        Q.   And what was the name of the doctor



JEANNIE REPORTING   (305) 577-1705

```
 1    who treated you?

 2            A.    That either.

 3            Q.    Okay.

 4            A.    Remember that this medication that

 5    they applied, it was a narcotic, so this made me

 6    completely out of it, drowsy, drugged, sedated.

 7            Q.    I'm going to have this document marked

 8    as Exhibit B.

 9                  (Thereupon, Defendant's Exhibit B was

10            marked for identification.)

11    BY MS. GROSSMAN:

12            Q.    Mr. Lebron, I'm showing you now what

13    is marked Defendant's Exhibit B, a two-page

14    document entitled "Guest Injury Statement," and

15    I'll ask you to take a look at it.

16            A.    Yes, I saw it.

17            Q.    Do you recognize that document?

18            A.    Yes, I recognize it.

19            Q.    And what do you recognize it as?

20            A.    I don't recognize the document as

21    such.  I do know that my wife filled out a paper

22    while I was on the ship.

23            Q.    Okay.  Were you present when she

24    filled it out?

25            A.    I remember that she was completing it
```



JEANNIE REPORTING   (305) 577-1705

1    and she was next to me when she was completing this

2    document.  I don't remember exactly what it was

3    that she was completing, what she was filling out,

4    because I was sedated.

5         **Q.**   Do you know where that form came from,

6    who gave it to her or to you?

7         **A.**   No, I don't know.  Someone gave it to

8    her, I don't know exactly who.

9         **Q.**   Does your signature appear on that

10   document anywhere?

11        **A.**   Yes, on the bottom.

12        **Q.**   Have you read that document before

13   today?

14        **A.**   No.

15        **Q.**   You've never seen that before?

16        **A.**   When I signed it, I must have seen it.

17        **Q.**   Until today?

18        **A.**   Oh, no.

19        **Q.**   And you said you don't believe your

20   wife witnessed the fall, correct?

21        **A.**   Exactly when I fell, I don't know, I

22   don't think so.

23        **Q.**   And did you tell her what happened

24   after the fall?

25              MR. ARONFELD:  Objection to form.

```
 1                    THE WITNESS:  I don't remember having
 2              specified to her exactly how I fell or when
 3              she was filling that out.
 4    BY MS. GROSSMAN:
 5         Q.    You don't remember, but it's possible
 6    that you told her what to put down, correct?
 7                    MR. ARONFELD:  Form.
 8                    THE WITNESS:  I don't think so.  I
 9              don't think so, at that moment I was
10              sedated.  And at that moment I was barely
11              conscious, but if I was, my priority was my
12              family and my injury.
13    BY MS. GROSSMAN:
14         Q.    Was this statement filled out by your
15    wife before you had an x-ray?
16         A.    I don't know.
17         Q.    On page 2 of Exhibit B, do you see a
18    question that asks, "What do you believe caused
19    your accident?"
20         A.    Which one is it, this one?
21         Q.    I'll put a star next to it.
22         A.    C, "What do you believe caused this
23    accident?"  Yes.
24         Q.    And what is written next to that?
25         A.    Loss of balance.
```



1        **Q.**   And did your wife write that?

2        **A.**   That's her handwriting.

3        **Q.**   In looking at this document, do you

4    see anywhere where it says anything about the laces

5    on your skate?

6        **A.**   No, there was no way for her to have

7    been able to write that.

8        **Q.**   In looking at the two-page document

9    marked as Defendant's Exhibit B that you signed,

10   you don't see anywhere on here that mentions

11   anything about any defect in the ice, correct?

12              MR. ARONFELD:  Objection, form.

13              THE WITNESS:  No, there's no way for

14         her to know the cause of my fall or to know

15         the defect that would cause my fall.

16   BY MS. GROSSMAN:

17        **Q.**   Okay.  She was with you immediately

18   after the fall, correct?

19        **A.**   Correct.

20        **Q.**   And did she ask you what happened?

21              MR. ARONFELD:  Objection, form.

22              THE WITNESS:  I don't remember her

23         having asked me what had happened to me.

24   BY MS. GROSSMAN:

25        **Q.**   But she was with you immediately after

```
 1    the fall and accompanied you to the ship's medical

 2    center, correct?

 3                  MR. ARONFELD:  Objection to form.

 4                  THE WITNESS:  Correct.

 5    BY MS. GROSSMAN:

 6         Q.   She was with you immediately after the

 7    fall and was with you before you were sedated,

 8    correct?

 9                  MR. ARONFELD:  Objection, form.

10                  THE WITNESS:  Correct.

11    BY MS. GROSSMAN:

12         Q.   And you were speaking with her during

13    that time, correct?

14                  MR. ARONFELD:  Objection form.

15                  THE WITNESS:  I don't remember having

16              spoken to her.  I was complaining because

17              of the pain, moaning.  I don't think that

18              someone who had three different fractures

19              in their ankle and this type of fracture

20              that I had would have the desire to be

21              talking.

22    BY MS. GROSSMAN:

23         Q.   The guest injury statement was filled

24    out on what date?

25                  MR. ARONFELD:  Objection to form.
```

1           THE WITNESS:  The date down here says

2           6-20-2016, according to the date that's

3           down here on the bottom.

4    BY MS. GROSSMAN:

5           Q.   And you remember your wife having that

6    form in the ship's medical center the evening of

7    the incident, correct?

8           A.   I remember that someone gave her a

9    document to be filled out in reference to the

10   incident.  I never reviewed it, I never read it, I

11   just signed it.

12          Q.   But you signed it?

13          A.   I signed it.

14          Q.   And is that similar to what you

15   testified about the Defendant's Exhibit A, the

16   release, that you just signed it without reviewing

17   it?

18              MR. ARONFELD:  Objection to form.

19              THE WITNESS:  I don't remember having

20          read it.  I don't remember having reviewed

21          it.

22   BY MS. GROSSMAN:

23          Q.   Other than the ship's doctor and

24   nurse, did anyone else speak to you in the

25   infirmary about the incident?

1    **A.**    I don't remember exactly if someone

2    else spoke to me.  Remember that I was sedated.  I

3    was under the effects of the narcotics.

4         **Q.**    Going back to this document, this is

5    your wife's handwriting on the form.  Do you

6    recognize that as your wife's handwriting?

7         **A.**    I am not much of an expert at

8    recognizing handwriting, but that is my wife's

9    handwriting.  But the signature I'm absolutely

10   certain it is, she's the one --

11        **Q.**    I'm not asking as a writing expert,

12   but you've been with your wife for quite awhile, so

13   I'm just asking if you recognize that as her

14   handwriting.

15        **A.**    It's my understanding that it is my

16   wife's handwriting.  I can guarantee, I'm

17   absolutely certain it is her signature.

18        **Q.**    Okay.  Based on the date here, this

19   was filled on the night of the accident, correct?

20        **A.**    Correct.

21        **Q.**    And obviously that was well before the

22   time you hired an attorney in this case, correct?

23        **A.**    Of course.

24        **Q.**    And according to the information on

25   the guest injury statement, the cause of your fall

1    was you losing your balance, correct?

2                   MR. ARONFELD:  Objection to form.

3                   THE WITNESS:  That's what my answer --

4         sorry, what my wife answered in this

5         document.

6    BY MS. GROSSMAN:

7         Q.    Okay.  Do you blame yourself at all

8    for the fall?

9         A.    No.

10        Q.    Other than the ship's medical center,

11   at any time after your accident do you recall

12   telling anybody who worked for Royal Caribbean how

13   your fall occurred?

14                  MR. ARONFELD:  Objection to form.

15                  THE WITNESS:  I don't remember having

16        spoken to anybody from Royal Caribbean

17        except for one person, who was the port

18        agent or someone who was in charge of

19        following up with these people who have

20        these problems or have to stay in an

21        island, but I don't remember having talked

22        about the cause or anything related to the

23        accident.  I just remember having talked to

24        this person, just about how I was feeling

25        after the accident.

```
1    BY MS. GROSSMAN:
2         Q.   Okay.  Did you ever speak to the
3    ship's safety officer or any other ship's officer
4    about how the accident occurred?
5              MR. ARONFELD:  Objection to form.
6              THE WITNESS:  I don't remember having
7         talked to any other people from the ship
8         other than the doctor and the nurse.
9    BY MS. GROSSMAN:
10        Q.   Did you report to anyone on the ship
11   at any time that you thought that a problem with
12   the skates caused your fall?
13        A.   No, the time that I was on the ship
14   after the accident in the emergency, I was sedated
15   and I don't remember having talked to any officer
16   on the ship.
17        Q.   Do you know what happened to the
18   skates you were wearing at the time of the
19   incident?
20        A.   No.  What are you referring to, do you
21   mean what did they do with the skates after the
22   accident?
23        Q.   Do you know what happened to the
24   skates after the accident?
25        A.   No, I don't know, they were taken off
```



```
1    of me, there was no way of me being able to be

2    aware of that.

3              Q.   The day following the incident were

4    you disembarked for further medical treatment?

5              A.   Yes, approximately after ten or eleven

6    in the morning an ambulance arrived to take me to

7    disembark me and to take me to a medical center.

8              Q.   Where was that, was that in Antigua?

9              A.   Yes, that was in Antigua.

10             Q.   So did the ship's medical doctor refer

11   you to an orthopedic specialist in Antigua?

12                  MR. ARONFELD:  Objection, form.

13                  THE WITNESS:  The medical doctor or

14             someone from the ship, I don't know who,

15             contacted this clinic so they could go to

16             the ship and get me.

17   BY MS. GROSSMAN:

18             Q.   Okay.  And was it your understanding

19   you were going to see an orthopedic surgeon

20   specialist?

21             A.   Not before I left the ship.  Two

22   doctors got me from the ship.  I remember asking

23   the doctors if there was a way that they could see

24   me and then for me to come back to the ship and the

25   doctor answered that me going back to the ship was
```

1    not a priority in terms of my accident.

2         **Q.**   I don't understand what you mean, what

3    do you mean it's not a priority in terms of your

4    accident, what did you understand that to mean?

5         **A.**   I didn't understand why he said that

6    either.  I assumed they were trying to deal with

7    something serious and they were trying to stabilize

8    me before deciding to bring me back to the ship.

9         **Q.**   Okay.  So once you were picked up by

10   the ambulance at the ship and taken to the clinic,

11   what treatment, if any, did you receive there?

12        **A.**   I received the worst treatment

13   possible that any human being could receive.

14        **Q.**   Any medical treatment I'm asking you,

15   what did you receive there?

16        **A.**   They took some x-rays, they brought in

17   an orthopedist.  Before bringing in the

18   orthopedist, they left me there without any

19   treatment for over an hour and a half and the two

20   doctors who picked me up simply disappeared.

21             When I asked another nurse that was

22   there, she told me the doctors were dealing with my

23   insurance, making sure that they had the form of

24   payment, and until that didn't happen they weren't

25   going to see me.  So then that's when I asked how

```
1    much is it they need for me to pay.  This was in

2    the middle of my despair.  So she told me it was

3    $3,000, and I pulled out my credit card and paid

4    the $3,000.

5             Q.    What was the $3,000 for?

6             A.    For them to attend to me.

7             Q.    I mean, was it for a surgery or for

8    the x-rays or did you get a bill?

9             A.    For them to perform an evaluation.

10            Q.    Did they provide you with a bill?

11            A.    When I got out of the hospital.

12            Q.    And do you have that bill?

13            A.    Yes, I have it.

14            Q.    You gave it to your attorney?

15            A.    Yes, they have it.  They billed me

16   there in that invoice for blood tests, they took

17   blood and they never gave me results, an EKG and

18   for the visit or the doctor's evaluation.

19            Q.    Okay.

20            A.    That's what I can recall.  If you need

21   something more specific, you can see it on the

22   invoice.

23            Q.    Do you know the name of the

24   orthopedist who saw you in Antigua?

25            A.    No.
```



1      **Q.**   Did your wife accompany you there?

2      **A.**   No.

3      **Q.**   Did anyone accompany you to the

4    medical appointment in Antigua?

5      **A.**   Yes.

6      **Q.**   Who?

7      **A.**   Chello.

8      **Q.**   Did he stay with you the whole time

9    you were with the physicians in Antigua?

10     **A.**   Yes.  So part of the treatment, once I

11   paid the $3,000, this person gives me the

12   appointment and the doctor comes down.  So then I

13   ask this doctor, because I was very scared, if I

14   could die from this that was happening to me, and

15   he said yes.  So at that moment everything got

16   worse, because I was receiving the worst treatment

17   in the worst facilities and if it depended on them

18   for me to stay alive, then I thought this was not

19   going to happen.

20     **Q.**   Other than what you already told me,

21   what specific complaints do you have about the

22   treatment you received in Antigua, other than what

23   you already said?

24     **A.**   The facilities were completely

25   deplorable.  It was an empty hospital.  There were

JEANNIE REPORTING   (305) 577-1705

1    no other patients except for me.  They opened the

2    hospital for me.  They only treat patients who have

3    these types of problems on the ships.  They never

4    gave me an IV to hydrate, they never took my vital

5    signs, they never gave me food, not until the next

6    day.  Their food system was just to ask me if I

7    wanted to eat.

8                   When I asked them to take me to the

9    room to take me out of this supposed emergency

10   area, they told me they couldn't because it was

11   raining.  I didn't understand why it was they

12   couldn't take me out of there if it was raining and

13   I told them to take me out of there.  And to my

14   surprise, this area where the rooms were, to get me

15   over there, this was going through a parking area

16   which was rocky.  Could you imagine a patient who

17   has a broken leg on a stretcher going through a

18   rocky road.

19          Q.   Did they take you over that parking

20   lot on that stretcher?

21          A.   And besides that it was raining,

22   uh-huh.

23          Q.   When they gave you an EKG, that's

24   taking your vital signs, right?

25                   MR. ARONFELD:  Object to form.

```
1                 THE WITNESS:   That was after I was

2            taken to the room.   That isn't while I was

3            in the emergency room.   And they took me to

4            that emergency room under the rain.

5    BY MS. GROSSMAN:

6         Q.    When did you leave that facility?

7         A.    When I got there is the question?

8         Q.    No, when did you leave that facility?

9         A.    The following day, and I think it's

10   the 22nd, at seven o'clock, seven o'clock at night

11   or after seven.

12        Q.    And was Chello with you the whole

13   time?

14        A.    No.

15        Q.    When did Chello leave?

16        A.    Chello left the day I got there before

17   5 p.m. because he had to go back to the ship.   And

18   to continue responding to your question of why I

19   was treated so poorly, after they took me to the

20   room, the orthopedist tells me I need surgery to my

21   foot, he tells me I could have surgery, he could

22   operate or I could have surgery in Puerto Rico.

23        Q.    You chose Puerto Rico?

24        A.    And I chose Puerto Rico.

25        Q.    How were you transported from that
```

1    facility to Puerto Rico?

2            **A.**    I'll tell you that after I explain to

3    you why it is I think that they treated me the way

4    no one should be treated.

5            When I state that I want to go to

6    Puerto Rico to have the operation there, he tells

7    me this is a good decision that I'm making, but

8    that before doing that he has to manipulate my foot

9    in order to avoid the loss of circulation.  And I

10   tell him that that is fine, I agree, but to please

11   apply medication.  So he tells me I already have

12   enough medication in my body and the other doctor

13   who is beside me puts a pillow on my mouth and the

14   orthopedist asks me to drag my body down to the

15   edge of the bed so my knee is at the edge, the

16   bottom edge of the bed.  He places his hand on the

17   upper part of my foot and the other on my heel and

18   in cold blood he turns my foot.

19           **Q.**    Who from the ship or -- strike that.

20           Who from Royal Caribbean was assisting

21   you in coordinating your shoreside medical care?

22           MR. ARONFELD:  Objection to form.

23           THE WITNESS:  I don't know who did

24       that.  I received information from the

25       doctor who saw me in the emergency room.



```
 1                He said that someone who they called a port
 2           agent would be in constant contact with me.
 3           I never heard from that person up until the
 4           time when I got to Puerto Rico and I had
 5           surgery and I was already at home.
 6           Apparently this person tried to reach me by
 7           phone, but they were never able to reach
 8           me.
 9                When I got home I opened my e-mail and
10           saw that this person was trying to contact
11           me.  I think that, for other reasons that
12           that clinic, that I was treated the way no
13           human being should ever be treated, that's
14           at least what I think.
15                When my wife and my daughters got to
16           the clinic after having had to do millions
17           of things to be able to be allowed to stay
18           on the island and leave the ship, they
19           wanted to charge me $200 for each one of
20           them so that they could spend the night
21           there.
22    BY MS. GROSSMAN:
23           Q.   Okay.  So you're saying your wife and
24    two daughters disembarked the ship while you were
25    in the clinic in Antigua?
```

JEANNIE REPORTING   (305) 577-1705

```
1              A.    Correct.

2              Q.    And did they get off the ship the day

3     after the incident or the following day?

4              A.    The day after the accident in Antigua,

5     they disembarked in the afternoon so they could

6     stay with me in Antigua.  No one helped them with

7     the disembarkation process.  Quite the contrary,

8     they got in the way.  No one took care of the

9     transportation from the ship to the hospital.  I

10    paid over $120 for a taxi to take them from the

11    ship to the hospital in an island that I don't know

12    and that I don't know the laws or anything.

13             Q.    How were you transported from Antigua

14    to Puerto Rico?

15             A.    In an air ambulance.

16             Q.    And were your wife and children able

17    to accompany you on the air ambulance?

18             A.    No.

19             Q.    How did they get back to Puerto Rico?

20             A.    They took a flight from Antigua to

21    Miami and from Miami to Puerto Rico.

22             Q.    And once you arrived in Puerto Rico,

23    did you arrive directly to a hospital?

24             A.    I got to the airport in Aguadilla and

25    an ambulance transported me from the airport to the
```

1    hospital.

2         **Q.**   And what hospital were you transported

3    to in Aguadilla?

4         **A.**   The Good Samaritan Hospital.

5         **Q.**   Did you receive surgery at Good

6    Samaritan Hospital on your ankle?

7         **A.**   Yes.

8         **Q.**   When did you receive the surgery?

9         **A.**   The day after I arrived.

10        **Q.**   Were you satisfied with the treatment

11   you received at Good Samaritan Hospital?

12        **A.**   Yes.  I was dehydrated when I got

13   there.

14        **Q.**   How long were you in the hospital at

15   Good Samaritan Hospital?

16        **A.**   I arrived on the 22nd at approximately

17   ten o'clock at night and I was dismissed on the

18   24th.  The operation was on the 23rd after

19   seven o'clock at night.  The following day I was

20   released.

21        **Q.**   Do you know the name of the doctor who

22   performed the surgery?

23        **A.**   Yes.

24        **Q.**   What is that?

25        **A.**   Jorge Roman Danis.

1          Q.   After the surgery, did you treat with

2     one orthopedic surgeon primarily?

3          A.   After the surgery?

4          Q.   Yes.

5          A.   Yes, with the same doctor who will

6     perform the surgery.

7          Q.   Okay.  Other than Dr. Danis, did you

8     treat with any other doctors in connection with the

9     injury that you suffered aboard the ship?

10         A.   Yes, the physical therapist who

11    ordered the physical therapy.

12         Q.   What follow-up care did Dr. Danis give

13    you after the ankle surgery?

14         A.   He gave me appointments, at first

15    every two weeks, the stitches from the surgery were

16    removed.  When the stitches were removed, the

17    wounds hadn't healed, they were still open, he

18    removed the immobilizer, and for two weeks I didn't

19    have this immobilizer.

20              I went back two weeks later to the

21    appointment and he reapplied the immobilizer and

22    then afterwards I think each appointment was for

23    every month.  And so then he verified how the

24    surgery was progressing, how the bone was sealing.

25         Q.   Sealing?

```
 1              A.    Sealing.  It was healing.

 2              Q.    When is the last time you've seen Dr.

 3    Danis?

 4              A.    Around October.

 5              Q.    And in October did he discharge you

 6    from his care?

 7              A.    No.

 8              Q.    Did you start seeing a different

 9    doctor?

10              A.    No, he gave me an appointment for May.

11              Q.    May 2017?

12              A.    Yes.

13              Q.    But you haven't seen him since

14    October 2016, correct?

15              A.    Correct.

16              Q.    Who is the physical therapist that you

17    treated with after the incident?

18              A.    The doctor?

19              Q.    Yes.

20              A.    I can't remember her name.

21              Q.    Did you have an individual therapist

22    apart from a doctor?

23              A.    Yes, the one, the person who ordered

24    therapy was a physical therapist.

25              Q.    And what was the name of that physical
```

1    therapist?

2         **A.**    That's the one I can't recall, but

3    they have the names.

4         **Q.**    Okay.  Other than Dr. Danis and the

5    physical therapist that you referred to, did you

6    see any other physicians or healthcare providers

7    after the incident for treatment of injuries you

8    allege were a result of the incident?

9         **A.**    The people who did the therapy or gave

10    me therapy.

11        **Q.**    How long did you undergo physical

12    therapy?

13        **A.**    I took 20 sessions of therapy.

14        **Q.**    Is there any other treatment that you

15    haven't told me about that you received after the

16    incident for the injuries you sustained on the

17    ship?

18        **A.**    I applied ice, I do that myself.  I

19    apply ice, I stretch, I do exercises with my foot,

20    the same ones I used to do in therapy, I continued

21    to doing them, and every night I apply ice to my

22    ankle to bring down the swelling.

23        **Q.**    When did you stop physical therapy?

24        **A.**    I can't remember exactly, but it must

25    have been at some point in September.

1          Q.    And after that you continued a home

2     exercise program; is that correct?

3          A.    Yes, basically doing the same

4     exercises that they did during therapy, I do this

5     at night before going to bed.

6          Q.    Did the therapist come up with this

7     plan of what you should continue to do after

8     finishing therapy?

9          A.    Yes, she gave me the exercises that I

10    should be doing for stretching and for

11    strengthening my leg.

12         Q.    Do you continue to do those exercises

13    today?

14         A.    Yes, yes, to help me with the movement

15    of my leg and to help bring down the swelling and

16    to help with the pain.

17         Q.    Okay.  So when you concluded physical

18    therapy were you still experiencing pain from the

19    subject incident?

20         A.    Yes.

21         Q.    How frequently would you experience

22    pain at that time?

23         A.    Every day.

24         Q.    Were you taking any medication for

25    pain at that time, at the time you concluded

```
1    physical therapy?

2          A.    Yes.

3          Q.    What medicine were you taking?

4          A.    Cataflam.

5          Q.    Were you taking any other medicine at

6    the time you concluded therapy?

7          A.    No.

8          Q.    Is Cataflam a painkiller?

9          A.    Yes, it's a painkiller.  It's

10   medication for pain, but for some reason I feel

11   that when I take it, it helps me with the swelling.

12         Q.    Okay.  Who prescribed that medication?

13         A.    The orthopedist.

14         Q.    Dr. Danis?

15         A.    Dr. Danis.

16         Q.    And you presently have a prescription

17   for that medicine?

18         A.    I don't have a prescription because my

19   mom takes the same medication and she gave me a

20   bunch.

21         Q.    Your mom prescribed it?

22         A.    She gave me a big jar, she had a big

23   bottle because from Social Security she got it, so

24   she gave it to me.

25         Q.    Dr. Mom.
```

1          **A.**   Yeah.

2          **Q.**   Presently do you still experience pain

3      in your ankle as a result of the incident?

4          **A.**   Yes.

5          **Q.**   How frequently do you experience pain?

6          **A.**   Every day.

7          **Q.**   And how much time out of the day would

8      you say you experience pain?

9          **A.**   For example, I don't know if you've

10     noticed, but every time I have been sitting for a

11     long period of time and I stand up to start

12     walking, I can't walk very well.  So once I start

13     taking a few steps, then I start regaining my

14     movement and then the pain is alleviated.

15             Every night before going to bed my

16     foot is very swollen because of the day, I work

17     throughout the day and I feel pain.

18         **Q.**   Since the incident have you been

19     admitted to any hospital for any reason not

20     connected with the incident?

21         **A.**   No.

22         **Q.**   Have you seen any doctors for any

23     medical problems unrelated to the subject incident

24     since the incident?

25         **A.**   Yes.

1          Q.    Who?

2          A.    Maribel Lebron, because of pain that I

3     was feeling in my shoulders, my shoulder, my right

4     shoulder.  I don't know if that has anything to do

5     with the crutch or anything like that.  And now I'm

6     beginning to have tests because the doctor suspects

7     that I may have a hernia and I think this may have,

8     may be related also to the accident because of the

9     strength that I had to exert during physical

10    therapy and with the crutches.

11         Q.    When you were discharged from Good

12    Samaritan Hospital after your surgery were you

13    discharged in a wheelchair?

14         A.    Are you referring to the day after the

15    operation?

16         Q.    When you were discharged after the

17    operation, I think you said the 24th, were you

18    using a wheelchair at that time?

19         A.    Yes, they had me leave on a

20    wheelchair.

21         Q.    Did you use that wheelchair at home?

22         A.    No.

23         Q.    Did you use any type of assistive

24    device to get around after you were discharged from

25    the hospital, Good Samaritan, after they did the

1   surgery?

2        **A.**   Yes, the crutches, a walker and a

3   cane.  And since my house is high up, I have to go

4   upstairs, I had to go up those steps with crutches

5   and with a lot of help on that day, and a lot of

6   pain.

7        **Q.**   Since the subject incident have you

8   had any other accidents?

9        **A.**   No.

10       **Q.**   As far as the pain that you experience

11   presently, what part of your body is it located in?

12       **A.**   In the area of my ankle and in the

13   front part of the top of my foot.

14       **Q.**   Presently, you already explained the

15   stiffness you have getting up out of a chair, for

16   instance, but do you have any other physical

17   limitations as a result of the incident?

18       **A.**   I feel pain limitations if I'm going

19   up something that is on a steep slope.  If I sit

20   for too long, I also feel pain.  I have limitation

21   in the fact that I don't have a defense, so if I

22   have, for example, if I slip I don't have enough

23   strength to be able to maintain my balance because

24   of my foot.  It isn't that I don't have balance,

25   it's that I don't have enough strength in my foot


JEANNIE REPORTING   (305) 577-1705

1    to be able to recover.

2            Q.   You haven't fallen since the incident,

3    have you?

4            A.   No, thank goodness, no.  I have the

5    limitation that I have a handicap sticker in Puerto

6    Rico, because also walking long distances causes me

7    inflammation and pain.

8            Q.   How far can you walk without having

9    that kind of pain?

10           A.   Walking, I could say that about after

11   15 or 20 minutes I start feeling the inflammation.

12           Q.   Any other limitations?

13           A.   I travel very frequently because of my

14   job and the screws that I have, this is a problem

15   in airports.

16           Q.   Security, you mean?

17           A.   Yes.

18           Q.   Okay.  Any other limitations?

19           A.   No, thank God.

20           Q.   As a result of this incident, did you

21   lose time from work?

22           A.   Yes.

23           Q.   How much time did you miss from work?

24           A.   Three months.

25           Q.   And during that time did you receive

1  compensation?

2       A.   Yes.

3       Q.   Did you receive the same amount of

4  compensation as the wages you would have earned had

5  you been working?

6       A.   Not exactly.

7       Q.   How is it different?

8       A.   I lost my quarterly incentive.

9       Q.   How much is your quarterly incentive?

10      A.   $19,500.

11      Q.   What is that based on?

12      A.   In the company's results, the company

13  that I manage -- I'm sorry, the office that I

14  manage.

15      Q.   The profits of the office?

16      A.   Yes.

17      Q.   How were your profits affected by your

18  absence?

19      A.   During that quarter I was out of the

20  office, that is the quarter that the office had no

21  profits.

22      Q.   And it's your contention that it

23  didn't have profits because you weren't there?

24      A.   I wouldn't be able to guarantee that,

25  but it's my understanding that it was the case.

1      Q.   And who told you that?

2      A.   No one told me.  I could see it

3  because of the results.

4      Q.   I'm going to have the answers to

5  interrogatories marked as Defendant's Exhibit C.

6           (Thereupon, Defendant's Exhibit C was

7           marked for identification.)

8  BY MS. GROSSMAN:

9      Q.   Mr. Lebron, I'm now showing you what's

10  been marked as Defendant's Exhibit C, the answers

11  to interrogatories in this case, and ask you to

12  take a look at it.

13     A.   Yes.

14     Q.   Do you recognize that document?

15     A.   Yes.

16     Q.   Have you seen it before?

17     A.   Yes.

18     Q.   Did you provide the information

19  regarding your wage loss claim that is included in

20  your answers to interrogatories?

21     A.   Yes.

22     Q.   And based on your answers to

23  interrogatories, how much in wages did you claim to

24  have lost?

25     A.   Well, the $9,200 of my base salary and

1    the $19,500 of my bonus.

2         **Q.**    Okay.  I'm going to have this marked

3    Defendant's D, it's a letter from Sears that you

4    produced in response to your request for

5    production.

6              (Thereupon, Defendant's Exhibit D was

7              marked for identification.)

8    BY MS. GROSSMAN:

9         **Q.**    I'm handing you what's been marked

10   Defendant's Exhibit D, which is a letterhead from

11   Sears, and ask you to take a look at it and tell me

12   if you recognize it.

13        **A.**    Yes, I recognize this.

14        **Q.**    And does that letter from your

15   employer indicate that you received 100 percent of

16   your salary while you were out for three months?

17        **A.**    Yes, this is correct, but this letter

18   specifies the amount of my base salary, but it

19   doesn't specify the probability of me being able to

20   receive this bonus for incentives.  And besides

21   that, this payment of the base salary is done

22   related to or based on leave, medical leave that

23   exists in Puerto Rico.  And this leave is based on

24   the amount of days that you have worked and that

25   you haven't taken sick days.  These are days that I

1   accumulate and that I have never had to use before.

2              And during this injury I had to use

3   all of those days that I had accumulated, so these

4   days that they paid me for are days I have

5   accumulated.  It's a type of insurance that I would

6   have.

7        Q.   But just to clarify, you did receive

8   100 percent of the amount of your salary during

9   those months that you were off of work, correct?

10       A.   I received 100 percent of my salary

11  without including the bonus, and this is due to the

12  payment of the medical leave that I could receive.

13       Q.   Okay.  So as far as your answers to

14  interrogatories, it's really the quarterly bonus

15  amount that is what you have lost, correct?

16       A.   Yes, you could say that it is, that I

17  kept from receiving, not earning, but receiving

18  this quarterly bonus.

19       Q.   But you did receive your full amount

20  of your wages during that time, correct?

21              MR. ARONFELD:  Object to form.

22  BY MS. GROSSMAN:

23       Q.   I'll strike that.  You did receive

24  100 percent of the amount of your salary during the

25  time, the three months that you were off of work

1    after the incident, correct?

2         A.   Yes, I did receive 100 percent of my

3    base salary for the concept of the medical leave.

4         Q.   And you received the value of your

5    base salary for the three months that you were off

6    of work after the incident, correct?

7         A.   Correct.

8         Q.   Okay.  I just have a few more

9    questions.  I'll have these wage records marked as

10   Defendant's E, F and G.  2013 will be E, 2014 will

11   be F, 2015 will be G.

12             (Thereupon, Defendant's Exhibits E-G

13         were marked for identification.)

14   BY MS. GROSSMAN:

15        Q.   Mr. Lebron, I'm showing you what is

16   now marked Defendant's E, F and G and ask you if

17   you recognize those as your tax records that

18   reflect your income from 2013, '14 and '15?

19        A.   Correct.

20        Q.   And what was your income, based on

21   those documents, in 2013 on an annual basis?

22        A.   $70,700.

23        Q.   And in 2014, what was your annual

24   income?

25        A.   $94,699.

1              **Q.**    And 2015, this is the one I'm curious

2       about, what does that one indicate your income is?

3              **A.**    $191,405.

4              **Q.**    And what do you attribute the jump in

5       income from 2014 to 2015 to?

6              **A.**    In March of 2014 I received a

7       promotion to this job that I now have.  And this

8       year was when I worked as a store manager in the

9       Sears in Puerto Rico, and from March 2014 to

10      December 2014 this has part of the compensation

11      that corresponds to this new job.

12                  And so from this period of time, for

13      2014, this bonus that I'm talking about, the one

14      that's quarterly, and then during this period of

15      time it used to be annually.

16             **Q.**    I see.

17             **A.**    So the payment from this bonus was

18      paid in terms of the work that was done in 2014 was

19      paid in 2015.  So in 2015, I received the bonus

20      that was the annual bonus for 2014, in addition to

21      the quarterly bonuses from 2015.

22             **Q.**    Okay, I understand.  Thank you.

23                  MR. ARONFELD:  Did you really

24            understand?

25                  MS. GROSSMAN:  Yes.



JEANNIE REPORTING  (305) 577-1705

```
 1                    MR. ARONFELD:  Good for you.

 2      BY MS. GROSSMAN:

 3            Q.    So once you returned to work in

 4      September 2016, did you miss any time from work

 5      after that due to the subject incident?

 6            A.    Yes.

 7            Q.    How much work have you missed since

 8      September 15, 2016?

 9            A.    At the beginning of when I started

10      working again, I had to take time for the therapies

11      that I still had left and to go to the doctor's

12      medical appointments, for Dr. Roman Danis.

13            Q.    Are you claiming after September 15,

14      2016 that you lost any other wages as a result of

15      the subject incident?

16            A.    I can't attribute that I did not

17      receive any salary or kept from receiving any

18      salary because I would go to the therapies -- I'm

19      sorry, I would go to work in the morning and then I

20      would go to therapy in the afternoon.  So when I

21      went to the appointment with the orthopedist, I

22      would take that day off, but then I would make up

23      the day on another day.

24            Q.    Have you paid any medical bills as a

25      result of the subject incident?
```



1      **A.**    I've paid several medical bills.

2      **Q.**    How much total have you paid out of

3  your pocket for medical treatment as a result of

4  the subject incident?

5      **A.**    I don't have the exact amount at this

6  moment.  My attorney has that amount.

7      **Q.**    Has any doctor told you that you're

8  going to need any further medical treatment as a

9  result of the subject incident?

10     **A.**    The orthopedist said it depends on my

11  recovery, how my body responds to the prosthetics,

12  it's possible I may need another surgery to remove

13  the screws and the plates.

14     **Q.**    Has your doctor so far told you that

15  you've healed appropriately from the surgery?

16     **A.**    The doctor indicated the surgery went

17  well, but that the recovery would be seen after a

18  year or a year and a half after the surgery.

19     **Q.**    And before we're done I just wanted to

20  take a picture of whatever scar you have on the

21  ankle.  I know you produced some photographs after

22  the surgery and during the surgery of the ankle

23  injury, but if you don't be mind, I'd like to

24  actually see the scar if one remains and take a

25  photograph of it.

1              **A.**    With pleasure.

2              **Q.**    Other than what you already testified

3    to, did you have any other mental health treatment

4    ten years prior to the incident, as alleged in the

5    complaint?

6              **A.**    No.

7              **Q.**    Do you know of any statements made by

8    any witness to your incident?

9              **A.**    No, I don't know.

10             **Q.**    Did you take any photographs of the

11   clothing that you were wearing at the time of the

12   incident, after the incident?

13             **A.**    No.

14             **Q.**    Prior to the incident you had worn

15   skates that had laces on them, correct?

16                  MR. ARONFELD:  Form.  Come on, we're

17             not going back.

18                  MS. GROSSMAN:  Four more questions and

19             I'm done.

20                  MR. ARONFELD:  Is it four questions

21             you've asked before?

22                  MS. GROSSMAN:  No.

23                  THE WITNESS:  What type of skates?

24   BY MS. GROSSMAN:

25             **Q.**    Prior to the incident you've worn some

1    sort of skates that were tied up with shoelaces,

2    correct?

3              **A.**   Yes.

4              **Q.**   You've worn that type of skate many

5    times prior to the incident, correct?

6                   MR. ARONFELD:  Objection to form.

7                   THE WITNESS:  When I was young I used

8              to skate, yes.

9    BY MS. GROSSMAN:

10             **Q.**   And you used skates that had shoe

11   strings, correct?

12                  MR. ARONFELD:  Objection to form.

13                  THE WITNESS:  Yes.

14   BY MS. GROSSMAN:

15             **Q.**   So on the night of the incident you

16   didn't need any help being shown how to tie

17   shoelaces, did you?

18                  MR. ARONFELD:  Objection to form.

19                  THE WITNESS:  I needed help with the

20             skate that had the broken laces.

21   BY MS. GROSSMAN:

22             **Q.**   And you did not ask any of the

23   monitors who were in the area at the time with help

24   for you?

25                  MR. ARONFELD:  Objection to form.



JEANNIE REPORTING   (305) 577-1705

```
 1                 Seriously, I love you, you can't ask the

 2                 same question at 6:30 at night.

 3                       MS. GROSSMAN:  This is my last

 4                 question.

 5                       MR. ARONFELD:  Is it?

 6                       MS. GROSSMAN:  It is unless he doesn't

 7                 answer it.

 8      BY MS. GROSSMAN:

 9            Q.   And you did not ask any of the -- you

10      did not ask any of the monitors who were in the

11      area at the time for help, did you?

12            A.   I didn't find anyone in the area that

13      I could ask for help.

14            Q.   So you didn't ask?

15                       MR. ARONFELD:  You said it was the

16                 last.

17                       MS. GROSSMAN:  He didn't answer the

18                 question yes or no.

19      BY MS. GROSSMAN:

20            Q.   Did you ask or not?

21            A.   No, because there was nobody there.

22                       MR. ARONFELD:  We'll read.

23                       (Thereupon, the deposition was

24                 concluded at 6:40 p.m.)

25
```

```
 1
 2                    CERTIFICATE OF OATH
 3
 4     STATE OF FLORIDA
 5     COUNTY OF DADE
 6
 7
 8              I, the undersigned authority, certify
 9     that EDGARDO LEBRON personally appeared before me
10     and was duly sworn.
11              WITNESS my hand and official seal this
12     22nd day of April, 2017.
13
14                    Paula Pace
15     _ _ _ _ _ _ _ _ _ _ _ _ _ _
16     PAULA PACE
17     Notary Public State of Florida
18     My commission Expires:  8-24-18
19
20
21
22                    PAULA D. PACE
                      MY COMMISSION # FF 146491
23                    EXPIRES: August 24, 2018
                      Bonded Thru Notary Public Underwriters
24
25
```

JEANNIE REPORTING, (305) 577-1705

```
 1              CERTIFICATE OF SHORTHAND REPORTER

 2

          STATE OF FLORIDA   )
 3                           )  SS.
          COUNTY OF DADE     )
 4
                    I, Paula Pace, RPR, do hereby certify
 5        that I was authorized to and did stenographically
          report deposition of EDGARDO LEBRON, that a review
 6        of the transcript was requested; and that the
          foregoing transcript, pages 1 through 174 is a true
 7        record of my stenographic notes.

 8                    I FURTHER CERTIFY that I am not a
          relative, employee, or attorney, or counsel of any
 9        of the parties, nor am I a relative or employee of
          any of the parties' attorney or counsel connected
10        with the action, nor am I financially interested in
          the action.

11

12

13                    DATED, this 22nd day of April, 2017.

14

15        _____
          PAULA PACE, RPR
16

17

18

19

20

21

22

23

24

25
```

PAULA D. PACE
MY COMMISSION # FF 146491
EXPIRES: August 24, 2018
Bonded Thru Notary Public Underwriters

**JEANNIE REPORTING,  (305) 577-1705**

1                          <u>JURAT PAGE</u>

2     STATE OF FLORIDA  )
                        )SS.
3     COUNTY OF DADE    )

4

5

6               I, hereby certify that I have read the

7     foregoing transcript pages 1 to 174 and find the

8     same to be true and accurate.

9               Any corrections made by me are set

10    forth on the errata page attached hereto.

11

12

13               _____

14                  EDGARDO LEBRON

15

16    Sworn to and subscribed before me on this,
      _____ day of _____, 2017.
17

18    _____
      Notary Public in and for the
19    State of Florida at Large.
      My Commission expires:

20

21

22

23

24

25

```
 1               JEANNIE REPORTING
                28 West Flagler Street
 2                   Suite 610
                 Miami, Florida 33130
 3

 4

 5      TO:  EDGARDO LEBRON
             c/o Spencer Marc Aronfeld, Esquire
 6           ARONFELD TRIAL LAWYERS
             3132 Ponce de Leon Boulevard
 7           Coral Gables, Florida 33134

 8
        April 22, 2017
 9
        IN RE:  Lebron v. RCCL
10
        CASE NO:  1:16-cv-24687-willliams/Simonton
11
        Dear Mr. Lebron,
12
        With reference to the examination of YOURSELF,
13      deponent in the above-styled cause, taken on April
        6, 2017 under oath, please be advised that the
14      transcript of the Deposition has been transcribed
        and is awaiting your signature.
15
        Please arrange to conclude this matter at your
16      earliest convenience.  We would suggest that you
        telephone this office and arrange an appointment
17      suitable for all concerned.

18      However, if this has not been taken care of by
        May 22, 2017, we shall conclude the reading and
19      signing of said deposition has been waived, and
        shall then proceed to file the original of the said
20      transcript with the party who took the deposition,
        without further notice to any parties.
21
                       Sincerely,
22

23
             _____
24                     Paula Pace

25      cc:  All Counsel of Record.
```

```
 1                          ERRATA SHEET

 2    F.R.C.P. RULE 1.310 PROVIDES IN PART:
         (e)"...Any changes in form or substance that the
 3    witness wants to make shall be entered upon a
      separate correction page by the officer with a
 4    statement of the reasons given by the witness for
      making them..."

 5

 6     PAGE/LINE           CHANGE/CORRECTION           REASON

 7     _____

 8     _____

 9     _____

10     _____

11     _____

12     _____

13     _____

14     _____

15     _____

16     _____

17     _____

18

19     I, _____, do hereby certify that I
       have read the foregoing transcript of my
20     deposition, given on April 6, 2017, and that
       together with any additions or corrections made
21     herein, it is true and correct.

22

23                          _____

24                          EDGARDO LEBRON

25
```

## $

**$120** [1] - 153:10
**$140,000** [1] - 17:24
**$19,500** [2] - 164:10, 166:1
**$191,405** [1] - 169:3
**$200** [1] - 152:19
**$3,000** [4] - 147:3, 147:4, 147:5, 148:11
**$70,700** [1] - 168:22
**$9,200** [1] - 165:25
**$94,699** [1] - 168:25

## '

**'14** [1] - 168:18
**'15** [1] - 168:18
**'99** [1] - 32:10

## 0

**00617** [1] - 6:19
**065** [1] - 2:21

## 1

**1** [3] - 66:11, 176:6, 177:7
**1.310** [1] - 179:2
**10** [10] - 12:12, 39:10, 45:23, 49:22, 62:24, 91:15, 91:19, 91:25, 94:7, 102:18
**10-minute** [1] - 5:4
**10-year-old** [1] - 84:11
**100** [5] - 166:15, 167:8, 167:10, 167:24, 168:2
**11** [3] - 6:3, 7:3, 7:6
**11:52** [1] - 1:15
**136** [1] - 2:22
**14** [4] - 26:13, 26:17, 29:7, 114:24
**15** [14] - 7:2, 26:17, 29:7, 37:21, 69:20, 75:20, 94:7, 102:18, 118:14, 132:7, 163:11, 170:8, 170:13
**16** [1] - 127:1
**165** [1] - 2:22
**166** [1] - 2:23
**168** [3] - 2:23, 2:24, 2:24
**174** [2] - 176:6, 177:7
**18** [1] - 56:19

**180** [1] - 112:22
**1974** [1] - 6:3
**1992** [1] - 15:23
**1:16-cv-24687-willliams/Simonton** [2] - 1:4, 178:10

## 2

**2** [7] - 1:14, 2:7, 66:20, 66:23, 88:10, 88:11, 138:17
**2.4** [1] - 6:17
**20** [11] - 5:9, 5:13, 26:13, 26:18, 37:21, 40:10, 61:20, 62:24, 94:7, 157:13, 163:11
**2000** [2] - 15:23, 32:11
**2002** [1] - 32:10
**2005** [1] - 32:11
**2008** [2] - 22:16, 23:1
**2010** [1] - 71:19
**2013** [4] - 2:23, 168:10, 168:18, 168:21
**2014** [10] - 2:24, 168:10, 168:23, 169:5, 169:6, 169:9, 169:10, 169:13, 169:18, 169:20
**2015** [8] - 2:24, 26:10, 168:11, 169:1, 169:5, 169:19, 169:21
**2016** [8] - 5:9, 5:13, 21:3, 40:10, 156:14, 170:4, 170:8, 170:14
**2017** [9] - 1:16, 156:11, 175:12, 176:13, 177:16, 178:8, 178:13, 178:18, 179:20
**214** [1] - 12:15
**22** [2] - 178:8, 178:18
**22nd** [4] - 150:10, 154:16, 175:12, 176:13
**2300** [2] - 1:14, 2:8
**23rd** [1] - 154:18
**24** [2] - 7:25, 8:24
**240** [1] - 12:22
**24th** [2] - 154:18, 161:17
**25** [2] - 56:19, 61:21
**28** [1] - 178:1

## 3

**3** [2] - 2:16, 69:8
**30** [1] - 52:24
**3132** [2] - 2:4, 178:6
**33130** [1] - 178:2
**33131** [2] - 1:15, 2:8
**33134** [2] - 2:4, 178:7

## 4

**4** [3] - 67:8, 67:16, 67:18
**40** [4] - 18:21, 48:22, 94:17
**45** [4] - 18:22, 52:24, 53:23, 94:17

## 5

**5** [5] - 5:3, 12:12, 45:23, 69:8, 150:17

## 6

**6** [3] - 1:16, 178:13, 179:20
**6-20-2016** [1] - 141:2
**610** [1] - 178:2
**682** [1] - 6:17
**6:30** [2] - 51:19, 174:2
**6:40** [1] - 174:24

## 7

**787-983-5331** [1] - 133:20
**7:15** [3] - 69:17, 69:20, 69:25
**7:30** [2] - 55:7, 55:8

## 8

**8-24-18** [1] - 175:18

## 9

**90-degree** [1] - 112:21

## A

**a.m** [1] - 1:15
**abilities** [1] - 8:19
**ability** [1] - 7:25

**able** [63] - 9:3, 57:22, 66:16, 74:3, 74:12, 77:24, 78:2, 79:7, 79:8, 84:7, 85:9, 85:12, 96:2, 96:20, 98:8, 102:2, 104:14, 104:23, 105:9, 105:20, 106:20, 106:25, 109:3, 111:19, 113:15, 113:18, 113:23, 113:25, 115:16, 116:9, 116:18, 116:20, 117:8, 117:17, 117:23, 119:1, 119:24, 121:9, 121:15, 122:4, 122:8, 122:14, 122:23, 123:23, 124:2, 124:19, 124:20, 124:21, 125:4, 126:13, 127:13, 127:18, 127:24, 128:23, 139:7, 145:1, 152:7, 152:17, 153:16, 162:23, 163:1, 164:24, 166:19
**abnormal** [1] - 60:7
**aboard** [1] - 155:9
**above-styled** [1] - 178:13
**absence** [1] - 164:18
**absolutely** [2] - 142:9, 142:17
**abstinence** [1] - 27:2
**accident** [30] - 5:8, 9:25, 17:12, 17:18, 19:14, 19:19, 19:20, 19:22, 20:2, 20:4, 28:24, 35:10, 102:11, 103:16, 110:4, 130:13, 138:19, 138:23, 142:19, 143:11, 143:23, 143:25, 144:4, 144:14, 144:22, 144:24, 146:1, 146:4, 153:4, 161:8
**accidents** [3] - 17:17, 19:16, 162:8
**accompanied** [2] - 67:4, 140:1
**accompany** [4] - 132:11, 148:1, 148:3, 153:17
**according** [3] - 74:6, 141:2, 142:24

**accumulate** [1] - 167:1
**accumulated** [2] - 167:3, 167:5
**accurate** [1] - 177:8
**acid** [1] - 9:1
**acquaintances** [1] - 40:14
**acquired** [1] - 29:11
**act** [1] - 3:2
**acting** [1] - 11:6
**action** [3] - 11:10, 176:10, 176:10
**activities** [8] - 42:10, 42:25, 43:19, 45:2, 45:7, 45:12, 54:4, 86:20
**activity** [4] - 21:9, 42:17, 42:20, 67:2
**actual** [1] - 111:10
**adapt** [1] - 108:17
**add** [2] - 72:5, 82:5
**addiction** [2] - 35:17, 35:20
**addition** [3] - 6:8, 76:17, 169:20
**additional** [2] - 76:17, 76:20
**additions** [1] - 179:20
**address** [9] - 6:11, 6:13, 6:14, 6:15, 6:16, 6:21, 7:5, 30:11, 134:2
**adequate** [1] - 118:24
**adjust** [2] - 83:13, 116:20
**adjusting** [1] - 83:14
**admitted** [6] - 28:14, 29:5, 29:7, 29:9, 34:21, 160:19
**adults** [1] - 94:8
**ADVENTURE** [5] - 5:8, 5:14, 40:9, 41:10, 47:20
**advised** [1] - 178:13
**affected** [1] - 164:17
**afraid** [1] - 131:9
**afternoon** [5] - 43:17, 45:11, 54:23, 153:5, 170:20
**afterwards** [2] - 25:4, 155:22
**age** [2] - 5:25, 67:4, 88:18
**agent** [2] - 143:18, 152:2
**ages** [1] - 6:25
**ago** [11] - 11:16, 13:21, 24:24, 25:8, 28:6, 28:13, 38:22,

129:22, 133:10, 133:12
**agree** [3] - 39:22, 72:3, 151:10
**Aguadilla** [5] - 36:13, 36:16, 36:17, 153:24, 154:3
**ahead** [1] - 100:1
**air** [2] - 153:15, 153:17
**airport** [2] - 153:24, 153:25
**airports** [1] - 163:15
**alcohol** [4] - 7:24, 8:18, 51:5, 51:8
**alcoholic** [1] - 50:20
**alcoholism** [1] - 35:14
**alive** [1] - 148:18
**allege** [1] - 157:8
**alleged** [1] - 172:4
**allergies** [1] - 44:9
**allergy** [1] - 28:1
**alleviated** [1] - 160:14
**alley** [1] - 39:1
**allow** [3] - 88:24, 130:22, 131:7
**allowed** [7] - 59:5, 65:25, 68:21, 69:13, 69:16, 89:4, 152:17
**allows** [1] - 79:9
**almost** [1] - 100:24
**ALSO** [1] - 2:10
**ambulance** [5] - 145:6, 146:10, 153:15, 153:17, 153:25
**amount** [9] - 164:3, 166:18, 166:24, 167:8, 167:15, 167:19, 167:24, 171:5, 171:6
**amputate** [1] - 134:20
**analyst** [1] - 17:6
**angle** [1] - 112:21
**ankle** [29] - 38:4, 77:17, 77:19, 77:22, 77:25, 85:8, 85:17, 109:5, 109:9, 112:7, 112:9, 112:16, 112:20, 114:6, 116:13, 117:3, 117:7, 117:25, 118:2, 118:5, 140:19, 154:6, 155:13, 157:22, 160:3, 162:12, 171:21, 171:22
**announcement** [1] - 104:4
**announcements** [4] - 64:10, 104:2, 104:5,

104:8
**annual** [3] - 168:21, 168:23, 169:20
**annually** [1] - 169:15
**answer** [18] - 4:3, 4:6, 4:15, 8:5, 8:6, 8:9, 8:10, 34:5, 37:7, 37:9, 81:14, 115:24, 125:3, 126:4, 143:3, 174:7, 174:17
**answered** [6] - 103:16, 125:25, 126:19, 128:17, 143:4, 145:25
**answers** [5] - 165:4, 165:10, 165:20, 165:22, 167:13
**Answers** [1] - 2:22
**Antigua** [13] - 42:4, 145:8, 145:9, 145:11, 147:24, 148:4, 148:9, 148:22, 152:25, 153:4, 153:6, 153:13, 153:20
**anxiety** [2] - 24:2, 25:5
**aortic** [1] - 20:13
**Apart** [1] - 29:3
**apart** [9] - 18:12, 21:13, 24:12, 24:14, 30:2, 33:11, 98:23, 99:1, 156:22
**appear** [4] - 66:2, 66:19, 95:14, 137:9
**appearance** [4] - 78:13, 115:7, 115:10, 115:14
**APPEARANCES** [1] - 2:1
**appeared** [2] - 92:3, 175:9
**applicable** [1] - 66:25
**applied** [3] - 135:9, 136:5, 157:18
**apply** [3] - 151:11, 157:19, 157:21
**appointment** [7] - 148:4, 148:12, 155:21, 155:22, 156:10, 170:21, 178:16
**appointments** [5] - 7:15, 7:18, 7:20, 155:14, 170:12
**appropriately** [1] - 171:15
**April** [6] - 1:16, 175:12, 176:13, 178:8, 178:13, 179:20

**Aquadilla** [1] - 36:18
**arbitration** [1] - 10:16
**area** [62] - 16:12, 17:18, 38:25, 46:24, 47:16, 53:18, 56:9, 56:10, 56:12, 58:18, 59:9, 60:13, 60:14, 61:25, 62:6, 62:8, 62:11, 63:14, 63:20, 64:1, 64:8, 67:21, 68:9, 68:11, 68:14, 68:17, 74:4, 74:7, 75:8, 77:16, 77:24, 78:22, 78:23, 79:8, 86:9, 86:12, 86:18, 99:4, 101:4, 102:22, 106:18, 106:21, 106:22, 106:23, 106:24, 107:1, 108:2, 117:24, 118:1, 118:25, 121:10, 129:8, 129:16, 132:10, 132:18, 149:10, 149:14, 149:15, 162:12, 173:23, 174:11, 174:12
**arrange** [2] - 178:15, 178:16
**arrested** [1] - 9:17
**arrive** [3] - 130:12, 134:13, 153:23
**arrived** [6] - 56:4, 57:19, 145:6, 153:22, 154:9, 154:16
**articles** [1] - 89:5
**ashore** [1] - 42:5
**assigned** [1] - 46:24
**assistance** [2] - 26:23, 129:3
**assistant** [1] - 17:6
**assisted** [1] - 130:10
**assisting** [3] - 130:21, 131:24, 151:20
**assistive** [1] - 161:23
**associate** [1] - 17:10
**associated** [1] - 21:5
**assume** [1] - 33:18
**assumed** [3] - 86:1, 131:5, 146:6
**assuming** [1] - 8:6
**attached** [2] - 101:6, 177:10
**attack** [1] - 21:11
**attempted** [1] - 85:19
**attend** [1] - 147:6
**attorney** [4] - 3:12, 142:22, 147:14, 171:6, 176:8, 176:9
**attraction** [4] - 75:18, 75:21, 75:23, 76:16
**attributable** [1] - 34:16
**attribute** [4] - 12:23, 23:4, 169:4, 170:16
**aunt** [1] - 9:8
**aura** [1] - 35:9
**authority** [1] - 175:8
**authorized** [1] - 176:5
**auto** [2] - 19:21, 20:4
**available** [5] - 77:2,

128:8, 128:16, 137:25, 138:7, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:18, 143:2, 143:14, 144:5, 145:12, 149:25, 151:22, 167:21, 169:23, 170:1, 172:16, 172:20, 173:6, 173:12, 173:18, 173:25, 174:5, 174:15, 174:22, 178:6
**avoid** [6] - 88:20, 105:10, 110:6, 114:1, 119:5, 151:9
**avoided** [1] - 86:20
**awaiting** [1] - 178:14
**aware** [4] - 49:3, 59:1, 111:4, 145:2
**awhile** [2] - 113:17, 142:12

## B

**bachelor's** [1] - 15:14
**backwards** [1] - 111:16
**balance** [41] - 27:7, 44:12, 44:14, 100:13, 105:9, 105:10, 108:15, 108:17, 108:25, 109:2, 109:11, 109:20, 109:21, 109:25, 110:3, 111:20, 112:4, 114:7, 115:11, 115:15, 115:16, 119:2, 123:4, 123:9, 123:14, 123:20, 123:25, 124:2, 124:3, 124:13, 124:15, 124:19, 127:16, 127:17, 128:4, 128:15, 128:22, 138:25, 143:1, 162:23, 162:24
**balanced** [1] - 108:19
**balancing** [1] - 96:24
**Barceloneta** [6] - 6:12, 6:18, 26:1, 27:19, 27:25, 28:19
**barely** [1] - 138:10
**Barrio** [1] - 6:17
**BARRIO** [1] - 6:17
**base** [5] - 165:25, 166:18, 166:21, 168:3, 168:5
**based** [6] - 142:18, 164:11, 165:22, 166:22, 166:23, 168:20
**basis** [2] - 37:1, 168:21
**become** [1] - 35:7
**bed** [4] - 151:15, 151:16, 158:5, 160:15

77:3, 77:5, 88:20, 116:19



**beer** [1] - 51:6
**beginning** [4] - 67:14, 89:23, 161:6, 170:9
**behalf** [1] - 114:17
**BEHALF** [2] - 2:3, 2:6
**behind** [6] - 20:3, 91:5, 91:6, 100:1, 100:3, 100:5
**belong** [2] - 51:23, 52:1
**bench** [7] - 92:16, 92:18, 92:22, 93:2, 93:5, 93:12
**benches** [1] - 62:8
**beside** [1] - 151:13
**between** [23] - 19:4, 26:13, 26:17, 32:10, 32:11, 37:21, 45:17, 51:19, 52:24, 61:20, 70:11, 70:25, 75:16, 84:24, 85:1, 85:4, 87:14, 94:7, 94:17, 95:19, 102:18, 132:4
**beverages** [1] - 50:20
**big** [7] - 20:1, 20:3, 62:23, 84:23, 92:22, 159:22
**bill** [3] - 147:8, 147:10, 147:12
**billed** [1] - 147:15
**bills** [2] - 170:24, 171:1
**birth** [2] - 6:1, 6:3
**birthday** [1] - 133:16
**Biscayne** [4] - 1:13, 1:14, 2:7, 2:7
**bit** [1] - 3:20
**black** [9] - 104:25, 120:3, 120:4, 120:7, 120:11, 120:12, 120:13
**blackish** [1] - 120:11
**blade** [2] - 72:10, 78:23
**Blade** [1] - 36:16
**bladed** [1] - 88:3
**blader** [4] - 37:20, 37:25, 38:9, 88:8
**blades** [6] - 38:8, 54:16, 54:18, 78:6, 79:2, 87:18
**blading** [4] - 37:18, 78:14, 85:16, 88:7
**blame** [1] - 143:7
**bleacher** [1] - 108:1
**bleachers** [6] - 56:12, 68:10, 68:16, 89:9, 94:21, 94:24
**blood** [10] - 21:17, 21:20, 21:23, 22:5,

22:9, 22:11, 24:15, 147:16, 147:17, 151:18
**blurry** [1] - 35:7
**boarded** [1] - 42:24
**body** [16] - 28:2, 31:16, 31:21, 32:2, 109:5, 109:9, 111:23, 112:6, 112:8, 112:11, 112:15, 135:15, 151:12, 151:14, 162:11, 171:11
**bold** [1] - 86:13
**bolded** [1] - 86:18
**Bolera** [1] - 36:18
**BOLERA** [1] - 36:18
**bone** [5] - 31:21, 34:19, 112:10, 131:10, 155:24
**bonus** [9] - 166:1, 166:20, 167:11, 167:14, 167:18, 169:13, 169:17, 169:19, 169:20
**bonuses** [1] - 169:21
**booked** [1] - 40:20
**boot** [5] - 72:10, 78:21, 79:16, 117:4, 117:18
**bottle** [1] - 159:23
**bottom** [10] - 72:11, 78:22, 116:14, 116:17, 117:9, 118:3, 118:5, 137:11, 141:3, 151:16
**Boulevard** [4] - 1:14, 2:4, 2:7, 178:6
**Bowling** [1] - 36:17
**bowling** [1] - 39:1
**box** [2] - 66:20, 81:12
**Branch** [1] - 15:9
**break** [3] - 5:3, 5:4, 5:5
**breakfast** [5] - 51:15, 53:16, 53:17, 53:21, 53:24
**breaking** [1] - 112:10
**breath** [1] - 28:10
**bring** [6] - 44:6, 47:23, 129:7, 146:8, 157:22, 158:15
**bringing** [1] - 146:17
**broken** [13] - 31:21, 70:15, 77:23, 113:14, 115:18, 115:23, 115:24, 115:25, 116:2, 116:6, 149:17,

173:20
**brought** [2] - 11:10, 146:16
**brown** [1] - 59:10
**Buen** [1] - 27:17
**buffet** [1] - 53:19
**bullet** [1] - 88:11
**bunch** [1] - 159:20
**burden** [1] - 84:2
**Buspar** [4] - 23:22, 23:23, 25:14, 25:16
**buttocks** [4] - 112:7, 112:16, 113:1, 113:4
**buy** [1] - 49:7
**buyer** [1] - 17:5
**BY** [91] - 2:5, 2:9, 3:8, 8:15, 14:23, 31:7, 36:24, 37:10, 40:1, 46:11, 50:15, 53:11, 54:12, 58:25, 64:25, 65:16, 68:1, 74:24, 78:10, 78:18, 78:25, 79:10, 86:5, 87:23, 89:11, 89:22, 90:6, 90:12, 91:3, 92:21, 93:6, 94:4, 97:25, 99:7, 99:13, 99:20, 100:6, 103:6, 103:13, 106:3, 106:12, 110:7, 110:22, 111:3, 114:2, 115:20, 116:23, 118:13, 120:21, 121:25, 122:17, 123:2, 123:11, 123:17, 124:11, 124:23, 125:8, 125:11, 125:21, 126:9, 126:25, 128:1, 128:12, 128:20, 136:11, 138:4, 138:13, 139:16, 139:24, 140:5, 140:11, 140:22, 141:4, 141:22, 143:6, 144:1, 144:9, 145:17, 150:5, 152:22, 165:8, 166:8, 167:22, 168:14, 170:2, 172:24, 173:9, 173:14, 173:21, 174:8, 174:19

---

**C**

**c/o** [1] - 178:5
**cabin** [1] - 41:23
**calcification** [1] -

20:20
**calcified** [1] - 20:13
**camera** [5] - 47:23, 48:1, 48:2, 48:4, 48:12
**cameras** [1] - 89:6
**Camuy** [2] - 22:22, 30:21
**cane** [1] - 162:3
**cannot** [4] - 4:17, 86:20, 89:5, 90:19
**capital** [1] - 86:9
**car** [2] - 19:19, 20:3
**card** [1] - 147:3
**care** [6] - 29:18, 151:21, 153:8, 155:12, 156:6, 178:18
**cared** [1] - 115:9
**CARIBBEAN** [1] - 1:8
**Caribbean** [26] - 3:12, 55:20, 56:25, 63:25, 64:4, 67:20, 74:5, 74:6, 74:15, 74:25, 76:6, 76:25, 79:23, 80:1, 81:1, 81:17, 98:11, 98:16, 99:1, 99:3, 103:8, 104:12, 129:2, 143:12, 143:16, 151:20
**Caribbean's** [1] - 46:24
**Carreta** [1] - 6:16
**CARRETA** [1] - 6:16
**carried** [1] - 89:5
**Carvajal** [1] - 10:11
**CASE** [2] - 1:4, 178:10
**case** [11] - 1:24, 8:11, 10:22, 11:3, 11:5, 12:1, 12:4, 114:13, 142:22, 164:25, 165:11
**Cataflam** [2] - 159:4, 159:8
**caused** [19] - 113:20, 113:21, 113:25, 114:3, 114:6, 121:1, 123:4, 123:8, 123:9, 123:13, 123:20, 123:25, 124:4, 124:13, 124:15, 124:18, 138:18, 138:22, 144:12
**causes** [1] - 163:6
**causing** [2] - 120:24, 128:3
**caution** [1] - 4:7
**cc** [1] - 178:25
**CCTV** [1] - 98:1
**center** [8] - 129:9,

132:5, 132:12, 134:10, 140:2, 141:6, 143:10, 145:7
**certain** [10] - 31:25, 57:10, 70:14, 86:19, 106:25, 113:24, 115:25, 123:24, 142:10, 142:17
**CERTIFICATE** [2] - 175:2, 176:1
**certify** [4] - 175:8, 176:4, 177:6, 179:19
**CERTIFY** [1] - 176:8
**Cesar** [1] - 22:20
**cetera** [2] - 14:15
**chair** [1] - 162:15
**chance** [2] - 8:3, 65:21
**change** [2] - 12:16, 54:24
**CHANGE/ CORRECTION** [1] - 179:6
**changes** [1] - 179:2
**charge** [4] - 63:14, 113:18, 143:18, 152:19
**Chello** [5] - 132:23, 148:7, 150:12, 150:15, 150:16
**chemical** [1] - 15:14
**chest** [1] - 31:18
**child** [2] - 39:3, 67:7
**childhood** [1] - 20:9
**children** [12] - 7:1, 54:18, 58:2, 62:10, 66:25, 72:22, 73:3, 88:18, 89:4, 94:8, 132:14, 153:16
**chiropractor** [1] - 30:6
**chose** [3] - 41:12, 150:23, 150:24
**chronic** [2] - 26:3, 26:7
**cigarettes** [1] - 26:21
**circulation** [2] - 134:18, 151:9
**circumstances** [1] - 10:21
**citizen** [2] - 6:4, 6:7
**city** [1] - 134:5
**claim** [3] - 14:11, 165:19, 165:23
**claiming** [3] - 34:14, 128:2, 170:13
**clarify** [6] - 33:24, 106:13, 111:1, 124:14, 126:15, 167:7
**Claudia** [3] - 7:2, 99:25, 111:12



JEANNIE REPORTING (305) 577-1705

cleaned [1] - 105:22
clear [2] - 4:9, 63:7
clearly [1] - 14:17
clinic [5] - 145:15, 146:10, 152:12, 152:16, 152:25
clips [3] - 38:12, 73:6
clock [1] - 103:22
close [3] - 57:10, 107:3, 107:6
closed [1] - 47:8
clothes [1] - 54:25
clothing [1] - 172:11
cloud [2] - 48:16, 50:11
Coamo [1] - 134:6
cold [2] - 31:18, 151:18
college [3] - 15:5, 15:7, 15:22
color [8] - 73:9, 73:12, 119:20, 120:7, 120:9, 120:10, 120:15, 120:23
colored [2] - 58:13, 61:10
combination [1] - 124:5
coming [5] - 75:13, 75:15, 75:17, 76:2, 113:11
comments [1] - 41:7
commission [1] - 175:18
Commission [1] - 177:19
committed [1] - 34:22
communication [2] - 96:12, 96:14
company [5] - 10:23, 10:24, 11:1, 17:16, 164:12
company's [1] - 164:12
compensation [3] - 164:1, 164:4, 169:10
complaining [1] - 140:16
complaint [7] - 114:11, 114:12, 114:14, 114:24, 118:14, 127:1, 172:5
complaints [1] - 148:21
complete [2] - 14:24, 117:11
completely [12] - 4:2, 66:13, 90:3, 107:18, 111:19, 112:22, 120:3, 120:4, 120:6,

136:6, 148:24
completing [3] - 136:25, 137:1, 137:3
computer [4] - 48:13, 48:15, 120:12
Concepcion [1] - 29:8
concept [1] - 168:3
concerned [2] - 117:21, 178:17
conclude [2] - 178:15, 178:18
concluded [4] - 158:17, 158:25, 159:6, 174:24
condition [13] - 20:10, 20:12, 20:15, 21:6, 21:9, 21:13, 22:12, 24:14, 93:18, 115:2, 115:5, 118:16, 118:18
conditions [8] - 20:8, 21:16, 22:13, 23:6, 24:16, 26:4, 67:1, 88:24
confused [2] - 115:22, 123:16
confusion [1] - 130:2
connected [2] - 160:20, 176:9
connection [3] - 29:4, 32:12, 155:8
conscious [1] - 138:11
consciousness [1] - 135:10
consider [1] - 20:1
considered [4] - 37:20, 37:25, 38:8, 88:7
constant [1] - 152:2
consumed [1] - 50:20
contact [6] - 33:15, 33:18, 120:2, 131:8, 152:2, 152:10
contacted [1] - 145:15
contention [1] - 164:22
continue [4] - 88:23, 150:18, 158:7, 158:12
continued [2] - 157:20, 158:1
contrary [1] - 153:7
contributed [2] - 114:9, 118:9
control [3] - 21:19, 50:9, 113:10
convenience [1] - 178:16
conversation [1] -

63:24
conversations [2] - 76:9, 76:12
convicted [1] - 9:14
coordinating [1] - 151:21
copy [1] - 49:17
Coral [2] - 2:4, 178:7
corporate [1] - 11:6
Corporation [1] - 1:9
Correal [2] - 2:10, 3:1
correct [121] - 5:9, 5:10, 11:24, 13:2, 31:9, 33:18, 34:4, 34:8, 34:9, 38:14, 40:10, 41:11, 43:6, 43:8, 43:9, 45:19, 52:12, 54:14, 57:20, 60:19, 60:21, 60:24, 63:9, 63:11, 63:12, 66:14, 66:17, 67:17, 69:10, 69:11, 69:25, 70:4, 71:3, 71:10, 74:10, 76:22, 76:23, 77:2, 79:20, 79:21, 79:23, 80:9, 80:13, 80:20, 81:2, 82:12, 83:15, 83:16, 83:18, 85:18, 85:20, 85:21, 87:7, 87:12, 89:25, 90:2, 90:8, 91:16, 92:3, 94:5, 95:1, 95:24, 97:8, 97:12, 97:13, 100:1, 100:14, 100:15, 102:3, 102:4, 102:20, 104:12, 105:14, 106:6, 108:3, 108:22, 112:24, 117:1, 117:2, 117:6, 117:12, 119:17, 121:19, 122:11, 123:5, 123:14, 125:23, 127:21, 128:7, 137:20, 138:6, 139:11, 139:18, 139:19, 140:2, 140:4, 140:8, 140:10, 140:13, 141:7, 142:19, 142:20, 142:22, 143:1, 153:1, 156:14, 156:15, 158:2, 166:17, 167:9, 167:15, 167:20, 168:1, 168:6, 168:7, 168:19, 172:15, 173:2, 173:5,

173:11, 179:21
correction [2] - 124:10, 179:3
corrections [2] - 177:9, 179:20
corrective [1] - 33:23
correctly [10] - 4:20, 56:21, 77:13, 82:22, 85:14, 85:25, 96:20, 115:17, 115:19, 119:15
corresponds [1] - 169:11
counsel [2] - 176:8, 176:9
Counsel [1] - 178:25
counter [3] - 8:23, 8:25, 44:1
country [2] - 6:7, 71:12
COUNTY [3] - 175:5, 176:3, 177:3
course [4] - 5:11, 54:8, 66:16, 142:23
court [2] - 4:16, 4:25
COURT [1] - 1:1
credit [1] - 147:3
crew [4] - 67:21, 80:7, 96:7, 96:10
crime [1] - 9:15
cross [3] - 77:18, 87:9, 117:17
crossing [1] - 116:20
crowd [3] - 75:16, 75:23, 75:25
cruise [46] - 35:22, 35:23, 35:25, 39:14, 40:3, 40:7, 40:13, 40:15, 40:16, 40:18, 41:3, 41:6, 41:13, 41:18, 42:1, 42:7, 42:18, 42:21, 43:6, 43:12, 44:2, 44:13, 44:19, 44:21, 45:19, 47:24, 48:4, 48:11, 48:18, 48:25, 49:4, 49:6, 49:9, 49:24, 50:3, 50:17, 51:9, 54:8, 71:11, 71:16, 76:18, 76:19, 76:22, 133:6, 134:8
cruises [1] - 41:8
Cruises [1] - 3:12
CRUISES [1] - 1:8
crutch [1] - 161:5
crutches [3] - 161:10, 162:2, 162:4
CT [3] - 33:7, 33:10, 33:13
curious [1] - 169:1

**D**

D.C [3] - 71:20, 71:21, 72:1
DADE [3] - 175:5, 176:3, 177:3
danger [3] - 89:10, 134:17, 134:25
dangerous [1] - 87:4
dangers [1] - 86:19
Danis [8] - 154:25, 155:7, 155:12, 156:3, 157:4, 159:14, 159:15, 170:12
date [8] - 5:25, 6:2, 15:21, 36:9, 140:24, 141:1, 141:2, 142:18
DATED [1] - 176:13
daughter [19] - 83:11, 84:1, 84:4, 84:6, 84:8, 99:21, 107:8, 107:16, 107:20, 109:20, 109:24, 110:3, 110:5, 110:8, 110:9, 110:12, 110:20, 110:21, 111:11
daughter's [2] - 109:15, 133:15
daughters [18] - 6:22, 38:25, 40:6, 41:22, 41:24, 72:25, 81:22, 81:24, 95:19, 95:22, 99:9, 99:15, 100:16, 108:2, 111:8, 111:10, 112:15, 152:24
days [11] - 18:17, 18:19, 19:7, 41:18, 41:20, 166:24, 166:25, 167:3, 167:4
de [3] - 2:4, 29:7, 178:6
deal [1] - 146:6
dealing [1] - 146:22
Dear [1] - 178:11
death [1] - 113:17
debris [3] - 105:13, 105:17, 105:19
December [1] - 169:10
decide [3] - 40:12, 40:13, 62:16
decided [1] - 45:16
deciding [1] - 146:8
decision [1] - 151:7
deck [1] - 55:23
deep [1] - 119:1
defect [20] - 123:3,


JEANNIE REPORTING (305) 577-1705

123:7, 123:13,
123:19, 123:24,
124:2, 124:6, 124:9,
124:14, 124:18,
124:25, 125:5,
125:9, 125:14,
125:22, 126:12,
126:17, 126:22,
139:11, 139:15
**DEFENDANT** [1] - 2:6
**defendant** [1] - 115:1
**Defendant** [1] - 1:10
**Defendant's** [15] -
65:14, 89:18, 136:9,
136:13, 139:9,
141:15, 165:5,
165:6, 165:10,
166:3, 166:6,
166:10, 168:10,
168:12, 168:16
**defense** [1] - 162:21
**deficiency** [1] - 115:6
**degree** [3] - 15:10,
15:13, 15:16
**degrees** [1] - 112:22
**dehydrated** [1] -
154:12
**delete** [2] - 50:11,
50:13
**Delgado** [3] - 20:23,
20:24, 21:2
**depart** [1] - 41:14
**depended** [1] - 148:17
**depict** [1] - 50:9
**deplorable** [1] -
148:25
**deponent** [1] - 178:13
**deposed** [1] - 3:16
**DEPOSITION** [1] -
1:19
**deposition** [14] - 3:15,
5:3, 5:12, 7:10, 8:19,
9:21, 10:8, 65:19,
89:24, 174:23,
176:5, 178:19,
178:20, 179:20
**Deposition** [2] - 1:23,
178:14
**depression** [9] -
22:16, 23:1, 23:5,
23:8, 24:5, 24:8,
24:12, 24:15, 24:18
**describe** [13] - 30:14,
56:14, 56:17, 58:8,
58:17, 61:17, 62:6,
64:15, 72:8, 77:11,
84:14, 119:6, 120:7
**described** [2] - 21:14,
91:4
**desire** [1] - 140:20

**despair** [1] - 147:2
**details** [1] - 92:24
**determined** [1] - 40:25
**develop** [1] - 134:19
**device** [2] - 48:7,
161:24
**diagnosis** [2] - 24:11,
32:24
**die** [1] - 148:14
**diet** [1] - 12:25
**difference** [5] - 70:25,
84:24, 84:25, 85:3,
87:14
**different** [8] - 49:10,
62:3, 116:12,
119:19, 127:7,
140:18, 156:8, 164:7
**difficult** [1] - 120:19
**difficulty** [2] - 34:15,
102:1
**digital** [3] - 48:2, 48:3,
49:19
**dinner** [14] - 43:22,
45:15, 45:17, 53:4,
54:25, 55:1, 55:2,
55:3, 55:4, 55:6,
55:9, 132:16,
132:17, 132:20
**dinners** [1] - 53:4
**dinnertime** [1] - 45:15
**DIRECT** [1] - 3:7
**directing** [3] - 76:8,
80:8, 103:8
**direction** [2] - 88:21,
111:15
**directions** [1] - 76:13
**directly** [1] - 153:23
**dirt** [8] - 118:23,
119:22, 119:25,
120:7, 120:15,
120:23, 121:1
**dirtiness** [2] - 105:1,
120:25
**dirty** [6] - 104:24,
105:21, 118:23,
120:5, 120:9, 120:11
**disabilities** [2] - 27:4,
67:1
**disappeared** [1] -
146:20
**discharge** [1] - 156:5
**discharged** [4] -
161:11, 161:13,
161:16, 161:24
**discovery** [1] - 14:18
**discuss** [1] - 133:14
**discussion** [1] - 31:5
**disembark** [1] - 145:7
**disembarkation** [1] -
153:7

**disembarked** [3] -
145:4, 152:24, 153:5
**dismissed** [1] -
154:17
**disorganized** [2] -
75:8, 82:7
**distance** [1] - 18:20
**distances** [1] - 163:6
**district** [1] - 17:5
**DISTRICT** [2] - 1:1, 1:1
**divided** [1] - 101:4
**DIVISION** [1] - 1:2
**dizziness** [1] - 34:25
**dizzy** [2] - 44:11,
44:14
**doctor** [38] - 9:4, 9:10,
10:5, 13:4, 13:7,
20:17, 20:21, 22:17,
22:19, 24:4, 29:19,
29:25, 32:12, 35:8,
130:20, 131:4,
134:12, 134:13,
135:6, 135:25,
141:23, 144:8,
145:10, 145:13,
145:25, 148:12,
148:13, 151:12,
151:25, 154:21,
155:5, 156:9,
156:18, 156:22,
161:6, 171:7,
171:14, 171:16
**doctor's** [5] - 7:15,
7:20, 10:4, 147:18,
170:11
**doctors** [9] - 7:21,
30:3, 30:4, 145:22,
145:23, 146:20,
146:22, 155:8,
160:22
**document** [24] -
17:17, 65:18, 65:20,
65:23, 65:24, 66:3,
86:22, 89:17,
114:15, 114:16,
114:23, 136:7,
136:14, 136:17,
136:20, 137:2,
137:10, 137:12,
139:3, 139:8, 141:9,
142:4, 143:5, 165:14
**documents** [3] - 9:19,
114:15, 168:21
**done** [7] - 4:2, 67:2,
90:18, 166:21,
169:18, 171:19,
172:19
**door** [3] - 96:2,
106:23, 131:1
**dosage** [1] - 25:20

**dose** [1] - 135:13
**dot** [3] - 58:13, 61:10,
61:12
**doubt** [1] - 91:24
**down** [29] - 4:16, 8:13,
47:13, 56:11, 56:12,
59:9, 60:18, 62:9,
68:9, 68:16, 92:11,
102:13, 102:20,
102:22, 103:17,
103:18, 108:24,
111:19, 111:22,
113:16, 114:4,
138:6, 141:1, 141:3,
148:12, 151:14,
157:22, 158:15
**downloaded** [1] -
48:12
**Dr** [26] - 7:23, 10:6,
20:23, 20:24, 21:2,
22:3, 22:20, 22:21,
22:23, 23:13, 23:18,
24:5, 24:11, 24:22,
30:2, 30:12, 30:22,
155:7, 155:12,
156:2, 157:4,
159:14, 159:15,
159:25, 170:12
**drag** [6] - 105:2,
113:13, 113:14,
121:12, 122:16,
151:14
**dragged** [4] - 122:24,
126:23, 129:11,
131:22
**drain** [3] - 135:14,
135:17, 135:18
**drink** [2] - 51:7, 51:8
**dripping** [1] - 35:8
**driver** [3] - 42:22,
45:4, 54:3
**drove** [1] - 134:1
**drowsy** [1] - 136:6
**drug** [2] - 23:15, 35:16
**drugged** [1] - 136:6
**drugs** [4] - 7:24, 8:17,
51:2, 51:4
**due** [3] - 134:17,
167:11, 170:5
**duly** [3] - 3:1, 3:5,
175:10
**during** [29] - 5:2, 5:11,
10:12, 32:3, 32:8,
44:19, 45:16, 46:23,
48:4, 48:25, 49:5,
51:13, 54:7, 58:21,
83:9, 108:20,
112:12, 112:14,
140:12, 158:4,
161:9, 163:25,

164:19, 167:2,
167:8, 167:20,
167:24, 169:14,
171:22

# E

**e)"...Any** [1] - 179:2
**E-G-U-Y** [1] - 5:24
**e-mail** [1] - 152:9
**earliest** [1] - 178:16
**earned** [1] - 164:4
**earning** [1] - 167:17
**ears** [1] - 27:13
**eat** [4] - 12:25, 19:1,
43:4, 149:7
**EDGARDO** [9] - 1:5,
1:19, 3:4, 5:19,
175:9, 176:5,
177:14, 178:5,
179:23
**Edgardo** [3] - 2:15,
3:14, 5:19
**edge** [3] - 151:15,
151:16
**education** [1] - 15:19
**effect** [1] - 59:2
**effects** [1] - 142:3
**EG** [1] - 168:12
**Eguy** [2] - 5:22, 5:23
**eight** [3] - 55:7, 55:8
**either** [13] - 7:18,
32:17, 40:5, 68:6,
92:23, 93:12,
100:16, 101:3,
133:1, 133:5, 133:9,
136:2, 146:6
**EKG** [2] - 147:17,
149:23
**elapsed** [1] - 103:23
**eleven** [1] - 145:5
**eliminated** [1] - 86:20
**Elsie** [1] - 132:22
**emergency** [7] -
28:16, 132:18,
144:14, 149:9,
150:3, 150:4, 151:25
**employed** [2] - 16:1,
16:17
**employee** [14] - 10:22,
11:10, 63:16, 64:3,
75:1, 76:5, 76:25,
79:23, 80:1, 98:16,
103:8, 104:12,
176:8, 176:9
**employees** [2] - 98:11,
104:13
**employer** [1] - 166:15
**empty** [1] - 148:25



**end** [6] - 49:11, 66:10, 101:19, 102:14, 102:25, 103:19
**ended** [3] - 25:3, 104:25, 117:19
**ends** [1] - 101:3
**engage** [4] - 18:15, 42:25, 43:19, 45:12
**engaged** [1] - 18:24
**English** [5] - 4:6, 64:13, 64:16, 65:3, 65:6
**enjoy** [1] - 75:21
**entered** [1] - 179:3
**entire** [6] - 43:13, 74:4, 100:24, 101:16, 109:9
**entitled** [1] - 136:14
**entrance** [17] - 75:5, 80:17, 80:18, 80:25, 81:5, 81:17, 96:1, 96:8, 96:9, 96:11, 98:17, 98:20, 98:22, 104:16, 130:8, 130:25
**equipment** [11] - 52:3, 52:14, 52:18, 81:7, 81:8, 81:10, 81:25, 83:9, 88:19, 114:25, 115:3
**Ernesto** [1] - 11:11
**errata** [1] - 177:10
**ERRATA** [1] - 179:1
**Escuela** [1] - 15:3
**Esquire** [3] - 2:5, 2:9, 178:5
**estimate** [1] - 132:3
**et** [2] - 14:15
**evaluation** [2] - 147:9, 147:18
**evening** [4] - 57:24, 58:3, 104:6, 141:6
**exact** [4] - 36:9, 43:18, 79:6, 171:5
**exactly** [50] - 4:9, 22:6, 24:23, 28:5, 28:12, 30:13, 38:19, 47:3, 47:14, 48:9, 48:21, 52:23, 53:22, 56:16, 57:12, 79:5, 84:19, 87:21, 89:20, 91:14, 92:9, 94:6, 95:22, 95:25, 100:11, 101:11, 101:17, 102:17, 106:1, 106:23, 107:1, 107:14, 108:6, 113:8, 117:6, 128:11, 129:4, 129:18, 130:11,

131:13, 132:6, 133:25, 135:12, 137:2, 137:8, 137:21, 138:2, 142:1, 157:24, 164:6
**exam** [1] - 31:12
**EXAMINATION** [1] - 3:7
**examination** [1] - 178:12
**examined** [2] - 3:6, 32:3
**example** [3] - 59:4, 160:9, 162:22
**except** [2] - 143:17, 149:1
**excursion** [1] - 42:15
**excursions** [1] - 42:13
**exempts** [2] - 66:24, 67:9
**exercise** [2] - 51:17, 158:2
**exercises** [4] - 157:19, 158:4, 158:9, 158:12
**exert** [1] - 161:9
**Exhibit** [22] - 65:14, 65:18, 66:8, 66:11, 66:13, 66:20, 68:8, 86:8, 86:22, 88:10, 89:18, 136:8, 136:9, 136:13, 138:17, 139:9, 141:15, 165:5, 165:6, 165:10, 166:6, 166:10
**Exhibits** [1] - 168:12
**exist** [4] - 86:19, 119:4, 119:14, 125:20
**existing** [1] - 86:16
**exists** [1] - 166:23
**exit** [1] - 109:12
**exits** [1] - 89:10
**experience** [8] - 21:5, 71:18, 71:24, 158:21, 160:2, 160:5, 160:8, 162:10
**experienced** [1] - 39:22
**experiences** [1] - 85:15
**experiencing** [1] - 158:18
**expert** [2] - 142:7, 142:11
**Expires** [1] - 175:18
**expires** [1] - 177:19
**explain** [9] - 32:25, 70:6, 75:11, 108:23, 111:18, 111:24,

112:1, 116:5, 151:2
**explained** [7] - 33:1, 35:9, 65:8, 104:18, 108:25, 134:14, 162:14
**explanation** [1] - 14:22
**exposed** [1] - 131:10
**extremely** [1] - 105:21
**eye** [1] - 119:11
**eyeglasses** [1] - 33:15
**eyesight** [1] - 126:13

---

# F

**F.R.C.P** [1] - 179:2
**facilities** [2] - 148:17, 148:24
**facility** [5] - 32:15, 34:22, 150:6, 150:8, 151:1
**fact** [5] - 89:23, 110:4, 119:13, 130:18, 162:21
**failure** [1] - 89:13
**fairly** [1] - 64:17
**fall** [80] - 5:14, 39:12, 39:20, 39:23, 86:23, 87:3, 87:6, 87:8, 87:16, 94:14, 94:15, 94:25, 95:2, 100:16, 100:18, 100:19, 102:6, 102:21, 104:10, 104:19, 104:22, 105:3, 105:5, 105:10, 105:14, 105:18, 105:20, 106:6, 107:7, 107:17, 109:8, 109:9, 109:19, 109:24, 110:6, 110:23, 111:10, 111:15, 111:18, 112:12, 112:14, 113:21, 113:24, 114:1, 114:3, 114:9, 118:10, 119:5, 120:16, 120:24, 121:1, 122:11, 122:13, 122:15, 122:19, 122:24, 123:10, 124:4, 124:25, 126:12, 126:16, 127:9, 127:12, 129:2, 132:4, 133:2, 133:4, 137:20, 137:24, 139:14, 139:15, 139:18, 140:1,

140:7, 142:25, 143:8, 143:13, 144:12
**fallen** [3] - 100:23, 113:3, 163:2
**falling** [4] - 44:17, 87:11, 106:18, 110:12, 111:5
**falls** [2] - 112:8, 112:16
**family** [7] - 9:10, 40:2, 53:8, 53:14, 57:23, 58:1, 138:12
**far** [8] - 18:18, 23:16, 68:14, 117:20, 162:10, 163:8, 167:13, 171:14
**fast** [1] - 92:10
**fastened** [1] - 38:12
**faster** [1] - 88:24
**fee** [1] - 76:20
**feet** [1] - 12:12
**fell** [44] - 95:6, 95:8, 100:4, 100:21, 102:6, 105:7, 105:8, 105:24, 106:19, 106:21, 106:22, 107:1, 107:2, 107:4, 108:13, 108:23, 109:5, 109:21, 110:13, 111:2, 111:6, 111:7, 111:12, 111:19, 111:22, 112:3, 112:6, 112:23, 113:1, 113:9, 118:22, 120:8, 121:5, 121:8, 121:10, 121:11, 126:22, 126:23, 127:3, 127:5, 129:10, 137:21, 138:2
**felt** [13] - 8:9, 44:15, 44:16, 82:19, 96:19, 96:21, 97:2, 100:4, 100:12, 108:14, 108:18, 108:25, 109:11
**female** [3] - 56:20, 131:14, 131:15
**fever** [1] - 29:13
**few** [4] - 25:6, 69:8, 160:13, 168:8
**field** [2] - 13:18, 121:16
**file** [1] - 178:19
**filed** [2] - 1:23, 114:12
**files** [1] - 114:17
**fill** [3] - 25:23, 66:7,

89:16
**filled** [7] - 58:11, 136:21, 136:24, 138:14, 140:23, 141:9, 142:19
**filling** [2] - 137:3, 138:3
**financial** [3] - 14:3, 14:10, 14:17
**financially** [1] - 176:10
**fine** [4] - 5:16, 32:23, 86:2, 151:10
**finished** [2] - 4:8, 53:12
**finishing** [1] - 158:8
**firing** [1] - 12:3
**firmly** [1] - 116:21
**first** [14] - 3:1, 3:5, 4:22, 43:2, 43:5, 77:13, 79:11, 79:13, 95:20, 95:22, 108:16, 129:1, 129:19, 155:14
**fit** [3] - 83:15, 91:22, 92:3
**fitness** [3] - 52:3, 52:14, 52:18
**five** [9] - 18:17, 18:19, 19:7, 25:21, 28:6, 28:13, 47:4, 69:1, 135:11
**Flagler** [1] - 178:1
**flexibility** [1] - 114:6
**flight** [1] - 153:20
**floor** [4] - 55:25, 56:2, 104:23, 120:1
**FLORIDA** [4] - 1:1, 175:4, 176:2, 177:2
**Florida** [8] - 1:15, 1:22, 2:4, 2:8, 175:17, 177:19, 178:2, 178:7
**fluent** [1] - 64:19
**follow** [1] - 155:12
**follow-up** [1] - 155:12
**followed** [1] - 17:17
**following** [5] - 143:19, 145:3, 150:9, 153:3, 154:19
**follows** [1] - 3:6
**food** [2] - 149:5, 149:6
**foot** [32] - 9:25, 77:23, 91:22, 97:6, 109:3, 112:5, 112:17, 112:18, 112:19, 112:21, 113:2, 116:14, 117:21, 117:24, 118:2, 118:4, 134:16, 134:20, 134:25,



150:21, 151:8,
151:17, 151:18,
157:19, 160:16,
162:13, 162:24,
162:25
**footwear** [1] - 59:13
**forced** [1] - 88:15
**forceful** [1] - 89:4
**foregoing** [3] - 176:6,
177:7, 179:19
**FOREMAN** [2] - 1:13,
2:6
**form** [87] - 8:2, 8:11,
14:5, 36:22, 37:2,
39:24, 46:8, 53:9,
54:10, 58:23, 64:22,
66:8, 67:23, 74:18,
78:7, 78:15, 78:20,
79:4, 85:22, 87:19,
89:19, 89:24, 90:1,
90:9, 90:14, 90:16,
90:17, 90:25, 92:19,
93:3, 93:25, 97:23,
99:5, 99:10, 99:17,
100:2, 103:2,
103:10, 105:25,
106:7, 110:1,
110:17, 110:24,
113:22, 115:12,
116:15, 118:11,
120:17, 122:12,
122:21, 123:6,
123:15, 123:22,
124:16, 125:1,
125:10, 125:16,
126:18, 127:22,
128:8, 128:16,
137:5, 137:25,
138:7, 139:12,
139:21, 140:3,
140:9, 140:14,
140:25, 141:6,
141:18, 142:5,
143:2, 143:14,
144:5, 145:12,
146:23, 149:25,
151:22, 167:21,
172:16, 173:6,
173:12, 173:18,
173:25, 179:2
**forms** [1] - 17:16
**forth** [2] - 4:7, 177:10
**forty** [2] - 6:2, 13:11
**forty-two** [1] - 6:2
**forward** [1] - 111:16
**four** [9] - 15:16, 24:24,
25:8, 28:6, 29:23,
134:9, 135:11,
172:18, 172:20
**four-year** [1] - 15:16

**fracture** [3] - 134:14,
134:17, 140:19
**fractures** [1] - 140:18
**Francisco** [1] - 26:1
**free** [1] - 89:10
**freeze** [1] - 113:16
**frequently** [11] -
18:15, 24:3, 25:15,
33:4, 33:5, 37:11,
37:13, 105:22,
158:21, 160:5,
163:13
**FRIEDMAN** [2] - 1:13,
2:6
**friends** [1] - 14:12
**front** [7] - 46:3, 77:16,
77:24, 88:22,
112:19, 117:7,
162:13
**full** [2] - 5:18, 167:19
**functionally** [2] -
115:2, 115:5
**FURTHER** [1] - 176:8

## G

**Gables** [2] - 2:4, 178:7
**gain** [1] - 108:17
**gangrene** [1] - 134:19
**Garrochelos** [1] - 6:18
**GARROCHELOS** [1] -
6:18
**gathering** [5] - 102:14,
102:25, 103:4,
103:19, 103:20
**gear** [1] - 98:24
**general** [1] - 16:12
**gentleman** [1] - 81:16
**German** [1] - 29:8
**girls** [3] - 44:4, 53:3
**given** [11] - 25:13,
32:5, 68:20, 72:8,
72:21, 73:3, 73:8,
73:10, 74:8, 179:4,
179:20
**glasses** [7] - 33:19,
33:21, 34:1, 34:6,
34:8, 34:11, 34:15
**God** [1] - 163:19
**goodness** [1] - 163:4
**grab** [3] - 101:13,
107:6, 110:21
**graduate** [1] - 15:1
**graduated** [1] - 15:22
**Grande** [1] - 7:8
**gray** [2] - 73:11, 73:14
**groove** [7] - 119:6,
119:12, 121:7,
121:14, 121:16,

121:19, 121:21
**grooves** [3] - 119:4,
119:8, 122:2
**Grossman** [7] - 2:9,
2:16, 3:11, 8:7, 31:3,
37:8, 121:22
**GROSSMAN** [98] -
3:8, 8:15, 14:9,
14:23, 31:7, 36:24,
37:10, 40:1, 46:11,
50:15, 53:11, 54:12,
58:25, 64:25, 65:16,
68:1, 74:24, 78:10,
78:18, 78:25, 79:10,
86:5, 87:23, 89:11,
89:22, 90:6, 90:12,
91:3, 92:21, 93:6,
94:4, 97:25, 99:7,
99:13, 99:20, 100:6,
103:6, 103:13,
106:3, 106:12,
110:7, 110:22,
111:3, 114:2,
115:20, 116:23,
118:13, 120:21,
121:25, 122:17,
123:2, 123:11,
123:17, 124:11,
124:23, 125:8,
125:11, 125:21,
125:25, 126:9,
126:20, 126:25,
128:1, 128:12,
128:20, 136:11,
138:4, 138:13,
139:16, 139:24,
140:5, 140:11,
140:22, 141:4,
141:22, 143:6,
144:1, 144:9,
145:17, 150:5,
152:22, 165:8,
166:8, 167:22,
168:14, 169:25,
170:2, 172:18,
172:22, 172:24,
173:9, 173:14,
173:21, 174:3,
174:6, 174:8,
174:17, 174:19
**ground** [3] - 3:20,
100:19, 104:23
**group** [14] - 62:21,
62:23, 68:23, 69:3,
69:5, 69:9, 70:7,
75:13, 75:15, 76:6,
93:23, 94:2, 94:9,
103:24
**guarantee** [6] -
124:17, 124:20,

127:13, 128:10,
142:16, 164:24
**guardian** [1] - 67:5
**guest** [2] - 140:23,
142:25
**Guest** [2] - 2:22,
136:14
**guys** [1] - 108:4
**gym** [8] - 51:17, 51:18,
51:21, 51:23, 52:1,
52:21, 53:5, 53:13

## H

**half** [11] - 11:15,
18:21, 23:3, 61:16,
91:15, 91:19, 91:25,
121:23, 134:23,
146:19, 171:18
**hand** [6] - 61:10,
109:15, 109:17,
109:18, 151:16,
175:11
**handed** [1] - 68:18
**handicap** [1] - 163:5
**handing** [11] - 61:22,
75:4, 91:5, 93:11,
93:13, 129:6, 130:1,
130:5, 130:7, 131:2,
166:9
**hands** [2] - 107:13,
113:15
**handwriting** [7] -
139:2, 142:5, 142:6,
142:8, 142:9,
142:14, 142:16
**hard** [2] - 49:16, 50:12
**harm** [1] - 135:16
**harsher** [1] - 61:1
**head** [3] - 32:4, 32:6,
35:3
**headache** [1] - 28:3
**headaches** [6] - 32:7,
32:9, 32:13, 32:25,
33:12, 44:9
**headphones** [1] - 89:6
**healed** [2] - 155:17,
171:15
**healing** [1] - 156:1
**health** [8] - 13:23,
20:8, 21:15, 22:13,
24:16, 26:3, 34:22,
172:3
**healthcare** [1] - 157:6
**healthier** [1] - 12:25
**hear** [3] - 64:3, 64:10,
76:12
**heard** [4] - 46:14,
95:11, 112:9, 152:3

**heart** [8] - 20:9, 20:11,
21:5, 21:9, 21:11,
21:13, 22:12, 24:14
**heel** [1] - 151:17
**held** [3] - 16:13, 31:5,
91:8
**helicopter** [1] - 135:3
**helmet** [11] - 81:20,
82:4, 82:25, 83:6,
83:12, 83:17, 84:4,
87:24, 88:2, 88:8,
98:23
**helmets** [6] - 76:3,
76:14, 81:9, 81:12,
81:15, 81:22
**help** [19] - 26:24,
73:17, 84:4, 97:1,
113:11, 130:4,
130:15, 130:21,
132:2, 132:8,
158:14, 158:15,
158:16, 162:5,
173:16, 173:19,
173:23, 174:11,
174:13
**helped** [6] - 72:25,
82:2, 82:3, 83:13,
130:11, 153:6
**helping** [1] - 107:20
**helps** [1] - 159:11
**hereby** [3] - 176:4,
177:6, 179:19
**herein** [1] - 179:21
**hereto** [1] - 177:10
**hernia** [1] - 161:7
**Herrera** [1] - 7:23
**Herrera's** [1] - 10:6
**herself** [1] - 84:5
**high** [9] - 14:24, 15:1,
21:17, 21:23, 22:5,
22:11, 24:14, 78:1,
162:3
**hired** [2] - 42:22,
142:22
**hit** [2] - 20:3, 112:23
**hobbies** [2] - 18:11,
18:23
**hobby** [1] - 18:13
**hold** [2] - 14:4, 101:2
**holding** [11] - 96:23,
100:9, 100:13,
100:23, 107:13,
107:16, 107:24,
108:21, 109:15,
109:16, 109:18
**holes** [7] - 117:1,
117:4, 122:6,
122:11, 122:14,
122:19, 122:23
**Home** [8] - 11:7, 16:2,



16:6, 16:7, 16:10, 16:14, 16:16, 17:23
**home** [7] - 52:4, 52:15, 52:19, 152:5, 152:9, 158:1, 161:21
**hooks** [5] - 117:4, 117:7, 117:11, 117:14, 117:17
**Hospital** [9] - 27:18, 28:22, 29:1, 29:7, 154:4, 154:6, 154:11, 154:15, 161:12
**hospital** [18] - 27:18, 27:24, 27:25, 28:8, 28:18, 29:5, 135:1, 147:11, 148:25, 149:2, 153:9, 153:11, 153:23, 154:1, 154:2, 154:14, 160:19, 161:25
**hospitals** [3] - 27:15, 27:20, 27:21
**hour** [7] - 18:21, 52:25, 53:23, 121:23, 134:23, 146:19
**hours** [6] - 7:25, 8:24, 19:3, 19:4, 19:5, 135:11
**house** [6] - 30:15, 30:18, 49:15, 52:8, 134:1, 162:3
**human** [3] - 17:6, 146:13, 152:13
**hurry** [2] - 81:4, 82:8
**hydrate** [1] - 149:4

## I

**ice** [157] - 5:9, 5:14, 36:1, 39:15, 39:19, 39:20, 39:23, 40:3, 40:6, 43:5, 50:1, 53:8, 55:23, 58:22, 59:2, 59:5, 59:9, 62:19, 63:8, 64:1, 64:4, 67:3, 67:6, 67:12, 67:21, 67:22, 68:17, 69:13, 70:22, 70:25, 71:8, 71:25, 72:2, 72:3, 76:21, 77:1, 80:8, 81:7, 83:10, 86:23, 87:5, 87:7, 87:11, 87:14, 87:17, 88:17, 89:7, 89:15, 93:17, 94:14, 94:15, 94:19, 94:20, 94:25, 95:3, 95:16,
95:20, 96:15, 96:19, 97:3, 97:7, 97:12, 97:17, 98:11, 98:12, 98:14, 99:3, 100:7, 101:22, 102:5, 102:6, 102:10, 102:15, 103:9, 103:15, 104:9, 104:14, 104:20, 104:22, 104:23, 105:1, 105:4, 105:6, 105:7, 105:9, 105:11, 105:13, 105:17, 108:15, 109:1, 109:7, 111:23, 112:8, 112:12, 112:15, 112:24, 113:3, 114:25, 118:15, 118:19, 119:7, 119:9, 119:16, 119:19, 119:20, 119:22, 119:25, 120:2, 120:8, 120:15, 120:23, 121:1, 121:2, 121:7, 121:12, 121:14, 121:16, 121:19, 121:21, 122:3, 122:7, 122:11, 122:15, 122:16, 122:19, 122:23, 122:25, 123:4, 123:7, 123:13, 123:20, 123:24, 124:6, 124:7, 124:9, 124:15, 124:18, 124:25, 125:14, 125:23, 126:17, 126:22, 126:24, 129:16, 131:20, 139:11, 157:18, 157:19, 157:21
**idea** [3] - 40:15, 55:12, 95:16
**identification** [5] - 65:15, 136:10, 165:7, 166:7, 168:13
**identified** [2] - 130:19, 131:3
**identify** [1] - 74:4
**illness** [1] - 29:11
**imagine** [1] - 149:16
**immediate** [2] - 17:25, 40:2
**immediately** [13] - 97:5, 107:7, 107:17, 109:19, 109:23, 113:9, 126:23, 127:16, 128:14,
128:22, 139:17, 139:25, 140:6
**immobilizer** [5] - 134:22, 135:8, 155:18, 155:19, 155:21
**impact** [1] - 115:14
**impacted** [3] - 111:23, 112:12, 112:15
**impair** [2] - 7:25, 8:18
**important** [1] - 4:1
**improbable** [1] - 109:7
**Improvement** [8] - 11:7, 16:2, 16:6, 16:8, 16:11, 16:14, 16:16, 17:23
**IN** [2] - 178:9, 179:2
**in-line** [4] - 38:1, 38:2, 38:3, 71:1
**Inc** [1] - 2:11
**incentive** [2] - 164:8, 164:9
**incentives** [1] - 166:20
**inches** [1] - 12:12
**incident** [110] - 5:12, 12:18, 12:21, 13:2, 13:8, 18:7, 18:10, 18:16, 18:25, 19:11, 19:13, 19:17, 20:7, 21:15, 21:22, 22:12, 24:16, 26:4, 27:3, 27:6, 27:9, 28:25, 29:4, 29:16, 29:24, 30:8, 31:13, 31:15, 31:20, 31:23, 33:3, 33:6, 33:13, 34:1, 34:2, 34:3, 34:5, 34:7, 34:16, 34:18, 34:24, 36:3, 36:7, 36:12, 36:20, 36:25, 37:12, 37:15, 38:17, 38:23, 46:7, 47:2, 50:16, 50:19, 50:22, 50:25, 51:1, 51:11, 51:25, 52:9, 52:17, 52:22, 53:7, 54:9, 61:5, 79:23, 80:2, 94:13, 97:17, 97:22, 98:5, 99:4, 102:16, 116:12, 116:25, 141:7, 141:10, 141:25, 144:19, 145:3, 153:3, 156:17, 157:7, 157:8, 157:16, 158:19, 160:3, 160:18, 160:20, 160:23, 160:24, 162:7, 162:17, 163:2, 163:20,
168:1, 168:6, 170:5, 170:15, 170:25, 171:4, 171:9, 172:4, 172:8, 172:12, 172:14, 172:25, 173:5, 173:15
**included** [1] - 165:19
**including** [2] - 89:6, 167:11
**income** [5] - 168:18, 168:20, 168:24, 169:2, 169:5
**independent** [1] - 13:22
**indicate** [2] - 166:15, 169:2
**indicated** [2] - 87:25, 171:16
**indirectly** [1] - 76:19
**individual** [1] - 156:21
**industrial** [1] - 15:14
**infirmary** [1] - 141:25
**inflammation** [2] - 163:7, 163:11
**inform** [1] - 89:9
**informal** [1] - 4:24
**information** [7] - 11:4, 47:19, 57:2, 67:13, 142:24, 151:24, 165:18
**inherent** [1] - 86:19
**initials** [3] - 66:10, 67:15, 89:17
**injured** [3] - 19:14, 19:17, 95:14
**injuries** [2] - 157:7, 157:16
**Injury** [2] - 2:22, 136:14
**injury** [9] - 31:19, 87:4, 97:15, 138:12, 140:23, 142:25, 155:9, 167:2, 171:23
**inside** [2] - 99:3, 113:12
**inspect** [1] - 82:25
**instance** [2] - 65:10, 162:16
**instances** [1] - 108:14
**instead** [3] - 73:6, 84:4, 117:4
**instinct** [1] - 112:4
**institution** [1] - 15:11
**instruct** [3] - 8:4, 8:10, 37:6
**instructions** [7] - 74:21, 75:1, 75:3, 75:4, 76:4, 76:6, 76:7
**insurance** [3] - 13:23,
146:23, 167:5
**interest** [1] - 45:5
**interested** [1] - 176:10
**interests** [2] - 18:8, 18:23
**Interior** [1] - 6:17
**interpreter** [3] - 3:2, 3:25, 124:10
**INTERPRETER** [2] - 124:8, 126:7
**interrogatories** [7] - 2:22, 114:22, 165:5, 165:11, 165:20, 165:23, 167:14
**inventory** [1] - 17:5
**investigation** [2] - 17:13, 17:14
**invoice** [2] - 147:16, 147:22
**island** [9] - 42:12, 42:23, 44:23, 45:5, 54:2, 54:4, 143:21, 152:18, 153:11
**issues** [1] - 21:18
**itself** [7] - 60:14, 83:18, 118:20, 123:4, 123:13, 123:20, 124:15
**IV** [2] - 135:14, 149:4

## J

**jar** [1] - 159:22
**JEANNIE** [1] - 178:1
**job** [5] - 16:19, 18:12, 163:14, 169:7, 169:11
**jobs** [1] - 17:8
**Joel** [1] - 34:12
**jog** [1] - 18:14
**joke** [1] - 95:7
**Jonathan** [1] - 10:11
**Jorge** [1] - 154:25
**Joseph** [1] - 18:2
**Juan** [1] - 41:17
**judge** [1] - 8:12
**jump** [2] - 4:6, 169:4
**jumps** [1] - 88:24
**June** [4] - 5:9, 5:13, 6:3, 40:10
**JURAT** [1] - 177:1

## K

**Karen** [3] - 2:9, 3:11, 14:7
**keep** [2] - 89:10, 105:9
**kept** [4] - 104:24,



115:9, 167:17, 170:17
**Kilometer** [1] - 6:17
**kind** [7] - 38:14, 65:11, 72:24, 91:12, 96:11, 104:11, 163:9
**kitts** [4] - 42:3, 44:24, 44:25, 45:3
**Kitts** [1] - 45:7
**knee** [2] - 112:21, 151:15
**knees** [1] - 95:8
**knot** [1] - 117:18
**knowledge** [3] - 98:10, 104:21, 107:24

## L

**L-E-B-R-O-N** [1] - 5:20
**lace** [16] - 77:17, 77:21, 78:2, 85:19, 114:5, 115:7, 115:17, 115:19, 115:21, 115:22, 116:2, 116:6, 116:9, 116:13, 116:19, 117:8
**laced** [5] - 38:9, 38:14, 79:1, 79:2, 116:14
**laces** [19] - 77:14, 77:15, 77:18, 79:12, 79:14, 80:20, 84:17, 85:4, 85:17, 115:23, 115:24, 115:25, 117:5, 117:13, 118:7, 139:4, 172:15, 173:20
**lacing** [1] - 117:11
**land** [1] - 71:9
**language** [1] - 90:5
**Language** [1] - 2:11
**languages** [1] - 65:5
**laps** [1] - 97:16
**Lara** [6] - 7:2, 84:13, 99:23, 99:24, 110:10, 111:13
**large** [1] - 60:21
**Large** [2] - 1:22, 177:19
**last** [20] - 5:20, 7:25, 8:23, 13:19, 21:1, 24:21, 27:16, 27:21, 28:7, 28:21, 30:4, 31:11, 34:13, 81:14, 89:12, 133:8, 133:21, 156:2, 174:3, 174:16
**late** [1] - 126:3

**Latorre** [1] - 15:3
**laughed** [1] - 95:12
**laughing** [3] - 95:9, 95:10, 95:12
**law** [1] - 4:25
**laws** [1] - 153:12
**lawsuit** [3] - 11:20, 11:24, 114:17
**lawyer** [1] - 114:16
**LAWYERS** [2] - 2:3, 178:6
**lead** [1] - 89:14
**learn** [1] - 39:2
**learned** [1] - 39:8
**learning** [1] - 39:11
**least** [6] - 61:6, 106:15, 106:17, 106:22, 109:7, 152:14
**leave** [12] - 41:16, 54:1, 150:6, 150:8, 150:15, 152:18, 161:19, 166:22, 166:23, 167:12, 168:3
**LEBRON** [8] - 1:5, 1:19, 3:4, 175:9, 176:5, 177:14, 178:5, 179:23
**Lebron** [17] - 2:15, 3:14, 5:19, 7:2, 7:3, 9:6, 22:3, 29:20, 30:2, 65:17, 136:12, 161:2, 165:9, 168:15, 178:9, 178:11
**left** [20] - 59:24, 60:15, 60:25, 61:3, 61:6, 69:6, 69:9, 77:20, 79:1, 85:5, 85:6, 85:11, 93:12, 117:10, 117:11, 122:1, 145:21, 146:18, 150:16, 170:11
**leg** [9] - 77:14, 77:21, 113:14, 116:18, 116:21, 116:22, 149:17, 158:11, 158:15
**legal** [1] - 67:5
**length** [5] - 84:18, 84:23, 84:25, 85:3, 116:3
**lenses** [3] - 33:16, 33:18, 33:23
**Leon** [2] - 2:4, 178:6
**lessons** [1] - 39:5
**lethal** [1] - 97:10
**letter** [4] - 2:23, 166:3,

166:14, 166:17
**letterhead** [1] - 166:10
**letters** [1] - 86:10
**level** [5] - 64:15, 68:19, 119:11, 119:23, 126:12
**Liberian** [1] - 1:9
**lie** [1] - 113:16
**life** [2] - 63:9, 87:12
**light** [1] - 101:23
**lighting** [1] - 102:1
**limitation** [2] - 162:20, 163:5
**limitations** [5] - 21:8, 162:17, 162:18, 163:12, 163:18
**line** [16] - 13:17, 38:1, 38:2, 38:3, 42:18, 57:13, 57:20, 67:2, 71:1, 75:6, 75:9, 75:10, 76:3, 76:11, 95:23, 95:25
**lisinopril** [1] - 22:1
**Lisinopril** [1] - 22:2
**literally** [3] - 112:18, 113:13, 120:4
**live** [6] - 6:12, 7:7, 71:12, 133:23, 133:24, 133:25
**lived** [2] - 7:4, 71:14
**lives** [1] - 6:20
**located** [7] - 20:24, 22:21, 53:19, 81:12, 107:8, 117:25, 162:11
**location** [2] - 30:14, 117:19
**locked** [1] - 105:8
**look** [11] - 30:24, 31:2, 65:19, 65:21, 70:16, 112:20, 115:8, 130:4, 136:15, 165:12, 166:11
**looked** [9] - 9:19, 47:14, 72:14, 72:15, 73:23, 84:15, 114:11, 119:16, 119:18
**looking** [11] - 35:7, 46:15, 105:23, 106:2, 118:3, 118:5, 132:8, 132:9, 139:3, 139:8
**looks** [1] - 119:18
**loose** [3] - 96:21, 97:2, 97:4
**lose** [16] - 114:6, 115:15, 123:4, 123:14, 123:20, 123:25, 124:3,

124:13, 124:15, 124:18, 128:3, 134:18, 134:23, 134:24, 135:10, 163:21
**losing** [13] - 108:15, 109:11, 109:20, 109:24, 110:3, 115:11, 115:14, 127:16, 127:17, 128:14, 128:22, 134:25, 143:1
**loss** [1] - 12:14, 13:1, 17:10, 17:11, 17:20, 89:14, 109:2, 111:20, 138:25, 151:9, 165:19
**lost** [7] - 14:10, 108:25, 109:21, 164:8, 165:24, 167:15, 170:14
**loud** [4] - 4:15, 103:24, 104:2, 104:5
**love** [1] - 174:1
**lowering** [1] - 22:9
**LTD** [1] - 1:8
**Luis** [1] - 7:23

## M

**Maarten** [8] - 42:3, 42:5, 42:8, 42:11, 42:14, 42:17, 42:22, 43:12
**mail** [1] - 152:9
**mailing** [1] - 6:14
**maintain** [1] - 162:23
**maintained** [1] - 121:4
**maintenance** [3] - 118:24, 119:4, 121:3
**Maldonado** [1] - 6:24
**male** [5] - 56:20, 56:21, 62:2, 62:3, 131:14
**man** [1] - 94:17
**man's** [1] - 132:23
**manage** [2] - 164:13, 164:14
**manager** [7] - 16:12, 16:21, 17:1, 17:5, 17:6, 169:8
**manipulate** [1] - 151:8
**Marc** [2] - 2:5, 178:5
**March** [2] - 169:6, 169:9
**Mari** [1] - 6:24
**MARI** [1] - 6:24
**Maria** [2] - 2:10, 3:1
**maribel** [1] - 9:6

**Maribel** [4] - 9:7, 22:3, 29:20, 161:2
**marked** [16] - 65:15, 65:18, 89:18, 136:7, 136:10, 136:13, 139:9, 165:5, 165:7, 165:10, 166:2, 166:7, 166:9, 168:9, 168:13, 168:16
**marriage** [1] - 13:25
**married** [2] - 13:15, 13:24
**master** [5] - 37:17, 37:20, 37:25, 38:9, 88:7
**material** [1] - 101:3
**matter** [4] - 3:13, 110:3, 130:18, 178:15
**mean** [21] - 10:17, 42:15, 72:12, 78:16, 80:4, 83:23, 87:2, 94:1, 100:25, 101:8, 103:20, 114:14, 119:13, 125:19, 134:1, 144:21, 146:2, 146:3, 146:4, 147:7, 163:16
**meaning** [2] - 11:20, 58:2
**means** [2] - 37:8, 125:20
**meant** [1] - 75:4
**medical** [25] - 67:1, 129:8, 132:5, 132:12, 134:10, 135:6, 140:1, 141:6, 143:10, 145:4, 145:7, 145:10, 145:13, 146:14, 148:4, 151:21, 160:23, 166:22, 167:12, 168:3, 170:12, 170:24, 171:1, 171:3, 171:8
**medication** [21] - 8:18, 20:14, 21:19, 23:7, 28:2, 44:4, 44:5, 44:8, 44:9, 44:10, 44:18, 135:9, 135:13, 135:15, 136:4, 151:11, 151:12, 158:24, 159:10, 159:12, 159:19
**medications** [1] - 8:22
**medicine** [12] - 21:23, 21:25, 22:4, 22:8, 23:11, 23:19, 25:11, 43:25, 50:23, 159:3,



159:5, 159:17
**meet** [2] - 10:7, 132:24
**meeting** [1] - 10:13
**meets** [1] - 118:2
**Melatonin** [2] - 8:25, 9:2
**member** [3] - 80:8, 96:7, 96:10
**memory** [1] - 9:20
**mental** [3] - 34:22, 172:3
**mentioned** [5] - 12:2, 30:3, 75:3, 95:17, 95:23
**mentions** [1] - 139:10
**message** [1] - 103:23
**met** [1] - 53:3
**method** [1] - 27:1
**MIAMI** [1] - 1:2
**Miami** [9] - 1:15, 2:8, 7:9, 7:13, 7:16, 7:19, 153:21, 178:2
**middle** [3] - 75:25, 86:12, 147:2
**might** [2] - 4:7, 86:23
**migraine** [2] - 33:2, 35:9
**migraines** [3] - 33:4, 35:2, 35:11
**military** [1] - 15:24
**milligrams** [1] - 25:21
**millions** [1] - 152:16
**mind** [2] - 87:9, 171:23
**mine** [1] - 40:14
**minor** [1] - 66:25
**minors** [1] - 88:14
**minutes** [14] - 18:21, 18:22, 45:23, 47:4, 52:24, 53:23, 69:1, 69:8, 69:20, 75:20, 102:18, 132:7, 163:11
**miss** [3] - 24:19, 163:23, 170:4
**missed** [1] - 170:7
**mistaken** [1] - 69:22
**moaning** [1] - 140:17
**mom** [3] - 159:19, 159:21, 159:25
**moment** [10] - 82:6, 96:19, 96:25, 110:21, 111:7, 127:5, 138:9, 138:10, 148:15, 171:6
**moments** [2] - 108:16, 108:18
**Monday** [5] - 44:22, 45:9, 45:13, 45:19,

50:17
**money** [1] - 14:14
**monitoring** [2] - 98:16, 104:16
**monitors** [3] - 89:9, 173:23, 174:10
**month** [3] - 25:18, 25:19, 155:23
**months** [7] - 22:7, 25:6, 163:24, 166:16, 167:9, 167:25, 168:5
**morning** [11] - 3:9, 3:10, 51:13, 51:16, 51:21, 52:22, 53:13, 53:21, 53:25, 146:6, 170:19
**motion** [3] - 127:19, 128:24
**mouth** [1] - 151:13
**move** [4] - 14:6, 112:5, 117:3, 126:5
**movement** [22] - 44:15, 60:15, 60:23, 61:1, 88:23, 127:2, 127:3, 127:5, 127:8, 127:11, 127:15, 127:18, 127:21, 127:25, 128:2, 128:6, 128:11, 128:13, 128:21, 128:24, 158:14, 160:14
**moving** [3] - 60:24, 97:6, 102:22
**MR** [91] - 8:2, 14:4, 14:19, 14:21, 31:3, 36:22, 37:2, 37:6, 39:24, 46:8, 50:13, 53:9, 54:10, 58:23, 64:22, 67:23, 74:18, 78:7, 78:15, 78:20, 79:4, 85:22, 87:19, 89:1, 89:19, 90:1, 90:9, 90:25, 92:19, 93:3, 93:25, 97:23, 99:5, 99:10, 99:17, 100:2, 103:2, 103:10, 105:25, 106:7, 110:1, 110:17, 110:24, 113:22, 115:12, 116:15, 118:11, 120:17, 121:22, 122:12, 122:21, 123:6, 123:15, 123:22, 124:16, 125:1, 125:10, 125:16, 125:24, 126:2, 126:18,

127:22, 128:8, 128:16, 137:25, 138:7, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:18, 143:2, 143:14, 144:5, 145:12, 149:25, 151:22, 167:21, 169:23, 170:1, 172:16, 172:20, 173:6, 173:12, 173:18, 173:25, 174:5, 174:15, 174:22
**MRI** [7] - 31:24, 32:3, 32:6, 32:15, 32:20, 33:9
**MS** [98] - 3:8, 8:15, 14:9, 14:23, 31:7, 36:24, 37:10, 40:1, 46:11, 50:15, 53:11, 54:12, 58:25, 64:25, 65:16, 68:1, 74:24, 78:10, 78:18, 78:25, 79:10, 86:5, 87:23, 89:11, 89:22, 90:6, 90:12, 91:3, 92:21, 93:6, 94:4, 97:25, 99:7, 99:13, 99:20, 100:6, 103:6, 103:13, 106:3, 106:12, 110:7, 110:22, 111:3, 114:2, 115:20, 116:23, 118:13, 120:21, 121:25, 122:17, 123:2, 123:11, 123:17, 124:11, 124:23, 125:8, 125:11, 125:21, 125:25, 126:9, 126:20, 126:25, 128:1, 128:12, 128:20, 136:11, 138:4, 138:13, 139:16, 139:24, 140:5, 140:11, 140:22, 141:4, 141:22, 143:6, 144:1, 144:9, 145:17, 150:5, 152:22, 165:8, 166:8, 167:22, 168:14, 169:25, 170:2, 172:18, 172:22, 172:24, 173:9, 173:14, 173:21, 174:3, 174:6, 174:8, 174:17, 174:19

**multiple** [1] - 126:2
**must** [16] - 24:23, 28:6, 28:12, 39:9, 52:23, 53:22, 67:4, 86:2, 88:13, 88:17, 88:19, 94:6, 119:3, 132:7, 137:16, 157:24

# N

**name** [29] - 3:11, 3:14, 5:18, 5:20, 6:23, 11:9, 18:2, 20:21, 21:25, 22:19, 25:25, 27:19, 34:10, 34:12, 34:13, 36:15, 47:21, 66:7, 84:12, 131:6, 132:22, 132:23, 133:21, 135:22, 135:25, 147:23, 154:21, 156:20, 156:25
**named** [1] - 7:22
**names** [7] - 5:21, 6:25, 27:15, 56:11, 132:19, 132:21, 157:3
**narcotic** [2] - 135:9, 136:5
**narcotics** [1] - 142:3
**natural** [1] - 4:18
**nature** [2] - 12:1, 20:11
**near** [5] - 30:20, 68:9, 80:5, 107:5, 108:7
**necessarily** [1] - 67:7
**necessary** [1] - 67:13
**need** [8] - 5:3, 34:4, 147:1, 147:20, 150:20, 171:8, 171:12, 173:16
**needed** [1] - 173:19
**neighborhood** [1] - 30:19
**never** [24] - 41:6, 44:16, 63:8, 70:22, 77:3, 86:2, 87:8, 87:11, 87:15, 109:8, 110:11, 122:11, 122:19, 125:22, 137:15, 141:10, 147:17, 149:3, 149:4, 149:5, 152:3, 152:7, 167:1
**new** [2] - 75:14, 169:11
**newer** [1] - 52:11
**next** [14] - 19:9, 58:16,

62:9, 66:20, 67:15, 99:18, 99:21, 103:24, 107:10, 111:14, 137:1, 138:21, 138:24, 149:5
**nicknames** [1] - 132:22
**night** [19] - 43:20, 46:9, 46:10, 46:12, 47:2, 57:5, 99:4, 135:11, 142:19, 150:10, 152:20, 154:17, 154:19, 157:21, 158:5, 160:15, 173:15, 174:2
**nine** [2] - 19:4, 19:5
**NO** [2] - 1:4, 178:10
**nobody** [1] - 174:21
**none** [6] - 30:5, 43:4, 51:11, 52:16, 74:9
**normal** [3] - 60:7, 63:16, 113:4
**normally** [1] - 106:24
**Notary** [3] - 1:21, 175:17, 177:18
**notes** [1] - 176:7
**nothing** [6] - 20:3, 31:19, 54:6, 60:6, 80:24, 81:3
**notice** [3] - 79:11, 79:13, 178:20
**Notice** [1] - 1:23
**noticed** [1] - 160:10
**November** [1] - 26:10
**number** [3] - 30:23, 133:17, 133:19
**nurse** [9] - 129:14, 129:15, 131:16, 131:24, 135:13, 135:22, 141:24, 144:8, 146:21

# O

**o'clock** [5] - 69:23, 150:10, 154:17, 154:19
**OATH** [1] - 175:2
**oath** [1] - 178:13
**obese** [1] - 13:6
**object** [5] - 8:4, 14:5, 37:2, 149:25, 167:21
**objecting** [2] - 8:11, 37:4
**objection** [65] - 8:2, 36:22, 39:24, 46:8, 53:9, 54:10, 58:23,



64:22, 67:23, 74:18, 78:7, 78:15, 78:20, 79:4, 85:22, 87:19, 89:19, 90:1, 90:9, 90:25, 92:19, 93:3, 93:25, 97:23, 99:5, 99:17, 103:2, 105:25, 106:7, 110:1, 110:17, 110:24, 113:22, 115:12, 116:15, 118:11, 120:17, 122:12, 122:21, 123:6, 123:15, 123:22, 124:16, 125:10, 125:16, 126:18, 127:22, 128:16, 137:25, 139:12, 139:21, 140:3, 140:9, 140:14, 140:25, 141:18, 143:2, 143:14, 144:5, 145:12, 151:22, 173:6, 173:12, 173:18, 173:25
**obstacle** [1] - 105:20
**obviously** [5] - 44:15, 45:14, 97:1, 120:13, 142:21
**occasion** [2] - 38:21, 40:17
**occasions** [1] - 37:16
**occupy** [1] - 18:12
**occurred** [2] - 143:13, 144:4
**October** [3] - 156:4, 156:5, 156:14
**odd** [1] - 109:6
**OF** [17] - 1:1, 1:19, 2:3, 2:6, 5:8, 5:14, 40:10, 41:10, 47:20, 175:2, 175:4, 175:5, 176:1, 176:2, 176:3, 177:2, 177:3
**office** [11] - 4:23, 10:4, 30:15, 30:16, 30:17, 30:18, 164:13, 164:15, 164:20, 178:16
**officer** [4] - 144:3, 144:15, 179:3
**official** [1] - 175:11
**often** [3] - 14:12, 37:22, 72:15
**old** [8] - 6:2, 13:10, 13:11, 26:14, 37:19, 39:7, 72:16, 94:18
**oldest** [2] - 111:11, 133:15

**Oliver** [1] - 11:11
**Olympics** [1] - 39:17
**ON** [2] - 2:3, 2:6
**onboard** [1] - 44:6
**once** [25] - 10:20, 20:19, 25:17, 25:18, 69:4, 69:9, 71:19, 96:15, 97:19, 98:4, 98:9, 102:5, 105:15, 106:17, 106:22, 114:4, 116:13, 117:6, 133:25, 134:10, 146:9, 148:10, 153:22, 160:12, 170:3
**one** [70] - 4:11, 7:22, 10:14, 12:2, 13:4, 14:4, 40:25, 52:11, 53:3, 57:16, 57:18, 61:22, 61:24, 65:1, 65:6, 65:8, 65:13, 67:5, 69:23, 70:15, 73:19, 74:6, 74:17, 77:20, 79:11, 80:5, 82:2, 82:3, 84:20, 84:24, 89:12, 90:15, 94:15, 94:25, 95:20, 96:5, 97:2, 98:13, 99:18, 100:19, 100:22, 106:15, 110:6, 111:18, 113:12, 115:22, 116:1, 126:4, 129:5, 130:7, 130:25, 132:16, 138:20, 142:10, 143:17, 151:4, 152:19, 153:6, 153:8, 155:2, 156:23, 157:2, 165:2, 169:1, 169:2, 169:13, 171:24
**One** [2] - 1:13, 2:7
**ones** [16] - 10:4, 38:1, 49:4, 49:24, 49:25, 50:3, 50:12, 53:4, 72:20, 73:8, 75:17, 85:6, 85:8, 85:10, 85:11, 157:20
**onset** [1] - 23:4
**open** [2] - 89:10, 155:17
**opened** [3] - 57:5, 149:1, 152:9
**operate** [1] - 150:22
**operation** [5] - 28:23, 151:6, 154:18, 161:15, 161:17
**opportunity** [3] - 67:10, 68:5, 70:4
**opposite** [1] - 88:21

**order** [5] - 9:3, 14:6, 96:1, 126:5, 151:9
**ordered** [2] - 155:11, 156:23
**organized** [3] - 42:20, 75:7, 91:12
**original** [1] - 178:19
**orthopedic** [3] - 145:11, 145:19, 155:2
**orthopedist** [8] - 146:17, 146:18, 147:24, 150:20, 151:14, 159:13, 170:21, 171:10
**outside** [4] - 18:8, 46:4, 46:5, 102:23
**over-the-counter** [1] - 8:25
**overused** [1] - 115:8
**overweight** [1] - 13:5
**own** [10] - 37:22, 38:13, 52:4, 54:16, 73:15, 73:21, 78:6, 78:13, 84:7, 130:16

## P

**P.A** [2] - 1:13, 2:6
**p.m** [3] - 69:25, 150:17, 174:24
**Pace** [3] - 1:21, 176:4, 178:24
**PACE** [2] - 175:16, 176:15
**pack** [1] - 26:21
**package** [4] - 49:5, 49:7, 49:8, 49:25
**PAGE** [3] - 2:16, 2:21, 177:1
**page** [10] - 66:3, 86:8, 88:10, 88:11, 88:12, 136:13, 138:17, 139:8, 177:10, 179:3
**PAGE/LINE** [1] - 179:6
**pages** [3] - 90:8, 176:6, 177:7
**paid** [13] - 49:5, 76:18, 76:19, 147:3, 148:11, 153:10, 167:4, 169:18, 169:19, 170:24, 171:1, 171:2
**pain** [21] - 35:3, 35:6, 131:18, 140:17, 158:16, 158:18, 158:22, 158:25, 159:10, 160:2, 160:5, 160:8,

160:14, 160:17, 161:2, 162:6, 162:10, 162:18, 162:20, 163:7, 163:9
**painkiller** [2] - 159:8, 159:9
**pair** [1] - 59:10
**pants** [1] - 59:11
**paper** [4] - 58:11, 58:12, 114:20, 136:21
**paragraph** [9] - 66:11, 66:20, 66:23, 67:8, 67:16, 67:18, 114:24, 118:14, 127:1
**parents** [3] - 67:5, 88:13, 88:17
**parking** [2] - 149:15, 149:19
**part** [21] - 5:5, 25:2, 31:16, 32:2, 93:23, 101:18, 101:21, 105:12, 111:22, 112:11, 112:14, 116:14, 116:17, 116:18, 117:3, 117:21, 148:10, 151:17, 162:11, 162:13, 169:10
**PART** [1] - 179:2
**participants** [2] - 67:3, 74:3
**participated** [1] - 40:24
**participating** [1] - 74:23
**participation** [1] - 67:11
**particular** [9] - 20:17, 30:19, 40:17, 41:2, 41:4, 41:10, 61:4, 69:12, 69:16
**parties** [2] - 176:9, 178:20
**parties'** [1] - 176:9
**party** [4] - 10:19, 11:19, 11:23, 178:20
**pass** [1] - 106:21
**passed** [4] - 46:3, 96:10, 107:1, 132:7
**passenger** [3] - 40:9, 95:14, 131:4
**passengers** [3] - 55:16, 57:17, 62:4
**passes** [1] - 77:18
**past** [2] - 11:24, 106:18
**patient** [2] - 29:1, 149:16

**patients** [2] - 149:1, 149:2
**Patria** [1] - 15:3
**PAULA** [2] - 175:16, 176:15
**Paula** [3] - 1:21, 176:4, 178:24
**pay** [3] - 17:22, 76:15, 147:1
**payment** [4] - 146:24, 166:21, 167:12, 169:17
**payments** [1] - 14:11
**Pedilla** [8] - 22:20, 22:21, 23:13, 23:18, 24:5, 24:11, 24:22, 30:12
**Pedilla's** [2] - 22:23, 30:22
**people** [57] - 56:7, 56:12, 57:1, 62:19, 62:24, 63:21, 70:19, 74:2, 74:4, 74:5, 74:9, 74:15, 75:4, 75:12, 75:14, 75:16, 75:23, 76:1, 76:6, 76:11, 80:8, 82:13, 88:22, 92:17, 93:22, 94:1, 94:2, 94:7, 94:9, 94:14, 95:11, 96:5, 102:14, 102:25, 103:4, 103:5, 103:8, 103:19, 103:20, 113:10, 129:5, 129:18, 129:19, 129:25, 130:1, 130:5, 130:21, 130:23, 130:24, 132:9, 132:15, 132:20, 143:19, 144:7, 157:9
**per** [1] - 26:20
**perceive** [14] - 86:14, 105:21, 110:2, 119:8, 119:11, 119:13, 119:19, 119:24, 126:14, 127:2, 127:19, 127:20, 127:24, 128:24
**perceived** [7] - 74:19, 85:23, 103:5, 118:23, 119:25, 121:2, 127:5
**percent** [5] - 166:15, 167:8, 167:10, 167:24, 168:2
**perform** [2] - 147:9, 155:6



**performed** [1] - 154:22
**period** [4] - 70:11, 160:11, 169:12, 169:14
**person** [70] - 10:23, 56:6, 56:7, 56:11, 56:14, 56:16, 56:18, 57:16, 57:18, 58:10, 58:11, 61:11, 61:17, 61:19, 61:22, 61:25, 62:1, 62:4, 62:25, 63:4, 63:5, 63:17, 63:20, 70:8, 70:9, 70:17, 70:18, 70:21, 72:25, 73:24, 74:1, 75:25, 76:4, 76:10, 76:13, 77:2, 77:4, 77:5, 77:8, 80:10, 80:12, 80:19, 80:25, 87:25, 90:20, 90:22, 91:5, 91:6, 93:11, 93:13, 94:15, 95:5, 95:7, 104:16, 108:8, 129:1, 129:20, 130:4, 130:7, 130:8, 130:19, 131:3, 131:6, 143:17, 143:24, 148:11, 152:3, 152:6, 152:10, 156:23
**personally** [2] - 12:9, 175:9
**personnel** [2] - 63:25, 131:12
**pertain** [1] - 19:10
**pharmacy** [3] - 25:22, 25:25, 26:1
**phone** [5] - 30:25, 48:7, 133:17, 133:19, 152:7
**photograph** [2] - 17:18, 171:25
**photographs** [8] - 9:24, 10:2, 48:6, 49:3, 49:23, 108:9, 171:21, 172:10
**photos** [7] - 9:20, 48:3, 48:14, 49:12, 49:16, 50:1, 50:8
**physical** [19] - 6:13, 6:15, 7:5, 21:8, 27:4, 30:9, 31:12, 155:10, 155:11, 156:16, 156:24, 156:25, 157:5, 157:11, 157:23, 158:17, 159:1, 161:9, 162:16
**physician** [3] - 26:24, 29:22, 34:10

**physicians** [2] - 148:9, 157:6
**picked** [2] - 146:9, 146:20
**picture** [2] - 50:6, 171:20
**pictures** [11] - 48:10, 48:17, 48:23, 48:24, 49:2, 49:8, 49:18, 49:19, 49:20, 50:2, 108:12
**piece** [1] - 58:11
**pillow** [1] - 151:13
**place** [3] - 109:4, 112:19, 134:16
**places** [3] - 45:5, 54:15, 151:16
**Plaintiff** [1] - 1:6
**plaintiff** [1] - 115:1
**PLAINTIFF** [1] - 2:3
**plan** [1] - 158:7
**planning** [1] - 7:12
**plates** [1] - 171:13
**played** [1] - 120:23
**playing** [3] - 39:3, 64:7, 89:4
**pleasure** [1] - 172:1
**plenty** [1] - 93:1
**pocket** [1] - 171:3
**point** [16] - 26:11, 79:17, 86:15, 97:8, 97:12, 100:12, 117:1, 119:23, 121:13, 121:18, 122:1, 122:2, 125:5, 125:24, 126:16, 157:25
**pointed** [1] - 81:11
**points** [1] - 88:11
**polo** [2] - 59:11, 104:25
**Ponce** [2] - 2:4, 178:6
**poorly** [1] - 150:19
**port** [14] - 41:16, 41:17, 42:22, 54:5, 59:23, 59:25, 60:4, 60:11, 60:15, 60:18, 61:3, 61:4, 143:17, 152:1
**ports** [4] - 41:25, 49:10, 54:14, 61:6
**position** [4] - 16:10, 16:19, 17:19, 19:2
**positions** [4] - 16:13, 16:25, 17:2, 17:3
**possibility** [1] - 121:20
**possible** [10] - 107:15, 109:17, 110:15, 110:19, 127:10,

127:14, 128:5, 138:5, 146:13, 171:12
**postgraduate** [1] - 15:18
**postings** [1] - 47:15
**pounds** [2] - 12:15, 12:22
**prepare** [2] - 9:21, 10:8
**prepared** [1] - 130:3
**prescribe** [1] - 23:18
**prescribed** [9] - 9:4, 22:2, 23:7, 23:10, 23:12, 23:25, 34:11, 159:12, 159:21
**prescription** [4] - 8:23, 44:1, 159:16, 159:18
**prescriptions** [1] - 25:23
**PRESENT** [1] - 2:10
**present** [9] - 10:12, 13:25, 17:22, 19:2, 88:13, 111:2, 111:8, 133:3, 136:23
**presently** [10] - 6:10, 6:20, 16:1, 25:15, 29:18, 54:16, 159:16, 160:2, 162:11, 162:14
**preserve** [1] - 50:10
**president** [1] - 18:6
**pressure** [7] - 21:18, 21:20, 21:23, 22:5, 22:10, 22:11, 24:15
**prevent** [1] - 44:10
**prevention** [3] - 17:10, 17:11, 17:20
**previous** [1] - 33:24
**primarily** [1] - 155:2
**primary** [3] - 29:18, 29:21, 29:25
**print** [1] - 86:13
**printed** [2] - 49:16, 49:18
**priority** [3] - 138:11, 146:1, 146:3
**Pristiq** [2] - 23:11, 23:12
**privileges** [1] - 89:14
**probability** [1] - 166:19
**problem** [17] - 20:18, 83:17, 83:20, 83:21, 83:24, 84:2, 84:3, 84:6, 86:3, 86:4, 86:7, 93:5, 105:8, 124:6, 124:8, 144:11, 163:14

**problems** [16] - 27:7, 27:10, 27:13, 83:5, 83:9, 83:12, 104:11, 104:14, 104:15, 104:20, 105:4, 105:6, 143:20, 149:3, 160:23
**proceed** [1] - 178:19
**process** [7] - 20:20, 39:11, 58:8, 58:10, 58:21, 61:8, 153:7
**processes** [1] - 15:15
**produced** [2] - 166:4, 171:21
**production** [1] - 166:5
**professional** [1] - 39:20
**proficiency** [1] - 64:16
**profits** [4] - 164:15, 164:17, 164:21, 164:23
**program** [1] - 158:2
**progressing** [1] - 155:24
**promotion** [1] - 169:7
**properly** [1] - 92:3
**prosthetics** [1] - 171:11
**protective** [3] - 14:6, 98:24, 126:5
**provide** [2] - 147:10, 165:18
**provided** [2] - 114:25, 115:4
**providers** [1] - 157:6
**PROVIDES** [1] - 179:2
**provides** [2] - 14:2, 14:16
**psychiatrist** [1] - 22:24
**Public** [3] - 1:21, 175:17, 177:18
**Puerto** [37] - 3:15, 6:12, 6:19, 7:8, 11:17, 15:4, 15:8, 16:18, 16:23, 17:7, 20:25, 22:22, 26:2, 29:8, 32:18, 32:19, 36:13, 51:23, 52:1, 71:13, 134:3, 134:4, 134:5, 134:6, 150:22, 150:23, 150:24, 151:1, 151:6, 152:4, 153:14, 153:19, 153:21, 153:22, 163:5, 166:23, 169:9
**pull** [2] - 112:17, 112:18
**pulled** [1] - 147:3

**pulse** [3] - 134:23, 134:24
**purchased** [1] - 42:18
**pursuant** [1] - 1:22
**put** [33] - 61:25, 62:6, 68:11, 72:6, 72:25, 73:15, 76:14, 77:7, 77:11, 77:13, 77:20, 77:22, 78:11, 81:9, 81:13, 82:2, 82:4, 83:1, 83:3, 84:1, 84:2, 84:4, 84:7, 87:24, 88:1, 89:17, 92:7, 92:11, 93:9, 134:21, 135:8, 138:6, 138:21
**puts** [1] - 151:13
**putting** [6] - 63:21, 73:17, 78:5, 79:16, 83:12, 85:25

## Q

**quarter** [2] - 164:19, 164:20
**quarterly** [6] - 164:8, 164:9, 167:14, 167:18, 169:14, 169:21
**questions** [21] - 3:24, 4:11, 19:9, 67:11, 67:21, 67:25, 68:3, 68:5, 68:6, 70:4, 70:7, 70:19, 70:21, 70:23, 71:3, 71:4, 114:20, 129:22, 168:9, 172:18, 172:20
**quick** [1] - 82:10
**quickly** [2] - 75:20, 75:22
**Quills** [1] - 2:11
**quit** [4] - 26:8, 26:16, 26:24, 27:1
**quite** [2] - 142:12, 153:7

## R

**Rafael** [1] - 20:23
**rail** [1] - 107:6
**railing** [4] - 101:20, 101:21, 107:3, 107:5
**railings** [2] - 96:23, 101:15
**rails** [2] - 100:23, 100:25
**rain** [1] - 150:4
**raining** [3] - 149:11,



149:12, 149:21
**rainy** [2] - 60:8, 60:10
**rate** [1] - 17:22
**ray** [2] - 31:18, 138:15
**rayed** [1] - 31:16
**rays** [9] - 9:25, 10:2, 10:3, 10:6, 134:13, 146:16, 147:8
**RCCL** [1] - 178:9
**re** [1] - 115:24
**RE** [1] - 178:9
**re-answer** [1] - 115:24
**reach** [2] - 152:6, 152:7
**reached** [1] - 78:2
**read** [11] - 46:14, 66:16, 66:22, 67:18, 67:19, 137:12, 141:10, 141:20, 174:22, 177:6, 179:19
**reading** [5] - 33:20, 33:22, 34:8, 34:15, 178:18
**ready** [4] - 54:1, 80:22, 82:6, 103:25
**really** [4] - 18:20, 40:25, 167:14, 169:23
**reapplied** [1] - 155:21
**reason** [9] - 4:10, 9:11, 30:9, 32:5, 41:2, 41:9, 91:24, 159:10, 160:19
**REASON** [1] - 179:6
**reasonably** [3] - 115:1, 115:4, 118:15
**reasons** [3] - 28:8, 152:11, 179:4
**receive** [26] - 15:10, 15:13, 17:12, 17:15, 26:23, 32:24, 62:10, 62:13, 81:6, 81:8, 119:3, 121:3, 146:11, 146:13, 146:15, 154:5, 154:8, 163:25, 164:3, 166:20, 167:7, 167:12, 167:19, 167:23, 168:2, 170:17
**received** [15] - 41:7, 67:12, 86:1, 91:18, 130:6, 146:12, 148:22, 151:24, 154:11, 157:15, 166:15, 167:10, 168:4, 169:6, 169:19
**receiving** [5] - 14:11, 148:16, 167:17,

170:17
**recess** [1] - 121:24
**recognize** [11] - 65:20, 136:17, 136:18, 136:19, 136:20, 142:6, 142:13, 165:14, 166:12, 166:13, 168:17
**recognizes** [1] - 67:10
**recognizing** [1] - 142:8
**recommend** [1] - 13:7
**recommendations** [1] - 13:4
**Record** [1] - 178:25
**record** [5] - 4:17, 31:4, 31:6, 112:2, 176:7
**records** [5] - 2:23, 2:24, 2:24, 168:9, 168:17
**recover** [5] - 109:2, 111:20, 112:4, 123:8, 163:1
**recovery** [2] - 171:11, 171:17
**rectangular** [1] - 62:8
**refer** [2] - 5:12, 145:10
**reference** [2] - 141:9, 178:12
**references** [1] - 41:7
**referencing** [1] - 98:7
**referred** [1] - 157:5
**referring** [5] - 5:13, 10:5, 50:2, 81:15, 84:8, 118:19, 129:23, 129:25, 144:20, 161:14
**reflect** [1] - 168:18
**reflux** [1] - 9:1
**refresh** [1] - 9:20
**regain** [3] - 105:10, 119:2, 124:2
**regaining** [1] - 160:13
**regarding** [2] - 55:20, 165:19
**regardless** [1] - 19:24
**regional** [2] - 18:5
**register** [7] - 57:14, 57:15, 57:20, 57:21, 57:23, 58:5, 70:8
**registered** [2] - 56:15, 69:4
**registering** [10] - 56:7, 57:2, 57:17, 62:4, 62:15, 63:1, 70:19, 74:7, 90:21, 108:8
**registration** [5] - 56:9, 56:10, 58:8, 58:21, 70:9
**regular** [3] - 30:17,

37:1, 63:16
**regularly** [5] - 18:24, 25:22, 26:19, 36:21, 37:8
**related** [5] - 23:6, 67:11, 143:22, 161:8, 166:22
**relation** [3] - 99:8, 99:16, 107:8
**relative** [3] - 9:7, 176:8, 176:9
**relatives** [2] - 14:12, 14:15
**release** [2] - 65:24, 141:16
**Release** [1] - 2:21
**released** [1] - 154:20
**relevance** [1] - 14:8
**relevant** [2] - 67:12, 67:13
**remain** [2] - 98:17, 108:1
**remains** [1] - 171:24
**remember** [112] - 8:16, 11:9, 11:14, 22:6, 24:23, 25:7, 26:9, 27:19, 28:5, 28:12, 31:11, 32:17, 38:5, 38:19, 39:9, 39:16, 39:19, 42:2, 43:18, 44:23, 47:3, 48:8, 49:2, 50:6, 52:23, 53:22, 56:2, 57:8, 57:11, 60:12, 60:14, 61:19, 63:5, 67:19, 67:24, 68:3, 68:4, 68:5, 70:3, 70:20, 74:11, 74:13, 79:5, 79:7, 82:1, 82:3, 84:19, 84:23, 90:4, 90:19, 91:2, 91:13, 91:14, 92:9, 92:10, 92:20, 92:23, 92:25, 93:4, 93:16, 94:6, 95:21, 96:13, 100:18, 101:11, 101:17, 101:25, 102:7, 102:8, 103:11, 104:7, 106:1, 106:9, 107:14, 108:11, 109:16, 110:19, 113:17, 114:20, 114:23, 116:16, 128:6, 129:4, 130:11, 131:16, 132:1, 132:6, 135:12, 135:22, 136:4, 136:25, 137:2, 138:1, 138:5,

139:22, 140:15, 141:5, 141:8, 141:19, 141:20, 142:1, 142:2, 143:15, 143:21, 143:23, 144:6, 144:15, 145:22, 156:20, 157:24
**remove** [1] - 171:12
**removed** [3] - 155:16, 155:18
**renter** [2] - 66:24, 67:9
**repeat** [5] - 59:20, 126:7, 126:10
**rephrase** [1] - 4:12
**report** [5] - 104:11, 104:14, 104:15, 144:10, 176:5
**reporter** [1] - 4:16
**REPORTER** [1] - 176:1
**REPORTING** [1] - 178:1
**representative** [2] - 10:25, 11:7
**request** [1] - 166:4
**requested** [1] - 176:6
**required** [1] - 64:20
**requirement** [1] - 64:24
**rerouted** [1] - 135:5
**reside** [1] - 6:10
**resolved** [1] - 11:3
**resource** [1] - 17:6
**respect** [1] - 89:13
**responding** [1] - 150:18
**responds** [1] - 171:11
**response** [1] - 166:4
**rest** [1] - 45:13
**restaurant** [1] - 53:18
**result** [10] - 21:9, 24:19, 157:8, 160:3, 162:17, 163:20, 170:14, 170:25, 171:3, 171:9
**results** [6] - 11:5, 32:20, 32:22, 147:17, 164:12, 165:3
**retrieve** [2] - 72:9, 90:23
**return** [2] - 43:15, 45:9
**returned** [3] - 43:20, 54:22, 170:3
**reverse** [1] - 20:2
**review** [3] - 9:23, 20:19, 176:5
**reviewed** [3] - 10:1, 141:10, 141:20

**reviewing** [1] - 141:16
**rheumatic** [1] - 29:13
**rheumatoid** [1] - 29:12
**Rico** [37] - 3:15, 6:12, 6:19, 7:8, 11:17, 15:4, 15:8, 16:18, 16:23, 17:7, 20:25, 22:22, 26:2, 29:8, 32:18, 32:19, 36:14, 51:23, 52:1, 71:13, 134:3, 134:4, 134:5, 134:6, 150:22, 150:23, 150:24, 151:1, 151:6, 152:4, 153:14, 153:19, 153:21, 153:22, 163:6, 166:23, 169:9
**rink** [82] - 36:13, 36:15, 45:16, 45:22, 46:1, 46:2, 46:3, 47:8, 50:1, 50:7, 50:9, 53:8, 55:11, 55:13, 55:17, 55:24, 56:5, 56:8, 57:4, 58:16, 60:13, 60:16, 62:1, 62:19, 64:1, 64:5, 64:11, 66:1, 67:6, 67:12, 67:22, 68:17, 68:19, 75:6, 76:8, 76:21, 77:1, 77:6, 77:9, 80:11, 80:13, 80:14, 80:17, 80:19, 80:23, 81:1, 81:5, 81:18, 88:5, 88:13, 88:18, 95:24, 97:17, 98:4, 99:15, 100:24, 101:5, 101:7, 101:10, 101:14, 101:16, 102:23, 102:24, 104:17, 105:2, 106:6, 109:13, 113:13, 113:15, 118:15, 118:17, 118:19, 119:3, 119:9, 119:16, 129:12, 130:9, 130:19, 130:25, 131:1, 133:3
**Rio** [1] - 7:8
**risk** [7] - 86:23, 86:25, 87:1, 87:2, 87:6, 87:10, 97:9
**risky** [1] - 97:14
**road** [2] - 8:13, 149:18
**rocky** [2] - 149:16, 149:18
**role** [4] - 40:22, 120:24, 127:12,



128:3
**roller** [30] - 36:4, 36:6, 36:11, 36:21, 37:1, 37:12, 37:16, 37:18, 37:20, 37:25, 38:7, 38:9, 38:16, 38:22, 39:2, 39:4, 39:8, 39:12, 54:13, 54:16, 54:18, 54:20, 78:6, 78:14, 79:2, 85:15, 87:18, 88:3, 88:6, 88:8
**Roller** [1] - 36:16
**Roman** [2] - 154:25, 170:12
**room** [12] - 28:16, 53:14, 54:24, 58:17, 62:18, 93:1, 149:9, 150:2, 150:3, 150:4, 150:20, 151:25
**rooms** [1] - 149:14
**ROYAL** [1] - 1:8
**Royal** [27] - 3:12, 46:24, 55:20, 56:25, 63:25, 64:3, 67:20, 74:5, 74:15, 74:25, 76:5, 76:24, 79:22, 80:1, 81:1, 81:16, 98:10, 98:16, 99:1, 99:3, 103:7, 104:11, 129:1, 143:12, 143:16, 151:20
**RPR** [3] - 1:21, 176:4, 176:15
**RULE** [1] - 179:2
**rule** [2] - 4:14, 8:12
**rules** [4] - 3:20, 58:22, 59:1, 89:13
**run** [3] - 18:13, 18:18, 134:25
**running** [2] - 18:16, 59:15
**rush** [4] - 82:8, 82:17, 82:18, 82:19
**rushed** [3] - 82:9, 82:18, 82:22
**rushing** [5] - 82:11, 82:13, 82:15, 82:16, 82:23
**RVP** [1] - 18:5

## S

**S-P-H** [1] - 18:3
**safe** [4] - 67:2, 67:11, 115:2, 115:4
**safety** [5] - 81:10, 81:25, 83:9, 88:19, 144:3

**salary** [11] - 165:25, 166:16, 166:18, 166:21, 167:8, 167:10, 167:24, 168:3, 168:5, 177:17, 170:18
**sales** [1] - 13:18
**salesperson** [1] - 13:22
**Samaritan** [9] - 27:18, 28:22, 29:1, 154:4, 154:6, 154:11, 154:15, 161:12, 161:25
**Samaritano** [1] - 27:17
**San** [4] - 15:3, 26:1, 29:8, 41:17
**satisfied** [1] - 154:10
**Saturday** [3] - 41:15, 42:25, 43:2
**saw** [40] - 7:21, 9:24, 10:3, 10:6, 21:1, 24:21, 25:6, 53:6, 57:18, 64:8, 70:15, 72:20, 73:19, 76:8, 76:13, 77:3, 77:5, 80:10, 80:12, 94:15, 94:24, 98:2, 98:7, 98:21, 105:7, 110:23, 111:1, 111:12, 111:13, 119:7, 120:8, 121:14, 122:2, 122:11, 122:19, 125:22, 136:16, 147:24, 151:25, 152:10
**scan** [5] - 33:7, 33:10, 33:12, 33:13, 34:19
**scar** [2] - 171:20, 171:24
**scared** [1] - 148:13
**scheduled** [3] - 7:16, 41:18, 42:1
**school** [2] - 14:24, 15:2
**scope** [1] - 14:18
**screws** [2] - 163:14, 171:13
**sea** [3] - 44:10, 44:19, 60:12
**SEA** [1] - 5:8
**seal** [1] - 175:11
**sealing** [3] - 155:24, 155:25, 156:1
**Sears** [18] - 2:23, 11:7, 16:2, 16:5, 16:6, 16:7, 16:10, 16:14, 16:16, 16:18, 16:20, 16:22, 17:9, 17:20,

17:23, 166:3, 166:11, 169:9
**SEAS** [4] - 5:14, 40:10, 41:11, 47:20
**seating** [1] - 55:5
**Sebastian** [1] - 15:4
**second** [5] - 14:4, 66:3, 66:4, 79:16, 86:8
**section** [1] - 86:13
**secure** [1] - 117:5
**secured** [1] - 38:4
**Security** [1] - 159:23
**security** [1] - 163:16
**sedated** [6] - 136:6, 137:4, 138:10, 140:7, 142:2, 144:14
**see** [83] - 20:22, 22:17, 24:4, 24:7, 25:5, 32:12, 41:8, 46:16, 46:17, 47:5, 70:24, 72:17, 73:2, 73:5, 73:7, 73:20, 73:23, 74:2, 74:25, 75:2, 76:5, 76:7, 79:24, 86:9, 86:11, 86:12, 86:16, 87:13, 94:14, 95:2, 98:3, 98:8, 98:20, 98:21, 101:23, 102:2, 102:6, 103:7, 104:1, 104:19, 104:23, 105:3, 105:5, 105:13, 105:17, 109:20, 109:24, 111:18, 112:19, 113:5, 113:7, 119:20, 119:22, 121:7, 121:10, 121:16, 121:19, 122:2, 122:5, 122:6, 122:9, 122:14, 122:23, 123:1, 124:24, 125:5, 125:9, 125:14, 126:17, 126:22, 133:4, 138:17, 139:4, 139:10, 145:19, 145:23, 146:25, 147:21, 157:6, 165:2, 169:16, 171:24
**seeing** [5] - 74:11, 91:11, 111:6, 121:21, 156:8
**selecting** [2] - 40:22, 41:10
**selection** [1] - 40:24
**send** [1] - 94:22
**sent** [1] - 114:15

**separate** [1] - 179:3
**September** [4] - 157:25, 170:4, 170:8, 170:13
**series** [1] - 3:23
**serious** [8] - 19:20, 19:25, 86:25, 87:2, 97:10, 97:15, 134:15, 146:7
**seriously** [1] - 174:1
**served** [1] - 15:24
**Services** [1] - 2:11
**sessions** [1] - 157:13
**set** [2] - 19:9, 177:9
**setting** [1] - 4:24
**seven** [4] - 19:4, 19:5, 41:20, 45:23, 51:19, 69:17, 69:20, 69:23, 69:25, 150:10, 150:11, 154:19
**seventeen** [1] - 16:24
**several** [2] - 17:2, 171:1
**shall** [3] - 178:18, 178:19, 179:3
**share** [1] - 41:23
**shared** [3] - 53:4, 132:17, 132:20
**SHEET** [1] - 179:1
**shelving** [1] - 91:7
**ship** [73] - 40:23, 41:4, 41:10, 42:24, 43:1, 43:15, 43:21, 44:12, 44:16, 44:22, 44:25, 45:3, 45:10, 45:13, 46:18, 47:20, 50:3, 51:16, 53:18, 54:1, 54:5, 54:22, 55:21, 55:25, 59:19, 59:21, 60:17, 60:21, 60:24, 60:25, 72:18, 73:6, 78:5, 78:12, 98:1, 127:3, 127:5, 127:8, 127:16, 127:21, 128:3, 128:7, 128:14, 128:22, 129:14, 129:15, 131:12, 132:24, 135:4, 135:21, 136:22, 144:7, 144:10, 144:13, 144:16, 145:14, 145:16, 145:21, 145:22, 145:24, 145:25, 146:8, 146:10, 150:17, 151:19, 152:18, 152:24, 153:2, 153:9, 153:11,

155:9, 157:17
**ship's** [13] - 46:1, 127:2, 127:11, 129:8, 132:5, 132:11, 140:1, 141:6, 141:23, 143:10, 144:3, 145:10
**shipboard** [1] - 55:17
**ships** [1] - 149:3
**shirt** [5] - 59:11, 104:24, 104:25, 120:2
**shoe** [4] - 38:10, 61:13, 70:15, 173:10
**shoelaces** [8] - 72:13, 73:6, 73:12, 84:14, 92:2, 116:25, 173:1, 173:17
**shoes** [3] - 59:15, 72:6, 93:7
**shore** [1] - 42:13
**shoreside** [1] - 151:21
**short** [4] - 70:10, 79:14, 84:16, 121:24
**shortened** [1] - 118:7
**shorter** [5] - 77:23, 80:20, 84:20, 85:10, 85:13
**SHORTHAND** [1] - 176:1
**shorts** [1] - 59:5
**shoulder** [2] - 161:3, 161:4
**shoulders** [2] - 113:1, 161:3
**show** [13] - 46:15, 46:17, 46:21, 50:1, 65:17, 77:15, 79:22, 79:25, 80:6, 80:7, 80:19, 93:17, 93:20
**showing** [3] - 136:12, 165:9, 168:15
**shown** [1] - 173:16
**shows** [3] - 47:12, 56:13, 121:2
**sick** [2] - 44:11, 166:25
**sickness** [1] - 44:19
**side** [8] - 65:8, 96:22, 101:21, 107:11, 107:12, 111:19, 112:18, 116:2
**sides** [2] - 96:23, 116:7
**sideways** [1] - 111:16
**sightseeing** [1] - 45:6
**sign** [9] - 58:7, 64:20, 65:1, 65:11, 66:10, 67:15, 90:13, 90:15,

90:16
**signaling** [3] - 76:1, 76:2, 76:13
**signalled** [2] - 81:9, 81:15
**signature** [8] - 66:2, 66:6, 66:19, 89:17, 137:9, 142:9, 142:17, 178:14
**signed** [18] - 55:2, 55:9, 58:12, 65:6, 65:13, 65:25, 68:7, 68:15, 86:21, 90:3, 90:5, 90:16, 137:16, 139:9, 141:11, 141:12, 141:13, 141:16
**significant** [1] - 12:16
**signing** [3] - 89:24, 90:18, 178:19
**signs** [3] - 47:15, 149:5, 149:24
**similar** [6] - 78:5, 78:12, 78:17, 78:23, 79:2, 141:14
**simply** [2] - 85:13, 146:20
**Sincerely** [1] - 178:21
**sit** [7] - 56:12, 62:9, 68:9, 90:8, 93:1, 106:4, 162:19
**sitting** [9] - 4:23, 56:11, 92:11, 92:13, 92:14, 92:17, 93:5, 94:23, 160:10
**situation** [2] - 14:10, 113:19
**six** [3] - 28:13, 67:4, 88:18
**size** [7] - 61:13, 61:15, 91:12, 91:15, 91:19, 91:21, 91:25
**skate** [82] - 36:21, 37:1, 37:12, 39:2, 39:8, 39:12, 57:17, 57:24, 58:2, 58:4, 58:5, 63:1, 64:21, 67:7, 68:23, 69:17, 71:5, 73:5, 77:14, 77:22, 79:1, 79:9, 80:19, 81:7, 84:15, 84:17, 85:1, 85:4, 85:5, 85:20, 87:17, 88:15, 88:21, 88:23, 93:18, 93:20, 93:24, 94:3, 94:10, 96:17, 96:19, 96:20, 97:4, 97:6, 100:10, 100:13, 105:8, 105:11, 106:24,

107:21, 109:1, 109:2, 109:6, 111:21, 112:3, 112:7, 113:6, 113:7, 113:21, 115:17, 115:22, 117:9, 117:10, 117:11, 117:13, 117:15, 117:20, 118:25, 119:1, 124:3, 124:9, 129:21, 131:9, 131:11, 131:18, 131:21, 131:23, 131:25, 139:5, 173:4, 173:8, 173:20
**skated** [11] - 36:6, 36:11, 37:16, 38:16, 40:3, 40:6, 55:16, 70:22, 87:12, 88:4, 106:17
**skater** [4] - 39:20, 66:24, 67:9, 75:1
**skaters** [5] - 39:23, 74:23, 88:19, 88:20, 94:25
**skates** [94] - 37:23, 37:24, 38:3, 38:13, 38:14, 38:17, 54:20, 57:22, 58:14, 58:15, 58:20, 61:9, 61:11, 61:12, 61:18, 61:23, 61:24, 61:25, 62:7, 62:11, 62:13, 63:18, 63:21, 68:12, 68:18, 68:25, 69:2, 69:5, 69:6, 70:10, 70:15, 70:25, 71:1, 72:8, 72:9, 72:16, 72:17, 72:22, 72:25, 73:2, 73:7, 73:9, 73:15, 73:18, 74:8, 75:4, 75:22, 75:24, 77:7, 77:9, 77:12, 78:4, 78:11, 78:13, 81:6, 81:11, 85:1, 85:16, 89:8, 90:23, 91:5, 91:8, 91:11, 91:18, 91:22, 92:8, 92:12, 93:9, 93:11, 93:14, 94:22, 94:24, 96:24, 98:21, 116:11, 116:24, 118:9, 129:6, 129:19, 130:1, 130:6, 130:8, 131:2, 144:12, 144:18, 144:21, 144:24, 172:15, 172:23, 173:1, 173:10
**skating** [132] - 5:9,

5:14, 36:1, 36:4, 36:13, 36:15, 37:22, 38:22, 39:4, 39:15, 39:19, 39:23, 43:5, 43:10, 45:16, 45:22, 46:1, 46:2, 46:6, 46:15, 46:17, 46:21, 47:5, 47:8, 47:11, 47:16, 50:6, 50:9, 53:8, 54:7, 54:13, 55:11, 55:12, 55:17, 55:20, 55:24, 56:5, 57:4, 58:16, 58:22, 59:2, 59:5, 59:9, 59:18, 59:22, 59:25, 60:13, 60:16, 60:18, 62:16, 62:19, 62:20, 62:22, 63:8, 64:4, 67:3, 67:6, 67:22, 68:17, 68:21, 68:23, 69:3, 69:6, 69:16, 70:25, 71:8, 74:4, 75:5, 75:8, 75:13, 76:8, 76:21, 77:1, 81:4, 81:18, 83:1, 83:10, 87:6, 87:7, 87:14, 88:5, 88:17, 89:7, 89:14, 94:11, 95:16, 95:24, 96:22, 96:25, 97:1, 97:2, 98:4, 98:15, 98:18, 98:20, 99:3, 99:8, 99:14, 99:15, 100:8, 100:17, 100:24, 101:22, 102:3, 102:9, 102:23, 102:24, 103:15, 104:17, 106:5, 107:22, 107:23, 108:2, 108:5, 108:10, 114:25, 118:15, 119:16, 119:21, 127:21, 129:8, 129:12, 129:16, 130:9, 130:10, 130:25, 131:1
**skills** [1] - 87:22
**sleep** [1] - 9:3
**slightest** [1] - 120:2
**slip** [1] - 162:22
**slippery** [2] - 72:3, 72:7
**slope** [1] - 162:19
**slot** [4] - 68:20, 69:21, 69:25, 93:23
**slots** [2] - 69:20, 91:12
**slow** [3] - 102:13, 103:17, 103:18
**slowed** [4] - 102:13,

102:19, 102:21, 114:4
**slowing** [1] - 108:24
**small** [2] - 96:1, 96:2
**smoke** [2] - 26:6, 26:20
**smoked** [1] - 26:12
**smoker** [2] - 26:16, 26:18
**smoking** [2] - 26:8, 26:24
**snorkeling** [1] - 42:19
**snow** [2] - 71:15, 71:18
**snowed** [2] - 71:22, 72:1
**Social** [1] - 159:23
**socially** [1] - 51:6
**socks** [2] - 59:16, 92:5
**soiled** [1] - 120:13
**someone** [26] - 11:20, 56:18, 62:3, 63:13, 70:12, 70:16, 73:20, 73:22, 74:20, 74:22, 83:22, 110:15, 113:18, 116:6, 129:7, 131:12, 131:24, 132:1, 137:7, 140:18, 141:8, 142:1, 143:18, 145:14, 152:1
**sometimes** [3] - 4:19, 25:4, 39:23
**soon** [1] - 97:3
**sorry** [9] - 15:23, 59:20, 99:24, 110:10, 124:9, 125:2, 143:4, 164:13, 170:19
**sort** [3] - 33:12, 42:19, 173:1
**sound** [1] - 112:9
**South** [2] - 1:14, 2:7
**SOUTHERN** [1] - 1:1
**Spanish** [6] - 65:4, 65:8, 66:14, 66:17, 89:25, 90:4
**speaker** [3] - 103:24, 104:2, 104:6
**speaking** [3] - 64:16, 120:5, 140:12
**specialist** [3] - 24:8, 145:11, 145:20
**specialty** [2] - 9:9, 22:23
**specific** [3] - 76:3, 147:21, 148:21
**specifically** [6] - 39:16, 44:7, 69:19,

82:1, 111:6, 111:18
**specified** [1] - 138:2
**specifies** [1] - 166:18
**specify** [1] - 166:19
**speed** [3] - 102:13, 103:18, 108:24
**spell** [1] - 5:18
**Spencer** [2] - 2:5, 178:5
**spend** [5] - 43:11, 47:1, 52:21, 53:20, 152:20
**Sph** [1] - 18:3
**spoken** [3] - 133:5, 140:16, 143:16
**sports** [1] - 18:11
**spouse** [1] - 13:25
**SS** [2] - 176:3, 177:2
**St** [13] - 42:3, 42:5, 42:8, 42:11, 42:14, 42:17, 42:22, 43:12, 44:24, 44:25, 45:3, 45:7
**stabilize** [1] - 146:7
**staff** [3] - 46:24, 99:2, 99:3
**stand** [3] - 75:6, 111:24, 160:11
**standing** [6] - 80:22, 119:9, 119:11, 121:17, 125:6, 125:7
**star** [1] - 138:21
**start** [8] - 16:7, 68:21, 114:17, 156:8, 160:11, 160:12, 160:13, 163:11
**started** [10] - 96:17, 96:18, 96:22, 96:25, 97:1, 97:6, 102:22, 113:10, 170:9
**starting** [1] - 68:22
**starts** [3] - 117:24, 118:4, 118:6
**State** [3] - 1:22, 175:17, 177:19
**STATE** [3] - 175:4, 176:2, 177:2
**state** [4] - 5:17, 71:12, 71:20, 151:5
**Statement** [2] - 2:22, 136:14
**statement** [4] - 138:14, 140:23, 142:25, 179:4
**statements** [1] - 172:7
**STATES** [1] - 1:1
**States** [1] - 6:5
**stationed** [2] - 81:17, 96:7
**stay** [6] - 7:12, 143:20,

148:8, 148:18, 152:17, 153:6
**stayed** [3] - 98:19, 132:15, 135:11
**steep** [1] - 162:19
**stenographic** [1] - 176:7
**stenographically** [1] - 176:5
**stepped** [1] - 80:13
**steps** [5] - 17:17, 89:8, 101:4, 160:13, 162:4
**sticker** [1] - 163:5
**stiffness** [1] - 162:15
**still** [12] - 25:14, 34:3, 48:14, 59:23, 60:4, 60:18, 69:3, 131:20, 155:17, 158:18, 160:2, 170:11
**stitches** [2] - 155:15, 155:16
**stop** [9] - 5:5, 22:4, 22:8, 102:9, 102:12, 103:15, 103:17, 110:12, 157:23
**stopping** [2] - 80:24, 81:3
**store** [3] - 16:21, 17:1, 169:8
**stored** [2] - 48:13, 49:14
**strange** [1] - 85:24
**strap** [2] - 83:13, 85:7
**Street** [1] - 178:1
**strength** [3] - 161:9, 162:23, 162:25
**strengthening** [1] - 158:11
**stress** [1] - 23:6
**stretch** [1] - 157:19
**stretcher** [2] - 149:17, 149:20
**stretching** [1] - 158:10
**strike** [8] - 58:8, 79:12, 85:2, 86:7, 121:5, 127:6, 151:19, 167:23
**string** [1] - 71:6
**strings** [6] - 38:6, 38:10, 70:16, 72:11, 72:12, 173:11
**strongly** [1] - 116:21
**structure** [1] - 91:8
**stuck** [15] - 92:16, 105:11, 109:1, 109:3, 109:4, 109:6, 111:21, 112:3, 112:6, 112:8, 113:3, 113:6, 113:8, 113:21, 118:25

**styled** [1] - 178:13
**subject** [72] - 5:12, 12:17, 13:2, 13:8, 18:7, 18:10, 18:16, 18:24, 19:10, 19:13, 19:17, 20:7, 21:15, 21:22, 22:12, 24:15, 26:4, 27:3, 27:6, 27:9, 28:25, 29:4, 29:16, 29:24, 30:8, 31:12, 31:15, 31:20, 31:23, 33:3, 33:6, 34:16, 34:18, 34:24, 35:10, 35:22, 35:25, 36:3, 36:7, 36:12, 36:20, 36:25, 37:11, 37:15, 38:17, 38:22, 39:14, 40:3, 40:6, 44:13, 46:7, 50:16, 50:19, 50:22, 50:25, 51:9, 51:25, 52:9, 52:17, 53:7, 54:8, 71:11, 71:16, 97:17, 158:19, 160:23, 162:7, 170:5, 170:15, 170:25, 171:4, 171:9
**subscribed** [1] - 177:16
**substance** [1] - 179:2
**sudden** [1] - 96:3
**sued** [5] - 11:20, 12:4, 12:6, 12:8
**suffer** [5] - 20:8, 22:13, 22:25, 33:4, 34:25
**suffered** [5] - 24:8, 24:18, 27:12, 35:2, 155:9
**suffering** [1] - 32:9
**sufficient** [1] - 101:23
**suggest** [1] - 178:16
**suing** [1] - 10:23
**suitable** [1] - 178:17
**Suite** [3] - 1:14, 2:8, 178:2
**summer** [2] - 21:3, 36:10
**Sunday** [4] - 42:9, 43:12, 43:16, 43:20
**Sundays** [1] - 133:10
**supervise** [1] - 88:14
**supervisor** [1] - 18:1
**support** [3] - 14:3, 14:17, 114:5
**suppose** [13] - 39:13, 43:17, 44:8, 48:5, 48:8, 59:23, 72:24, 73:13, 91:13, 91:20, 97:20, 102:18, 119:2

**supposed** [1] - 149:9
**surface** [1] - 105:22
**surgeon** [2] - 145:19, 155:2
**surgery** [24] - 29:15, 134:16, 147:7, 150:20, 150:21, 150:22, 152:5, 154:5, 154:8, 154:22, 155:1, 155:3, 155:6, 155:13, 155:15, 155:24, 161:12, 162:1, 171:12, 171:15, 171:16, 171:18, 171:22
**surprise** [1] - 149:14
**surprised** [1] - 90:3
**surrounded** [2] - 101:12, 121:11
**surrounding** [1] - 113:10
**suspects** [1] - 161:6
**sustained** [1] - 157:16
**swelling** [3] - 157:22, 158:15, 159:11
**swollen** [1] - 160:16
**sworn** [4] - 3:2, 3:6, 4:24, 175:10
**Sworn** [1] - 177:16
**symptoms** [3] - 21:4, 35:3, 35:5
**system** [1] - 149:6

## T

**T.V** [2] - 39:15, 39:19
**table** [9] - 53:4, 58:17, 58:19, 91:4, 91:5, 91:6, 132:16, 132:17, 132:20
**tall** [1] - 12:11
**tape** [2] - 58:13, 61:11
**tax** [1] - 168:17
**taxi** [1] - 153:10
**telephone** [3] - 30:22, 31:9, 178:16
**tempting** [1] - 4:5
**ten** [8] - 27:16, 27:21, 28:7, 30:4, 61:16, 145:5, 154:17, 172:4
**term** [1] - 17:7
**termination** [1] - 12:3
**terms** [4] - 102:1, 146:1, 146:3, 169:18
**Terry** [1] - 6:24
**testified** [6] - 3:6, 10:15, 70:2, 118:8, 141:15, 172:2

**testify** [2] - 8:1, 9:12
**testimony** [5] - 10:17, 11:13, 14:13, 71:7, 82:21
**tests** [2] - 147:16, 161:6
**THE** [85] - 2:3, 2:6, 5:8, 5:14, 8:14, 14:20, 36:23, 37:3, 37:9, 39:25, 40:10, 41:11, 46:9, 47:20, 50:14, 53:10, 54:11, 58:24, 64:23, 67:24, 74:19, 78:8, 78:16, 78:21, 79:5, 85:23, 87:20, 89:2, 89:20, 90:2, 90:10, 91:1, 92:20, 93:4, 94:1, 97:24, 99:6, 99:11, 99:18, 100:3, 103:3, 103:11, 106:1, 106:8, 110:2, 110:18, 110:25, 113:23, 115:13, 116:16, 118:12, 120:18, 122:13, 122:22, 123:7, 123:16, 123:23, 124:8, 124:17, 125:2, 125:17, 126:7, 126:21, 127:23, 128:9, 128:18, 138:1, 138:8, 139:13, 139:22, 140:4, 140:10, 140:15, 141:1, 141:19, 143:3, 143:15, 144:6, 145:13, 150:1, 151:23, 172:23, 173:7, 173:13, 173:19
**them..** [1] - 179:4
**themselves** [3] - 118:9, 130:20, 131:3
**therapies** [2] - 170:10, 170:18
**therapist** [7] - 155:10, 156:16, 156:21, 156:24, 157:1, 157:5, 158:6
**therapy** [16] - 30:9, 155:11, 156:24, 157:9, 157:10, 157:12, 157:13, 157:20, 157:23, 158:4, 158:8, 158:18, 159:1, 159:6, 161:10, 170:20

**therefore** [1] - 71:2
**Thereupon** [10] - 3:1, 3:3, 31:5, 65:14, 121:24, 136:9, 165:6, 166:6, 168:12, 174:23
**third** [2] - 44:21, 45:18
**three** [17] - 13:20, 13:21, 16:9, 22:7, 24:24, 25:8, 52:7, 74:4, 74:9, 74:15, 99:1, 129:19, 140:18, 163:24, 166:16, 167:25, 168:5
**throughout** [2] - 130:2, 160:17
**thrown** [1] - 120:1
**Thursday** [1] - 1:15
**tie** [19] - 72:11, 77:21, 77:24, 78:2, 79:8, 79:15, 85:7, 85:13, 85:14, 85:16, 96:20, 115:16, 116:3, 116:9, 116:18, 116:21, 117:17, 117:23, 173:16
**tied** [5] - 78:1, 115:19, 116:17, 116:19, 173:1
**timeframe** [1] - 32:8
**timer** [1] - 103:22
**title** [1] - 18:4
**TO** [1] - 178:5
**today** [14] - 5:7, 7:10, 7:17, 8:1, 8:19, 9:12, 9:21, 10:8, 90:8, 90:10, 106:4, 137:13, 137:17, 158:13
**toes** [4] - 134:18, 134:23, 134:24, 134:25
**together** [2] - 107:22, 179:20
**tomorrow** [2] - 7:14, 7:17
**took** [29] - 28:2, 38:25, 42:23, 44:3, 44:8, 44:10, 45:4, 48:11, 49:4, 49:24, 50:3, 93:8, 113:17, 129:12, 129:13, 129:20, 130:12, 131:21, 131:23, 146:16, 147:16, 149:4, 150:3, 150:19, 153:8, 153:20, 157:13, 178:20



**top** [13] - 66:7, 77:19, 78:3, 79:8, 85:14, 88:10, 88:12, 116:4, 116:10, 116:17, 118:3, 118:5, 162:13
**total** [1] - 171:2
**tour** [2] - 42:19, 54:4
**towards** [5] - 101:19, 102:22, 106:23, 109:12, 112:19
**Tower** [2] - 1:13, 2:7
**town** [1] - 30:20
**training** [2] - 17:12, 17:15
**transcribed** [2] - 4:20, 178:14
**transcript** [6] - 176:6, 176:6, 177:7, 178:14, 178:20, 179:19
**translated** [1] - 3:24
**translating** [2] - 4:2, 4:8
**translation** [1] - 3:25
**translator** [1] - 4:1
**transportation** [1] - 153:9
**transported** [4] - 150:25, 153:13, 153:25, 154:2
**travel** [2] - 7:9, 163:13
**traveled** [1] - 41:21
**treadmill** [6] - 51:22, 52:4, 52:6, 52:8, 52:12, 52:22
**treat** [5] - 20:17, 21:23, 149:2, 155:1, 155:8
**treated** [12] - 28:15, 35:13, 35:16, 35:19, 135:23, 136:1, 150:19, 151:3, 151:4, 152:12, 152:13, 156:17
**treatment** [20] - 24:5, 25:3, 29:3, 119:3, 135:6, 135:20, 145:4, 146:11, 146:12, 146:14, 146:19, 148:10, 148:16, 148:22, 154:10, 157:7, 157:14, 171:3, 171:8, 172:3
**trial** [2] - 10:15, 14:13
**TRIAL** [2] - 2:3, 178:6
**tricks** [2] - 89:1, 89:2
**Tricks** [1] - 89:3
**tried** [6] - 70:16, 73:20, 79:15, 110:6,

112:5, 152:6
**trip** [1] - 40:20
**true** [3] - 176:6, 177:8, 179:21
**truth** [1] - 4:25
**try** [6] - 4:12, 70:12, 72:4, 73:22, 73:25, 130:20
**trying** [11] - 71:25, 91:14, 96:17, 108:17, 110:12, 110:20, 111:17, 146:6, 146:7, 152:10
**turn** [6] - 55:3, 69:10, 75:24, 102:14, 103:1, 103:19
**turned** [3] - 30:16, 69:6, 120:3
**turns** [2] - 31:8, 151:18
**twice** [2] - 25:18
**twisted** [1] - 112:22
**two** [36] - 6:2, 6:22, 7:1, 7:20, 11:15, 27:20, 41:22, 41:24, 58:2, 61:7, 70:11, 74:7, 95:19, 99:9, 108:2, 115:23, 129:22, 130:1, 130:5, 130:24, 133:10, 133:11, 136:13, 139:8, 145:21, 146:19, 154:24, 155:15, 155:18, 155:20
**two-page** [2] - 136:13, 139:8
**tying** [2] - 85:16, 117:20
**type** [40] - 15:13, 17:15, 18:8, 24:7, 28:1, 33:2, 33:22, 34:19, 37:24, 38:17, 43:25, 44:5, 47:19, 48:1, 49:7, 51:1, 51:20, 52:18, 54:7, 59:12, 68:20, 72:22, 73:5, 75:9, 91:7, 92:16, 96:1, 101:1, 101:25, 103:22, 105:19, 119:3, 119:5, 119:6, 119:12, 140:19, 161:23, 167:5, 172:23, 173:4
**types** [3] - 72:17, 73:2, 149:3

U

**ultimately** [1] - 106:18
**unable** [1] - 123:8
**unbalanced** [1] - 44:16
**uncomfortable** [1] - 83:25
**under** [7] - 67:4, 88:18, 93:11, 93:12, 142:3, 150:4, 178:13
**undergo** [2] - 32:15, 157:11
**undergone** [4] - 31:24, 33:7, 33:13, 34:19
**undersigned** [1] - 175:8
**understood** [3] - 4:9, 74:6, 90:16
**underwent** [1] - 33:12
**uniform** [5] - 56:22, 63:18, 63:22, 74:10, 74:11
**uniforms** [1] - 74:16
**United** [1] - 6:4
**UNITED** [1] - 1:1
**university** [1] - 15:8
**unjust** [1] - 12:2
**unless** [4] - 8:4, 14:7, 134:16, 174:6
**unrelated** [1] - 160:23
**unsteady** [1] - 127:2
**up** [45] - 7:14, 14:12, 26:11, 26:16, 38:9, 38:14, 58:7, 72:11, 77:16, 77:18, 78:1, 79:2, 79:3, 79:8, 80:22, 85:13, 85:16, 85:19, 95:7, 104:10, 104:25, 108:13, 111:24, 116:9, 116:13, 116:14, 117:3, 117:8, 117:11, 117:19, 143:19, 146:9, 146:20, 152:3, 155:12, 158:6, 160:11, 162:3, 162:4, 162:15, 162:19, 170:22, 173:1
**upper** [1] - 151:17
**upstairs** [1] - 162:4

V

**vacation** [1] - 38:24

**value** [1] - 168:4
**valve** [2] - 20:13, 20:20
**venue** [3] - 46:20, 47:2, 47:21
**verbal** [1] - 4:18
**verbally** [2] - 4:15, 112:1
**verified** [1] - 155:23
**verify** [2] - 31:1, 91:20
**vice** [2] - 18:5, 26:7
**video** [7] - 64:7, 97:21, 97:24, 98:1, 98:6, 98:7, 98:8
**view** [1] - 119:23
**vision** [3] - 27:10, 35:6, 121:16
**visit** [8] - 20:19, 27:24, 42:1, 42:7, 42:12, 46:23, 54:2, 147:18
**visited** [6] - 27:16, 27:21, 28:7, 28:18, 28:21, 46:6
**vital** [2] - 149:4, 149:24
**vs** [1] - 1:7

W

**wage** [3] - 14:10, 165:19, 168:9
**wages** [4] - 164:4, 165:23, 167:20, 170:14
**wait** [8] - 4:1, 4:8, 57:13, 57:20, 57:21, 57:22, 68:22, 68:24
**waited** [4] - 77:1, 94:21, 94:22, 134:12
**waiting** [6] - 45:14, 45:15, 94:9, 94:24, 95:11, 96:4
**waived** [1] - 178:19
**waiver** [2] - 64:20, 65:11
**walk** [4] - 71:25, 72:4, 160:12, 163:8
**walked** [1] - 62:18
**walker** [1] - 162:2
**walking** [3] - 160:12, 163:6, 163:10
**wall** [14] - 62:9, 92:16, 100:9, 100:14, 101:6, 101:9, 101:10, 101:12, 101:19, 101:20, 107:17, 107:24, 108:21
**wants** [1] - 179:3

**Washington** [5] - 71:19, 71:20, 71:21, 71:25
**watch** [1] - 56:13
**watched** [2] - 39:15, 97:21
**watching** [1] - 39:19
**water** [2] - 35:8, 120:9
**wear** [6] - 33:15, 59:5, 83:1, 88:2, 88:8, 89:8
**wearing** [14] - 56:22, 59:8, 59:12, 59:13, 59:16, 74:10, 74:16, 92:5, 93:8, 98:24, 116:11, 116:24, 144:18, 172:11
**weather** [1] - 60:5
**week** [4] - 18:17, 19:3, 19:7, 41:13
**weeks** [3] - 133:10, 133:11, 155:15, 155:18, 155:20
**weigh** [2] - 12:13, 12:20
**weight** [3] - 12:17, 12:23, 13:1
**West** [1] - 178:1
**wheelchair** [9] - 129:7, 130:10, 130:12, 130:14, 130:16, 161:13, 161:18, 161:20, 161:21
**wheelchairs** [1] - 132:9
**wheels** [4] - 38:1, 72:6, 78:22, 87:15
**white** [2] - 119:10, 119:16
**whitish** [1] - 119:18
**whole** [2] - 148:8, 150:12
**wife** [45] - 6:22, 13:10, 40:15, 40:21, 41:1, 41:12, 41:22, 41:24, 44:3, 44:5, 47:13, 48:24, 57:9, 58:2, 58:4, 58:10, 62:13, 62:15, 65:11, 65:12, 73:1, 82:2, 90:20, 93:10, 93:20, 95:12, 108:1, 110:25, 111:7, 111:9, 111:11, 132:13, 134:11, 136:21, 137:20, 138:15, 139:1, 141:5, 142:12, 143:4, 148:1, 152:15,



152:23, 153:16
**wife's** [7] - 6:23, 55:14, 95:17, 142:5, 142:6, 142:8, 142:16
**window** [1] - 35:7
**witness** [5] - 3:5, 10:18, 172:8, 179:3, 179:4
**WITNESS** [77] - 8:14, 14:20, 36:23, 37:3, 37:9, 39:25, 46:9, 50:14, 53:10, 54:11, 58:24, 64:23, 67:24, 74:19, 78:8, 78:16, 78:21, 79:5, 85:23, 87:20, 89:2, 89:20, 90:2, 90:10, 91:1, 92:20, 93:4, 94:1, 97:24, 99:6, 99:11, 99:18, 100:3, 103:3, 103:11, 106:1, 106:8, 110:2, 110:18, 110:25, 113:23, 115:13, 116:16, 118:12, 120:18, 122:13, 122:22, 123:7, 123:16, 123:23, 124:17, 125:2, 125:17, 126:21, 127:23, 128:9, 128:18, 138:1, 138:8, 139:13, 139:22, 140:4, 140:10, 140:15, 141:1, 141:19, 143:3, 143:15, 144:6, 145:13, 150:1, 151:23, 172:23, 173:7, 173:13, 173:19, 175:11
**witnessed** [4] - 111:4, 111:10, 133:2, 137:20
**woman** [1] - 61:20
**woman's** [1] - 132:22
**wording** [1] - 86:9
**work-related** [1] - 23:6
**workout** [1] - 51:20
**worn** [7] - 33:22, 72:15, 84:16, 115:8, 172:14, 172:25, 173:4
**worse** [1] - 148:16
**worst** [3] - 146:12, 148:16, 148:17
**wounds** [1] - 155:17
**wow** [1] - 27:17
**write** [2] - 139:1, 139:7

**writing** [1] - 142:11
**written** [2] - 90:7, 138:24
**wrote** [1] - 47:13

## X

**x-ray** [2] - 31:18, 138:15
**x-rayed** [1] - 31:16
**x-rays** [9] - 9:25, 10:2, 10:3, 10:6, 134:13, 146:16, 147:8

## Y

**year** [20] - 11:12, 11:15, 15:16, 17:21, 17:24, 20:19, 23:2, 23:16, 28:4, 28:11, 36:8, 36:12, 37:15, 38:16, 38:22, 88:4, 169:8, 171:18
**years** [27] - 6:2, 7:6, 11:16, 13:11, 13:20, 13:21, 16:9, 16:24, 24:24, 25:8, 26:11, 26:13, 26:15, 26:17, 26:18, 27:16, 27:22, 28:6, 28:7, 28:13, 29:23, 30:4, 52:7, 67:4, 88:18, 94:17, 172:4
**yelled** [1] - 100:4
**yelling** [1] - 131:18
**yesterday** [1] - 98:2
**young** [5] - 29:6, 37:17, 56:18, 61:21, 173:7
**younger** [4] - 56:19, 107:8, 107:20, 110:9
**youngest** [4] - 83:11, 84:10, 99:22, 111:13
**YOURSELF** [1] - 178:12
**yourself** [8] - 37:20, 37:25, 38:9, 82:16, 88:7, 98:3, 125:22, 143:7

## Z

**zags** [1] - 88:24
**Zantac** [2] - 8:25, 9:5
**zig** [1] - 88:24
**zig-zags** [1] - 88:24



JEANNIE REPORTING (305) 577-1705