UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-24687-CIV-WILLIAMS

EDGARDO LEBRON,

    Plaintiff,

vs.

ROYAL CARRIBEAN CRUISES LTD.,

    Defendant.
_____/

### ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. Pursuant to 28 U.S.C. § 636, the Magistrate Rules of the Local Rules for the Southern District of Florida, and the order of referral contained in the Court's January 3, 2017 scheduling order, the Parties' Daubert motions and motions for summary judgment (DE 116; DE 119; DE 126; DE 127; DE 128) are hereby **REFERRED** to United States Magistrate Andrea M. Simonton for all necessary and proper action as required by law.

**DONE AND ORDERED** in chambers in Miami, Florida, this ___ day of November, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE