UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL TRIAL MINUTES FOR JUDGE DONALD L. GRAHAM**

Date:9/25/2018   Day**#1**          Case **16-24687-CV-WILLIAMS(SEITZ)**

CRD: C. Foster & G. Gomez    Court Reporter: G. Powers

**PARTIES: EDGARDO LEBRON v. ROYAL CARIBBEAN CRUISES, LTD.,**

| PLTF. ATTORNEYS | DEFT. ATTORNEYS |
|---|---|
| Spencer M. Aronfeld, Raul Delgado, | Darren Friedman & Rachel |
| Matthais M. Hayashi & Javier Perez, | Fagenson, |

**/   /** / am/pm  Trial Commenced - Jury

**9/25/2018**/     Statement of case to jury - voir dire

**9/25/2018**      Jury impaneled & Sworn

_____/    am/pm  Trial Commenced - Non-Jury

**X**   / Trial Continued until **Tuesday, 9/26/2018** @ **10:00 a.m.**
_____/  Jury returned verdict in favor of _____. See verdict form
_____/  Court trial continued to _____at_____am/pm
_____/  Court trial concluded.

Panel brought into Court sworn & Voir Dire begins & Jury selection completed; Jury panel sworn for trial and the Court gave preliminary instructions to the jury and advised them of start time tomorrow at 10:00a.m.;