UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-24687-CIV-WILLIAMS

EDGARDO LEBRON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

THIS MATTER came before the Court on Plaintiff's Motion for Reconsideration of the Court's Rulings on Prior Incidents [DE 281] and Defendant's response [DE 284]. On September 28, 2018, the Court heard arguments of counsel. For the reasons stated on September 28, 2018, it is

ORDERED that Plaintiff's Motion for Reconsideration of the Court's Rulings on Prior Incidents [DE 281] is DENIED.

DONE AND ORDERED in Miami, Florida, this 28th day of September, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record