UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CIVIL TRIAL MINUTES FOR JUDGE PATRICIA A. SEITZ**

Date: **10/2/2018**   Day **#6**   Case **16-24687-CV-WILLIAMS(SEITZ)**

CRD: C. Foster & G. Gomez      Court Reporter: J. Felicetti

**PARTIES: EDGARDO LEBRON v. ROYAL CARIBBEAN CRUISES, LTD.**

| PLTF. ATTORNEYS | DEFT. ATTORNEYS |
|---|---|
| Spencer M. Aronfeld, | Darren Friedman & |
| Raul Delgado, | Rachel Fagenson, |
| Matthias M. Hayashi & | |
| Javier Jerez, | |

**9/26/2018** / am/pm Trial Commenced - Jury

**9/25/2018** / Statement of case to jury - voir dire

**9/25/2018** / Jury impaneled & Sworn

_____ / am/pm  Trial Commenced - Non-Jury

___ / Trial continued until _____

**X** / Jury returned verdict in favor of  Plaintiff.  See verdict form

___ / Court trial continued to _____ at _____ am/pm

**X** / Court trial concluded.

---

Defendant's Continue presentation of case. Witness Ron Noel, Shipboard Studio B Manager via videotaped deposition continues. Witness sworn and testified: David Ferrie, Shipboard Chief Safety Officer, Direct/Cross/Redirect examination. The Court and Counsel had a Final review of Jury Instructions. Parties made closing arguments, Jury Instructions read by the Court; Jurors retire to deliberate. Question from the Jury and Judge sent response back to the jury. Verdict was returned, verdict published and jury polled.