# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

EDGARDO LEBRON

V.

ROYAL CARIBBEAN CRUISES LTD.

**TRIAL WITNESS LIST**

Case Number: 16-24687-CV-WILLIAMS/SEITZ

| PRESIDING JUDGE PATRICIA A. SEITZ | | | PLAINTIFF'S ATTORNEY Spencer Aronfeld, Esq., Matthias Hayashi, Esq., Raul Delgado, Esq., Javier Jerez, Esq. | | DEFENDANT'S ATTORNEY Darren W. Friedman, Esq., Rachel M. Fagenson, Esq. |
|---|---|---|---|---|---|
| TRIAL DATE (S) September 25, 2018 | | | COURT REPORTER G. Powers/J. Felicetti | | COURTROOM DEPUTY C. Foster/G. Gomez |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | **WITNESSES** |
| ✓ | | 9/28/18 & 10/1/18 | | | Edgardo Lebron, Plaintiff |
| ✓ | | 9/28/18 | | | Maritere Maldonado, Wife |
| ✓ | | 9/27/18 | | | Claudia I. Lebron, Daughter |
| ✓ | | 9/28/18 | | | Lara C. Lebron, Daughter |
| ✓ | | 9/26/18 | | | Dr. Jorge Roman-Deynes, Plaintiff's Treating Physician (Videotaped Deposition) |
| ✓ | | 9/27/18 | | | Terry MacLaughlin, Plaintiff Expert Witness |
| ✓ | | 9/26/18 | | | Dr. Ying Lu, Plaintiff's Biomedical Engineering Expert Witness |
| ✓ | | 9/26/18 | | | Amanda Campos, Corporate Representative for Royal Caribbean Cruises |
| ✓ | | 9/26/18 | | | Dr. Abel Rivera, Shipboard Physician (Videotaped Deposition) |
| | ✓ | 10/2/18 | | | David Ferrie, Shipboard Chief Safety Officer |
| | ✓ | 10/1/18 & 10/2/18 | | | Ron Noel, Shipboard Studio B Manager (Videotaped Deposition) |
| | ✓ | 10/1/18 | | | David Wescott, Defendant's Expert Witness (via Video Conference) |
| | ✓ | 9/28/18 | | | Joseph Sala, Ph.D., Defendant's Human Factors Expert Witness |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.