UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:16-cv-24687-WILLIAMS/Simonton

EDGARDO LEBRON,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.
a Liberian Corporation,

    Defendant.

_____/

## VERDICT FORM

We, the Jury, return the following verdict:

1. Was the defendant ROYAL CARIBBEAN CRUISES, LTD negligent in the manner claimed by the plaintiff, EDGARDO LEBRON, and, if so, was that negligence a legal cause of damage to Mr. Lebron?

    __X__ Yes             _____ No

IF YOU ANSWERED "NO" TO QUESTION 1, DO **NOT** ANSWER THE REMAINING QUESTIONS; INSTEAD, SIGN, DATE, AND RETURN THIS FORM. IF (AND ONLY IF) YOU ANSWERED "YES" TO QUESTION 1, ANSWER QUESTION 2:

2. Was the plaintiff, EDGARDO LEBRON, also negligent in the manner claimed by the defendant and, if so, was that negligence a legal cause of Mr. Lebron's own damage?

    __X__ Yes             _____ No

IF (AND ONLY IF) YOU ANSWERED "YES" TO QUESTION 2, ANSWER QUESTION 3 OTHERWISE, SKIP TO QUESTION 4

3. If you answered "Yes" to Question 2, what percentage of the Plaintiff's damage do you find from the greater weight of the evidence to have been legally caused by the negligence of the respective parties?

Answer in Terms of Percentages

    Defendant: __65__ %

    Plaintiff: __35__ %

[THE TOTAL OF THE PERCENTAGES ABOVE MUST EQUAL 100%.]

4. If you answered "Yes" to Question 1, what sum of money do you find from the greater weight of the evidence to be the amount of the Plaintiff's damages (without adjustment by application of any percentages you may have given in answer to Question 3)?

    a) What is the total amount of Edgardo Lebron's damages for medical care, hospital expenses, and other expenses incurred in the past?    $ __42,005.75__

    b) What is the total amount of Edgardo Lebron's damages for pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, or other damages sustained in the past and to be sustained in the future?    $ __625,000__

    TOTAL OF LINES 4a and 4b    $ __667,005.75__

SO SAY WE ALL this __2nd__ day of October, 2018.

_____      _____
FOREPERSON (printed name)               FOREPERSON (signature)