UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-24687-CIV-WILLIAMS

EDGARDO LEBRON,

        Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

        Defendant.

_____/

## ORDER DENYING MOTION FOR LEAVE TO SERVE THIRD-PARTY SUBPOENA

THIS MATTER came before the Court on Defendant's Motion for Leave to Serve Third-Party Subpoena [DE 334]. Defendant seeks leave to serve a subpoena on Juror Number 4's former employer, Norwegian Cruise Lines (NCL), to obtain portions of Juror Number 4's personnel file about the end of her employment relationship with NCL. Defendant argues that if Juror Number 4 was terminated by NCL or had a serious of disciplinary events while employed by NCL, she may have been biased against the cruise industry as a whole. As both parties agree, the party seeking a subpoena after the close of discovery must demonstrate good cause. *See* DE 334 at 3, DE 341 at 1. Defendant has not shown good cause. Defendant's request is based on nothing more than speculation. Furthermore, Defendant could have inquired into Juror Number 4's employment history with NCL during voir dire, but chose not to. Defendant also could have raised the issue prior to jury deliberations so the Court could have made a determination whether Juror Number 4 should have been excused and replaced by an alternate, but again chose not to. Only after the jury returned an unfavorable verdict did Defendant choose to raise this issue.

Consequently, Defendant has not shown good cause for issuing a subpoena to Juror Number 4's former employer. Accordingly, it is

ORDERED that Defendant's Motion for Leave to Serve Third-Party Subpoena [DE 334] is DENIED.

DONE AND ORDERED in Miami, Florida, this 27th day of November, 2018.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All counsel of record