UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 1:16-cv-24687-WILLIAMS/SEITZ

EDGARDO LEBRON,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

      Defendant.

_____/

## FINAL JUDGMENT

Pursuant to the Order Granting, in part, Plaintiff's Motion for Entry of Judgment [DE 384], it is

      ORDERED THAT

  (1) Final Judgment is entered for Plaintiff, EDGARDO LEBRON, and against Defendant,

ROYAL CARIBBEAN CRUISES, LTD., in the amount of: **$418,937.48**, consisting of

$406,250.00 (65% of the jury's award of $625,000 for pain and suffering) and $12,687.48

($10,734.21 for paid medical bills with prejudgment interest of 4.17% compounding annually).

      (2) The total sum shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and

shall be enforceable as prescribed by 28 U.S.C. §§2001, *et seq*., 28 U.S.C. §§3001, *et seq.*, and

Rule 69(a), Federal Rules of Civil Procedure.

      **DONE AND ORDERED** in Miami, Florida, this 8th day of September, 2020.

PATRICIA A. SEITZ
UNITED STATES SENIOR DISTRICT JUDGE

cc:    All counsel of record