**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 16-24687-CIV-WILLIAMS**

EDGARDO LEBRON,

      Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,

      Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jacqueline Becerra's Report and Recommendation (DE 403) on Plaintiff's Motions for Bill of Costs and to Tax Costs (DE 389; DE 390). In the Report, Magistrate Judge Becerra recommended that the Motions be granted in part and Plaintiff be awarded $65.00 of the $6,361.72 disputed costs. (DE 403 at 16). Neither Party filed objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 403) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motions for Bill of Costs and to Tax Costs (DE 389; DE 390) are **GRANTED IN PART AND DENIED IN PART** as set forth in the Report (DE 403).

3. Plaintiff is awarded $65.00 of the $6,361.72 disputed costs.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>14th</u> day of July, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE